**Spectrum Pharmaceuticals, Inc. (SPPI)**
**Class Period: December 27, 2018 and August 5, 2021**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Account Number | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | 88-Day* Mean Price $2.1944 Estimated Value | FIFO Estimated Gain(Loss) | LIFO Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Changyoung Jung | Account 1 | 12/27/2018 | 100 | $8.4750 | ($848) | 12/28/2018 | (1,000) | $8.6200 | $8,620 | | | | |
| Changyoung Jung | Account 1 | 12/27/2018 | 900 | $8.4800 | ($7,632) | | | | | | | | |
| Changyoung Jung | Account 1 | 12/27/2018 | 1,000 | $8.2800 | ($8,280) | | | | | | | | |
| Changyoung Jung | Account 1 | 3/1/2019 | 2,000 | $10.1500 | ($20,300) | | | | | | | | |
| Changyoung Jung | Account 1 | 3/14/2019 | 500 | $10.2900 | ($5,145) | | | | | | | | |
| Changyoung Jung | Account 1 | 3/22/2019 | 500 | $9.7800 | ($4,890) | | | | | | | | |
| Changyoung Jung | Account 1 | 3/25/2019 | 500 | $9.4500 | ($4,725) | | | | | | | | |
| Changyoung Jung | Account 1 | 4/17/2019 | 1 | $9.4300 | ($9) | | | | | | | | |
| Changyoung Jung | Account 1 | 4/17/2019 | 499 | $9.4400 | ($4,711) | | | | | | | | |
| **Changyoung Jung** | **Account 1** | | **6,000** | | **($56,539)** | | **(1,000)** | | **$8,620** | **5,000** | **$10,972** | **($43,373)** | **($36,947)** |
| Changyoung Jung | Account 2 | 4/13/2021 | 500 | $2.8200 | ($1,410) | | | | | | | | |
| Changyoung Jung | Account 2 | 4/13/2021 | 1,200 | $2.8200 | ($3,384) | | | | | | | | |
| **Changyoung Jung** | **Account 2** | | **1,700** | | **($4,794)** | | | | | **1,700** | **$3,731** | **($1,063)** | **($1,063)** |
| **Total** | | | **7,700** | | **($61,333)** | | **(1,000)** | | **$8,620** | **6,700** | **$14,703** | **($44,436)** | **($38,011)** |

*Avg Closing Prices from August 6, 2021 to November 1, 2021