Patrick R. Leverty (NV Bar 8840)
**LEVERTY & ASSOCIATES LAW CHTD.**
Reno Gould House
832 Willow Street
Reno, NV 89502
Telephone: (775) 322-6636
Facsimile: (775) 322-3953
Email: pat@levertylaw.com

*[Proposed] Liaison Counsel for Lead Plaintiff*

**THE ROSEN LAW FIRM, P.A.**
Phillip Kim, Esq.
275 Madison Ave., 40th Floor
New York, NY 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Email: pkim@rosenlegal.com

*[Proposed] Lead Counsel for Lead Plaintiff*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| JOSE CHUNG LUO, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SPECTRUM PHARMACEUTICALS, INC., JOSEPH W. TURGEON, KURT A. GUSTAFSON, and FRANCOIS LEBEL,<br><br>Defendants. | No. 2:21-cv-01612-JAD-BNW<br><br>**DECLARATION OF PATRICK R. LEVERTY IN SUPPORT OF REPLY MEMORANDUM OF LAW OF MARK KOZUBAL IN FURTHER SUPPORT OF HIS LEAD PLAINTIFF MOTION**<br><br><u>CLASS ACTION</u> |

1

DECLARATION OF PATRICK R. LEVERTY IN SUPPORT OF REPLY MEMORANDUM OF LAW OF MARK
KOZUBAL IN FURTHER SUPPORT OF HIS LEAD PLAINTIFF MOTION – 2:21-cv-01612-JAD-BNW

I, Patrick R. Leverty, declare:

1.      I am an attorney duly licensed to practice in the State of Nevada and before this Court. I am a partner at Leverty & Associates Law Chtd., attorneys for movant Mark Kozubal ("Movant"). I make this declaration in support of Movant's Reply Memorandum of Law in Further Support of His Lead Plaintiff Motion. I have personal knowledge of the matters stated herein and if called as a witness, I could and would competently testify thereto.

2.      Attached hereto is a true and correct copy of the following documents:

Exhibit A:      Declaration of Mark Kozubal.

I declare under penalty of perjury under the laws of the State of Nevada and the United States of America that the foregoing is true and correct.

Executed this 22nd day of November 2021.

**LEVERTY & ASSOCIATES LAW CHTD.**

/s/ Patrick R. Leverty
Patrick R. Leverty

**CERTIFICATE OF SERVICE**

I hereby certify that on November 22, 2021, I electronically filed the foregoing document using the CM/ECF system which will send notification of such filing to the e-mail addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List.

/s/ Patrick R. Leverty
Patrick R. Leverty

DECLARATION OF PATRICK R. LEVERTY IN SUPPORT OF REPLY MEMORANDUM OF LAW OF MARK KOZUBAL IN FURTHER SUPPORT OF HIS LEAD PLAINTIFF MOTION – 2:21-cv-01612-JAD-BNW