# EXHIBIT A

I, Mark Kozubal, declare as follows:

1. I submit this Declaration in further support of my motion for appointment as lead plaintiff motion in the Spectrum Pharmaceuticals, Inc. ("Spectrum Pharmaceuticals") securities litigation. I have personal knowledge about the information in this Declaration.

2. As explained in my opening papers, I am the chief scientific officer of a company which develops microbe-based proteins for meat and dairy substitutes, I hold a Ph.D. in geomicrobiology, and I have approximately 12 years of investing experience.

3. As confirmed in my certification, I am clearly the individual the certification refers to, I provided my correct trading information to The Rosen Law Firm, P.A. ("Rosen Law") and the Court, and I am willing to serve as a representative party (i.e. lead plaintiff).

4. I reviewed the complaint filed and I anticipate filing an amended complaint if appointed lead plaintiff.

5. I currently reside in Montana.

6. As an executive, I have gained experience overseeing complex projects and working with counsel and other professionals.  I intend to bring those skills to bear in overseeing this litigation as Lead Plaintiff.

7. I learned of this case after, among other things, reading notices of the lawsuit issued by various law firms.  After researching and reviewing details this case, the lead plaintiff process, and Rosen Law over the course of several days, I decided to move forward as Lead Plaintiff in this case.  Thereafter, I submitted my signed PSLRA certification to Rosen Law on October 8, 2021.

8. Prior to agreeing to be lead plaintiff: (a) I spoke to an attorney at Rosen Law by phone; (b) I emailed with another attorney at Rosen Law; (c) I was aware of the role and the obligations of a lead plaintiff including overseeing the litigation and attorneys; (d) I was aware

that lead plaintiff status is not required in order for me to obtain a recovery and I was free to be an absent class member; and (e) If appointed lead plaintiff, that I will have a fiduciary duty to represent all members of the class equally and that I will not put my interests ahead of the class that I represent. My goal will be to maximize the recovery for all Spectrum Pharmaceuticals investors that are members of the Class.

9. I selected Rosen Law based on their experience in similar class actions and my experience with communicating with its attorneys.

10. I remain ready and willing to appear for deposition and trial if necessary. I am committed to prosecuting the litigation to maximize the recovery for all Spectrum Pharmaceuticals investors. I believe my scientific understanding and ability should materially aid the class overseeing this action and digesting reports from Rosen Law about the strengths and weaknesses of the case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Mark Kozubal

DocuSigned by:

*Mark Kozubal*

AF8EDEA423AE4AA...

Executed on  11/21/2021
_____

2