1  PAUL HASTINGS LLP
   CHRISTOPHER H. McGRATH (*pro hac vice forthcoming*)
2  chrismcgrath@paulhastings.com
   695 Town Center Drive, 17th Floor
3  Costa Mesa, California  92626-1924
   Telephone:  (714) 668-6200
4  Facsimile:   (714) 979-1921
   *Counsel for All Defendants*
5
   PISANELLI BICE PLLC
6  JORDAN T. SMITH (NV Bar No. 12097)_
   JTS@pisanellibice.com
7  400 South 7th Street, Suite 300
   Las Vegas, Nevada 89101
8  Telephone:  702.214.2100
   Facsimile:   702.214.2101
9  *Counsel for Defendant Spectrum Pharmaceuticals, Inc.*

10              **UNITED STATES DISTRICT COURT**

11              **DISTRICT OF NEVADA**

12

13  JOSE CHUNG LUO, Individually and on          CASE NO.: 2:21-cv-01612-JAD-BNW
    Behalf of All Others Similarly Situated,
14                                               **STIPULATION AND [PROPOSED]**
                   Plaintiffs,                   **ORDER STAYING DEADLINE TO**
15                                               **ANSWER THE COMPLAINT**
           v.
16
    SPECTRUM PHARMACEUTICALS, INC.,
17  JOSEPH W. TURGEON, KURT A.
    GUSTAFSON, and FRANCOIS LEBEL,
18
                   Defendants.
19

20        Plaintiff Jose Chung Luo ("Plaintiff") and Defendants Spectrum Pharmaceuticals, Inc.,

21  Joseph W. Turgeon, Kurt A. Gustafson, and Francois Lebel (collectively, "Defendants," and

22  together with Plaintiff, the "Parties"), by and through their undersigned counsel, hereby stipulate

23  and agree as follows and jointly request that the Court enter the below Order approving this

24  Stipulation:

25        WHEREAS, the Class Action Complaint for Violations of the Federal Securities Laws

26  (the "Initial Complaint") was filed in this action on August 31, 2021; and

27        WHEREAS, this action is a putative private securities class action litigation subject to the

28  Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4;

                                               1

1    WHEREAS, the Parties anticipate that, after the Court has designated a lead plaintiff

2  pursuant to 15 U.S.C. § 78u-4(a)(3)(B) ("Lead Plaintiff"), the Lead Plaintiff will file an amended

3  class action complaint;

4    WHEREAS, the Parties have simultaneously submitted a stipulation addressing the

5  anticipated amended complaint and Defendants' deadline to respond thereto;

6    WHEREAS, the parties have met and conferred, and agree that a response from

7  Defendants to the Initial Complaint, which will in all likelihood be superseded by a consolidated

8  or amended class complaint filed by the Lead Plaintiff, would invite waste, duplicative effort, and

9  needless expenditure of judicial and party resources;

10    NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED THAT:

11    1.    Undersigned counsel for Defendants is authorized to accept, and hereby does

12        accept, service of the summons and Initial Complaint on behalf of any yet

13        unserved Defendants, without prejudice to or waiver of any of Defendants'

14        defenses, objections or arguments, except as to sufficiency of service of process;

15    2.    Defendants' time to answer, move against or otherwise respond to the Initial

16        Complaint is stayed pending the Court's appointment of a lead plaintiff, who is

17        anticipated to file an amended complaint.

18    DATED this 1st day of March, 2022.

19

20  **MUEHLBAUER LAW OFFICE, LTD.**        **PISANELLI BICE PLLC**

21  By:   _/s/ Andrew R. Muehlbauer_          By:   _/s/ Jordan T. Smith_
       Andrew R. Muehlbauer, Esq.               Jordan T. Smith, Esq., #12097
22     7915 West Sahara Ave., Suite 104         400 South 7th Street, Suite 300
       Las Vegas, Nevada 89117                  Las Vegas, Nevada 89101
23
     *Liaison Counsel for Plaintiff*            *Counsel for Defendant Spectrum*
24                                              *Pharmaceuticals, Inc.*

25                            **ORDER**

26                    **IT IS SO ORDERED**
                      **DATED:** 10:33 am, March 02, 2022
27

28                    **BRENDA WEKSLER**
                      **UNITED STATES MAGISTRATE JUDGE**

                              2

1 **POMERANTZ LLP**                      **PAUL HASTINGS LLP**

2

3 By:    */s/ Thomas Przybylowski*        By:    */s/ Christopher H. McGrath*
          Jeremy A. Lieberman, Esq. (*pro hac vice*)       Christopher H. McGrath , Esq.
          J. Alexander Hood II, Esq. (*pro hac vice*)      (*pro hac vice forthcoming*)

4         600 Third Avenue, 20th Floor            695 Town Center Drive, 17th Floor
          New York, New York 10016                Costa Mesa, CA  92626-1924

5 *Counsel for Plaintiff*                  *Counsel for All Defendants*

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28