1  PAUL HASTINGS LLP
   CHRISTOPHER H. McGRATH (*pro hac vice forthcoming*)
2  chrismcgrath@paulhastings.com
   695 Town Center Drive, 17th Floor
3  Costa Mesa, California  92626-1924
   Telephone:  (714) 668-6200
4  Facsimile:  (714) 979-1921
   *Counsel for All Defendants*
5
   PISANELLI BICE PLLC
6  JORDAN T. SMITH (NV Bar No. 12097)_
   JTS@pisanellibice.com
7  400 South 7th Street, Suite 300
   Las Vegas, Nevada 89101
8  Telephone:  702.214.2100
   Facsimile:  702.214.2101
9
   *Counsel for Defendant Spectrum Pharmaceuticals, Inc.*
10
                    **UNITED STATES DISTRICT COURT**
11
                         **DISTRICT OF NEVADA**
12

13 | JOSE CHUNG LUO, Individually and on Behalf of All Others Similarly Situated, | CASE NO.: 2:21-cv-01612-JAD-BNW |
   |---|---|
14 | Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER STAYING DEADLINE TO ANSWER THE COMPLAINT** |
15 | v. | |
16 | SPECTRUM PHARMACEUTICALS, INC., JOSEPH W. TURGEON, KURT A. GUSTAFSON, and FRANCOIS LEBEL, | |
17 | | |
18 | Defendants. | |
19

20         Plaintiff Jose Chung Luo ("Plaintiff") and Defendants Spectrum Pharmaceuticals, Inc.,

21 Joseph W. Turgeon, Kurt A. Gustafson, and Francois Lebel (collectively, "Defendants," and

22 together with Plaintiff, the "Parties"), by and through their undersigned counsel, hereby stipulate

23 and agree as follows and jointly request that the Court enter the below Order approving this

24 Stipulation:

25         WHEREAS, the Class Action Complaint for Violations of the Federal Securities Laws

26 (the "Initial Complaint") was filed in this action on August 31, 2021; and

27         WHEREAS, this action is a putative private securities class action litigation subject to the

28 Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4;

                                    1

WHEREAS, the Parties anticipate that, after the Court has designated a lead plaintiff pursuant to 15 U.S.C. § 78u-4(a)(3)(B) ("Lead Plaintiff"), the Lead Plaintiff will file an amended class action complaint;

WHEREAS, the Parties have simultaneously submitted a stipulation staying Defendants' time to answer the Initial Complaint;

WHEREAS, the parties have met and conferred, and agree that a response from Defendants to the Initial Complaint, which will in all likelihood be superseded by a consolidated or amended class complaint filed by the Lead Plaintiff, would invite waste, duplicative effort, and needless expenditure of judicial and party resources.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED THAT:

1. Lead plaintiff will file an amended complaint within sixty (60) days following appointment as lead plaintiff.

2. Defendants will answer or otherwise respond within sixty (60) days thereafter; if Defendants file a motion to dismiss, the lead plaintiff may file an opposition to the motion to dismiss forty-five (45) days thereafter; and Defendants may file a reply brief in further support within thirty (30) days of the filing of lead plaintiff's opposition

DATED this 1st day of March, 2022.

**MUEHLBAUER LAW OFFICE, LTD.**          **PISANELLI BICE PLLC**

By:   _/s/ Andrew R. Muehlbauer_              By:   _/s/ Jordan T. Smith_
     Andrew R. Muehlbauer, Esq.                   Jordan T. Smith, Esq., #12097
     7915 West Sahara Ave., Suite 104           400 South 7th Street, Suite 300
     Las Vegas, Nevada 89117                        Las Vegas, Nevada 89101

*Liaison Counsel for Plaintiff*                    *Counsel for Defendant Spectrum*
                                           *Pharmaceuticals, Inc.*

1  **POMERANTZ LLP**                    **PAUL HASTINGS LLP**

2
   By: ___*/s/ Thomas Przybylowski*___   By: ___*/s/ Christopher H. McGrath*___
3      Jeremy A. Lieberman, Esq. (*pro hac vice*)      Christopher H. McGrath , Esq.
       J. Alexander Hood II, Esq. (*pro hac vice*)     (*pro hac vice forthcoming*)
4      600 Third Avenue, 20th Floor                    695 Town Center Drive, 17th Floor
       New York, New York 10016                        Costa Mesa, CA  92626-1924
5
   *Counsel for Plaintiff*                *Counsel for All Defendants*
6

7

8

9

10

11

12

13

14

15                              <u>**ORDER**</u>

16   IT IS ORDERED that ECF No. 33 is GRANTED in part and DENIED in
     part consistent with this Order.
17

18   It is GRANTED to the extent that the lead Plaintiff will have **60 days** to
     file an amended complaint and Defendants will have **30 days** to file an
19   answer or motion to dismiss.

20   IT IS FURTHER ORDERED that the parties' request for extended
     briefing on the motion to dismiss is DENIED without prejudice. The
21   Court, again (*see* ECF No. 31), advises the parties that they must
     separately file a request for extended briefing on a motion to dismiss, as
22   this will be decided by the District Judge.

23                        **IT IS SO ORDERED**

24                        **DATED:** 10:45 am, March 02, 2022

25                        **BRENDA WEKSLER**
                          **UNITED STATES MAGISTRATE JUDGE**
26

27

28

                                    3