UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| JOSE CHUNG LUO, Individually and On Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>     v.<br><br>SPECTRUM PHARMACEUTICALS, INC., JOSEPH W. TURGEON, KURT A. GUSTAFSON, and FRANCOIS LEBEL,<br><br>        Defendants. | No. 2:21-cv-01612-CDS-BNW<br><br>**[PROPOSED] ORDER TO STAY PROCEEDINGS PENDING DISPOSITION OF WRIT OF MANDAMUS IN *SONTHALIA V. USDC-CASJ*, No. 22-70044**<br><br><u>CLASS ACTION</u> |

WHEREAS, on August 12, 2022, Mark Kozubal filed a Motion for Stay of Proceedings Pending Disposition of the Petition for Writ of Mandamus in the United States Court of Appeals for the Ninth Circuit in *Sonthalia v. USDC-CASJ*, No. 22-70044 (the "Mandamus Petition");

WHEREAS, it is well established that a Court has the inherent power to control its docket and may stay proceedings for a number of purposes, including economy of time and effort.

**IT IS HEREBY ORDERED THAT:**

The above-captioned action is STAYED in its entirety pending resolution of the Mandamus Petition.

SO ORDERED:

Dated: _____, 2022      _____
                                  HON. CRISTINA D. SILVA
                                  UNITED STATES DISTRICT JUDGE

1