Patrick R. Leverty (NV Bar 8840)
**LEVERTY & ASSOCIATES LAW CHTD.**
Reno Gould House
832 Willow Street
Reno, NV 89502
Telephone: (775) 322-6636
Facsimile: (775) 322-3953
Email: pat@levertylaw.com

*Liaison Counsel for Mark Kozubal*

**THE ROSEN LAW FIRM, P.A.**
Phillip Kim, Esq.
275 Madison Ave., 40ʰ Floor
New York, NY 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Email: pkim@rosenlegal.com

*Lead Counsel for Mark Kozubal*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| JOSE CHUNG LUO, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SPECTRUM PHARMACEUTICALS, INC., JOSEPH W. TURGEON, KURT A. GUSTAFSON, and FRANCOIS LEBEL,<br><br>Defendants. | No. 2:21-cv-01612-CDS-BNW<br><br>**DECLARATION OF PATRICK R. LEVERTY IN SUPPORT OF MOTION OF MARK KOZUBAL TO STAY PROCEEDINGS PENDING DISPOSITION OF WRIT OF MANDAMUS IN** *SONTHALIA V. USDC-CASJ*, **No. 22-70044**<br><br>CLASS ACTION |

1

I, Patrick R. Leverty, declare:

1.      I am an attorney duly licensed to practice in the State of Nevada and before this Court. I am a partner at Leverty & Associates Law Chtd., attorneys for movant Mark Kozubal ("Movant"). I make this declaration in support of Movant's motion staying these proceedings pending resolution of the Petition for Writ of Mandamus before the United States Court of Appeals for the Ninth Circuit in *Sonthalia v. USDC-CASJ*, No. 22-70044.

2.      Attached hereto are true and correct copies of the following documents:

Exhibit A:      Petition for Writ of Mandamus before the United States Court of Appeals for the Ninth Circuit in *Sonthalia v. USDC-CASJ*, No. 22-70044 ("*In re Sonthalia*");

Exhibit B:      The District Court's Response to the Petition for Writ of Mandamus before the United States Court of Appeals for the Ninth Circuit in *In re Sonthalia*;

Exhibit C:      Order of Stay in similar circumstance in *Borteanu v. Nikola Corp. et al.*, No. 2:20- cv-01797-SPL (D. Ariz. Mar. 2, 2021), Dkt. No. 68;

Exhibit D:      Order of Stay in similar circumstance in *In re Tesla, Inc. Sec. Litig.,* No. 18-cv-04865-EMC (N.D. Cal. Apr. 15, 2019), Dkt. No. 211;

Exhibit E:      Docket history of *In re Sonthalia* (the appellate history of writ of mandamus challenging lead plaintiff appointment in *Mehedi v. View, Inc., et al.*, Case No. 5:21-cv-06374-BLF (N.D. Cal.));

Exhibit F:      Docket history of *Mersho v. USDC-AZP*, No. 20-73819 (9th Cir.) (the appellate history of writ of mandamus challenging lead plaintiff appointment in *Nikola*, No. 2:20-cv-01797-SPL) (D. Ariz.)); and

DECLARATION OF PATRICK R. LEVERTY IN SUPPORT OF MOTION OF MARK KOZUBAL TO STAY PROCEEDINGS PENDING DISPOSITION OF WRIT OF MANDAMUS IN *SONTHALIA V. USDC-CASJ*, No. 22-70044 – 2:21-cv-01612-CDS-BNW

Exhibit G:    Docket history of *Bridgestone Inv. Corp. v. USDC-CASF*, No. 19-70031 (9th Cir.) (the appellate history of writ of mandamus challenging lead plaintiff appointment in *In re Tesla*, No. 18-cv-04865-EMC) (N.D. Cal.)).

I declare under penalty of perjury under the laws of the State of Nevada and the United States of America that the foregoing is true and correct.

Executed this 12th day of August 2022.

                                   **LEVERTY & ASSOCIATES LAW CHTD.**

                                   /s/ Patrick R. Leverty
                                   Patrick R. Leverty

**CERTIFICATE OF SERVICE**

I hereby certify that on August 12, 2022, I electronically filed the foregoing document using the CM/ECF system which will send notification of such filing to the e-mail addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List.

/s/ Patrick R. Leverty
Patrick R. Leverty

DECLARATION OF PATRICK R. LEVERTY IN SUPPORT OF MOTION OF MARK KOZUBAL TO STAY PROCEEDINGS PENDING DISPOSITION OF WRIT OF MANDAMUS IN *SONTHALIA V. USDC-CASJ*, No. 22-70044 – 2:21-cv-01612-CDS-BNW