# EXHIBIT E

**General Docket**
**United States Court of Appeals for the Ninth Circuit**

| | |
|---|---|
| **Court of Appeals Docket #:** 22-70044 | **Docketed:** 03/14/2022 |
| Sweta Sonthalia v. USDC-CASJ | |
| **Appeal From:** U.S. District Court for Northern California, San Jose | |
| **Fee Status:** Paid | |

**Case Type Information:**
   **1)** original proceeding
   **2)** paid mandamus/prohibition
   **3)** null

**Originating Court Information:**
   **District:** 0971-5 : 5:21-cv-06374-BLF
   **Trial Judge:** Beth Labson Freeman, District Judge
   **Date Rec'd COA:**
   03/14/2022

**Prior Cases:**
   None

**Current Cases:**
   None

---

In re: SWETA SONTHALIA

-----------------------------

| | |
|---|---|
| SWETA SONTHALIA<br>      Petitioner, | Ivy T. Ngo<br>Direct: 786-924-2900<br>Email: ingo@rochefreedman.com<br>Fax: 646-392-8842<br>[COR LD NTC Retained]<br>Roche Freedman, LLP<br>1 SE 3rd Avenue<br>Suite 1240<br>Miami, FL 33131 |
| v. | |
| UNITED STATES DISTRICT COURT FOR THE NORTHERN<br>DISTRICT OF CALIFORNIA, SAN JOSE<br>      Respondent, | |
| VIEW, INC., FKA CF Finance Acquistion Corp. II<br>      Real Party in Interest, | Robert Leo Dell Angelo, Esquire, Attorney<br>Email: robert.dellangelo@mto.com<br>[COR LD NTC Retained]<br>Munger, Tolles & Olson, LLP<br>350 S Grand Avenue<br>50th Floor<br>Los Angeles, CA 90071<br><br>John M. Gildersleeve<br>Direct: 213-683-9241<br>Email: john.gildersleeve@mto.com<br>[COR LD NTC Retained]<br>Munger, Tolles & Olson, LLP<br>350 S Grand Avenue<br>50th Floor<br>Los Angeles, CA 90071 |
| RAO MULPARI<br>      Real Party in Interest, | Robert Leo Dell Angelo, Esquire, Attorney<br>[COR LD NTC Retained]<br>(see above)<br><br>John M. Gildersleeve<br>Direct: 213-683-9241 |

[COR LD NTC Retained]
(see above)

VIDUL PRAKASH
     Real Party in Interest,

STADIUM CAPITAL LLC
     Real Party in Interest,

Frederic S. Fox
Direct: 212-687-1980
Email: ffox@kaplanfox.com
Fax: 212-687-7714
[COR LD NTC Retained]
Kaplan Fox & Kilsheimer, LLP
850 3rd Avenue
New York, NY 10022

Donald R. Hall
Direct: 212-687-1980
Email: dhall@kaplanfox.com
[COR NTC Retained]
Kaplan Fox & Kilsheimer, LLP
850 3rd Avenue
New York, NY 10022

Kathleen A. Herkenhoff, Attorney
Direct: 415-772-4700
Email: kherkenhoff@kaplanfox.com
[COR NTC Retained]
Kaplan Fox & Kilsheimer LLP
1999 Harrison Street
Suite 1560
Oakland, CA 94612

Laurence David King, Esquire
Direct: 415-772-4700
Email: lking@kaplanfox.com
[COR NTC Retained]
Kaplan Fox & Kilsheimer LLP
1999 Harrison Street
Suite 1560
Oakland, CA 94612

Jason Uris
Direct: 212-687-1980
Email: juris@kaplanfox.com
[COR NTC Retained]
Kaplan Fox & Kilsheimer, LLP
850 3rd Avenue
New York, NY 10022

LARRY LIN
     Real Party in Interest,

Laurence Mathew Rosen, Esquire, Attorney
Direct: 212-686-1060
Email: lrosen@rosenlegal.com
Fax: 212-202-3827
[COR LD NTC Retained]
Laurence Rosen, ESQ.
Firm: 212-686-1060
275 Madison Avenue
40th Floor
New York, NY 10016-1101

FENG LI
     Real Party in Interest,

Charles H. Linehan, Attorney
Direct: 310-201-9150
Email: clinehan@glancylaw.com
Fax: 310-201-9160
[COR LD NTC Retained]
Glancy Prongay & Murray LLP
1925 Century Park East
Suite 2100
Los Angeles, CA 90067

FIRSTFIRE GLOBAL OPPORTUNITIES FUND, LLC
    Real Party in Interest,

Ian Berg
Direct: 610-941-4204
Email: iberg@pgmbm.us
Fax: 610-941-4245
[COR LD NTC Retained]
Pgmbm
161 Washington Street
Suite 250
Conshohocken, PA 19428

Takeo A. Kellar
Direct: 858-724-2416
Email: tkellar@pogustgoodhead.com
[COR LD NTC Retained]
Pogust Goodhead
12636 High Bluff Drive
Suite 400
San Diego, CA 92130

MAJDI MOJAHED
    Real Party in Interest,

Jennifer Pafiti, Esquire, Attorney
Direct: 310-405-7190
Email: jpafiti@pomlaw.com
[COR LD NTC Retained]
Pomerantz LLP
1100 Glendon Avenue
15th Floor
Los Angeles, CA 90024

In re:  SWETA SONTHALIA,

-----------------------------

SWETA SONTHALIA,

              Petitioner,

   v.

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE,

              Respondent,

VIEW, INC., FKA CF Finance  Acquistion Corp. II; RAO MULPARI; VIDUL PRAKASH; STADIUM CAPITAL LLC; LARRY LIN; FENG LI; FIRSTFIRE GLOBAL OPPORTUNITIES FUND, LLC; MAJDI MOJAHED,

              Real Parties in Interest.

| Date | Doc | Description |
|---|---|---|
| 03/14/2022 | ☐ 1<br>203 pg, 3.88 MB | FILED PETITION FOR WRIT OF MANDAMUS. DOCKETED CAUSE AND ENTERED APPEARANCES OF COUNSEL. NOTIFIED REAL PARTIES IN INTEREST OF FILING. [12394243] (BY) [Entered: 03/14/2022 03:22 PM] |
| 04/20/2022 | ☐ 2 | This case is being considered for an upcoming oral argument calendar in San Francisco<br><br>Please review the San Francisco sitting dates for August 2022 and the 2 subsequent sitting months in that location at http://www.ca9.uscourts.gov/court_sessions. If you have an unavoidable conflict on any of the dates, please file Form 32 **within 3 business days of this notice** using the CM/ECF filing type **Response to Case Being Considered for Oral Argument**. Please follow the form's instructions carefully.<br><br>When setting your argument date, the court will try to work around unavoidable conflicts; the court is not able to accommodate mere scheduling preferences. You will receive notice that your case has been assigned to a calendar approximately 10 weeks before the scheduled oral argument date.<br><br>If the parties wish to discuss settlement before an argument date is set, they should jointly request referral to the mediation unit by filing a letter **within 3 business days of this notice**, using CM/ECF (**Type of Document**: Correspondence to Court; **Subject**: request for mediation).[12426304]. [22-70044] (KS) [Entered: 04/20/2022 10:31 AM] |
| 04/20/2022 | ☐ 3<br>2 pg, 137.4 KB | Filed order (RICHARD A. PAEZ, JOHNNIE B. RAWLINSON and PAUL J. WATFORD) The petition for a writ of mandamus raises issues that warrant an answer. See Fed. R. App. P. 21(b). Accordingly, within 14 days after the date of this order, real parties in interest shall file an answer or answers. The district court, within 14 days after the date of this order, may address the petition if it so desires. The district court may elect to file an answer with this court or to issue a supplemental order and serve a copy on this court. Petitioner may file a reply within 5 days after service of the answer(s). The petition, answer(s), and any reply shall be referred to the next available argument panel. The Clerk shall serve this order on the district court and District Judge Beth Labson Freeman. [12426945] (OC) [Entered: 04/20/2022 04:03 PM] |
| 04/21/2022 | ☐ 4 | Filed (ECF) notice of appearance of Kathleen A. Herkenhoff (Kaplan Fox & Kilsheimer LLP, 1999 Harrison Street, Suite 1560, Oakland, CA 94612) for Real Party in Interest Stadium Capital LLC. Date of service: 04/21/2022. (Party was previously proceeding with counsel.) [12427388] [22-70044] (Herkenhoff, Kathleen) [Entered: 04/21/2022 09:38 AM] |
| 04/21/2022 | ☐ 5 | Filed (ECF) notice of appearance of Laurence D. King (Kaplan Fox & Kilsheimer LLP, 1999 Harrison Street, Suite 1560, Oakland, CA 94612) for Real Party in Interest Stadium Capital LLC. Date of service: 04/21/2022. (Party was previously proceeding with counsel.) [12427402] [22-70044] (King, Laurence) [Entered: 04/21/2022 09:43 AM] |
| 04/21/2022 | ☐ 6 | Filed (ECF) notice of appearance of Donald R. Hall (Kaplan Fox & Kilsheimer LLP, 850 Third Avenue, New York, NY 10022) for Real Party in Interest Stadium Capital LLC. Date of service: 04/21/2022. (Party was previously proceeding with counsel.) [12427412] [22-70044] (Hall, Donald) [Entered: 04/21/2022 09:46 AM] |
| 04/21/2022 | ☐ 7 | Added Attorney(s) Kathleen A. Herkenhoff for party(s) Real Party in Interest Stadium Capital LLC, in case 22-70044. [12427615] (JFF) [Entered: 04/21/2022 11:37 AM] |
| 04/21/2022 | ☐ 8 | Added Attorney(s) Laurence David King for party(s) Real Party in Interest Stadium Capital LLC, in case 22-70044. [12427617] (JFF) [Entered: 04/21/2022 11:38 AM] |
| 04/21/2022 | ☐ 9 | Added Attorney(s) Donald R. Hall for party(s) Real Party in Interest Stadium Capital LLC, in case 22-70044. [12427626] (JFF) [Entered: 04/21/2022 11:44 AM] |
| 04/21/2022 | ☐ 10 | Filed (ECF) notice of appearance of Jason A. Uris (Kaplan Fox & Kilsheimer LLP, 850 Third Avenue, New York, NY 10022) for Real Party in Interest Stadium Capital LLC. Date of service: 04/21/2022. (Party was previously proceeding with counsel.) [12427924] [22-70044] (Uris, Jason) [Entered: 04/21/2022 02:21 PM] |
| 04/21/2022 | ☐ 11 | Added Attorney(s) Jason Uris for party(s) Real Party in Interest Stadium Capital LLC, in case 22-70044. [12428043] (JFF) [Entered: 04/21/2022 03:20 PM] |
| 04/25/2022 | ☐ 12<br>3 pg, 141.18 KB | Filed (ECF) Respondent USDC-CASJ answer to Writ of Mandamus petition. Date of service: 04/26/2022. [12431190] (QDL) [Entered: 04/26/2022 11:22 AM] |
| 05/04/2022 | ☐ 13<br>40 pg, 173.08 KB | Filed (ECF) Real Party in Interest Stadium Capital LLC answer to Writ of Mandamus petition. Date of service: 05/04/2022. [12438618] [22-70044] (Herkenhoff, Kathleen) [Entered: 05/04/2022 05:39 PM] |
| 05/09/2022 | ☐ 14<br>17 pg, 250.6 KB | Filed (ECF) Petitioner Sweta Sonthalia reply to answer to Writ of Mandamus petition. Date of service: 05/09/2022. [12442263] [22-70044] (Ngo, Ivy) [Entered: 05/09/2022 11:39 PM] |
| 05/29/2022 | ☐ 15 | Notice of Oral Argument on Thursday, August 11, 2022 - 09:30 A.M. - Courtroom 1 - Scheduled Location: San Francisco CA.<br>The hearing time is the local time zone at the scheduled hearing location.<br><br>View the Oral Argument Calendar for your case **here**. |

NOTE: Although your case is currently scheduled for oral argument, the panel may decide to submit the case on the briefs instead. *See* Fed. R. App. P. 34. Absent further order of the court, if the court does determine that oral argument is required in this case, you may have the option to appear in person at the Courthouse or remotely by video. Check here for updates on the status of reopening as the hearing date approaches. At this time, even when in person hearings resume, an election to appear remotely by video will not require a motion, **and any attorney wishing to appear in person must provide proof of vaccination**. The court expects and supports the fact that some attorneys and some judges will continue to appear remotely. If the panel determines that it will hold oral argument in your case, the Clerk's Office will contact you directly at least two weeks before the set argument date to review any requirements for in person appearance or to make any necessary arrangements for remote appearance.

Please note however that if you do elect to appear remotely, the court **strongly prefers** video over telephone appearance. Therefore, if you wish to appear remotely by telephone you will need to file a motion requesting permission to do so.

Be sure to review the GUIDELINES for important information about your hearing, including when to be available (30 minutes before the hearing time) and when and how to submit additional citations (filing electronically as far in advance of the hearing as possible).

If you are the specific attorney or self-represented party who will be arguing, use the **ACKNOWLEDGMENT OF HEARING NOTICE** filing type in CM/ECF no later than 28 days before Thursday, August 11, 2022. No form or other attachment is required. If you will not be arguing, do not file an acknowledgment of hearing notice.[12459075]. [22-70044] (KS) [Entered: 05/29/2022 06:09 AM]

| | | |
|---|---|---|
| 07/14/2022 | ☐ 16 | Filed (ECF) Acknowledgment of hearing notice by Attorney Ms. Kathleen A. Herkenhoff for Real Party in Interest Stadium Capital LLC. Hearing in San Francisco on 08/11/2022 at 09:30 A.M. (Courtroom: Courtroom 1). Filer sharing argument time: No. (Argument minutes: 15) Appearance in person or by video: I wish to appear in person. Special accommodations: NO. Filer admission status: I certify that I am admitted to practice before this Court. Date of service: 07/14/2022. [12494272] [22-70044] (Herkenhoff, Kathleen) [Entered: 07/14/2022 04:19 PM] |
| 07/14/2022 | ☐ 17 | Filed (ECF) Acknowledgment of hearing notice by Attorney Ms. Ivy T. Ngo for Petitioner Sweta Sonthalia. Hearing in San Francisco on 08/11/2022 at 09:30 A.M. (Courtroom: Courtroom 1). Filer sharing argument time: No. (Argument minutes: 15) Appearance in person or by video: I wish to appear in person. Special accommodations: NO. Filer admission status: I certify that I am admitted to practice before this Court. Date of service: 07/14/2022. [12494392] [22-70044] (Ngo, Ivy) [Entered: 07/14/2022 07:27 PM] |
| 08/11/2022 | ☐ 18 | ARGUED AND SUBMITTED TO JOHNNIE B. RAWLINSON, BRIDGET S. BADE and DANIEL A. BRESS. [12514926] (AH) [Entered: 08/11/2022 11:33 AM] |
| 08/12/2022 | ☐ 19<br>1 pg, 8.12 MB | Filed Audio recording of oral argument.<br>**Note:** Video recordings of public argument calendars are available on the Court's website, at http://www.ca9.uscourts.gov/media/<br>[12515648] (LW) [Entered: 08/12/2022 09:06 AM] |