Patrick R. Leverty (NV Bar 8840)
**LEVERTY & ASSOCIATES LAW CHTD.**
Reno Gould House
832 Willow Street
Reno, NV 89502
Telephone: (775) 322-6636
Facsimile: (775) 322-3953
Email: pat@levertylaw.com

*Liaison Counsel for Mark Kozubal*

**THE ROSEN LAW FIRM, P.A.**
Phillip Kim, Esq.
275 Madison Ave., 40ʰ Floor
New York, NY 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Email: pkim@rosenlegal.com

*Lead Counsel for Mark Kozubal*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| JOSE CHUNG LUO, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SPECTRUM PHARMACEUTICALS, INC., JOSEPH W. TURGEON, KURT A. GUSTAFSON, and FRANCOIS LEBEL,<br><br>Defendants. | No. 2:21-cv-01612-CDS-BNW<br><br>**NOTICE OF WITHDRAWAL OF MOTION OF MARK KOZUBAL TO STAY PROCEEDINGS PENDING DISPOSITION OF WRIT OF MANDAMUS IN** *SONTHALIA V. USDC-CASJ*, **No. 22-70044**<br><br><u>CLASS ACTION</u> |

1

NOTICE OF WITHDRAWAL OF MOTION OF MARK KOZUBAL TO STAY PROCEEDINGS PENDING DISPOSITION OF WRIT OF MANDAMUS IN *SONTHALIA V. USDC-CASJ*, No. 22-70044 – 2:21-cv-01612-CDS-BNW

Mark Kozubal hereby withdraws his motion for an order staying these proceedings pending resolution of the Petition for Writ of Mandamus before the United States Court of Appeals for the Ninth Circuit in *Sonthalia v. USDC-CASJ*, No. 22-70044. Dkt. No. 44.

Dated: August 23, 2022                    Respectfully submitted,

**LEVERTY & ASSOCIATES LAW CHTD.**

/s/ Patrick R. Leverty
Patrick R. Leverty (NV Bar 8840)
Reno Gould House
832 Willow Street
Reno, NV 89502
Telephone: (775) 322-6636
Facsimile: (775) 322-3953
Email: pat@levertylaw.com

*Liaison Counsel for Mark Kozubal*

**THE ROSEN LAW FIRM, P.A.**
Phillip Kim, Esq.
275 Madison Ave., 40$^h$ Floor
New York, NY 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Email: pkim@rosenlegal.com

*Lead Counsel for Mark Kozubal*

NOTICE OF WITHDRAWAL OF MOTION OF MARK KOZUBAL TO STAY PROCEEDINGS PENDING DISPOSITION OF WRIT OF MANDAMUS IN *SONTHALIA V. USDC-CASJ*, No. 22-70044 – 2:21-cv-01612-CDS-BNW

**CERTIFICATE OF SERVICE**

I hereby certify that on August 23, 2022, I electronically filed the foregoing document using the CM/ECF system which will send notification of such filing to the e-mail addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List.

/s/ Patrick R. Leverty
Patrick R. Leverty

NOTICE OF WITHDRAWAL OF MOTION OF MARK KOZUBAL TO STAY PROCEEDINGS PENDING DISPOSITION OF WRIT OF MANDAMUS IN *SONTHALIA V. USDC-CASJ*, No. 22-70044 – 2:21-cv-01612-CDS-BNW