PAUL HASTINGS LLP
CHRISTOPHER H. McGRATH (*admitted pro hac vice*)
chrismcgrath@paulhastings.com
695 Town Center Drive, 17th Floor
Costa Mesa, California 92626-1924
Telephone: (714) 668-6200
Facsimile: (714) 979-1921
*Counsel for All Defendants*

PISANELLI BICE PLLC
JORDAN T. SMITH (NV Bar. No. 12097)_
JTS@pisanellibice.com
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101
Telephone: (702) 214-2100
Facsimile: (702) 214-2101

*Counsel for Defendant Spectrum Pharmaceuticals, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JOSE CHUNG LUO, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>SPECTRUM PHARMACEUTICALS, INC., JOSEPH W. TURGEON, KURT A. GUSTAFSON, FRANCOIS J. LEBEL, M.D., and THOMAS J. RIGA,<br><br>Defendants. | CASE NO.: 2:21-cv-01612-CDS-BNW<br><br>**STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE FOR DEFENDANTS' ANTICIPATED MOTION TO DISMISS THE AMENDED CONSOLIDATED CLASS ACTION COMPLAINT** |

Plaintiff International Trading Group, Inc. ("ITG" or "Plaintiff") and Defendants Spectrum Pharmaceuticals, Inc., Joseph W. Turgeon, Kurt A. Gustafson, Francois J. Lebel, M.D., and Thomas J. Riga (collectively, "Defendants," and together with Plaintiff, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows and jointly request that the Court enter the below Order approving this Stipulation:

WHEREAS, on September 26, 2022, Lead Plaintiff ITG filed an Amended Consolidated Class Action Complaint ("ACCAC") which differs substantially from the prior complaint. Among other differences, the ACCAC: (1) is brought by a new plaintiff, ITG; (2) is more than twice the length of the prior complaint; (3) has added allegations concerning a different drug candidate, Poziotinib; (4) posits a different class period than the prior complaint; and (5) has added a new individual defendant, Spectrum Chief Executive Officer Thomas J. Riga;

WHEREAS, Defendants have reviewed the ACCAC and intend to file a motion to dismiss it (the "MTD");

WHEREAS, the Parties have met and conferred and, subject to Court approval, agree that an extended briefing schedule is appropriate for the MTD given the new allegations in the ACCAC, the complexity of the anticipated briefing, and the upcoming holiday season. Specifically, the Parties agree to the following deadlines for the MTD briefing schedule:

By November 30, 2022, Defendants will file the MTD,

By January 27, 2023, Lead Plaintiff will file an opposition to the MTD, and

By February 27, 2023, Defendant will file a reply in support of the MTD;

WHEREAS, in her October 4, 2022 Minute Order, United States Magistrate Judge Brenda Weksler ordered that stipulations and proposed orders by the Parties concerning the response date to the ACCAC and related briefing of the MTD be bifurcated and submitted separately between Judge Weksler and the District Court, respectfully;

WHEREAS, pursuant to the Parties' agreement and Judge Weksler's October 4, 2022 Minute Order, on October 7, 2022, Defendants submitted a separate Stipulation and Proposed Order requesting that Defendants' deadline to file the MTD be set for November 30, 2022;

WHEREAS, on October 11, 2022, Judge Weksler adopted the proposed order and set the deadline for the MTD as November 30, 2022; and

WHEREAS, pursuant to Judge Weksler's October 4, 2022 Minute Order, the Parties request that the District Court adopt the other two deadlines included in their agreement.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED THAT:

1. Lead Plaintiff may file an opposition to the MTD on or before January 27, 2023; and

2. Defendants may file a reply brief in further support of the MTD on or before February 27, 2023.

Dated: October 14, 2022

| CAMPBELL & WILLIAMS | PISANELLI BICE PLLC |
|---|---|
| */s/ J. Colby Williams*<br>J. Colby Williams (NV Bar No. 5549)<br>710 South Seventh Street, Suite A<br>Las Vegas, Nevada 89101<br><br>*Local Counsel for Lead Plaintiff* | */s/ Jordan T. Smith*<br>Jordan T. Smith (NV Bar No. 12097)<br>400 South 7th Street, Suite 300<br>Las Vegas, Nevada 89101<br><br>*Counsel for Defendant Spectrum Pharmaceuticals, Inc.* |
| **ROBBINS GELLER RUDMAN & DOWD LLP**<br>Ryan A. Llorens (admitted *pro hac vice*)<br>Jeffrey J. Stein (admitted *pro hac vice*)<br>John M. Kelley (admitted *pro hac vice*)<br>655 West Broadway, Suite 1900<br>San Diego, CA  92101<br><br>*Counsel for Lead Plaintiff*<br>*International Trading Group, Inc.* | **PAUL HASTINGS LLP**<br>Christopher H. McGrath (admitted *pro hac vice*)<br>695 Town Center Drive, 17th Floor<br>Costa Mesa, CA  92626-1924<br><br>*Counsel for All Defendants* |

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED:   October 19, 2022

CASE NO.: 2:21-cv-01612-CDS-BNW