CHRISTOPHER H. MCGRATH (CA SB# 149129)
*(Pro Hac Vice Application Forthcoming)*
chrismcgrath@paulhastings.com
RAYMOND W. STOCKSTILL (CA SB#275228)
(*Pro Hac Vice Application Forthcoming*)
beaustockstill@paulhastings.com
CARL HUDSON (CA SB#317201)
(*Pro Hac Vice Application Forthcoming*)
carlhudson@paulhastings.com
PAUL HASTINGS LLP
695 Town Center Drive
Seventeenth Floor
Costa Mesa, California  92626-1924
Telephone:  1(714) 668-6200
Facsimile:  1(714) 979-1921

*Counsel for All Defendants*

PISANELLI BICE PLLC
JORDAN T. SMITH (NV Bar. No. 12097)_
JTS@pisanellibice.com
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101
Telephone:  1(702) 214-2100
Facsimile:  1(702)  214-2101

*Counsel for Defendant Spectrum Pharmaceuticals, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOSE CHUNG LUO, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SPECTRUM PHARMACEUTICALS, INC., JOSEPH W. TURGEON, KURT A. GUSTAFSON, FRANCOIS J. LEBEL, M.D., and THOMAS J. RIGA,<br><br>Defendants. | CASE NO. 2:21-cv-01612-CDS-BNW<br><br>**DECLARATION OF CHRISTOPHER H. MCGRATH IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE AMENDED CONSOLIDATED CLASS ACTION COMPLAINT** |

I, Christopher H. McGrath, hereby declare and state as follows:

1. I am a partner at the law firm of Paul Hastings LLP, counsel of record for Defendants Spectrum Pharmaceuticals, Inc. ("Spectrum"), Joseph W. Turgeon, Kurt A. Gustafson, Francois J. Lebel, M.D., and Thomas J. Riga (collectively, "Defendants") in the above-captioned action. I am licensed to practice law in the State of California. I submit this declaration in support Defendants' Motion to Dismiss the Amended Consolidated Class Action Complaint ("Motion to Dismiss"), filed concurrently herewith. Exhibits 2 through 9 are documents for which Defendants request judicial notice. Exhibits 1 and 10 through 32 are referenced in the Amended Consolidated Class Action Complaint.

2. Attached hereto as Exhibit 1 is a chart displaying the statements alleged to be materially false or misleading in Plaintiff's Amended Consolidated Class Action Complaint.

3. Attached hereto as Exhibit 2 is a true and correct copy of a letter dated September 12, 2022 from the U.S. Food and Drug Administration ("FDA") to Anil K. Hiteshi of Spectrum regarding the approval of Rolvedon (eflapegrastim-xnst) (formerly Rolontis), which is publicly available at *https://www.accessdata.fda.gov/drugsatfda_docs/appletter/2022/761148Orig1s000Corrected_ltr. pdf*.

4. Attached hereto as Exhibit 3 is a true and correct copy of Spectrum's Form 8-K filed with the United States Securities and Exchange Commission ("SEC") on July 27, 2020, which is publicly available at *https://www.sec.gov/ix?doc=/Archives/edgar/data/0000831547/000119312520199685/d38176d8 k.htm*.

5. Attached hereto as Exhibit 4 is a true and correct copy of a press release published by Spectrum on March 11, 2021, entitled "FDA Grants Fast Track Designation to Spectrum Pharmaceuticals' Poziotinib," which is publicly available at *https://investor.sppirx.com/news-releases/news-release-details/fda-grants-fast-track-designation-spectrum-pharmaceuticals*.

6. Attached hereto as Exhibit 5 is a true and correct copy of a press release published by Spectrum on February 11, 2022, entitled "Spectrum Pharmaceuticals Announces Acceptance

of New Drug Application Filing for Poziotinib," which is publicly available at

https://investor.sppirx.com/news-releases/news-release-details/spectrum-pharmaceuticals-announces-acceptance-new-drug.

7.      Attached hereto as Exhibit 6 is a true and correct copy of Spectrum's Form 8-K filed with the SEC on August 11, 2022, which is publicly available at

https://www.sec.gov/ix?doc=/Archives/edgar/data/0000831547/000119312522218502/d375990d8k.htm.

8.      Attached hereto as Exhibit 7 is a true and correct copy of AstraZeneca plc's Form 6-K filed with the SEC on June 6, 2022, which is publicly available at

https://www.sec.gov/Archives/edgar/data/901832/000165495422007945/a7067n.htm.

9.      Attached hereto as Exhibit 8 is a true and correct copy of a transcript of a podcast published by the FDA on August 5, 2022, entitled "FDA D.I.S.C.O. Burst Edition: FDA approvals of Enhertu (fam-trastuzumab deruxtecan-nxki) for unresectable or metastaticHER2-low breast cancer, and Nubeqa (darolutamide) in combination with docetaxel for metastatic hormone-sensitive prostate cancer," which is publicly available at https://www.fda.gov/drugs/resources-information-approved-drugs/fda-disco-burst-edition-fda-approvals-enhertu-fam-trastuzumab-deruxtecan-nxki-unresectable-or.

10.      Attached hereto as Exhibit 9 is a true and correct copy of an article published by cancernetwork.com on September 26, 2022, entitled "FDA ODAC Vote Indicates Benefit of Poziotinib Does Not Outweigh Risk for HER2 Exon 20 Ins+ NSCLC," which is publicly available at https://www.cancernetwork.com/view/fda-odac-vote-indicates-benefit-of-poziotinib-does-not-outweigh-risk-for-her2-exon-20-ins-nsclc.

11.      Attached hereto as Exhibit 10 is a true and correct copy of a press release published by Spectrum on March 15, 2019, entitled "Spectrum Pharmaceuticals Provides BLA Filing Update for ROLONTIS® (eflapegrastim)," which is publicly available at https://investor.sppirx.com/news-releases/news-release-details/spectrum-pharmaceuticals-provides-bla-filing-update-rolontisr (cited AC ¶ 63).

12.    Attached hereto as Exhibit 11 is a true and correct copy of Spectrum's conference call transcript, dated March 6, 2018 (cited AC ¶ 73).

13.    Attached hereto as Exhibit 12 is a true and correct copy of Spectrum's conference call transcript, dated May 3, 2018 (cited AC ¶ 74).

14.    Attached hereto as Exhibit 13 is a true and correct copy of a transcript of Spectrum's presentation at the Bank of America Merril Lynch 2018 Healthcare Conference on May 16, 2018 (cited AC ¶ 75).

15.    Attached hereto as Exhibit 14 is a true and correct copy of Spectrum's conference call transcript, dated August 9, 2018 (cited AC ¶ 76).

16.    Attached hereto as Exhibit 15 is a true and correct copy of a transcript of Spectrum's presentation at the World Conference on Lung Cancer on September 14, 2018 (cited AC ¶ 77).

17.    Attached hereto as Exhibit 16 is a true and correct copy of Spectrum's conference call transcript, dated November 8, 2018 (cited AC ¶ 78).

18.    Attached hereto as Exhibit 17 is a true and correct copy of Spectrum's conference call transcript, dated December 19, 2018 (cited AC ¶ 80).

19.    Attached hereto as Exhibit 18 is a true and correct copy of a transcript of Spectrum's presentation at the Cantor Fitzgerald Global Healthcare Conference on October 2, 2019 (cited AC ¶ 83).

20.    Attached hereto as Exhibit 19 is a true and correct copy of Spectrum's conference call transcript, dated August 8, 2019 (cited AC ¶¶ 81, 90).

21.    Attached hereto as Exhibit 20 is a true and correct copy of a transcript of Spectrum's presentation at the 2019 Morgan Stanley Annual Healthcare Conference on September 11, 2019 (cited AC ¶¶ 82, 91).

22.    Attached hereto as Exhibit 21 is a true and correct copy of Spectrum's conference call transcript, dated May 7, 2020 (cited AC ¶¶ 85, 96).

23.    Attached hereto as Exhibit 22 is a true and correct copy of Spectrum's conference call transcript, dated November 4, 2020 (cited AC ¶¶ 86, 98).

24.     Attached hereto as Exhibit 23 is a true and correct copy of Spectrum's conference call transcript, dated February 28, 2019 (cited AC ¶ 88).

25.     Attached hereto as Exhibit 24 is a true and correct copy of Spectrum's conference call transcript, dated May 9, 2019 (cited AC ¶ 89).

26.     Attached hereto as Exhibit 25 is a true and correct copy of Spectrum's conference call transcript, dated November 7, 2019 (cited AC ¶ 93).

27.     Attached hereto as Exhibit 26 is a true and correct copy of a press release published by Spectrum on February 27, 2020, entitled "Spectrum Pharmaceuticals Reports Fourth Quarter 2019 and Full Year 2019 Financial Results and Pipeline Update," which is publicly available at *https://investor.sppirx.com/news-releases/news-release-details/spectrum-pharmaceuticals-reports-fourth-quarter-2019-and-full* (cited AC ¶ 94).

28.      Attached hereto as Exhibit 27 is a true and correct copy of a press release published by Spectrum on May 7, 2020, entitled "Spectrum Pharmaceuticals Reports First Quarter 2020 Financial Results and Pipeline Update," which is publicly available at *https://investor.sppirx.com/news-releases/news-release-details/spectrum-pharmaceuticals-reports-first-quarter-2020-financial* (cited AC ¶ 95).

29.     Attached hereto as Exhibit 28 is a true and correct copy of Spectrum's conference call transcript, dated August 10, 2020 (AC ¶ 97).

30.     Attached hereto as Exhibit 29 is a true and correct copy of Spectrum's conference call transcript, dated December 22, 2020 (AC ¶ 99).

31.     Attached hereto as Exhibit 30 is a true and correct copy of a press release published by Spectrum on March 30, 2021, entitled "Spectrum Pharmaceuticals Reports Fourth Quarter 2020 and Full Year 2020 Financial Results and Pipeline Update," which is publicly available at *https://investor.sppirx.com/news-releases/news-release-details/spectrum-pharmaceuticals-reports-fourth-quarter-2020-and-full* (AC ¶ 100).

32.     Attached hereto as Exhibit 31 is a true and correct copy of Spectrum's conference call transcript, dated March 30, 2021 (AC ¶ 101).

DECL. OF C. MCGRATH ISO DEFS' MOTION TO DISMISS ACCAC

4

33.    Attached hereto as Exhibit 32 is a true and correct copy of Spectrum's conference call transcript, dated May 13, 2021 (AC ¶ 102).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on November 30, 2022, in Costa Mesa, California.

Christopher H. McGrath