# EXHIBIT 1

# ALLEGED FALSE STATEMENT CHART

**Exhibit 1**

**Alleged Misstatements Cited in Plaintiff's Complaint**

| Cite | Date | Source | Speaker | Statement |
|------|------|--------|---------|-----------|
| 73 | March 6, 2018 | Earnings Call | Thomas J. Riga | First, let me start with poziotinib. In the fourth quarter of 2017, preliminary data from a Phase II study at MD Anderson Cancer Center was presented at the World Conference on Lung Cancer in Japan. ***Promising data was presented with an unconfirmed partial response rate of 73% in the first 11 patients. These data are encouraging for patients who have very few options, if any. . . .*** Current therapies are unsatisfactory, and there is significant unmet need in this population. It is hypothesized that poziotinib, due to its relatively small molecular size and flexibility, can circumvent steric hindrance related to exon 20 insertion mutations. |
| 73 | March 6, 2018 | Earnings Call | Thomas J. Riga | The enthusiasm for this study is high among our investigators, and the plan is to open between 40 and 50 sites this year with some of them being outside of the United States. ***The unmet need in this patient population is well recognized, and we are having ongoing dialogue with the FDA to find the most-expedient regulatory pathway***. |
| 74 | May 3, 2018 | Earnings Call | Thomas J. Riga | On the regulatory side, ***we are in regular discussions with the FDA to expedite the regulatory approval for poziotinib***. We've conducted a pre-submission meeting with the agency along with Dr. Heymach from MD Anderson. The tone of the meeting was very encouraging, and the understanding around the ***unmet medical need*** for patients with exon 20 insertion mutations was very clear.<br><br>As we evaluate the criteria for breakthrough therapy designation, we believe that pozi meets the criteria if the early data continues. When we look at those criteria, there are 2: first, there needs to be a clear unmet medical need, and ***second, the potential for substantial improvement over existing therapies needs to be there. We think pozi qualifies for both.*** |

| Cite | Date | Source | Speaker | Statement |
|---|---|---|---|---|
| 74 | May 3, 2018 | Earnings Call | Joseph W. Turgeon | Patients, as you know, with this disease have a PFS of 1.8 months. So it's a terrible, terrible prognosis. ***Current therapies only have less than 10% - I think a 6% to 10% response rate. So we have huge unmet need***, terrible prognosis. . . .<br><br>Again, going back to the first meeting we had with the thought leaders, I'll remind you of this, we've talked about this in the past. ***I thought I could get an approvable drug just by getting maybe – when you look at the prognosis, maybe we could – if we could get to 4 months, maybe we'll have a good shot at this, and the response rate may be around 30%, I think that's what was expected.*** And I asked those thought leaders exactly this question, I said, "Guys, what's a home run? Help me understand." What they told us was 2 things. ***If you can get 4 to 6 months of response and you could get anywhere from 40% to 50% response in duration, that's a home run. So that's kind of a marker I'm looking at. And I'm feeling pretty good about the early data when you look at that. How can you not?*** |
| 74 | May 3, 2018 | Earnings Call | Joseph W. Turgeon | As we've said in the past, we had a preliminary meeting with the agency. This was talking about breakthrough designation. ***We know what the requirements are. We feel we meet the criteria.*** And I think in the not-too-distant future, we'll go to a second meeting with them. ***And our goal is to establish breakthrough designation. We feel we meet those criteria.*** |
| 75 | May 16, 2018 | Corporate Presentation | Joseph W. Turgeon | I don't know if you know this, lung cancer is a leading cause of death of all the cancers because, not because of the prevalence but because the percent of the people who actually die. ***So it's very, very high unmet need, very important***. When you get to these exon 20 insertion mutations, talking about unmet need, you have a progression-free survival of only 1.8 months and ***current TKIs and other therapies only have a 6% to 8% response rate, huge unmet need***. |
| 75 | May 16, 2018 | Corporate Presentation | Joseph W. Turgeon | Now let me give you a perspective. Before we started this trial, right here in Las Vegas, I had 16 of the world thought leaders in lung, in a room in a hotel down the street. And I said, okay, tell me, what is a home run here, in your guys' eyes? You guys do this for a living. I know as a drug developer, ***if I can get a 20% to 30% response rate, I can get a drug approved.*** But what's the home run that I really want to look forward and hope for? Here's what they told me 2 things, they said, ***if you get a 40% or more response rate, that's a home run.*** The second thing, on duration. If you can get anything from 4 to 6 month, remember, I told you, you have a PFS of only 1.8 months. You've got a home run. ***What I'm pleased to tell on an early data, why there's so much excitement, that we have 64% confirm response rate.*** And as far as duration, we haven't hit the median yet, and we know we're at 6.6 months in these initial patients. ***That's exciting and promising.*** |

| Cite | Date | Source | Speaker | Statement |
|---|---|---|---|---|
| 76 | August 9, 2018 | Earnings Call | Thomas J. Riga | Regarding BTD, *our belief is steadfast that poziotinib meets the criteria for breakthrough therapy designation. There is a clear unmet medical need, and we believe that poziotinib demonstrates substantial improvement over existing therapies.*<br><br>As we move forward with our conversations with the FDA, the MD Anderson data will be the backbone of our discussions. We fully expect to gain clarity on this pathway by the end of the year. So here's what we know about poziotinib today. *We've seen very strong early data in an area of high unmet medical need. We have alignment with the agency on our Phase II trial, and we have a clear shot at BTD.* |
| 76 | August 9, 2018 | Earnings Call | Thomas J. Riga | I think you start with memory lane of where we are and *current available treatments is less than 10%.* So obviously this is a patient population that needs a solution because today's solutions simply aren't working. *So our conversations with the agency, obviously, do go into the statistics that are expected, and we're very much aligned with the agency.* And I'll leave it there. |
| 77 | September 24, 2018 | Corporate Presentation | Joseph W. Turgeon | Currently, available therapies for these patients are limited and there's a *high unmet need*. Dr. Heymach's trial is the single largest dataset in this patient population. We're proudly working with him and with his team. |
| 77 | September 24, 2018 | Corporate Presentation | Dr. John Heymach | The HER2 exon 20 cohort is planned to be 30. The primary endpoint here is objective response rate and *it was felt that at target objective response rate greater than 20% would be a substantial improvement over other options and will represent a clinically meaningful advance.* |
| 78 | November 8, 2018 | Earnings Call | Thomas J. Riga | In the EGFR cohort, there was a 43% confirmed objective response rate in the evaluable population. *This compares favorably to an overall response rate of less than 10% with available TKIs and a rate of less than 20% with the current standard of care second-line agents.* |
| 78 | November 8, 2018 | Earnings Call | Thomas J. Riga | Yes, so Adnan, I guess we'll wait and see what the data reads out. But I think it's an – it's important to just point out the differences in design of these studies. So if you remember, the MD Anderson study needed 16 weeks to confirm. So the first scan was at 8 weeks, second scan was 8 weeks later. *Our confirmation will occur at 8 weeks.* So there is a timing difference in confirmation. When you're dealing with a patient population with prior treatments that has – PFS is 1.9 months, I think time is of the essence, and we think by having *that interim scan at 4 weeks could prove to be beneficial,* but we have to wait and see the data. |
| 78 | November 8, 2018 | Earnings Call | Joseph W. Turgeon | And I'll add. Remember, Adnan, that there are dosing differences. Whereas in the MD Anderson study, it was 16 to 12 and down to 8, we're only going – we've only 16, 14, 12 and only down to 10 with monitor approval. So that's a learning, and that's one of the changes we made in our trial. The appointed patients are not included in our trial whereas they were included in the MD Anderson trial. |

| Cite | Date | Source | Speaker | Statement |
|---|---|---|---|---|
| 78 | November 8, 2018 | Earnings Call | Thomas J. Riga | David, we're thrilled to have submitted the application for BTD, and we remain very steadfast in our belief that there is an unmet need, and *poziotinib is showing indications of being substantially better than currently available treatments. That's ultimately the criteria.* Now the FDA will decide ultimately and where that goes, but there are multiple regulatory pathways besides BTD, like you had mentioned in the fast track setting and others that exist, but we are thrilled to have applied for that application and *believe that the drug qualifies.* |
| 80 | December 19, 2018 | Conference Call | Francois J. Lebel | I don't think we have disclosed the exact term of the negotiation with the FDA, but I think *we can reiterate here that on the basis of the performance of things in our recruitment of 202 and the basis of what we think will be the approval of this drug, we're on track for everything. And we are confident that the drug continues to perform the way it did during this subset that we have done for the FDA.* |
| 80 | December 19, 2018 | Conference Call | Joseph W. Turgeon | First of all, I want to be clear, *our enthusiasm for pozi is as high as its ever been* because the time line should not change here just because you don't get BTD. BTD is really a nice to have. What it gives you, it gives you the ability to interact with the – on a much easier basis with the Agency. In other words, you could call them and they'll take your call and you'll discuss it. Otherwise, without that, you have to go through the process of setting up a meeting and getting with them.<br><br>Now that being said, our overall development plan hasn't changed because, again, I'll go back to – we've had several discussions with the Agency along the way, where we have minutes on that and we've come to conclusions that our trials are built right, our trial on the 4 cohorts are built for registration, and they're – and these are the data that the FDA will require. That hasn't changed one bit, and there is still other paths to go after on accelerated time lines here, not just BTD. What BTD – again, is a nice to have. It gives you that ability to work with the FDA, call them on a regular basis that's really what it gives you. But our trials are set up for registration and we're confident that, that's the data that the FDA would need in order to approve this drug. |

| Cite | Date | Source | Speaker | Statement |
|---|---|---|---|---|
| 80 | December 19, 2018 | Conference Call | Francois J. Lebel | So all along, the ZENITH20 was the trial that would be used to secure an approval here for the first indication. The BTD request, and the data that was provided to the FDA, the FDA specifically requested a smaller subset of 30 patients and they wanted – as was stated by Joe earlier, they wanted to see whether or not these response were durable. So – and we have disclosed to you today that the response rate was 40%, they were durable. *So that data gives us confidence even in that small subset that the trends that we expect and are observing are consistent, and therefore, we remain absolutely confident that the ZENITH20 study will allow us to file for a BLA in that indication.* The other thing, I think Joe has mentioned as well, we're also very confident about the fact that we're on track on the recruitment of that cohort. So obviously, it would've been nice to get the BTD. We took a shot at it, but that is in no way changing anything in our overall approach for this program. |
| 81 | August 8, 2019 | Earnings Call | Francois J. Lebel | *So cohort 5 – the primary reason why we have cohort 5 is, as I've indicated, we have received numerous requests for compassionate use* from investigators that have patients with exon 20 mutations, and they want to enroll them in cohort 1 and 2. And those studies or cohorts are closed. So we have to have a mechanism to provide access under controlled condition, and *that is exactly the main reason why we're doing this. It will give us additional data that is always useful for any drug. When you go to market, the more data you have, the better it is.* |
| 81 | August 8, 2019 | Earnings Call | Thomas J. Riga | We've, obviously, looked at that data in detail. I think it's pretty early. It looks like that study is starting. *I think our position, we feel really strong about with the data readout in Q4 and is well ahead in the development life cycle with poziotinib.* So we'll have to see what that market looks like. I think what it really says is that *there is real unmet need for this patient population.* As more and more compounds come into the full, I think it speaks to the solutions that patients need, and we're pleased to be at the forefront of that. |
| 82 | September 11, 2019 | Corporate Presentation | Joseph W. Turgeon | We – MD Anderson did a Phase II, specifically in exon 20, both EGFR and HER2. *And last year, at World Lung, showed a 43% overall response rate, which was much higher than anything. There's nothing that works. There's nothing indicated for these poor patients.* The prognosis is very poor. PFS is 1.8 months. They progress very quickly and die. And so this is what the – where the exciting data came from. |

| Cite | Date | Source | Speaker | Statement |
|---|---|---|---|---|
| 83 | October 2, 2019 | Corporate Presentation | Francois J. Lebel | *So, lung cancer remains a major challenge.* But there is a special subset where we call them mutated lung cancer in a number of protein including EGFR and HER2. And there is a particular kind of mutation, a subset of EGFR, called Exon 20. And *currently there is no drug approved at all*. So, physicians today, when they see those patients – and in general, by the way, those patients are usually young women who never smoked in their life. So, that's very odd compared to your usual lung cancer patient.<br><br>So, *a huge medical need, no drug is approved*. And we are in a leading position [right] now in developing a tyrosine kinase inhibitor that has [a] unique ability to work against Exon 20 in vitro in collaboration with M.D. Anderson. As shown Dr. Heymach there, who is the Chief of Thoracic Oncology, showed in a substantial – in the largest series in the world of Exon 20 patients, *has shown a response rate of 43%* or so and a tolerable side effect profile in line with other tyrosine kinase inhibitors. |
| 83 | October 2, 2019 | Corporate Presentation | Francois J. Lebel | Whenever you have a single site study in general the data often is a little better than when you do a multi-centric study. *But we made some slight change to the study that should help us* (technical difficulty) could go against us. But so the original data done at M.D. Anderson, single site. The images, the scans were read locally and when they were would run into toxicity, the way in which they would reduce the amount of drug the patient received were by an increment of 4 mg.<br><br>So, currently dose on both studies, you start at 16 mg. And if you run into some toxicity Dr. Heymach would have dropped it by 4 and by 4. We've made some change where we don't drop the doses fast; so we drop the dose by 2 mg. *So, that should allow us to keep patient on drug longer and that's the name of the game.* The longer the patient is on drug that is when you could derive the benefit.<br><br>The other thing that we have done, we have central imaging labs and we also introduced a first read – Dr. Heymach in the first study was reading the – looking for a response every eight weeks. We've introduced a first scan at four weeks. So, that should allow us to pick up response at an earlier time and potentially add time on duration of response. *It should play in our favor.*<br><br>The other thing we've done as well is, other than a lower increment of when you drop the dose. Also additionally what we've done is we prophylax every patient for – against diarrhea. One of the very common side effects when you use a TKI, it's a problem with the class, and actually is an indication that the drug blocks the EGFR receptor. They get rash and they get diarrhea or it impacts the gut. So we are prophylaxing all the patients against diarrhea. Dr. Heymach was not doing that, so *that should play in our favor.* |

| Cite | Date | Source | Speaker | Statement |
|---|---|---|---|---|
| 85 | May 7, 2020 | Earnings Call | Francois J. Lebel | We now believe that the 16-milligram once-daily dose might have been too wide to administer all at once and led to frequent dose interruptions and dose reductions. 88% of patients had some sort of dose interruption from therapy, *which we believe prevented the drug from demonstrating its full potential.* . . . Typically, when you have a half-life of less than 12 hours, the drug is generally administered 2 to 3 times per day. As a result, *we have amended the ZENITH20 protocol to include various new dosing schedule.* This amendment will impact cohorts 4 through 7. |
| 85 | May 7, 2020 | Earnings Call | Francois J. Lebel | So I think you're right on here, patients who are treatment naive, like we have in cohort 3 and 4, are – one would expect that they would be able to – they're in much better condition. They have not – their bone marrow have not beaten up with rounds of chemotherapy or some other therapy like the checkpoint inhibitor, where they might have had pneumonitis or other complication. *So one would expect that they would be more tolerant of adverse events, potentially.* |
| 85 | May 7, 2020 | Earnings Call | Francois J. Lebel | What really matters, as I'm sure you can appreciate, is what are going to be the result in the clinic. *And we have results for cohort 1, we demonstrated activity there, undeniable activity. However, it was not as high as we wanted. But we have other cohorts, as you well know. And the cohort 1 are not necessarily predictive of the outcome of cohorts 2, 3, 4 and for that matter, in 5, when we're going to change the dosing and the – that one sitting versus BID.* So there's no question, Takeda looks like they have some interesting results. And we'll have to see as the data comes in and we'll see if it may end up that 2 drugs move forward here. It could happen.

And the other thing you got to remember is that poziotinib right now, we have dosed more than 1,000 patients at different dose and schedule. Takeda is not as advanced that way. So over time here, we might uncover that there are different adverse events that are uncovered. *And we're pretty confident right now.* We understand quite well the side effect profile of pozi. We understand and we believe on the basis of the data and modeling we've done that we could mitigate the amount of adverse events we see. And we're anxious to see the result of cohort 5 when we give the drug BID. So I guess the short answer is stay tuned. And we'll see with more data, which drug is – will come to market first and which one is more promising. |

| Cite | Date | Source | Speaker | Statement |
|------|------|--------|---------|-----------|
| 86; 98 | November 4, 2020 | Earnings Call | Joseph W. Turgeon | Regarding the ROLONTIS plant inspection, our partner, Hanmi Pharmaceuticals, is a well-established global biopharmaceutical player with a world class manufacturing facility. Hanmi is the second largest pharmaceutical company in Korea, behind only Samsung. *They're prepared for the inspection* and willing to be accommodative to the needs of the FDA as it strives to meet the regulatory obligations. They've been a *great partner and are working in tandem with Spectrum to obtain an approval for ROLONTIS* as soon as is possible.<br><br>*I'm really confident in our ability to meet our corporate objectives and advance our programs with the aspiration of bringing new treatments to the patients with cancer who need it.* |
| 88 | February 28, 2019 | Earnings Call | Kurt A. Gustafson | So I think as we take a look at our forecast, we feel good about the ROLONTIS data and the BLA filing. *So our forecast does include a launch of ROLONTIS some time in 2020. So that is indeed included in that guidance.* |
| 89 | May 9, 2019 | Earnings Call | Joseph W. Turgeon | *I'll remind you of this: we're working diligently to prepare the CMC module. I'll remind you, they told us exactly what they want. They're working with us, being very helpful. So I look forward to the next meeting. I'm really pleased with the progress we're making on that part of the trial.* And I'll remind you, as you well know that the clinical data was sound. It was both – hit both the primary and secondary endpoints, which is, you could argue, the harder – the hardest part of this thing. And in the near term, we plan on filing it as soon as it's ready. |
| 90 | August 8, 2019 | Earnings Call | Francois J. Lebel | *Regarding our BLA filing, we recently had a productive meeting with the FDA to further discuss their expectation around module 3, which is the module focused on manufacturing.* Based on the outcome of that meeting, we expect to submit the BLA in the fourth quarter of this year. |
| 90 | August 8, 2019 | Earnings Call | Joseph W. Turgeon | *Listen, we are aligned with the FDA. We had our meeting. We got aligned. We're being thorough. We're being deliberate. And we went with our filing in the fourth quarter as we said. This was – the questions that we had to answer, were in module 3, which is in the CMC section only. And again, we're being like I said, thorough and deliberate and plan on filing this in the fourth quarter.* |

| Cite | Date | Source | Speaker | Statement |
|---|---|---|---|---|
| 91 | September 11, 2019 | Corporate Presentation | Joseph W. Turgeon | So about 2 weeks before the end of March, we had a meeting with the agency, and they said "By the way, we have an issue with the CMC portion. We had 2 weeks left until the 60 days were up." And I said, *"We need some additional information, nothing that was over the top, but we need this information." And we have formatting issues. We had a lot of translation because a lot of it was done in Korea, and they didn't like the way we were translating things. We had to reformat some of the tabling and things.*<br><br>So the bottom line is, we had to get some additional information. We knew we couldn't do it by the 29th of March. *So we said, "Why don't we voluntarily – we'll pull it." Then they said, "Fine," without prejudice.* They said, "We'll give you exactly what we want." *We've since met with them. They gave it to us, and I'm happy to tell you we're in good shape to launching – to submit it in the fourth quarter.* |
| 93 | November 7, 2019 | Earnings Call | Joseph W. Turgeon | ROLONTIS is our late-stage drug being developed for the treatment of chemotherapy-induced neutropenia. *As you recall, we voluntarily withdrew our BLA application earlier this year. Since then, we worked closely with the FDA and recently submitted a robust package. We look forward to competing in this market*. |
| 93 | November 7, 2019 | Earnings Call | Francois J. Lebel | On October 24, we submitted an expanded BLA to the FDA. The withdrawal 7 months ago was driven by Module 3 or the CMC section. *Since then, we've had productive dialogue with the FDA. We implemented their guidance, provided additional data and rewrote and reorganized certain sections of the file resulting in a strong submission.* |
| 93 | November 7, 2019 | Earnings Call | Thomas J. Riga | *We worked closely with the agency. We implemented their guidance. We feel that we've learned from their feedback and put together a strong package and look forward to that action date.* |
| 94 | February 27, 2020 | Press Release | Joseph W. Turgeon | *ROLONTIS is in active review by the FDA and we are preparing to launch shortly following approval.,"* said Joe Turgeon, President and CEO, Spectrum Pharmaceuticals. "We believe this market represents a significant commercial opportunity and our prelaunch activities are well underway. We have a podium presentation on poziotinib in a few short weeks, we have taken steps to adjust our strategy and we have multiple data catalysts in 2020. I look forward to updating you on our progress throughout the year." |
| 95 | May 7, 2020 | Press Release | Joseph W. Turgeon | "The progress in our development pipeline speaks to the investigator interest and the commitment of our team during these unprecedented times," said Joe Turgeon, President and CEO, Spectrum Pharmaceuticals. "The PDUFA date for ROLONTIS remains October 24, 2020 and our updated poziotinib strategy is well under way. *We continue to drive the business forward and remain focused on achieving our milestones this year.* |
| 96 | May 7, 2020 | Earnings Call | Joseph W. Turgeon | So we feel really good about the data that we've submitted. *All I can tell you, it's under active review as we speak.* The PDUFA date, which means the date of approval, is October 24. That still stands despite the pandemic. The – *we're on active review and active work with the agency. So we're hoping that we can get an approval this year.* |

| Cite | Date | Source | Speaker | Statement |
|------|------|--------|---------|-----------|
| 97 | August 10, 2020 | Earnings Call | Thomas J. Riga | Our PDUFA date is just over 2 months away. We are actively engaged in our commercial build-out, and we would like to provide an update on the market opportunity and the progress we are making in our preparations for launch. First and foremost, we are ready and look forward to competing if approved. *We are investing a great deal of time, effort and research into our strategy and plan of execution.* |
| 97 | August 10, 2020 | Earnings Call | Thomas J. Riga | *In closing, we are ready to compete. We have all the ingredients to do so, and we look forward to the PDUFA date in October.* |
| 98 | November 4, 2020 | Earnings Call | Francois J. Lebel | *As to the deferred action on our ROLONTIS filing, we have answered all questions from the FDA related to the review of the BLA, and we've had advanced labeling discussions. On the manufacturing side, we have conducted multiple mock inspections of our plant and are exploring ways to expedite the inspection, possibly using alternative methods to ensure the earliest completion of the review of our BLA during this COVID-19 pandemic.* We look forward to updating you on important program milestone in the next 2 months including the outcome of our poziotinib registration discussion with the FDA. |
| 98 | November 4, 2020 | Earnings Call | Joseph W. Turgeon | *In the coming weeks, we'll be doing all that we can to facilitate the completion of the inspection of our ROLONTIS manufacturing facility.* |
| 98 | November 4, 2020 | Earnings Call | Joseph W. Turgeon | And I want to stress another thing. *We are absolutely ready for this inspection. We've been ready for a long time. We welcome it.* As a matter of fact, the third part of your question was the mock inspections, was it required? They're certainly not required by the agency. *We do that to make sure we're ready. And I can tell you, we have Spectrum boots on ground there.* We have Hanmi, which I mentioned, is a world-class manufacturer with a world-class plant. *There are people already, and we work very closely with them with these mock inspections.*<br><br>And we have a third leg to the stool. *We have outside experts we've hired to run these – not only run these mock inspections, but also help the readiness. And these are people who have done this for a living. They do this – they know exactly what people – what the FDA is looking for an inspection. So we feel we're ready. We welcome the inspection and we can't wait.* |
| 98 | November 4, 2020 | Earnings Call | Francois J. Lebel | *Obviously, we're actively working to try to make sure that we're ready, as we've indicated.* But as well, we are following up with the FDA to make sure that they understand how important this is for us and patient. |
| 98 | November 4, 2020 | Earnings Call | Joseph W. Turgeon | On that part – on that question, Alethia, I'll just add 2 things for color. I want to – we're not going to sit around. We want to try and do what we can to push this forward and nudge it, I'll tell you that. *We're not going to just sit and wait, I can assure you that.* |

| Cite | Date | Source | Speaker | Statement |
|---|---|---|---|---|
| 99 | December 22, 2020 | Conference Call | Joseph W. Turgeon | I can't give you an exact date when it will be inspected. But I'm going to tell you, *we're ready.*<br><br>The facility has been through *multiple mock inspections.* It's kind of like the army now is what I say, we're still going through the drill on a weekly basis, still doing the mock inspections, getting ready for any questions we might get. We have *Spectrum people on the ground at the plant.* We have, of course, Hanmi people who are very well prepared, been working with us, and we have third-party experts there working for the readiness. *So we really feel we're ready for this inspection.* |
| 100 | March 30, 2021 | Press Release | Joseph W. Turgeon | In addition, we are delighted that the FDA has scheduled the pre-approval inspection at the ROLONTIS manufacturing facility for May 2021. *The company has made tremendous progress advancing our development programs* and conducting our clinical trials, despite the challenges of the global pandemic. I am proud of our employees who demonstrated resiliency and creativity during these unprecedented times. |
| 101 | March 30, 2021 | Earnings Call | Francois J. Lebel | Regarding the deferred action on our ROLONTIS filing that Joe mentioned, *we believe that we have answered satisfactorily all questions from the FDA related to the review of the BLA. And we believe that the inspection represents the final step in the review process. We and our partner, Hanmi, are ready for the FDA preapproval plant inspection that has been scheduled for May.* |
| 101 | March 30, 2021 | Earnings Call | Francois J. Lebel | So let me start with – let's just say that when we got the deferral as opposed to a complete response, CRL, that usually indicates that the FDA is – they're pausing their review. And the only step left, to our knowledge, is the inspection. We've had a lot of discussion with the FDA and all the other matters, and *our understanding is that we have answered all their questions satisfactorily.* So we believe the inspection is fundamentally the last step |
| 102 | May 13, 2021 | Earnings Call | Joseph W. Turgeon | The FDA scheduled the pre-approval inspection of our manufacturing facility for later this month. We believe this inspection marks the final step in the approval process, and that *Hanmi's world-class facility is ready for this inspection.* |
| 102 | May 13, 2021 | Earnings Call | Francois J. Lebel | Now let me shift to ROLONTIS. *On the regulatory side, Joe has already updated you on the status of the pre-approval inspection, and we remain confident that our preparation with our partner Hanmi, should result in a positive outcome for this FDA plant inspection.* |

| Cite | Date | Source | Speaker | Statement |
|------|------|--------|---------|-----------|
| 102 | May 13, 2021 | Earnings Call | Joseph W. Turgeon | Yes, we don't know the exact timing, but let's go back in time where we, as you recall, and I know you well know, we received a deferral back in ***our PDUFA date – back in October, not a CRL, which – clearly if there were problems like many other companies got with our clinical data, we feel we would have gotten the CRL. We didn't.*** But because of the pandemic, we couldn't get people to South Korea to do the file. And I know you know all of that. ***We're prepared for the inspection. We're looking forward to it.*** I can't give you an exact date, but I think the FDA would take a reasonable amount of time to get back to us once the inspection is done and we feel that's the last step. So without giving an exact time, I think it'll be a reasonable amount of time after the inspection is done. |