# EXHIBIT 2

## September 09, 2022

## FDA ROLVEDON APPROVAL LETTER

**FDA U.S. FOOD & DRUG** ADMINISTRATION

BLA 761148

**CORRECTED BLA APPROVAL**

Spectrum Pharmaceuticals, Inc.
Attention: Anil K. Hiteshi, RAC
Vice President, Global Regulatory Affairs
157 Technology Drive
Irvine, CA 92618

Dear Mr. Hiteshi:

Please refer to your biologics license application (BLA) dated and received
October 24, 2019, and your amendments, submitted under section 351(a) of the Public
Health Service Act for Rolvedon (eflapegrastim-xnst) injection.

We acknowledge receipt of your resubmission dated March 11, 2022, which constituted
a complete response to our August 3, 2021, action letter.

We also refer to our approval letter dated September 9, 2022, which contained the
following errors in the attached labeling:

- Incorrect table of contents listed in the Prescribing Information
- Incorrect U.S. license number reflected in the blister tray label and carton
  labeling

The corrected action letter incorporates the correction of the errors. The effective action
date will remain September 9, 2022, the date of the original letter.

## LICENSING

We are issuing Department of Health and Human Services U.S. License No. 2312 to
Spectrum Pharmaceuticals, Inc., Irvine, CA, under the provisions of section 351(a) of
the Public Health Service Act controlling the manufacture and sale of biological
products. The license authorizes you to introduce or deliver for introduction into
interstate commerce, those products for which your company has demonstrated
compliance with establishment and product standards.

Under this license, you are authorized to manufacture the product Rolvedon
(eflapegrastim-xnst). Rolvedon is indicated to decrease the incidence of infection, as
manifested by febrile neutropenia, in patients with non-myeloid malignancies receiving
myelosuppressive anti-cancer drugs associated with clinically significant incidence of
febrile neutropenia.

BLA 761148
Page 2

## MANUFACTURING LOCATIONS

Under this license, you are approved to manufacture eflapegrastim-xnst GCSF intermediate, ████████████████ (b) (4), and drug substance at ████████████████ (b) (4) ████████ (b) (4). The final formulated drug product will be manufactured at ████████ (b) (4), and labeled, further assembled, packaged, serialized, and stored ████████████████ (b) (4). You may label your product with the proprietary name, Rolvedon, and market it as 13.2 mg/0.6 mL solution in a single-dose, prefilled syringe.

## DATING PERIOD

The dating period for Rolvedon shall be 24 months from the date of manufacture when stored at 2 – 8°C. The date of manufacture shall be defined as the date of final sterile filtration of the formulated drug product. The dating period for your GCSF intermediate, ████████ (b) (4) drug substance shall be ████████ (b) (4) from the date of manufacture when stored ████████ (b) (4).

## FDA LOT RELEASE

You are not currently required to submit samples of future lots of Rolvedon to the Center for Drug Evaluation and Research (CDER) for release by the Director, CDER, under 21 CFR 610.2. We will continue to monitor compliance with 21 CFR 610.1, requiring completion of tests for conformity with standards applicable to each product prior to release of each lot.

Any changes in the manufacturing, testing, packaging, or labeling of Rolvedon, or in the manufacturing facilities, will require the submission of information to your BLA for our review and written approval, consistent with 21 CFR 601.12.

## APPROVAL & LABELING

We have completed our review of this application, as amended. It is approved, effective on the date of this letter, for use as recommended in the enclosed agreed-upon labeling.

## WAIVER OF ½ PAGE LENGTH REQUIREMENT FOR HIGHLIGHTS

We are waiving the requirements of 21 CFR 201.57(d)(8) regarding the length of Highlights of Prescribing Information. This waiver applies to all future supplements containing revised labeling unless we notify you otherwise.

**U.S. Food and Drug Administration**
Silver Spring, MD 20993
www.fda.gov

Reference ID: 5044179

BLA 761148
Page 3

## CONTENT OF LABELING

As soon as possible, but no later than 14 days from the date of this letter, submit, via the FDA automated drug registration and listing system (eLIST), the content of labeling [21 CFR 601.14(b)] in structured product labeling (SPL) format.[1] Content of labeling must be identical to the enclosed labeling (text for the Prescribing Information and Patient Package Insert). Information on submitting SPL files using eLIST may be found in the guidance for industry *SPL Standard for Content of Labeling Technical Qs and As (October 2009).*[2]

The SPL will be accessible via publicly available labeling repositories.

## CARTON AND CONTAINER LABELING

Submit final printed carton and container labeling that are identical to the enclosed carton and container labeling as soon as they are available, but no more than 30 days after they are printed. Please submit these labeling electronically according to the guidance for industry *Providing Regulatory Submissions in Electronic Format — Certain Human Pharmaceutical Product Applications and Related Submissions Using the eCTD Specifications*. For administrative purposes, designate this submission "**Final Printed Carton and Container Labeling for approved BLA 761148**." Approval of this submission by FDA is not required before the labeling is used.

## ADVISORY COMMITTEE

Your application for eflapegrastim-xnst was not referred to an FDA advisory committee because the application did not raise significant safety or efficacy issues that were unexpected for a biologic of this class.

## REQUIRED PEDIATRIC ASSESSMENTS

Under the Pediatric Research Equity Act (PREA) (21 U.S.C. 355c), all applications for new active ingredients (which includes new salts and new fixed combinations), new indications, new dosage forms, new dosing regimens, or new routes of administration are required to contain an assessment of the safety and effectiveness of the product for the claimed indication(s) in pediatric patients unless this requirement is waived, deferred, or inapplicable.

We are waiving the pediatric study requirement for neonates 0 to 1 month of age because necessary studies are impossible or highly impracticable. This is because tumors in the neonatal period are extremely rare.

---

[1] See http://www.fda.gov/ForIndustry/DataStandards/StructuredProductLabeling/default.htm
[2] We update guidances periodically. For the most recent version of a guidance, check the FDA Guidance Documents Database at https://www.fda.gov/RegulatoryInformation/Guidances/default.htm.

**U.S. Food and Drug Administration**
Silver Spring, MD 20993
**www.fda.gov**

Reference ID: 5044179

BLA 761148
Page 4

We are deferring submission of your pediatric studies for ages 1 month to less than 18 years of age for this application because this product is ready for approval for use in adults and the pediatric studies have not been completed.

Your deferred pediatric studies required under section 505B(a) of the Federal Food, Drug, and Cosmetic Act are required postmarketing studies. The status of these postmarketing studies must be reported annually according to 21 CFR 601.28 and section 505B(a)(4)(C) of the Federal Food, Drug, and Cosmetic Act. These required studies are listed below.

3891-1   Conduct a study to assess the safety, pharmacokinetics and pharmacodynamics of eflapegrastim-xnst in pediatric patients 1 month to <17 years of age with solid tumors treated with myelosuppressive chemotherapy. Submit the final clinical study report including datasets as a supplemental BLA.

   Study Completion:   12/2024
   Final Report Submission:   12/2025

3891-2   Submit pediatric assessments for Rolvedon (eflapegrastim-xnst) as described in section 505B(a)(2)(A) of the FD&C Act, including development of an "appropriate formulation" (presentation) that can be used to directly and accurately administer Rolvedon (eflapegrastim-xnst) to pediatric patients (1 month to <17 years of age). Conduct any necessary human factors studies to evaluate the ability of healthcare providers and caregivers to measure the appropriate doses.

   Interim (Submission of plan for pediatric presentation): 12/2023
   Final Report Submission:    12/2024

Submit the protocol(s) to your IND 103461, with a cross-reference letter to this BLA. Reports of these required pediatric postmarketing studies must be submitted as a biologics license application (BLA) or as a supplement to your approved BLA with the proposed labeling changes you believe are warranted based on the data derived from these studies. When submitting the reports, please clearly mark your submission "SUBMISSION OF REQUIRED PEDIATRIC ASSESSMENTS" in large font, bolded type at the beginning of the cover letter of the submission.

## POSTMARKETING COMMITMENTS NOT SUBJECT TO THE REPORTING REQUIREMENTS UNDER SECTION 506B

We remind you of your postmarketing commitment:

**U.S. Food and Drug Administration**
Silver Spring, MD 20993
**www.fda.gov**

BLA 761148
Page 5

3891-3            To qualify the bioburden test method with two additional drug product batches and submit the qualification report.

The timetable you submitted on June 21, 2022, states that you will conduct this study according to the following schedule:

Final Report Submission:   04/2023

Submit clinical protocols to your IND 103461 for this product. Submit nonclinical and chemistry, manufacturing, and controls protocols and all postmarketing final reports to this BLA. In addition, under 21 CFR 601.70 you should include a status summary of each commitment in your annual progress report of postmarketing studies to this BLA. The status summary should include expected summary completion and final report submission dates, any changes in plans since the last annual report, and, for clinical studies/trials, number of patients/subjects entered into each study/trial. All submissions, including supplements, relating to these postmarketing commitments should be prominently labeled "**Postmarketing Commitment Protocol**," "**Postmarketing Commitment Final Report**," or "**Postmarketing Commitment Correspondence**."

## PROMOTIONAL MATERIALS

You may request advisory comments on proposed introductory advertising and promotional labeling. For information about submitting promotional materials, see the final guidance for industry *Providing Regulatory Submissions in Electronic and Non-Electronic Format-Promotional Labeling and Advertising Materials for Human Prescription Drugs*.[3]

You must submit final promotional materials and Prescribing Information, accompanied by a Form FDA 2253, at the time of initial dissemination or publication [21 CFR 314.81(b)(3)(i)]. Form FDA 2253 is available at FDA.gov.[4] Information and Instructions for completing the form can be found at FDA.gov.[5]

## REPORTING REQUIREMENTS

You must submit adverse experience reports under the adverse experience reporting requirements at 21 CFR 600.80.

Prominently identify all adverse experience reports as described in 21 CFR 600.80.

You must submit distribution reports under the distribution reporting requirements at 21 CFR 600.81.

---

[3] For the most recent version of a guidance, check the FDA guidance web page at https://www.fda.gov/media/128163/download.
[4] http://www.fda.gov/downloads/AboutFDA/ReportsManualsForms/Forms/UCM083570.pdf
[5] http://www.fda.gov/downloads/AboutFDA/ReportsManualsForms/Forms/UCM375154.pdf
**U.S. Food and Drug Administration**
Silver Spring, MD 20993
**www.fda.gov**

BLA 761148
Page 6

You must submit reports of biological product deviations under 21 CFR 600.14. You should promptly identify and investigate all manufacturing deviations, including those associated with processing, testing, packing, labeling, storage, holding and distribution. If the deviation involves a distributed product, may affect the safety, purity, or potency of the product, and meets the other criteria in the regulation, you must submit a report on Form FDA 3486 to:

> Food and Drug Administration
> Center for Drug Evaluation and Research
> Division of Compliance Risk Management and Surveillance
> 5901-B Ammendale Road
> Beltsville, MD 20705-1266

Biological product deviations, sent by courier or overnight mail, should be addressed to:

> Food and Drug Administration
> Center for Drug Evaluation and Research
> Division of Compliance Risk Management and Surveillance
> 10903 New Hampshire Avenue, Bldg. 51, Room 4207
> Silver Spring, MD 20903

Your product is a Part 3 combination product (21 CFR 3.2(e)); therefore, you must also comply with postmarketing safety reporting requirements for an approved combination product (21 CFR 4, Subpart B). Additional information on combination product postmarketing safety reporting is available at FDA.gov.

## POST APPROVAL FEEDBACK MEETING

New biological products qualify for a post approval feedback meeting. Such meetings are used to discuss the quality of the application and to evaluate the communication process during drug development and marketing application review. The purpose is to learn from successful aspects of the review process and to identify areas that could benefit from improvement. If you would like to have such a meeting with us, call the Regulatory Project Manager for this application.

**U.S. Food and Drug Administration**
Silver Spring, MD 20993
**www.fda.gov**

Reference ID: 5044179

BLA 761148
Page 7

If you have any questions, call May Zuwannin, Regulatory Project Manager, at 301-796-7775.

Sincerely,

*{See appended electronic signature page}*

Lisa Yanoff, MD
Deputy Director
Office of Cardiology, Hematology,
Endocrinology, and Nephrology
Center for Drug Evaluation and Research

ENCLOSURES:
- Content of Labeling
  - Prescribing Information
  - Patient Package Insert
- Carton and Container Labeling

**U.S. Food and Drug Administration**
Silver Spring, MD 20993
**www.fda.gov**

-------------------------------------------------------------------------------

**This is a representation of an electronic record that was signed electronically. Following this are manifestations of any and all electronic signatures for this electronic record.**

-------------------------------------------------------------------------------

/s/

------------------------------------------------------------


LISA B YANOFF
09/12/2022 02:50:06 PM


Reference ID: 5044179