# EXHIBIT 13

May 16, 2018

SPECTRUM CONFERENCE PRESENTATION AT BANK OF AMERICA MERRILL LYNCH



# Spectrum Pharmaceuticals, Inc.

# NasdaqGS:SPPI

# Company Conference Presentation

## Wednesday, May 16, 2018 4:55 PM GMT

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

spglobal.com/marketintelligence

# Table of Contents

Call Participants ..................................................................... 3

Presentation ......................................................................... 4

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Call Participants

**EXECUTIVES**

**Joseph W. Turgeon**
*President, CEO & Director*

**ANALYSTS**

**Brian Cheng**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Brian Cheng**

I'm Brian Cheng. I'm associate on this Mid-Cap biotech team, led by Tazeen Ahmad here at Bank of America. It's my pleasure to introduce you the next speakers of today's presentation. The CEO of Spectrum Pharmaceuticals.

**Joseph W. Turgeon**
*President, CEO & Director*

Thank you. Good morning, and thanks for everybody's interest. I'm Joe Turgeon with Spectrum Pharmaceuticals. I'm really glad to have a level on the mic. Because normally, when I get behind a podium, you can't see me and you just hear like it's a voice over. So I'm glad that I get to walk around and not be leashed to this here.

I will be making forward-looking statements today. Obviously, I'm going to give you the outlook and the expectations of management. Please do your research before investing. But I'm really excited to be here. And it's not often a biotech company could tell you that I can see this place from my office. We're actually located in Henderson, just south of here, about a 15-minute drive. And we're one of the few biotech companies located in Nevada. And if you don't know much about Spectrum, what we are is a biopharma company, we don't do discovery. What we do is, we acquire, we develop and commercialize. And the commercialize is unique, when you're small- to mid-cap because we do actually have products in the market. And I will tell you, when I first got to this company, it was a lot of confusion that, hey, this is -- this must be a spec pharma company, you have these small niche drugs. And I can assure you that I didn't come here to be part of a spec pharma company, I'm here to run a biopharma company, and that's what I want to show you today with excitement.

But uniquely, these drugs we have, do 2 things: They bring in over $100 million of revenue a year, which pays for most of the bills, which is unique, but it also allows me to compete. I have a very good commercial team, and we're shooting live ammo, we're launching drugs, we're dealing with everything that it goes in the oncology markets, with distributors, with the GPOs, et cetera, and it brings in the cash. So I want to be clear, what I'm here to talk to you about is the exciting future, and what we have in late stage development. Because when you get in this business, one thing I've learned, in longer than, I want to say, I've been in this business for about 35 years, is that it takes 1 event to transform your company. And we have 2 shots on goal, which is here in Vegas with the Golden Knights doing so well, I'll talk about shots on goal with their first year and getting to the -- going to the finals may be. We've got some really good shots on-goal here that are very, very unique. And I want to talk about poziotinib. Poziotinib is a TKI. It's an oral agent, and it's demonstrated activity in various cancers. What we did is we got this drug from a company called Hanmi, actually both of the drug I'm going to show you this morning, from a company called Hanmi in South Korea. They were doing trials in 6 different tumor types, and we bought it. And we said, okay, we'll look at breast cancer. And we started a Phase II trial in the third line, as you would do, it's a pan-HER inhibitor. It showed some good activity in Phase I. Meanwhile, we got a call from MD Anderson one day. I still remember where I was, I was at Taco Bell, cheating -- I was eating a taco. And I said, what do you got -- you guys have poziotinib? I said, yes. Why? So we're looking at mutations in non-small cell lung cancer. We've done some research and first of all, there's a huge unmet need here.

I don't know if you know this, lung cancer is a leading cause of death of all the cancers because, not because of the prevalence but because the percent of the people who actually die. So it's very, very high unmet need, very important. When you get to these exon 20 insertion mutations, talking about unmet need, you have a progression-free survival of only 1.8 months and current TKIs and other therapies only have a 6% to 8% response rate, huge unmet need. And here's what MD Anderson showed us. Two things that I want you to keep in mind, as I go forward. Number one, they said, yours is -- we've tested all the agents in animal studies, yours is 100x more potent than anything that's out there, very compelling, right? With this high unmet need. He said also, let's look at the molecular structure. When you look at osimertinib here, you can see 2 things I want you to notice when you compare to poziotinib. This is

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

obviously another TKI. Look at the size of the molecule, you don't have to be a molecular biologist to see the difference in size. But also, the makeup of the others has rigidity. They're very rigid and stiff, where we're small and flexible. Kind of like me, small and flexible. I don't know if I'm so flexible anymore, but I'm small. But this is why this comes into play. When you're looking at why these TKIs don't work in the current therapies. It's the steric hindrance that happens, the mutation leads to structure out alterations and simply they can't get in and bind and do their job because we're smaller and more flexible. Poziotinib can wiggle its way in, bind to the ATP and do its job. And that's probably why in this data out now on this from MD Anderson, why they think we're having the early response rates, that so exciting, that you're seeing.

So let's talk about what happened. MD Anderson said, look, we want to do a phase II, will you guys get involved with us? We said, absolutely. So what happened, here is the study design, you have EGFR and HER2 and exon 20 insertion mutations in non-small cell lung cancer. You had to be in 1 or more prior systemic therapies. We actually boldly, and I think very smartly, put in brain mets. Because the first question I always get, with non-small cell lung cancer, what about CNS? Do you have activity? So we didn't just do it willy-nilly, we said, okay, let's do it smartly. We'll have CNS patients, but they have to be asymptomatic, not on a steroid or not on a -- any anticonvulsants, and this is important data that we're getting. 2 cohorts, 1 is exon 20 EGFR in the first cohort, the other cohort is on HER2. I'm happy to tell you that the 5th -- it turned out to be 30 and 30 in the Ns. We were enrolling so quickly there, at MD Anderson, they quickly called us and said, can I increase my N? I agreed to 50, fully enrolled. So the 50 patients is already enrolled on a cohort of EGFR.

On the HER2 side, they did announce that they were over half enrolled on the 30. So what happened is they announced, this is where the excitement came, you saw our market cap go from 350 to 450. You would hang around there, many of you know that. So all of a sudden, now we're $1.8 billion to $2 billion. And this is the reason because I've been in oncology a long time. I've never seen a waterfall that's this. This is the first 11 patients that caused the stir first at the World Lung last year in Oklahoma -- Yokohama and then in a subsequent article on an update on these 11 patients. Look at the waterfalls, everything is south. Everybody responded. Now to RECIST criteria of 30% or more response rate, what you see on, and initially, it was a 73% response rate. Now since, we've confirmed now, that it's a 64% response rate and -- on these patients.

Now let me give you a perspective. Before we started this trial, right here in Las Vegas, I had 16 of the world thought leaders in lung, in a room in a hotel down the street. And I said, okay, tell me, what is a home run here, in your guys' eyes? You guys do this for a living. I know as a drug developer, if I can get a 20% to 30% response rate, I can get a drug approved. But what's the home run that I really want to look forward and hope for? Here's what they told me. 2 things, they said, if you get a 40% or more response rate, that's a home run. The second thing, on duration. If you can get anything from 4 to 6 month, remember, I told you, you have a PFS of only 1.8 months. You've got a home run. What I'm pleased to tell on an early data, why there's so much excitement, that we have 64% confirm response rate. And as far as duration, we haven't hit the median yet, and we know we're at 6.6 months in these initial patients. That's exciting and promising.

Secondly, there's -- I will give you another 1, this is a plus 1, like you're going to a wedding or some function, the plus 1 is, we have a HER2 patient who is a compassionate use patient before the trial started, she was in hospice. 15 months later, still on drug, 15 months, now that's amazing response of that one patient there. So again, there will be more data coming, but this is where all the excitement is coming from. This is a huge unmet need that we may be having something here. I will go through this. These are showing their dramatic response from a radiographical standpoint. You can really -- you don't have to be a radiologist to see the difference. But meanwhile, there's been a publication, just recently, with the 64% in Nature. So we were proud of that and Nature's [ 1711 ] patients demonstrated a confirm partial response. I told you, it's at least 6.6 months. It's going up from there, which is amazing news.

We have evidence to CNS activity because 2 of the patients had brain mets, one had MLB, the other with normal brain mets. They did have tumor shrinkage, which was really, really fun, and then as far as AC -- AEs, about half of the patient's for those reduced, just like you see with the other TKIs, usually it's rash,

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

which could be pretty significant rash. But they know -- these doctors know how to treat this, they're used to doing that. So about half the patients with those were reduced to -- or they can go down to 14, 12, 10.

Meanwhile, we're not sitting around, we have our own trial going. And we've got 22 sites already enrolling. I haven't announced the amount of patients, but I'm extremely pleased, I got an update yesterday on the enrollment. It's going very, very well. We have rights around the world, so I just had a crew come back from 2 weeks in Europe, we're signing up European sites and Japanese sites also because we have rights to these drugs there. And basically, the trial is the same thing. I did add a scan for early responses, so we have a scan at 4 weeks, 8 and then 8 weeks after that. We don't have point mutations, where they have point mutations in MD Anderson trial. But I'm really excited about this.

So listen, we've got 3 territories around the world. This is very prevalent. If you want to give yourself a marker, you might think of the ALK drug that's out there now. And that's slightly -- that's a smaller population than just in lung cancer, I'm talking about, here for on the exon 20 insertion mutation, it's a significant population, but we also have the rights to Europe and in Japan and we're developing there.

Also, this is exciting, I'm just talking about non-small cell lung cancer. We're already looking now and soon, we'll start a trial, on what's called the basket trial. Because exon 20 insertion mutations are seen in across solid tumors. So that's the next exciting step for this. We're starting a trial called a basket trial, in other tumor types. So I just showed you the prevalence just in non-small cell lung cancer. Look where this could go, but I'll take you a step further. Now we're talking about, and other companies already inbound on me saying, hey, what about combinations? Those doctors love their cocktails, both, at work and after work. And I can tell you that, this is exciting stuff that it could spray on the population of this drug. So we're moving forward on the lifecycle planning too, as we go.

So here's the ongoing studies, MD Anderson fully enrolled with the 50 on exon 20 insertion mutations. They've got about over half enrolled on the HER2 side. We have ours up -- ours is, by the way, up to 87 patients in both cohorts. And we chose that very thoughtfully because up to 87, we're hoping that could come down. Our hope is to get therapeutic breakthrough, we've had our first preliminary meeting. And what that would mean, is hopefully, quicker to market, potentially less patients. I can tell you this, when we met with the agency, there are 2 criteria they look for, for therapeutic breakthrough status. Designation 1, is a high unmet medical need, that's certainly documented. Secondly, is a significant improvement on response over current therapies. We hope to show that. We know how many patients they want, and how long those patients should be on. We're quickly approaching that. We'll go back and have another meeting with the agency. I think it's safe to say, that this year, we'll have an answer on therapeutic breakthrough status and designation for this drug. I'm really excited about that. And we also have phase II breast-cancer plan going on.

So that's excitement and really, really what's changed our company and everybody's watching. World Lung is coming in September, where we'll have another bigger -- much bigger data set. Because everybody wants to see more data, we'll have more data. I think it's safe to say at World Lung in the upcoming in September.

And we also had AACR, you may have seen, there was a publication, a poster, on the HER2, the responses on HER2 and early responses on the animal model. So there's no reason to believe that this won't be working very well on HER2 also.

I do want to mention ROLONTIS in the last few minutes I've got. ROLONTIS, this is -- it's not as sexy as a unmet medical need in like you see with exon 20 insertion mutations, but this is a huge market, it's something that I participated in my old job since day one. I've got people in the room, I notice, have done this before. ROLONTIS is a GCSF. And it's a long acting and the difference is, it's novel. So your takeaways has to be, it's not a biosimilar, I noticed there are some biosimilars in GCSF that we presented here at this conference site. This is not a biosimilar, will put me in a very unique position to compete, is what I wanted to hear. And the difference is, it's this linker, you don't PEGyalte the cell to get your long acting, extend the half-life. What you do, is that GCSF is put on with this linker and it goes right to the bone marrow, goes to work. And our dose in our Phase III is half the dose of the current therapies.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Very quickly, what we did, we did our Phase IIs. What we saw is we actually were superior at the highest dose than the current therapy available of pegfilgrastim, and that means, we had days of severe neutropenia. We had a 1/3 of a day more protection than the current therapies that are in the market today. That's kind of exciting because patients can die of sepsis with this situation. And it's a -- it's the first novel, not biosimilar in GCSF. So we've had 2 trials. The advance trial, we had 406 patients fully enrolled. We announced the top line data in February, that we hit our primary endpoint, and that we didn't see any unforeseen AEs, in comparison -- in direct comparison to the standard of care. And by the way, today -- later today, you will be able to see the abstract online from abstract -- ASCO. We have an online abstract of the full data set, if you want to dig in and see how good the data looks. So later today, you can actually see it.

Also at MASCC coming up in Vienna in June, there'll be an oral presentation on ROLONTIS. Our second trial we did for 2 reasons. Number one is we have European rights and I wanted to get European sites in the second trial for my submission to the EMA. And the second -- and secondly, the agency here in the U.S. requires 2 well-controlled trials. So it was important that we did that for registration. And that's fully enrolled to.

So again, in summary, a lot of recent developments. We've got Nature presentation for poziotinib. We have the AACR post that I talked about. We just signed, this is really important, we got an IP agreement with MD Anderson, anything, any advancement they do with poziotinib, we will own, and it will also extend our patent life, that's a really important step, that we just did. I'm really proud of the team for that. And also, we have a partnership we just announced with Thermo Fisher on a companion diagnostic. That's going to be important.

And then finally, ROLONTIS, I just showed you where we're at with that. But one other thing I'll end with. I become CEO, I was asked to take the job last December, the 17 December. We have a board member in the room who's done a great job with me working on corporate government. I'm happy to tell you, I'm proud to tell you, we've made some big changes that we've recently announced in our governance within the company, puts us more in line with other companies as we should be. And we also have made some changes on the board. There are 3 new board members in this slide, including myself. So we have a whole new look on the board and I want to continue to make those kind of changes on the governance and the way we drive this company forward. I'm really -- think we have a good board that I'm working with now. And also, we've raised our guidance recently. I know it's small numbers in the big picture, but it's important that we raise our guidance, and that's an important thing.

So I hope, what I've shown you is, there's a lot of companies who want to be in this position. You need one event to change your company. These are multibillion-dollar markets we're talking about here. It's amazing that a company our size has these 2 drugs. And I've shown you that we've developed them very quickly and then, we have some milestones in the near future that can tell and really form the future of our country.
I'm really excited to be here. We've got some great things happening. And I appreciate your time and interest. Thank you very much.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Copyright © 2019 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2019 S&P Global Market Intelligence.