# EXHIBIT 15

September 24, 2018

SPECTRUM PRESENTATION AT WORLD CONFERENCE ON LUNG CANCER

## *Spectrum Pharmaceuticals Inc at 19th IASLC World Conference on Lung Cancer: Poziotinib - Final*

FD (Fair Disclosure) Wire

September 24, 2018 Monday

Copyright 2018  ASC Services II Media, LLC
All Rights Reserved

Copyright 2018 CCBN, Inc.

**Length:** 6025 words

# Body

Corporate Participants

* Shiv Kapoor

Spectrum Pharmaceuticals, Inc. - VP, Strategic Planning & IR

* Joseph Turgeon

Spectrum Pharmaceuticals, Inc. - President & CEO

* John Heymach

Spectrum Pharmaceuticals, Inc. - Lead Investigator of Poziotinib Phase II Trial

* Thomas Riga

Spectrum Pharmaceuticals, Inc. - COO

Conference Call Participants

* Adnan Butt

Guggenheim Securities - Analyst

* David Buck

B. Riley FBR - Analyst

Presentation

OPERATOR: Good day, ladies and gentlemen, and welcome to the Updated Phase II Data Presented at the World Conference on Lung Cancer Call. At this time, all participants are in a listen-only mode. Later, we will conduct a question-and-answer session and instructions will follow at that time.

(Operator Instructions)

And as a reminder, this call is being recorded. I would now like to introduce your host for today, Mr. Shiv Kapoor, Vice President, Strategic Planning and Investor Relations. Sir, you may begin.

Spectrum Pharmaceuticals Inc at 19th IASLC World Conference on Lung Cancer: Poziotinib - Final

SHIV KAPOOR, VP, STRATEGIC PLANNING & IR, SPECTRUM PHARMACEUTICALS, INC.: Thanks. Good afternoon and thank you all for joining us today to discuss the Phase II Poziotinib data that was presented today, September 24th at the IASLC 19th World Conference on Lung Cancer in Toronto. I hope you've all had a chance to review our press release that we issued here today. If not, it's available on our website at *www.sppirx.com*. If you're on the webcast, you should be able to follow our slide presentation and after our call today these slides will be available for download.

I would like to remind everyone today that today's call and accompanying slides we will be making forward-looking statements regarding future events of Spectrum Pharmaceuticals including statements about product sales, profits and losses, the safety, efficacy, development, timeline and clinical results of our broad products and broad candidates that involve risks and uncertainties that could cause actual results to differ materially.

These risks are described in further detail in our reports filed with the Securities and Exchange Commission. These forward-looking statements represent the Company's judgment as of the date of this conference call, September 24, 2018 and the Company disclaims any intent or obligation to update these forward-looking statements. However, we may choose to update them and if we do so, we will disseminate the updates to the public.

For copies of today's press release, historical press releases, 10-Ks, 10-Qs and 8-Ks and other SEC filings and other important information, please [refer] to our website. And now, I'll turn over the call to Joe Turgeon, Spectrum's President and CEO.

JOSEPH TURGEON, PRESIDENT & CEO, SPECTRUM PHARMACEUTICALS, INC.: Thank you, Shiv. Hello everyone. I want to start by thanking you all for your interest in Spectrum Pharmaceuticals and for joining our webcast. The focus of today's webcast is speaker Dr. John Heymach. He's the lead investigator of the Poziotinib Phase II, investigated and initiated study at MD Anderson. Earlier today at the World Lung Conference, Dr. Heymach [run] an oral presentation which included updated data from the eGFR and the HER2 cohorts in patients with non-small cell lung cancer with exon 20 mutations.

Currently, available therapies for these patients are limited and there's a high unmet need. Dr. Heymach's trial is the single largest dataset in this patient population. We're proudly working with him and with his team. As many of you are aware, we are also actively expanding the Poziotinib clinical program into new areas beyond the previously treated setting being discussed today.

These areas include first-line treatment of non-small cell lung cancer, treatment of other solid tumors with eGFR and HER2 mutations and combination therapies. You will receive updates about these new fillers in the near future. So, now I want to turn the call over to Dr. Heymach to go over the new data that was presented today. So Dr. Heymach, you have the gun.

JOHN HEYMACH, LEAD INVESTIGATOR OF POZIOTINIB PHASE II TRIAL, SPECTRUM PHARMACEUTICALS, INC.: OK. Good afternoon everyone and thank you, Joe and so I'm excited here to be presenting our Phase II data on Poziotinib for eGFR and HER2 exon mutant, non-small cell lung cancer, and here are my disclosures.

So, let me start off by saying that eGFR and HER2 exon mutations occur not only in lung cancer but they occur in many other cancer types. In fact, it's been observed in at least 26 other types of cancers. We've actually just completed the largest metanalysis ever reported for exon 20 mutation. This is from the 15 different datasets, encompassing a total of 390,000 total patients.

And this includes the full datasets from MD Anderson, Foundation Medicine, Guardant Health, the MSK- IMPACT, TCGA and others. From this data, we see that in the U.S., the frequency of eGFR exon 20 mutations about 2.1%, HER2 about 1.5% for a total of 3.6% and that translates to about 7,700 patients a year in the U.S.

In China, the frequency is higher coming in at about 6.3% translating to about 41,100 patients every year. Interestingly, even though lung cancer is where these mutations happened the most, there are more patients with non-lung cancer exon 20 mutant disease than with lung cancer.

Shown here just in the U.S., roughly 8,400 patients a year have exon 20 mutant disease that don't have lung cancer as compared to the 7,700 of lung cancer. So I highlighted this because we think outside of lung cancer, there's still tremendous opportunities for effective treatments for this patient population.

So, in the next slide you see the effective therapies in classical mutations or for other HER2 mutant driven disease are ineffective for exon 20 mutant disease. So, this is from several published studies and there are the recent datasets that are fully in agreement with this. First and second generation TKIs have an overall response rate in the low single digits, roughly 3% if you consider the typical exon 20 mutations or 8% if you include the 763 FQEA which we haven't treated in our study.

That's one that's known to be sensitive that really is not one we consider a classical, an exon 20 mutation typically. The median PFS for this group is two months. Now for HER2 exon 20 mutant disease, if you take all the HER2 inhibitors that are currently in clinical development, response rate is on the order of 11% overall.

There is a recent promising data from 11 patients treated with TDM-1 where they reported for their HER2 mutant subset, an initial response rate of 55%. Obviously, that's early data but we're excited to see more. So, the question is what are patients' alternatives if first and second generation TKIs are ineffective for these patients and I'll show you later the third-generation TKIs like Osimertinib were also ineffective.

Well, they're left with the choice of non-targeted standard second line therapies, that's Docetaxel which has a response rate of 9% to 13% in multiple studies where PD-1/PD-L1 inhibitors which is 3.6% to 19% and for eGFR mutant tumors, they're likely lower than that. Typically, classical eGFR mutants are in the single digits.

So, we have for a long time had an interest in exon 20 as the major unmet need within the field as others have. And so we developed an effort using both molecular modeling, in vitro screen and in vivo screen, looking at all the drugs that are out there in the field. And so what we've shown here is the eGFR binding pocket with an eGFR classical mutation on top of the T790M.

So one thing I'll point at, this pocket is actually much larger and has certain characteristics to make it more favorable for drugging and that's why you've seen a number of very highly active drugs for this specific mutation. Now if you look at Osimertinib shown here which is the established effective drug in this space, you can think of the molecule having an arm and that arm grabs on to the C797 residue to form a covalent bond/linkage that C797 has shown with the red arrow in the space filling diagram.

You got the body, that's ATP mimetic, that's sort of the core of the molecule and then you got the feet and the feet are the things that fit into the pocket that can be tailored, depending on the specifics of the binding pocket. Now when you have an exon 20 mutation, this is typically an insertion and it causes distortion in the binding pocket to make it much smaller overall, and force any molecule to have to contort, if it wants to form a covalent linkage.

In fact, these molecules of course are always vibrating but it spends much more time in the confirmation similar to the wild-type confirmation. So, it becomes much harder to achieve differential inhibition of mutant versus wild-type which is why this group has been so difficult to target for so many years now despite a lot of drugs in development.

So, we identified that all the drugs that were in developments or been tested previously that Poziotinib appeared to be one that had the properties that fit best into the exon 20 mutant pocket [knows] because essentially at the smaller feet shown in the red box, and the longer distance from the arm to the feet that led it also twist and contorted into this pocket more favorably.

The preclinical data is consistent with this suggestion. So, let me take you through it to show us we took the top 20 eGFR exon 20 mutations, so the most common ones and expressed them in what's called [Ba/F3] model. So, they're all in the same cellular background. I bring that up because sometimes you'll see studies presented with different types of cells and it's really comparing apples to oranges. If you want to compare different receptors, they will have to be done in the same cellular background.

Spectrum Pharmaceuticals Inc at 19th IASLC World Conference on Lung Cancer: Poziotinib - Final

And so here, we've shown the IC50, so the bar lower is better here for the 20 different most common mutations. And you can see Poziotinib is significantly more potent than any of the other drugs in development. Now I'll also mention here we include tarloxotinib-TKI. This is the active [way] if it's released by the (inaudible) drug being developed by Rain Therapeutics and so there you have the question of whether it's going to get release but on top of that, the drug is significantly less potent as well.

For HER2 exon 20 mutations, Poziotinib is also the most potent as well from these other drugs that had been in development and I'll point out in addition, Neratinib has contested with some modest clinical activity. Pyrotinib is currently in clinical development as well.

So, not only is the potency important but one other important aspect is the selectivity. So, by selectivity we mean how well it inhibits the mutant receptor versus the wild-type receptor, so we expressed that into selectivity index. So, here lower is better and you can see the Poziotinib is not only the most potent inhibitor but it's also the most selective.

And in fact if you compare it to the other TKIs in the space, it has between two and ten-fold more selectivity for mutant versus wild-type receptor. So, this means if you increase the dosage of the other drugs to get to the same level of inhibition of the eGFR exon 20 receptor, you would have that degree more of wild type inhibition. And I bring this up because this puts a limit on the doses that the other drugs can use, even if they were comparably potent. They are limited by their lower selectivity for the receptor.

Similarly for HER2 with other TKIs, it is also the most selective with the different order and different set of TKIs that are being compared here with 2.6 to 28.7 fold improvement in the selectivity over the other drugs that are in the space or in development.

So, this promising preclinical data and I'm not showing you but we got considerable in vivo data in PDX and GEM models and others and I'm happy to discuss that later if people have questions about the preclinical data has led the design to this Phase II study. So, this is an investigator-initiated, open label single center trial at MD Anderson.

The eGFR exon 20 mutant cohort was initially plan to be 30 but it was rapidly increasing to 50 because of the unexpectedly brisk enrollment that we face on the study where we actually had a waiting list at times. The HER2 exon 20 cohort is planned to be 30. The primary endpoint here is objective response rate and it was felt that at target objective response rate greater than 20% would be a substantial improvement over other options and will represent a clinically meaningful advance.

In terms of eligibility, [they] were eGFR or HER2 exon 20 insertion or point mutants excluding acquired T790M and I'll mention the reason why I say that here later. One or more prior systemic therapy, now the protocol is amended later to include treatment-naive patients but we only ended up putting on three patients in the treatment-naive cohort because that was coming in later.

And brain metastases were permitted [if] asymptomatic and stable without escalating steroids or anticonvulsants. The dosing was 16 milligrams with dose reductions to 12 or 8 milligrams allowed.

Here's the patients' characteristics for the 63 patients that started treatment on the study. I'll mention that they came from eight countries. This includes countries in South America including Brazil. We had Singapore, India, China, England, Netherlands and several other countries as well. So, it's actually a global study but conducted as single center in Houston where everybody had to travel there frequently and I'm happy to discuss implications of that later but it really made that a very challenging study in that regard.

Twenty-eight percent of patients had brain metastases at the beginning, 94% had prior therapies and these were very heavily treated subset of population of patients. So 86% have prior platinum, 34% had prior TKIs, 54% had prior immunotherapy and 68% had two or more prior therapies.

Spectrum Pharmaceuticals Inc at 19th IASLC World Conference on Lung Cancer: Poziotinib - Final

And for those of you who are familiar with lung cancer patients, once they have progressed after two or more prior therapies, their median survival tends to be extremely short in that. So, you're really catching patients that are near the end of the rope who are commonly on the study.

Just the overall safety summary, grade 3-4 toxicities were observed in 56% of the patients as I'll show you later, it was usually rash. Adverse events leading to dose reduction occurred in 60% with 3% adverse events leading to treatment discontinuation. Now to give some context for those of you that aren't familiar with treating patients with eGFR inhibitor as we do everyday, the drugs we used like Afatinib, 52% have a dose reduction and 8% had discontinuation.

And this is really until the last year when Osimertinib was approved. This was really our best TKI that we used everyday. So, the total number of patients who discontinued or had dose reduction was [right] in the same [water]. Dacomitinib which recently showed overall improved survival in the [Archer150] study - 1050 had a 67% dose reduction and a 10% discontinuation rate. So, this shows you that the discontinuation rate and dose reduction rate is well within the range of other tyrosine kinase inhibitors in development or approved.

And - I'm sorry let me go back, there was one grade 5-related adverse event here. This was a fatal case. There was a patient who had three prior lines of therapy including chest radiation, Pembro, Ipi/Nivo and chemotherapy. She - the patient presented with dyspnea and was found to have progressive disease.

[They're] interstitial markings and it was [supposed] to most likely be lymphangitic spread but the outside investigator said they couldn't formally rule out pneumonitis without a - without a bronchoscopy. So they had to list it as possible, even though the clinical situation certainly argued that this was simply lymphangitic spread in the setting of progressive disease at other sites.

In terms of treatment-related adverse events that happened commonly, these are the common eGFR-related TKIs that lung cancer doctors manage everyday. So this - the most common grade 3 toxicities were skin rash that occurred in 34.9%, diarrhea in 17.5 and mucositis and paronychia were also common. And as I mentioned, these were manageable. Only two patients out of the 50 discontinued because of tolerability. One of them was because of a cellulitis I think because of mismanagement with the prophylactic medications that were prescribed.

So, here's the waterfall plot for showing the objective responses. So out of the 44 evaluable patients, 43 of them had evidence of tumor shrinkage. Only one patient had progressive diseases that best response, that was a patient with T790M. I know there's a debate about whether that patient was eligible but it was felt that wording of the protocol said acquired T790M and this was germline T790M. So, that's the debatable point.

Nevertheless, it's - the protocols had been clarified to make sure T790M patients are not put on in the future but everybody else had evidence of tumor shrinkage. Now our best response of PR was observed in 55% with the confirmed objective response rate in 43%. Now we talked about one aspect of the study because we had patients all traveling from far away and because most of them or many of them came in without insurance, because a lot of them were ex-U.S and now we had to really be very [stingy] with the CT scan.

So, we had CT scans in two weeks, at two months and four months which meant to have a confirmed PR. You had to maintain the responses for at least four months, if not six months of treatment, depending on when your PR kick in. As opposed to the way many studies would be structured with scan to one month and two-month which meant your two-month would be the confirmation scan that occurs there. So, a confirmation here takes much longer to do than the typical study.

Here's the median PFS, so the intention to treat population at 5.5 months. And here's the duration of treatment for all patients on the study. Now the first thing to point out is the arrow show the 19 patients that are still on treatment.

So, the waterfall plot that we had responses that may deepen or others may become confirmed PRs but in addition here you can see that we have six patients who have already been treated for more than a year. We got another seven patients that will be more than a year in the next two months as well. So, obviously a substantial fraction of these patients are getting long-term benefit on this treatment.

Spectrum Pharmaceuticals Inc at 19th IASLC World Conference on Lung Cancer: Poziotinib - Final

Now here's the HER2 exon 20 insertion data here. Here we got 12 evaluable patients with the best objective within - best response of PR in 50%. Five out of those six had been confirmed thus far. So, for a confirmed objective response rate of 42% with two additional patients who are nearing a PR right now who are still on treatment. Now, this is very early with this small number of patients but the median PFS thus far is 5.1 months and we had the number of patients that are on long-term therapy here as well.

So our conclusion, this is first of all the largest study ever done in eGFR and HER2 exon 20 mutant patients and it demonstrates high anti-tumor activity for Poziotinib in metastatic, heavily pretreated group, a group for which no targeted agents have proven effective. With the best objective response of PR and 43% confirmed objective response rate in evaluable patients to date, although there's 19 patients who are still on treatment.

The median PFS thus far is 5.5 months. Durable response is observed with six already more than a year and on the seventh they may cross a year in the next two months. So, this compares quite favorably to what the alternatives are today for these patients which are standard of care agents. First and second generation TKIs have response rate of less than 8%, less than 3% if you throw out the 763FQEA.

And less than 19% for standard of care second line agents which would be Docetaxel, PD-1 and PD-L1 inhibitors and also point out the majority of our patients were already PD-L1 inhibitor refractory, meaning that isn't even an alternative for those patients.

Significant activity was also observed in the HER2 exon 20-mutant non-small cell lung cancer with initial responses observed in 50% of initially evaluable patients. Median PFS of 5.1 months. And eGFR-related toxicities were primarily the known ones, rash, diarrhea and paronychia.

They were manageable, they were consistent with other drugs that are in this space that we used everyday, and required dose reductions in 60%. But discontinuation due to poor tolerance was extremely rare at only 3% of the patients, actually lower than that observed for Afatinib and Dacomitinib, indicating this was obviously a manageable regimen.

And so based on this encouraging activity, this has prompted a confirmatory, international, multicenter study in eGFR and HER2 exon 20 mutant patients which is currently ongoing and this has now been expanded to include a first-line cohort and development of a separate pan-tumor basket study. Because as I showed you earlier, there's actually more non-lung cancer than lung cancer with eGFR and HER2 exon 20 mutation.

And just to acknowledge the group and particularly at MD Anderson, Jacqulyne Robichaux and Yasir Elamin, who really been a tremendous help on this, the exon 20 group who really has helped spearhead mobilizing these patients and bringing them in for the study. And the patients, many of whom really had to go to extraordinary lengths to travel for the study.

All right, so with that, I'm happy to stop and take questions.

JOSEPH TURGEON: Thank you, Dr. Heymach and these data represented an important advance for the patients dealing with this difficult to treat mutated cancer. And with that, operator, can we open up the lines for questions for Dr. Heymach?

Questions and Answers

OPERATOR: Of course. (Operator Instructions)

And our first question comes from the line of Adnan Butt with Guggenheim. Your line is now open.

ADNAN BUTT, ANALYST, GUGGENHEIM SECURITIES: Thanks for taking the question. Dr. Heymach, first thanks for doing this important work. I would like to begin by asking you, what's the appropriate denominators you [list] for the study, analysis [system] and why? I was under the impression that regulators typically prefer looking at ITT versus evaluable.

Spectrum Pharmaceuticals Inc at 19th IASLC World Conference on Lung Cancer: Poziotinib - Final

JOHN HEYMACH: Yes, well, again the question we're asking and this wasn't designed as a regulatory study, the question we're asking here is the drug active here. So when you're looking at the population where you can evaluate the activity, this is what you see.

Now, I'll point out that the study actually we had a number of - we actually had a total of five or six patients that weren't evaluable. And I think this is largely a function of some of the particular challenges with the study.

So, these were often patients that it really were meant - been extremely pretreated, had no other alternatives and were flying in. So we had for example, one patient who came in from Asia started the therapy and then just couldn't afford to fly back there, despite the fact that clinically they would appear to be having a wonderful response. So, they're petitioning to get the drug by compassionate use, IND. So, that's an example of a patient who is benefiting, has a sensitive mutation but obviously because of that particular situation here, is not practical to be evaluated.

We also had two patients who were oxygen-dependent at the time they were enrolled and had active pneumonia. One of them had a pneumonia that after they started the drug for three days was found to have a Pneumocystis carinii pneumonia and it coupled with CMV that required going to the ICU. So again because of the extreme situation around this, we have a handful of patients where it's not practical to evaluate.

I mean the question we're trying to ask is this - is this drug active and I think the answer is clear cut. And once again we're comparing this to the standard of care drugs which are Docetaxel with the 9% to 13% response rate, and PD-1 and PD-L1 inhibitors which for eGFR mutants are typically in the single digits.

ADNAN BUTT: Dr. Heymach, did the HER2 cohort faced similar challenges or not as much?

JOHN HEYMACH: Yes, it's a great question. Yes, but not quite as much and let me explain why. For the HER2 cohort, the - these were not being caught as frequently and so the difference we're getting enrollment is more function of what people's profiling is, that they're typically profiling eGFR. Everybody is profiling eGFR but the only people that are profiling HER2 [are] the leading centers for those who are using Foundation or Guardant who are doing next-generation sequencing which is the minority of patients.

So, that's the reason we have less HER2 going on as they're just detected, less frequency. The HER2 cohort only started to pick up later and by the time it was rolling, the international Poziotinib study was going and that gives us the option to send patients to the international study. In fact, our site opened up the international study as well and so we started [shunting] patients in that direction.

So, I don't expect we're actually going to complete the whole HER2 cohort because now those patients have a local option closer. There's no reason to make them fly to Houston when they can get the drug closer to home. We're going to be focusing on combinations for that population, so [because] it [open] later when we have these other options available, we always prefer to send patients to their local physician.

You know, you can imagine the challenge if I got a patient from China or India who flies in - we had one case where an entire village in the Netherlands actually had a fundraiser to be able to send one of their patients to come on study, to fly all the way here to get it. So, you can imagine patients are going through that sort of effort, we certainly want to send them to the sites that are closest. When that happens, the population starts to regularize.

Again, we had patients here who are coming in on oxygen and wheelchair and had no other hope. You're really getting the extreme cases but as it opens ups in more sites, you tend to get more run of the mill patients who are able to get treated closer to home. So, that's why I think you'll see a shift in the population in the subsequent study to more run of the mill, not as heavily pretreated patients.

And you'll also get the earlier readout with conformational responses because in the international study, they're doing the one month, two-month which is more typical for confirmation. If we had to use two-month for confirmation, our objective response rate was 55%. It's only because it's the four-month that drops a bit.

Spectrum Pharmaceuticals Inc at 19th IASLC World Conference on Lung Cancer: Poziotinib - Final

ADNAN BUTT: Just a couple more. So just following up on what you said Dr. Heymach, is there any learnings that can be taken away from the work that you've done that maybe the sponsor Spectrum can take away? What I'm trying to get to is do you think there's a chance that outcomes could be improved further for these patients?

JOHN HEYMACH: Yes, it's a great question and I think if we look at this duration now and let me - let me talk about the duration. So first of all the PFS data was with intention to treat, so all these people who came in with active pneumonias and who couldn't fly back and so forth, actually contributed to the PFS, so that shorten that up. When you actually look at the patients that were treated sort of under regular order, the PFS is much longer.

The median duration of response from the time they actually had a response at two months typically, for patients who had prior platinum and had adequate follow-up was 5.6 months. Now you add unto that, it took two months for them to have the response, that means those patients were on for eight months. Now, this is a heavily pretreated, so when you move to earlier line settings, we expect that number is going to get longer.

When you move to less extreme patients, we expect that is going to be longer but we would certainly like to extend that further still. Now one of the points and Dan Costa brought this up in his discussion quite accurately because he understands the structural issues here. The eGFR exon 20 pocket is much smaller pocket and it's much closer to the wild-type than for example a classical mutation is.

What this means is it's much harder to gain a therapeutic window between mutant and wild type for all the drugs and that's why it's been so difficult drug so far. So, that limits the potency with which you can inhibit this overtime or makes it much more challenging. So the approach is we're taking are the following, first of all, again, to try to treat patients in the optimum situation and not patients that are fifth and sixth line therapy and measure their responses early.

Secondly, we've learned about which mutations are a bit more sensitive and which ones are a little bit more resistant. There are some of the [far] mutants we called them that it appeared to be a little bit less sensitive in the preclinical data agrees with it but all of them are still responding to a significant extent.

Third is we're looking at rational combinations. So, [preclinically] we've got data both about Bevacizumab combination and eGFR mutants are hypersensitive to digest inhibition. This is something that we showed in my group back in 2009 and now (inaudible) CCR paper and we sort of explored the mechanistic reasons for that. That finding has been validated with classically eGFR mutants that they respond extremely well to Bevacizumab with Erlotinib, Bevacizumab and those Bevacizumab studies that are now ongoing.

So, we explored the Poziotinib, Bevacizumab combination data and indeed in those models the combination data is more effective than either one alone. It seems to significantly delay the emergence of resistance. Based on that, we are now developing a Bevacizumab plus Poziotinib combination that we think will significantly prolonged the duration of responses.

And on the HER2 side, we've also got data about TDM-1 plus Poziotinib. Now let me talk about that combination, TDM-1 of course works mechanistically by a distinct mechanism. It binds, [act cellularly] as an antibody - antibody drug conjugate, whereas Poziotinib of course binds the kinase domain. And there's earlier data for example with the combination of Cetuximab and Afatinib that combination TKIs and antibodies may actually be synergistic.

So based on that, we've been investigating the combination of TDM-1 plus Poziotinib and in fact the Phase I of that combination is now ongoing and undergoing dose escalation and Spectrum could talk about that. We're not doing that right now but we'll be hopefully bringing that into HER2 mutants as well.

So just to summarize that, I apologize that was a very long answer, but to summarize what I'm saying here, first of all I think we'll be treating patients more in the normal course of things in treating patients earlier where they don't have all these extreme issues with performance status, where these patients often rapidly decline. Secondly, we're looking at effective combinations like Bevacizumab for the eGFR mutants and TDM-1 for the HER2 mutants.

ADNAN BUTT: That was a very helpful answer. I'll get back in line, thanks.

Spectrum Pharmaceuticals Inc at 19th IASLC World Conference on Lung Cancer: Poziotinib - Final

OPERATOR: Thank you. (Operator Instructions)

And our next question comes from the line of David Buck with B. Riley FBR. Your line is now open.

DAVID BUCK, ANALYST, B. RILEY FBR: [Hello guys], thanks for taking the question and Dr. Heymach, thanks for the time. Just a couple of quick ones, first can you talk about the impact of prior therapy and the response rate you saw to Poziotinib in the study and can you talk a little bit also about the - what the - what the study means in terms of, you know, what learnings you can take in terms of your talk or Spectrum's talks for breakthrough therapy designation, how [clinically] meaningful you see this data as reported today?

JOHN HEYMACH: Yes and I'm sorry, can you repeat the first part of the question again?

DAVID BUCK: Yes, sure. So, in terms of the patient that responded to Poziotinib, can you talk about the variability in that by prior therapy with (inaudible)?

JOHN HEYMACH: Sure. So in the platinum refractory group that was the 86%, the response rate was indistinguishable again and that was the overall cohort. If we take the TKI refractory population, confirmed objective responses were observed in, I believe, it's 7 - 6 or 7 out of 17, is that the right number, 6 out of 17. So 35% I believe is the final number, so obviously, substantial activity.

One of our longest responder is somebody that progressed, Takeda 788, never had any response whatsoever to their drug, came on and has had a dramatic response with the long duration is currently at 15 months on the treatment. We also had a patient on the [area] drug led a dramatic response and multiple patients who were previously had Osimertinib, Afatinib or other TKIs and have had responses as well.

And even those who not had confirmed PRs, who had long-term durable responses, if you remember the swimmer's plot I showed. So, we had many durable responses that achieve a PR. There were often at groups that was at 20% to 30%. We still had a lot of patients but they had a year plus of benefit.

DAVID BUCK: And just to follow-up in terms of breakthrough therapy designation and the FDA discussions, can you talk maybe a little about what the - whether this is something that gives you [rare] confidence and meeting the hurdles for that?

JOHN HEYMACH: Yes, why don't I - I'll defer that to the Spectrum team to fill you in.

DAVID BUCK: OK.

THOMAS RIGA, COO, SPECTRUM PHARMACEUTICALS, INC.: Hey David, it's Tom Riga. I hope you're well. We remained extremely bullish in our belief. I think is there an unmet need is the first criteria and is - this is a significant improvement of currently available treatments and in our opinion is yes. We obviously can't speak for the FDA but as we've said in the past we expect to gain that clarity prior to the - prior to the end of the year.

DAVID BUCK: Great, thanks [very] much.

THOMAS RIGA: Thanks David.

OPERATOR: Thank you and that does that conclude today's Q&A session and I'd like to return the call to Mr. Shiv Kapoor for any closing remarks.

SHIV KAPOOR: That's all for our call today. Thank you again for joining us. Thanks Dr. Heymach for participating. Have a good evening everyone.

OPERATOR: Ladies and gentlemen, thank you for participating in today's conference. This does conclude the program and you may all disconnect. Everyone, have a great day.

[Thomson Financial reserves the right to make changes to documents, content, or other information on this web site without obligation to notify any person of such changes.

Spectrum Pharmaceuticals Inc at 19th IASLC World Conference on Lung Cancer: Poziotinib - Final

In the conference calls upon which Event Transcripts are based, companies may make projections or other forward-looking statements regarding a variety of items. Such forward-looking statements are based upon current expectations and involve risks and uncertainties. Actual results may differ materially from those stated in any forward-looking statement based on a number of important factors and risks, which are more specifically identified in the companies' most recent SEC filings. Although the companies may indicate and believe that the assumptions underlying the forward-looking statements are reasonable, any of the assumptions could prove inaccurate or incorrect and, therefore, there can be no assurance that the results contemplated in the forward-looking statements will be realized.

THE INFORMATION CONTAINED IN EVENT TRANSCRIPTS IS A TEXTUAL REPRESENTATION OF THE APPLICABLE COMPANY'S CONFERENCE CALL AND WHILE EFFORTS ARE MADE TO PROVIDE AN ACCURATE TRANSCRIPTION, THERE MAY BE MATERIAL ERRORS, OMISSIONS, OR INACCURACIES IN THE REPORTING OF THE SUBSTANCE OF THE CONFERENCE CALLS. IN NO WAY DOES THOMSON FINANCIAL OR THE APPLICABLE COMPANY OR THE APPLICABLE COMPANY ASSUME ANY RESPONSIBILITY FOR ANY INVESTMENT OR OTHER DECISIONS MADE BASED UPON THE INFORMATION PROVIDED ON THIS WEB SITE OR IN ANY EVENT TRANSCRIPT. USERS ARE ADVISED TO REVIEW THE APPLICABLE COMPANY'S CONFERENCE CALL ITSELF AND THE APPLICABLE COMPANY'S SEC FILINGS BEFORE MAKING ANY INVESTMENT OR OTHER DECISIONS.]

**Load-Date:** January 3, 2022

---

**End of Document**