# EXHIBIT 17

December 19, 2018

SPECTRUM SPECIAL CALL



# Spectrum Pharmaceuticals, Inc.

# NasdaqGS:SPPI

# Special Call

## Wednesday, December 19, 2018 9:30 PM GMT

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

spglobal.com/marketintelligence

**Contents**

# Table of Contents

Call Participants .................................................................. 3

Presentation .................................................................. 4

Question and Answer .................................................................. 6

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

**spglobal.com/marketintelligence**

# Call Participants

## EXECUTIVES

**Francois Lebel**
*Chief Medical Officer*

**Joseph W. Turgeon**
*President, CEO & Director*

**Shivpreet Kapoor**
*Vice President of Strategic Planning & Investor Relations*

**Thomas J. Riga**
*Executive VP, COO & Chief Commercial Officer*

## ANALYSTS

**Adnan Shaukat Butt**
*Guggenheim Securities, LLC, Research Division*

**David George Buck**
*B. Riley FBR, Inc., Research Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

### Operator

Good day, ladies and gentlemen, and welcome to the Spectrum Pharmaceuticals Conference Call. [Operator Instructions] As a reminder, this call will be recorded.

I would now like to introduce your host for today's conference, Mr. Shiv Kapoor, Vice President of Strategic Planning and Investor Relations. You may begin.

### Shivpreet Kapoor
*Vice President of Strategic Planning & Investor Relations*

Thanks. Good afternoon, and thank you, all, for joining us today. I hope you all had a chance to review our press release that we issued earlier today on the update on Poziotinib.

I would like to remind everyone that during today's call, we will be making forward-looking statements regarding future events of Spectrum Pharmaceuticals, including statements about the product sales, profits and losses, safety, efficacy, development, time line and clinical results of our drug products and drug candidates that involve risks and uncertainties that could cause actual results to differ materially. These risks are described in further detail in our reports filed with the Securities and Exchange Commission. These forward-looking statements represent the company's judgment as of the date of this conference call, December 19, 2018, and the company disclaims any intent or obligation to update these forward-looking statements. However, we may choose to update them, and if we do so, we will disseminate the updates to the public. For copies of today's press release, historical press releases, 10-Ks, 10-Qs, and 8-Ks and other SEC filings and other important information, please visit our website.

Joe will be making brief remarks today and then we will open the call to questions. Joe?

### Joseph W. Turgeon
*President, CEO & Director*

Thank you, Shiv, and hello, everyone. I want to start by thanking you all for your interest in Spectrum Pharmaceuticals and for joining the webcast. As you've seen from our press release earlier today, based on a subset of data from MD Anderson's Phase II trial, the FDA did not grant a Breakthrough Designation for Poziotinib for the treatment of non-small cell lung cancer patients with EGFR exon 20 and insertion mutations.

Let me provide you with some background on our submission. Based on the FDA's request, we submitted data from the first 30 patients, who had failed platinum-based chemotherapy, after a 6-month follow-up. The data showed a confirmed objective response rate of 40%, with duration of response of 6.6 months in confirmed responders. For comparison purposes, the historical objective response rate pre-mutation specific non-small cell lung cancer patients range between 0% and 8% for TKIs. However, as required by the FDA's guidance on BTD, in the absence of target specific control, the efficacy of Poziotinib in patients with mutations had to be compared to non-mutation specific non-small cell lung cancer patients. Based on published data studies and historical data from immuno checkpoint inhibitor shows an objective response rate ranging between 13% and 20%. Single agent chemotherapies with an objective response rate ranging between 0.8% and 19%. And combination chemotherapy with VEGF inhibitor with an objective response rate of 22.9%. The company will continue to diligently work with the FDA to attain the best-expedited pathway to approval. We remain enthusiastic and focused on completing enrollment of our ZENITH20 study, which we believe provides the fastest path to approval for Poziotinib.

Let me remind you that the ZENITH20 is an open-label multi-center Phase II study, that will evaluate over 300 non-small cell lung cancer patients, with exon 20 insertion mutations in 4 different cohorts. We have had several constructive interactions with the FDA about ZENITH20, its protocol, endpoints and criteria needed for success. Based on brisk enrollment in this study, we plan to file Poziotinib's first NDA based on a previously treated EGFR cohort, which is expected to be fully enrolled by the next quarter.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Subsequent filings are planned as other cohorts complete enrollment and analysis. Poziotinib's clinical program continues to be focused on 4 developmental areas for EGFR and HER2 mutations, including previously treated non-small cell lung cancer, first-line non-small cell lung cancer, treatment of other solid tumors, and combination therapies.

In summary, our enthusiasm from Poziotinib, our commitment to the program and our overall development plan remain unchanged. I have our team here including our CMO, Dr. Francois Lebel; COO, Tom Riga; and CFO, Kurt Gustafson. And we look forward to answer any questions you may have. With that, operator, I'd like you to open the line for questions.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Operator**

[Operator Instructions] And our first question comes from Adnan Butt with Guggenheim Securities.

**Adnan Shaukat Butt**
*Guggenheim Securities, LLC, Research Division*

Joe, the first question is in your dealings with the FDA, what do you think they had the most questions about. Was it the data that was presented to them? Or was it the level of benefit relative to something else? Or was it the fact that no good control data exists for exon 20 mutations?

**Joseph W. Turgeon**
*President, CEO & Director*

Adnan, here's what the FDA told us -- and first of all I want to remind you we had meetings with the FDA prior to our submission and they were pretty clear on what the ask for, and I'll remind you they asked us to submit the 30 patients who had failed platinum, so that's the number they gave us. They wanted those patients to have 6 months' worth of data, which they did. I'll remind you, designation is not a registration, and what they look for at the agency to make their decision is substantial improvement over existing therapies. And when you look at our data, we were very confident. 40% was the response rate in 6.6 months, with a safety profile that was consistent with the other TKI. So we submitted this and it comes down to a judgment call from the agency at the end of the day, on what is substantial and what is not.

**Adnan Shaukat Butt**
*Guggenheim Securities, LLC, Research Division*

So Joe, that's helpful. It seems that the FDA is judging this is not versus other TKIs, but maybe against chemo or combinations, is that fair.

**Joseph W. Turgeon**
*President, CEO & Director*

Yes, I think that's fair. Tom, you want to comment?

**Thomas J. Riga**
*Executive VP, COO & Chief Commercial Officer*

Yes, Adnan, it's Tom. I think consistent with the FDA guidance in areas of mutated cancer where active control does not exist, patients in data in an unselected patient population is ultimately the bar for the comparator for a breakthrough. That said, even in a combination with chemotherapy and a VEGF at a high bar of 22.9%, we were confident that 40% response rate was substantial. And ultimately, this is a high area of unmet need and that's what led to our confidence.

**Adnan Shaukat Butt**
*Guggenheim Securities, LLC, Research Division*

So this leads to, naturally, the next question, which would be that if the company, ZENITH20 study were to replicate these results, would they be good enough for the FDA to secure approval, how can you have confidence around that?

**Joseph W. Turgeon**
*President, CEO & Director*

Yes, great question, Adnan. Listen, based on the discussions we've had with the FDA and the subsequent minutes that we have with those discussions, we are extremely confident that our Phase II, our ZENITH20 will be the pivotal study for data for registration. Remember, I remind you, a BTD submission is not the same as a submission for an approval or an NDA, they are different submissions. So we're very confident

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

based on what discussions we had -- that we've had with the agency along the way that our pivotal trial is going to be what's required for approval of this product.

**Adnan Shaukat Butt**
*Guggenheim Securities, LLC, Research Division*

So Joe, just to clarify, last one, I'll get back in line. Obviously with the data set the company presented, the response rate was 40%, the duration of response is 6 months plus. If the EGFR, previously treated exon 20 cohort were to replicate that result, how can we be confident given that the BTD didn't come through that it is good enough for approval. Have you agreed to a separate lower bar with the FDA for approval?

**Thomas J. Riga**
*Executive VP, COO & Chief Commercial Officer*

Yes, Adnan, this is Tom. I'll take this one. I think when you're contemplating BTD, the definition of substantial is different for a designation as it is for registrational approval. So I think the bar is higher in a Breakthrough Therapy conversation. So in -- I actually participated in the Type C meeting with the agency, we had very productive discussions on the trial design and the subsequent minutes give us high confidence that we are well positioned to have a registrational study. And I think the fact that the determination was made for Breakthrough Therapy Designation should not at all be confused with what's required for registration, they are 2 very different animals.

**Adnan Shaukat Butt**
*Guggenheim Securities, LLC, Research Division*

Would you say that there is room for responses to go even lower and you could sort of secure approval? I'm just wondering how big -- how wide that window is between what you agreed to with the FDA versus what this data set that you submitted to the FDA for BTD was?

**Francois Lebel**
*Chief Medical Officer*

Yes, so this is Francois, CMO. I don't think we have disclosed the exact term of the negotiation with the FDA, but I think we can reiterate here that on the basis of the performance of things in our recruitment of 202 and the basis of what we think will be the approval of this drug, we're on track for everything. And we are confident that the drug continues to perform the way it did during this subset that we have done for the FDA.

**Adnan Shaukat Butt**
*Guggenheim Securities, LLC, Research Division*

Have you said how many patients enrolled in the study so far for this cohort EGFR? Previously treated.

**Joseph W. Turgeon**
*President, CEO & Director*

Adnan, what we said is that by the first quarter it'll be fully enrolled and then ZENITH20 trial.

**Operator**

Our next question comes from David Buck with B. Riley FBR.

**David George Buck**
*B. Riley FBR, Inc., Research Division*

So just -- obviously the BTD designation, not getting that is a disappointment. Can you just talk a little bit more about why -- what type of interactions you had on the pivotal study itself, ZENITH20? How confident you are that and what assurances you got from the agency, if any, that this will be sufficient if the top line results are positive to actually submit it to the agency and what's the criteria that you're using for positive results to go forward and file it? And I guess, obviously, you were confident in BTD, didn't get it. What

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

actually changes besides potentially just getting a standard review versus an accelerated review? Because I guess -- the MD Anderson study was never going to be the filing anyway, but just wanted to get a sense of, again, interactions and what changes, what doesn't change.

**Joseph W. Turgeon**
*President, CEO & Director*

Yes, good question. David. I'll start, and I think Francois you should lend some answers here too. First of all, let me clear, our enthusiasm for pozi is as high as it's ever been because the time line should not change here just because you don't get BTD. BTD is really a nice to have. What it gives you? It gives you the ability to interact with the -- on a much easier basis with the agency. In other words, you could call them and they'll take your call and you'll discuss it. Otherwise, without that, you have to go through the process of setting up a meeting and getting with them. Now that being said, our overall development plan hasn't changed because, again, I'll go back to -- we've had several discussions with the agency along the way, where we have minutes on that and we've come to conclusions that our trials are built right, our trial on the 4 cohorts are built for registration, and there -- and these are the data that the FDA will require. That hasn't changed one bit, and there is still other paths to go after on accelerated time lines here, not just BTD. What BTD -- again, it's nice to have. It gives you that ability to work with the FDA, call them on a regular basis that's really what it gives you. But our trials are set up for registration and we're confident that, that's the data that the FDA would need in order to approve this drug. I don't know, Francois, if you want to add to that.

**Francois Lebel**
*Chief Medical Officer*

Sure. So all along, the ZENITH20 was the trial that would be used to secure an approval here for the first indication. The BTD request, and the data that was provided to the FDA, the FDA specifically requested a smaller subset of 30 patients and they wanted -- as was stated by Joe earlier, they wanted to see whether or not these response were durable. So -- and we have disclosed to you today that the response rate was 40%, they were durable so that data gives us confidence even in that small subset that the trends that we expect and are observing are consistent, and therefore, we remain absolutely confident that the ZENITH20 study will allow us to file for a BLA in that indication. The other thing, I think Joe has mentioned as well, we're also very confident about the fact that we're on track on the recruitment of that cohort. So obviously, it would've been nice to get the BTD. We took a shot at it, but that is in no way changing anything in our overall approach for this program.

**Joseph W. Turgeon**
*President, CEO & Director*

No, and I'll just add -- thank you, nor does it change our time lines.

**David George Buck**
*B. Riley FBR, Inc., Research Division*

And just a follow-up would you expect now a standard review or a priority review once you actually can file it?

**Francois Lebel**
*Chief Medical Officer*

Yes, so as you probably know a standard review would have been 2 randomized control trial. That is not the path we're on. We've -- already we are on some form of expedited review. And so even though we don't have the BTD, the negotiation with the FDA relates to ZENITH20 as the eventual basis for approval of this product. So already we're on an accelerated path.

**Operator**

Thank you. And I'm showing no further questions at this time. I'd like to turn the call back to Mr. Joe Turgeon for any further remarks.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Joseph W. Turgeon**
*President, CEO & Director*

Okay. If there are no further questions, I'd like to say thank you to everyone on the call. I appreciate you joining us. Have a great day. We really appreciate it.

**Operator**
Ladies and gentlemen, thank you for participating in today's conference. This concludes today's program, you may all disconnect. Everyone, have a great day.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Copyright © 2019 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2019 S&P Global Market Intelligence.