# EXHIBIT 20

September 11, 2019

SPECTRUM COMPANY CONFERENCE PRESENTATION AT MORGAN STANLEY



# Spectrum Pharmaceuticals, Inc.

# NasdaqGS:SPPI

# Company Conference Presentation

## Wednesday, September 11, 2019 6:35 PM GMT

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

spglobal.com/marketintelligence

# Table of Contents

| | | |
|---|---|---|
| Call Participants | ................................................................... | 3 |
| Presentation | ................................................................... | 4 |
| Question and Answer | ................................................................... | 5 |

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

**2**

# Call Participants

## EXECUTIVES

**Francois Lebel**
*Chief Medical Officer*

**Joseph W. Turgeon**
*President, CEO & Director*

**Kurt A. Gustafson**
*Executive VP & CFO*

## ANALYSTS

**David Neil Lebowitz**
*Morgan Stanley, Research Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**David Neil Lebowitz**
*Morgan Stanley, Research Division*

Good afternoon, and thank you for coming for the Morgan Stanley Healthcare Conference.

Before I get going, let me go through the requisite disclosures. Please note that all important disclosures, including personal holdings disclosures and Morgan Stanley disclosures, appear on the Morgan Stanley public website at www.morganstanley.com/researchdisclosures or at the registration desk.

I'm one of the analysts here, David Lebowitz. And I have with me on stage President and CEO, Joe Turgeon, from Spectrum. And if you guys -- you have Francois. Your last name?

**Francois Lebel**
*Chief Medical Officer*

Lebel.

**David Neil Lebowitz**
*Morgan Stanley, Research Division*

Lebel.

**Francois Lebel**
*Chief Medical Officer*

Chief Medical Officer.

**David Neil Lebowitz**
*Morgan Stanley, Research Division*

And...

**Kurt A. Gustafson**
*Executive VP & CFO*
And Kurt Gustafson, Chief Financial Officer.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**David Neil Lebowitz**
*Morgan Stanley, Research Division*

Excellent. I guess, if you guys could start by telling me about the company, the background and the overall missions?

**Joseph W. Turgeon**
*President, CEO & Director*

Yes. It's exciting times. Thank you, David. It's a company that's been around for a long time, but it was -- we had 7 products on the market, mostly in hematology and some in oncology, and they were smaller products. And about 1.5 years ago, a new management team came in. I was asked to be the CEO. And when the -- one of the first things we did is look at the company and say, "Where can we take this? And what direction do we want to go moving forward?"

And the first thing we looked at was the in-line products we had, where IP was short. They -- great products and in small markets, but there were generic competition coming. Things were happening. We said, "Well, why don't we stop this -- the confusion? And are you a spec pharma company? Are you a biopharma company doing development?" And we said, "Look, why don't we do -- why don't we sell these?"

So what we did -- the team did a great job. We sold all the existing products earlier this year, brought in $160 million of -- upfront of nondilutive cash. And we are focused now hard-core on our 2 late-stage products and already with heavy DDF. It's already brought in a new platform because we're looking for new platforms and new assets, all in oncology and synergistic-type assets.

So we will still acquire, develop and commercialize. And that's where -- no question, we're a biopharma company, not a spec pharma company.

**David Neil Lebowitz**
*Morgan Stanley, Research Division*

So you're focusing in oncology. I guess, well, we can start talking about your lead asset pozi -- you've got to help me with the pronunciation.

**Joseph W. Turgeon**
*President, CEO & Director*

Just call it pozi, poziotinib, but pozi makes it easy.

**David Neil Lebowitz**
*Morgan Stanley, Research Division*

Okay. Pozi, it's the TKI. It has some unique properties versus typical TKIs. Could you, I guess, talk about the molecule itself and tell us what makes this tyrosine kinase inhibitor?

**Joseph W. Turgeon**
*President, CEO & Director*

Sure. When we got the asset -- we got it from a company called Hanmi in South Korea. And they had Phase II trials across solid tumors, and we were looking in third-line breast cancer. And we were doing -- we started a Phase II here in America.

We got a call from MD Anderson, who, through the Moon Shots Program, was looking at this really hard-to-treat mutation in non-small cell lung cancer, exon 20, HER2 and EGFR. And they called us one day and said, "Hey, do you guys own poziotinib? Because in our preclinical studies, you, by far, have the most

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

potent asset here, and we would like to do a Phase II." And hence, we changed the whole program from a third-line breast cancer into a mutation strategy for exon 20, starting in non-small cell lung cancer.

Now what's unique about it, one of the problems in exon 20 is the steric hindrance is the binding pocket is too small and the other TKIs, for example, are -- they're larger molecules and very rigid in their molecular design, so they can't fit and bind. We have -- with pozi, you talked about the attributes, it's a smaller molecule and it's flexible in its molecular makeup, so maybe that's why it can whittle its way in and bind. And so that's where this all started.

**David Neil Lebowitz**
*Morgan Stanley, Research Division*

So right now, it's being investigated in Phase II trial. It's to be investigated in non-small cell lung cancer. You did have some data recently?

**Joseph W. Turgeon**
*President, CEO & Director*

Yes. We -- MD Anderson did a Phase II, specifically in exon 20, both EGFR and HER2. And last year, at World Lung, showed a 43% overall response rate, which was much higher than anything. There's nothing that works. There's nothing indicated for these poor patients. The prognosis is very poor. PFS is 1.8 months. They progress very quickly and die. And so this is what the -- where the exciting data came from.

Now we've started a Phase II along the way. We have 2 cohorts fully enrolled. And each of these Phase IIs that we've been working on can be -- they can be used potentially to file on their own because they're powered statistically individually. So they're -- and 2 of them are fully enrolled.

The big news now is in the fourth quarter this year, we'll know the answer to cohort 1, which is previously treated or refractory EGFR patients.

**David Neil Lebowitz**
*Morgan Stanley, Research Division*

So you -- how -- I guess, what proportion of patients fall into the exon 20 EGFR category?

**Joseph W. Turgeon**
*President, CEO & Director*

Yes, great question. It's pretty significant. If you look at database of 980,000 patients here in the U.S., from the usual suspects Guardant, Foundation Health, MerckIMPACT, MD Anderson, it demonstrated a 3.6% of non-small cell lung cancer or 7,700 patients, so call it around 8,000 patients, are exposed to the exon 20 insertion mutation. That's pretty significant, so it's a significant market.

**David Neil Lebowitz**
*Morgan Stanley, Research Division*

Now there is also the other side, there is the HER2 side, and that's also being studied with data middle of next year, I believe?

**Joseph W. Turgeon**
*President, CEO & Director*

Yes. Our -- that's our cohort 2, cohort 1 is EGFR. Cohort 2 is fully enrolled also, and that's HER2. We'll know that data mid next year. Correct.

**David Neil Lebowitz**
*Morgan Stanley, Research Division*

How would you compare and contrast these 2 groups, the HER2 population and the EGFR population?

**Joseph W. Turgeon**
*President, CEO & Director*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

I'll let Dr. Francois answer that. He's...

**Francois Lebel**
*Chief Medical Officer*

So they're in the same class of -- the receptors are the same. They're dissimilar, I should say. And there's 4 different receptor, and basically, you get 1, 2, 3, 4 is the way you look at it. You can define it clinically as a separate population. And there are genetic markers that you look for that are different, and that's how you categorize where the mutation is.

**David Neil Lebowitz**
*Morgan Stanley, Research Division*

Is the prognosis similar for both populations?

**Francois Lebel**
*Chief Medical Officer*

It's slightly different. The exon 20 mutation in the subpopulation is not that well studied yet. I mean we have now studied the largest group in the world. But as we are learning more and more, the clinical characteristic are being better understood. In general, the type of lung cancer that this represent is usually seen in nonsmoker. Young woman, in general, are the main one, which is a bit unusual for a lung cancer, but that's the clinical presentation that is seen there.

**David Neil Lebowitz**
*Morgan Stanley, Research Division*

When you, I guess, look forward at this data coming up later this year, what are your expectations for what will be achieved in the study?

**Joseph W. Turgeon**
*President, CEO & Director*

Yes. When we design the trials, went to the agency and got the approval on the ends, the powering, et cetera, one of the things the agency agreed to was these would be single-arm trials, not because there is no comparator, there is -- there are no approved products.

So each one of the first 4 cohorts, and I'll mention cohort 1 was refractory EGFR, cohort 2 was refractory HER2, but we also started cohorts 3 and 4, which are frontline. In other words, frontline -- first-line patients, rather, with HER2 and EGFR. The ends on those are 70 patients. 87 is the end on cohorts 1 and 2. So basically, you can argue that we were on a bit of an accelerated pathway by doing just a single-arm trial and agreeing to -- if the data were robust that we could potentially file with these trials.

So in about a year it took to enroll cohort 1, we were excited because cohort 2 was about fully enrolled earlier this year, 6 months ahead of our plan. And that could stand alone also, but that's HER2, and that will be mid-2020. So it's exciting times when you get to turn the card over on a pivotal trial that could play to a potential approval.

**David Neil Lebowitz**
*Morgan Stanley, Research Division*

So what is the market opportunity for these populations?

**Joseph W. Turgeon**
*President, CEO & Director*

Well, again, as I said, 7,700 patients or about 8,000 patients. That's fairly significant. To give you a marker, if you look at the ALK mutation, that's around the same size. But I'll also add that we also -- we have rights in Europe, and we have rights in Japan. And I'll mention, in Asia, the prevalence, just due to heredity is -- and is double that of the U.S., and Europe is about the same. So significant opportunity here as this is more important to a lot of patients that need help.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**David Neil Lebowitz**
*Morgan Stanley, Research Division*

Is this something you would look to partner at some point? Or would you want to take it to market on your own?

**Joseph W. Turgeon**
*President, CEO & Director*

I won't say no outside of the U.S., potentially. Right now, we're doing the work ourselves. And I wouldn't say no, but right, we were doing it.

**David Neil Lebowitz**
*Morgan Stanley, Research Division*

As far as expectations for pricing, would you -- would you be able to have some look at other TKIs on the market?

**Joseph W. Turgeon**
*President, CEO & Director*

Yes. I think I won't go into pricing until it's time. You do a lot of work in pricing. That's a hot topic today. But obviously, we're not the first to market here. So we would -- you would do the right background and do everything you need to do, and it's something I have a lot of experience with. So...

**David Neil Lebowitz**
*Morgan Stanley, Research Division*

So let's move on to your other lead asset, ROLONTIS. Could you, I guess, first, tell us about the drug? It's entering a fairly -- it would be entering a fairly crowded space. Tell us about the drug, it's mechanism and what -- how it could potentially change the market?

**Joseph W. Turgeon**
*President, CEO & Director*

Sure. Yes. That's -- I'm very excited to talk about this, too, because this is a very, very large market. And that -- this is a G-CSF, a long-acting G-CSF. It's a big market for years. It's been a $4 billion market, if you want to look at the size of the market from a revenue standpoint, and it's needed.

Because what happens when you give myelosuppressive chemotherapy, you have to protect the patient prophylactically from infection. Because if you get an infection, febrile neutropenia during -- from a chemo agent and you get hospitalized, it's a fact that 10% of those patients will die. So it's very important. It's a standard of care. You give it to any patient getting myelosuppressive chemotherapy.

So today, there's the innovative product that's been out for years. By the way, I have a lot of experience in this market. I was involved in the launch of the first 2 products and worked there for many years, so I know a lot about this market, but as do other people who work here.

But there are 2 biosimilars in the market today, and so you call it a crowded market. I don't think it's really crowded, number one. But the second thing that's really important to understand is we are not a biosimilar. We're filing a BLA, a new drug application, because this is a completely novel molecule and it puts us in a different position.

When you do go out there and compete someday in this very large market, well, we'll have a differentiation factor of being the only novel agent. So I won't go into all of our strategies, but there are certainly things we can do to compete and get a fair share of the market.

**David Neil Lebowitz**
*Morgan Stanley, Research Division*

How does the dosing regimen compare with Neulasta?

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Joseph W. Turgeon**
*President, CEO & Director*

It -- the drug is same-gauge needles, same-size syringe. The solution is 0.6 ml, so it's the same that -- but what's in the vial is different. Our dose is actually half the dose of the pegfilgrastim because that's the dose with -- that works at that same dose.

So what our trial is, is with an SPA with the agency, and we had 2 large Phase IIIs that are completed. Happy to tell you that we met all the primary and secondary endpoints. It's a noninferiority trial. AEs were the same. So we got great clinical data. As a matter of fact, at ASCO this year, there was a poster combining the 2 showed outstanding results. And we'll be filing in the fourth quarter this year, so it'd be getting closer to competing in this big market.

**David Neil Lebowitz**
*Morgan Stanley, Research Division*

There was an initial filing put in late last year, and it was pulled back as manufacturing. Could you elaborate on that?

**Joseph W. Turgeon**
*President, CEO & Director*

Yes, we made the decision. I'll walk you down memory lane. What happened was we filed -- and I think it was 22nd of December last year. And what happened was that we had -- the government had shut down, so we didn't hear anything from the agency. So the clock started ticking on the 60 days after they got back to at the end of January.

So about 2 weeks before the end of March, we had a meeting with the agency, and they said, "By the way, we have an issue with the CMC portion. We had 2 weeks left until the 60 days were up." And I said, "We need some additional information, nothing that was over the top, but we need this information." And we have formatting issues. We had a lot of translation because a lot of it was done in Korea, and they didn't like the way we were translating things. We had to reformat some of the tabling and things.

So the bottom line is, we had to get some additional information. We knew we couldn't do it by the 29th of March. So we said, "Why don't we voluntarily -- we'll pull it." Then they said, "Fine", without prejudice. They said, "We'll give you exactly what we want." We've since met with them. They gave it to us, and I'm happy to tell you we're in good shape to launching -- to submit it in the fourth quarter.

**David Neil Lebowitz**
*Morgan Stanley, Research Division*

And when you submit, what type of time line would you expect? I imagine it would be a 10-month review?

**Joseph W. Turgeon**
*President, CEO & Director*

I expect a 10-month review, yes.

**David Neil Lebowitz**
*Morgan Stanley, Research Division*

And I guess, eventually, when it would get approved, what is the strategy for launch?

**Joseph W. Turgeon**
*President, CEO & Director*

Well, without getting into some of the competitor strategies, obviously, as I mentioned, we're in a -- we're the only novel product. We'll be contracting in the right places, the right way, and we'll go out there and get a fair share of the business.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

The greatest thing about it, from my standpoint, is that in such a large market, even a small market share changes our company financially. And that's a great position to be in, that's because it's a very big market, and I'm excited to go compete there.

**David Neil Lebowitz**
*Morgan Stanley, Research Division*

And I guess, when -- in a market where there's a branded product and then there are 2 biosimilars, how do you think about that? Obviously, I'm not asking for the actual pricing. You don't have that yet. But how do you think of that when trying to come to a price? What makes sense, given that you are a novel?

**Joseph W. Turgeon**
*President, CEO & Director*

Yes. Again, pricing will -- when we get an approval, we'll come up with a proper price for it. Obviously, the current prices of things come into play. More important than price, there's a lot that comes in here. You're going to have some chaos going on because, ASP, average selling price, is all connected on one side with the innovative product and the biosimilars. And we'll be sitting here by ourselves, and only our actions will affect ASP.

So there's a lot of planning for the accounts to come into that, cash flow issues, just the way we contract. So we'll -- first, the drug has to work, do no harm. And after that, we'll have a chance to go out and do the proper contracts to get some of the business.

**David Neil Lebowitz**
*Morgan Stanley, Research Division*

Excellent. Let's talk about your interferon program. Can you tell us about that?

**Joseph W. Turgeon**
*President, CEO & Director*

Yes. I've got an expert sitting right next to me, and who really has a lot of background on that. And we're excited about this next potential platform that we have. So Francois?

**Francois Lebel**
*Chief Medical Officer*

Yes. So that -- this is an asset that was discovered, invented at UCLA and had been licensed to a small company called ImmunGene. They started the development, did all the preclinical work and got in the clinic doing a dose escalation study.

The molecule itself is -- has 3 component. At one end, you have a monoclonal antibody. You have a small short peptide linker. And the other end of the molecule has, in the current construct, an alpha interferon.

So this is a platform. So in other words, the comp between -- we could develop many drugs here. The peptide linker would be the common entity and we could substitute different alpha interferon. There's over 20 subtypes that you could put in there.

And at the other end, the monoclonal antibody, which is the targeting end of the molecule, you again have a vast array of useful drug that can be there. The original construct that's in the clinic now is targeting CD20. So that's very similar to some of the approved drug that are used in refractory non-Hodgkin lymphoma. And in animal model, that construct shows that you can have greater activity than the monoclonal antibody itself.

So for example, one that's widely used is rituximab. And you can show that you can improve the efficacy in rodents. So that's very exciting, and we now have the rights to that. We have the rights to these potential new construct. And it turns out that at UCLA, there's -- we always joke around there's a freezer there that has many drug candidates that we have access to, and we need to go through it and identify which of those construct, in our view, are worth developing and bringing to the clinic.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**David Neil Lebowitz**
*Morgan Stanley, Research Division*

If you take a step back on interferons as a whole, talk about their use in oncology and what has limited them to this point, and how your approach could differentiate?

**Francois Lebel**
*Chief Medical Officer*

Sure. Yes. So alpha interferon. Alpha interferon have been used very successfully. They're approved for a number of indication in the field of oncology. So that's not been a question of whether or not it's useful and has antitumor activity as much as you get the significant toxicity.

So by linking it to this peptide linker, you actually reduce the affinity of the interferon molecule to the interferon receptor. And by doing so, as the molecule circulates in the peripheral blood, we anticipate that it really will reduce the toxicity that's in. And because the other part of the molecule has this antibody, the targeting antibody, it will bring the molecule to the site of the tumor, which has the tumor antigen and bring, therefore, more concentrated interferon to that site. And therefore, you're going to get the full activity, at least that's the theory behind it. We still need to demonstrate that in human. But in animal, that's the way it's working.

So it gets us the benefit that you get from the combining monoclonal antibody and -- that relies on ADCC and the impact of interferon. Interferon has been shown in the past to be able to increase apoptosis as well as turn a cold tumor hot. And when you do that, you're engaging the cellular branch of the immune system. You're bringing in cytotoxic T-cell.

So this is really a very nice construct, we think. And we need to finish the dose escalation study, do an expansion study and see what kind of activity we have initially in refractory non-Hodgkin lymphoma, but -- and as well as look at all the other construct that are already have been made and look at them as to which one we would like to bring in the clinic.

**David Neil Lebowitz**
*Morgan Stanley, Research Division*

And you have a Phase I trial that's underway.

**Francois Lebel**
*Chief Medical Officer*

So -- that's right. So the company, ImmunGene, that had started that Phase I trial. They were -- they originally started with UCLA, who was the inventor behind the technology and they had a site at MD Anderson and the University of Florida. So we're in the process now of reviewing all the data and reopening this trial.

**David Neil Lebowitz**
*Morgan Stanley, Research Division*

And I guess, what's the current cash position and runway?

**Joseph W. Turgeon**
*President, CEO & Director*

Yes. Kurt?

**Kurt A. Gustafson**
*Executive VP & CFO*

So as Joe talked about at the beginning, we recently sold the Commercial business for $160 million upfront, which really boosted the cash position. We end the second quarter with $282 million in cash, which gives us plenty of runway to develop the programs here, with poziotinib and ROLONTIS as well as FIT.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**David Neil Lebowitz**
*Morgan Stanley, Research Division*

So when you think about going forward, you have your 2 lead candidates and you're working on the interferons. Are you looking at potentially adding other types of candidates at some point down the line? If so, which -- what type of characteristics do you look for?

**Joseph W. Turgeon**
*President, CEO & Director*

Yes. Listen. Absolutely, we've got a very aggressive BD, Business Development. That's where we got this FIT program already this year. We have aggressive goals and objectives. We're looking at assets all the time. By the way, if you can see any, send them our way. I'd ask that we wanted to be synergistic in oncology and something that we can add to the bag at some point.

So that's the premise. We'll look at all phases. We're not -- we're agnostic to that. Obviously, this was a Phase I. By the way, in that FIT, a lot of money had been spent, so a lot of the work -- start-up work has already been done. We're very closer to flipping the card on this one and got it for a great price. These 2 lead assets we have, we'll be filing in the fourth quarter. And then it's so exciting to be flipping the card on another potential drug, and that changes your company. When you're starting to bring in revenue, you look for more and maybe even companies you're looking at. So that's the plan, and BD is a big part of it.

**David Neil Lebowitz**
*Morgan Stanley, Research Division*

Excellent. Thank you very much for being here.

**Joseph W. Turgeon**
*President, CEO & Director*

It's so very nice to be here. Thanks for your questions and interest.

**Kurt A. Gustafson**
*Executive VP & CFO*
Thank you.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Copyright © 2019 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2019 S&P Global Market Intelligence.