1

2

3

4

5

6                                   **UNITED STATES DISTRICT COURT**
                                        **DISTRICT OF NEVADA**
7

8                                                        )        Case #2:21-cv-01612-CDS-BNW
     JOSE CHUNG LUO, Individually and on                 )
9    Behalf of All Others Similarly Situated.,           )
                                                         )        **VERIFIED PETITION FOR**
10                              Plaintiff(s),            )        **PERMISSION TO PRACTICE**
                                                         )        **IN THIS CASE ONLY BY**
11              vs.                                      )        **ATTORNEY NOT ADMITTED**
                                                         )        **TO THE BAR OF THIS COURT**
12   SPECTRUM PHARMACEUTICALS,                           )        **AND DESIGNATION OF**
     INC., et al.                                        )        **LOCAL COUNSEL**
13                                                       )
                                Defendant(s).            )
14   _____                )        FILING FEE IS $250.00
                                                                  [ECF No. 58]
15

16   _____Christopher H. McGrath_____, Petitioner, respectfully represents to the Court:
                     (name of petitioner)
17
          1.        That Petitioner is an attorney at law and a member of the law firm of
18
     _____Paul Hastings LLP_____
19                                             (firm name)

20   with offices at _____695 Town Center Drive, 17th Floor_____,
                                                (street address)
21
     _____Costa Mesa_____, _____California_____, ____92626____,
22              (city)                              (state)                    (zip code)

23   _____714-668-6244_____, ____chrismcgrath@paulhastings.com____.
           (area code + telephone number)              (Email address)
24
          2.        That Petitioner has been retained personally or as a member of the law firm by
25
     ____Spectrum, Turgeon, Gustafson, Lebel, Riga____ to provide legal representation in connection with
26                     [client(s)]

27   the above-entitled case now pending before this Court.

28
                                                                                    Rev. 5/16

3.     That since _____December 5, 1990_____, Petitioner has been and presently is a
                                    (date)
member in good standing of the bar of the highest Court of the State of _____California_____
                                                                                                              (state)
where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or

from the clerk of the supreme court or highest admitting court of each state, territory, or insular

possession of the United States in which the applicant has been admitted to practice law certifying

the applicant's membership therein is in good standing.

4.     That Petitioner was admitted to practice before the following United States District

Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts

of other States on the dates indicated for each, and that Petitioner is presently a member in good

standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| US District Court - Southern District of California | 12/5/1990 | 149129 |
| United States Court of Appeals for the 9th Circuit | 01/1991 | |
| US District Court - Central District of California | 01/14/1993 | |
| US District Court - Eastern District of California | 11/22/1995 | |
| US District Court - Northern District of California | 01/03/1996 | |
| US District Court - Eastern District of Michigan | 08/12/1999 | |
| US District Court - District of Colorado | 05/17/2000 | |

5.     That there are or have been no disciplinary proceedings instituted against petitioner,

nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory

or administrative body, or any resignation or termination in order to avoid disciplinary or

disbarment proceedings, except as described in detail below:

None.

2

Rev. 5/16

6.     That Petitioner has never been denied admission to the State Bar of Nevada.  (Give particulars if ever denied admission):

None.

7.     That Petitioner is a member of good standing in the following Bar Associations.

State Bar of California, Federal Bar Association, Orange County Bar Association

8.     Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9.     Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.     Petitioner agrees to comply with the standards of professional conduct required of the  members of the bar of this court.

11.     Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court

FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF _____California_____ )
                                                      )
COUNTY OF _____Orange_____ )

_____Christopher H. McGrath_____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

_____ day of __December__, __2022__.

_____
Notary Public or Clerk of Court

> KIMBERLY SUE TARDIFF
> Notary Public - California
> Orange County
> Commission # 2380442
> My Comm. Expires Oct 27, 2025

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner

believes it to be in the best interests of the client(s) to designate _____Jordan T. Smith_____,
                                                                                                    (name of local counsel)

Attorney at Law, member of the State of Nevada and previously admitted to practice before the

above-entitled Court as associate resident counsel in this action.  The address and email address of

said designated Nevada counsel is:

_____Pisanelli Bice PLLC, 400 South 7th Street, Suite 300_____,
                                          (street address)

_____Las Vegas_____, _____Nevada_____, ___89101___,
          (city)                              (state)              (zip code)

___702.214.2100___, ___JTS@pisanellibice.com___.
(area code + telephone number)          (Email address)

4

Rev. 5/16

1  **APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL (Continued)**

2      The undersigned parties appoint Jordan T. Smith as their Designated Resident Nevada

3  Counsel in this case.

4  _____

                                     (signature)

5  Joseph W. Turgeon, former Director and Officer

6  (type or print party name, title)

7

8  _____

                                     (signature)

9  Kurt A. Gustafson, Former Officer

(type or print party name, title)

10

11

12  _____

                                     (signature)

13  Francois J. Lebel, M.D., Chief Medical Officer

(type or print party name, title)

14

15  _____

                                     (signature)

16  Thomas J. Riga, President and CEO

(type or print party name, title)

17

18

19

20

21

22

23

24

25

26

27

28

LEGAL_US_E # 167404656.1

1   **APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL (Continued)**

2          The undersigned parties appoint Jordan T. Smith as their Designated Resident Nevada

3   Counsel in this case.

4
5          _____
           (signature)
           Joseph W. Turgeon, former Director and Officer
6          (type or print party name, title)

7
8          _____
           (signature)
           Kurt A. Gustafson, Former Officer
9          (type or print party name, title)

10

11
12         _____
           (signature)
           Francois J. Lebel, M.D., Chief Medical Officer
13         (type or print party name, title)

14

15         _____
           (signature)
           Thomas J. Riga, President and CEO
16         (type or print party name, title)

17

18

19

20

21

22

23

24

25

26

27

28

LEGAL_US_E # 167404656.1

1    **APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL (Continued)**

2      The undersigned parties appoint Jordan T. Smith as their Designated Resident Nevada

3 Counsel in this case.

4

5                                       _____
                                                                      (signature)
                                     Joseph W. Turgeon, former Director and Officer

6                                      (type or print party name, title)

7

8                                        _____
                                                                     (signature)
                                     Kurt A. Gustafson, Former Officer

9                                      (type or print party name, title)

10

11                                        _____
                                                                      (signature)

12                                      Francois J. Lebel, M.D., Chief Medical Officer

13                                      (type or print party name, title)

14

15                                        _____
                                                                      (signature)
                                     Thomas J. Riga, President and CEO

16                                      (type or print party name, title)

17

18

19

20

21

22

23

24

25

26

27

28

1

LEGAL_US_E # 167404656.1

1  **APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL (Continued)**

2       The undersigned parties appoint Jordan T. Smith as their Designated Resident Nevada

3  Counsel in this case.

4  
                                                                               _____

5                                         (signature)
Joseph W. Turgeon, former Director and Officer
(type or print party name, title)

6

7

8  
                                         _____
                                       (signature)
Kurt A. Gustafson, Former Officer
(type or print party name, title)

9

10

11  
                                         _____

12                                         (signature)
Francois J. Lebel, M.D., Chief Medical Officer
(type or print party name, title)

13

14

15  
                                         _____
                                       (signature)

16  Thomas J. Riga, President and CEO
(type or print party name, title)

17

18

19

20

21

22

23

24

25

26

27

28

LEGAL_US_E # 167404656.1

1  By this designation the petitioner and undersigned party(ies) agree that this designation constitutes

2  agreement and authorization for the designated resident admitted counsel to sign stipulations

3  binding on all of us.

4

5                    **APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

6

7        The undersigned party(ies) appoint(s) _____ Jordan T. Smith _____ as
                                                          (name of local counsel)
8  his/her/their Designated Resident Nevada Counsel in this case.

9

10                              *Ritesh Srivastava*
                               _____
11                             (party's signature)

                               Ritesh Srivastava, Global Compliance Officer, Spectrum
12                             (type or print party name, title)

13                             _____
                               (party's signature)
14

15                             _____
                               (type or print party name, title)
16

17                         **CONSENT OF DESIGNEE**
           The undersigned hereby consents to serve as associate resident Nevada counsel in this case.
18

19

20        _____
          Designated Resident Nevada Counsel's signature
21                          12097                    JTS@pisanellibice.com
                            Bar number               Email address
22

23  APPROVED:

24  Dated: this 27th day of January _____, 2023.

25

26  _____
    UNITED STATES DISTRICT JUDGE
27

28                              5                              Rev. 5/16