CAMPBELL & WILLIAMS
J. COLBY WILLIAMS, (5549)
710 South Seventh Street, Suite A
Las Vegas, Nevada 89101
Telephone: 702/382-5222
702/382-0540 (fax)
jcw@cwlawlv.com

Local Counsel for Lead Plaintiff
International Trading Group, Inc.

ROBBINS GELLER RUDMAN
  & DOWD LLP
RYAN A. LLORENS
JEFFREY J. STEIN
JOHN M. KELLEY
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
ryanl@rgrdlaw.com
jstein@rgrdlaw.com
jkelley@rgrdlaw.com

Lead Counsel for Lead Plaintiff
International Trading Group, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOSE CHUNG LUO, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>SPECTRUM PHARMACEUTICALS, INC., et al.,<br><br>　　　　　　　　Defendants. | No. 2:21-cv-01612-CDS-BNW<br><br><u>CLASS ACTION</u><br><br>PARTIES' RESPONSE TO THE COURT'S FEBRUARY 1, 2024 ORDER |

4870-3419-8947.v1

1  On February 1, 2024, the Court issued an Order instructing the Parties "to meet and confer prior to the hearing to establish whether any of the listed statements in ECF No. 55-2 can be dropped from the complaint, or otherwise should not be considered as a false or misleading statement (i.e., considered only as background information)."  ECF 80.  As instructed by the Court, on Sunday, February 4, 2024, the Parties participated in a telephonic meet and confer to discuss each alleged misstatement in Exhibit 1 to Defendants' motion to dismiss (ECF 55-2).  In consideration of the Court's Order and after conferring with Defendants, Plaintiff submits the attached chart of false or misleading statements and omissions to be used during the February 6, 2024 hearing. See Exhibit A, attached hereto.  Plaintiff does not waive any rights or make any concessions with respect to the alleged false or misleading statements and omissions alleged in the Amended Consolidated Class Action Complaint (ECF 46).  For example, Plaintiff neither concedes that the removed statements are true or not misleading nor waives any rights to allege their falsity or misleading nature in the future.  All alleged false and misleading statements in the Complaint (¶¶73-102) that are not included in Exhibit A shall continue to be considered part of the Complaint.

DATED:  February 5, 2024

ROBBINS GELLER RUDMAN
  & DOWD LLP
RYAN A. LLORENS
JEFFREY J. STEIN
JOHN M. KELLEY

           s/ Jeffrey J. Stein
_____
JEFFREY J. STEIN

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
ryanl@rgrdlaw.com
jstein@rgrdlaw.com
jkelley@rgrdlaw.com

\

Lead Counsel for Lead Plaintiff International Trading Group, Inc.

- 1 -

4870-3419-8947.v1

| | |
|---|---|
| 1 | |
| 2 | CAMPBELL & WILLIAMS |
|   | J. COLBY WILLIAMS |
| 3 | 710 South Seventh Street, Suite A |
|   | Las Vegas, Nevada  89101 |
| 4 | Telephone:  702/382-5222 |
|   | 702/382-0540 (fax) |
| 5 | jcw@cwlawlv.com |
| 6 | Local Counsel for Lead Plaintiff International Trading Group, Inc. |

4870-3419-8947.v1