CAMPBELL & WILLIAMS
J. COLBY WILLIAMS, (5549)
710 South Seventh Street, Suite A
Las Vegas, Nevada 89101
Telephone: 702/382-5222
702/382-0540 (fax)
jcw@cwlawlv.com

Local Counsel for Lead Plaintiff
International Trading Group, Inc.

ROBBINS GELLER RUDMAN
  & DOWD LLP
RYAN A. LLORENS
JEFFREY J. STEIN
JOHN M. KELLEY
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
ryanl@rgrdlaw.com
jstein@rgrdlaw.com
jkelley@rgrdlaw.com

Lead Counsel for Lead Plaintiff
International Trading Group, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOSE CHUNG LUO, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>SPECTRUM PHARMACEUTICALS, INC., et al.,<br><br>　　　　　　　Defendants. | No. 2:21-cv-01612-CDS-BNW<br><br>CLASS ACTION<br><br>STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULE FOR SECOND AMENDED COMPLAINT AND RELATED BRIEFING |

4860-4006-9541.v1

Lead Plaintiff International Trading Group, Inc. ("Plaintiff") and defendants Spectrum Pharmaceuticals, Inc., Joseph W. Turgeon, Kurt A. Gustafson, Francois J. Lebel, M.D., and Thomas J. Riga (collectively, "Defendants," and together with Plaintiff, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows and jointly request that the Court enter the below Order approving this Stipulation:

WHEREAS, on February 6, 2024, the Court granted without prejudice Defendants' Motion to Dismiss the Amended Consolidated Class Action Complaint (ECF 82);

WHEREAS, Plaintiff intends to amend the Amended Consolidated Class Action Complaint; and

WHEREAS, the Parties have met and conferred and, subject to Court approval, agree to the below deadlines for the second amended complaint and motion to dismiss ("MTD") briefing schedule.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED THAT:

1. Plaintiff shall file a second amended complaint on or before March 29, 2024;

2. Defendants shall file a motion to dismiss on or before May 13, 2024;

3. Plaintiff shall file an opposition to the MTD on or before June 27, 2024; and

4. Defendants shall file a reply brief in further support of the MTD on or before July 22, 2024.

DATED: February 20, 2024            ROBBINS GELLER RUDMAN
                                      & DOWD LLP
                                    RYAN A. LLORENS
                                    JEFFREY J. STEIN
                                    JOHN M. KELLEY

                                            s/ Jeffrey J. Stein
                                    _____
                                         JEFFREY J. STEIN

- 1 -

4860-4006-9541.v1

|    |    |    |
|----|----|----|
| 1  |    |    |
| 2  |    | 655 West Broadway, Suite 1900 |
| 3  |    | San Diego, CA 92101 |
|    |    | Telephone: 619/231-1058 |
| 4  |    | 619/231-7423 (fax) |
|    |    | ryanl@rgrdlaw.com |
| 5  |    | jstein@rgrdlaw.com |
|    |    | jkelley@rgrdlaw.com |

1  
2  655 West Broadway, Suite 1900  
3  San Diego, CA 92101  
   Telephone: 619/231-1058  
4  619/231-7423 (fax)  
   ryanl@rgrdlaw.com  
5  jstein@rgrdlaw.com  
   jkelley@rgrdlaw.com  

6  Lead Counsel for Lead Plaintiff International  
   Trading Group, Inc.  
7  

8  CAMPBELL & WILLIAMS  
   J. COLBY WILLIAMS  
9  710 South Seventh Street, Suite A  
   Las Vegas, Nevada 89101  
10 Telephone: 702/382-5222  
   702/382-0540 (fax)  
11 jcw@cwlawlv.com  

12 Local Counsel for Lead Plaintiff International  
   Trading Group, Inc.  
13  

14  

15 DATED: February 20, 2024          BAKER BOTTS L.L.P.  
                                     KEVIN M. SADLER  
16  

17                                          s/ Kevin M. Sadler  
                                     KEVIN M. SADLER  
18  

19 1001 Page Mill Road  
   Building One, Suite 200  
20 Palo Alto, CA 94304-1007  
   Telephone: 650/739-7500  
21 650/739-7699 (fax)  
   kevin.sadler@bakerbotts.com  
22  

23 SCOTT D. POWERS  
   BAKER BOTTS L.L.P.  
24 401 South 1st Street, Suite 1300  
   Austin, TX 78704-1296  
25 Telephone: 512/322-2500  
   512/322-2501 (fax)  
26 scott.powers@bakerbotts.com  

27  

28  

- 2 -

| | |
|---|---|
| 1 | |
| 2 | JOHN B. LAWRENCE |
|   | BAKER BOTTS L.L.P. |
| 3 | 2001 Ross Avenue, Suite 900 |
|   | Dallas, TX  75201-2980 |
| 4 | Telephone:  214/953-6500 |
|   | 214/953-6503 (fax) |
| 5 | john.lawrence@bakerbotts.com |
| 6 | Counsel for All Defendants |
| 7 | PISANELLI BICE PLLC |
|   | JORDAN T. SMITH (NV Bar No. 12097) |
| 8 | 400 South 7th Street, Suite 300 |
|   | Las Vegas, NV  89101 |
| 9 | Telephone:  702/214-2100 |
| 10 | 702/214-2101 (fax) |
|    | jts@pisanellibice.com |
| 11 | |
| 12 | Counsel for Defendant Spectrum Pharmaceuticals, Inc. |

\*   \*   \*

**O R D E R**

IT IS SO ORDERED.

DATED: __2/21/2024__                    _____
THE HONORABLE BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE

- 3 -

4860-4006-9541.v1