1  CHRISTOPHER H. MCGRATH (CA SB# 149129)
   *(Admitted Pro Hac Vice)*
2  chrismcgrath@paulhastings.com
   RAYMOND W. STOCKSTILL (CA SB# 275228)
3  (*Admitted Pro Hac Vice*)
   beaustockstill@paulhastings.com
4  PAUL HASTINGS LLP
   695 Town Center Drive
5  Seventeenth Floor
   Costa Mesa, California  92626-1924
6  Telephone:  1(714) 668-6200
   Facsimile:  1(714) 979-1921
7
   *Outgoing Attorneys for Defendants*
8
              **UNITED STATES DISTRICT COURT**
9                    **DISTRICT OF NEVADA**

| JOSE CHUNG LUO, ET AL., | CASE NO.: 2:21-CV-01612-CDS-BNW |
|---|---|
| Plaintiffs, | **MOTION TO WITHDRAW AS COUNSEL** |
| vs. | |
| SPECTRUM PHARMACEUTICALS, INC., ET AL. | |
| Defendants. | |

**MOTION TO WITHDRAW AS COUNSEL**
**CHRISTOPHER H. MCGRATH AND RAYMOND W. STOCKSTILL**

Pursuant to LR IA 11-6(b) of the United States District Court for the Nevada, Christopher H. McGrath and Raymond W. Stockstill of Paul Hastings LLP, respectfully move to withdraw as counsel for Defendants Spectrum Pharmaceuticals, Inc., Joseph W. Turgeon, Kurt A. Gustafson, Francois J. Lebel, M.D., and Thomas J Riga ("Defendants").  Attorney Jordan T. Smith, who is admitted to this court and to the Bar of the State of Nevada and who has appeared as counsel of record, will continue to represent the Defendants in this matter, along with Kevin M. Sadler, John B. Lawrence, and Scott D. Powers of Baker Botts L.L.P., who have appeared and are admitted *pro hac vice* in this matter.  As such, and pursuant to LR IA 11-6(e), Mr. McGrath and Mr. Stockstill's withdrawal will not result in a delay of litigation.

| | | |
|---|---|---|
| DATED: February 28, 2024 | | Respectfully submitted, |

**PAUL HASTINGS LLP**

*/s/ Christopher H. McGrath*
Christopher H. McGrath (CA SB# 149129)
*(Admitted Pro Hac Vice)*
chrismcgrath@paulhastings.com
Raymond Stockstill (CA SB #275228)
*(Admitted Pro Hac Vice)*
beaustockstill@paulhastings.com
PAUL HASTINGS LLP
695 Town Center Drive
Seventeenth Floor
Costa Mesa, CA 92626-1924
Tel: 1(714) 668-6200

Jordan T. Smith, Bar No. 12097
PISANELLI BICE, PLLC
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101
Tel: (702) 214-2100
jts@pisanellibice.com

John B. Lawrence (*pro hac vice*)
BAKER BOTTS L.L.P.
2001 Ross Avenue, Suite 900
Dallas, Texas 75201
Tel: (214) 953-6500
john.lawrence@bakerbotts.com

Kevin M. Sadler (*pro hac vice*)
BAKER BOTTS L.L.P.
1001 Page Mill Road, Building One, Suite 200
Palo Alto, California 94304
Tel: (650) 739-7500
kevin.sadler@bakerbotts.com

Scott D. Powers (*pro hac vice*)
BAKER BOTTS L.L.P.
401 South 1st Street, Suite 1300
Austin, Texas 78704
Tel: (512) 322-2500
scott.powers@bakerbotts.com

*Attorneys for Defendants*

**IT IS SO ORDERED**

**DATED:** 9:33 am, February 29, 2024

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**