CAMPBELL & WILLIAMS
J. COLBY WILLIAMS, (5549)
710 South Seventh Street, Suite A
Las Vegas, Nevada 89101
Telephone: 702/382-5222
702/382-0540 (fax)
jcw@cwlawlv.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
RYAN A. LLORENS
JEFFREY J. STEIN
JOHN M. KELLEY
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone: 619/231-1058
619/231-7423 (fax)
ryanl@rgrdlaw.com
jstein@rgrdlaw.com
jkelley@rgrdlaw.com

*Attorneys for Lead Plaintiff
International Trading Group, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOSE CHUNG LUO, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>SPECTRUM PHARMACEUTICALS, INC., et al.,<br><br>Defendants. | No. 2:21-cv-01612-CDS-BNW<br><br><u>CLASS ACTION</u><br><br>MOTION TO WITHDRAW AS COUNSEL |

PLEASE TAKE NOTICE that, pursuant to L.R. IA 11-6, lead plaintiff International Trading Group, Inc. ("Lead Plaintiff") respectfully moves the Court to withdraw attorneys Danielle S. Myers, Jennifer N. Caringal, Michael Albert, and Juan Carlos Sanchez of Robbins Geller Rudman & Dowd LLP in this action. These attorneys assisted with the briefing of the lead plaintiff motion and were subsequently replaced by Ryan A. Llorens, Jeffrey J. Stein, and John M. Kelley, also of Robbins Geller, each of whom have appeared and are admitted pro hac vice in this action. *See* ECF 41-43. Lead Plaintiff is aware and consents to the withdrawal of counsel.

For the reasons stated above, Lead Plaintiff respectfully requests that the Court enter the [Proposed] Order withdrawing the attorneys identified above as counsel of record for International Trading Group, Inc.

DATED this 28th day of February 2024.

Respectfully submitted,

CAMPBELL & WILLIAMS

By: /s/ **J. Colby Williams**
J. COLBY WILLIAMS, ESQ. (5549)
710 South Seventh Street, Suite A
Las Vegas, Nevada 89101
Telephone: 702/382-5222
(702) 382-0540 (fax)
jcw@cwlawlv.com

ROBBINS GELLER RUDMAN & DOWD LLP
RYAN A. LLORENS
JEFFREY J. STEIN
JOHN M. KELLEY
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
(619) 231-7423 (fax)
ryanl@rgrdlaw.com
jstein@rgrdlaw.com
jkelley@rgrdlaw.com

*Attorneys for Lead Plaintiff International Trading Group, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on February 28, 2024, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

/s/ *J. Colby Williams*
J. COLBY WILLIAMS

| | |
|---|---|
| 1 | CAMPBELL & WILLIAMS |
|   | J. COLBY WILLIAMS, (5549) |
| 2 | 710 South Seventh Street, Suite A |
|   | Las Vegas, Nevada  89101 |
| 3 | Telephone:  702/382-5222 |
|   | 702/382-0540 (fax) |
| 4 | jcw@cwlawlv.com |
| 5 | ROBBINS GELLER RUDMAN |
|   |    & DOWD LLP |
| 6 | RYAN A. LLORENS |
|   | JEFFREY J. STEIN |
| 7 | JOHN M. KELLEY |
|   | 655 West Broadway, Suite 1900 |
| 8 | San Diego, CA  92101 |
|   | Telephone:  619/231-1058 |
| 9 | 619/231-7423 (fax) |
|   | ryanl@rgrdlaw.com |
| 10 | jstein@rgrdlaw.com |
|   | jkelley@rgrdlaw.com |

*Attorneys for Lead Plaintiff International Trading Group, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOSE CHUNG LUO, Individually and on Behalf of All Others Similarly Situated, | No. 2:21-cv-01612-CDS-BNW |
| Plaintiff, | <u>CLASS ACTION</u> |
| vs. | ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL |
| SPECTRUM PHARMACEUTICALS, INC., et al., | |
| Defendants. | |

      Upon consideration of the Motion to Withdraw as Counsel, and for good cause shown, it is HEREBY ORDERED that Danielle S. Myers, Jennifer N. Caringal, Michael Albert, and Juan Carlos Sanchez of Robbins Geller Rudman & Dowd LLP are hereby withdrawn as counsel of record. The clerk is directed to remove the above-named attorneys from the docket as well as the ECF Service List.

     IT IS SO ORDERED.

DATED: 2/28/2024

HON. BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE