Jordan T. Smith, Esq.
Bar No. 12097
PISANELLI BICE PLLC
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101
Telephone:  702.214.2100
Facsimile:  702.214.2101
JTS@pisanellibice.com

*Counsel for Defendant Spectrum Pharmaceuticals, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JOSE CHUNG LUO, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>SPECTRUM PHARMACEUTICALS, INC., JOSEPH W. TURGEON, KURT A. GUSTAFSON, FRANCOIS J. LEBEL, M.D., and THOMAS J. RIGA,<br><br>Defendants. | CASE NO. 2:21-cv-01612-CDS-BNW<br><br>**DECLARATION OF JOHN B. LAWRENCE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE SECOND AMENDED CONSOLIDATED CLASS ACTION COMPLAINT** |

I, John B. Lawrence, hereby declare and state as follows:

1. I am a partner at the law firm of Baker Botts L.L.P., and counsel of record for Defendants Spectrum Pharmaceuticals, Inc. ("Spectrum"), Joseph W. Turgeon, Kurt A. Gustafson, Francois J. Lebel, M.D., and Thomas J. Riga (collectively "Defendants") in the above-captioned action. I am licensed to practice law in the States of Texas and New York. I submit this declaration in support of Defendants' Motion to Dismiss the Second Amended Consolidated Class Action Complaint, filed concurrently herewith.

2. Attached hereto as Exhibit 1 is a chart displaying the statements alleged to be materially false or misleading in Plaintiff's Second Amended Consolidated Class Action Complaint.

3. Attached hereto as Exhibit 2 is a true and correct copy of Spectrum's Special Call transcript, dated October 18, 2017.

4. Attached hereto as Exhibit 3 is a true and correct copy of Spectrum's Q4 2017 Earnings Call transcript, dated March 6, 2018.

1

5.      Attached hereto as Exhibit 4 is a true and correct copy of Spectrum's Q1 2018 Earnings Call transcript, dated May 3, 2018.

6.      Attached hereto as Exhibit 5 is a true and correct copy of Spectrum's Company Conference Presentation transcript, dated May 16, 2018.

7.      Attached hereto as Exhibit 6 is a true and correct copy of Spectrum's Q2 2018 Earnings Call transcript, dated August 9, 2018.

8.      Attached hereto as Exhibit 7 is a true and correct copy of Spectrum's Q3 2018 Earnings Call transcript, dated November 8, 2018.

9.      Attached hereto as Exhibit 8 is a true and correct copy of Spectrum's Q2 2019 Earnings Call transcript, dated August 8, 2018.

10.     Attached hereto as Exhibit 9 is a true and correct copy of Spectrum's Conference Presentation transcript, dated October 2, 2019.

11.     Attached hereto as Exhibit 10 is a true and correct copy of Spectrum's Q3 2019 Earnings Call transcript, dated November 7, 2019.

12.     Attached hereto as Exhibit 11 is a true and correct copy of Spectrum's Q1 2020 Earnings Call transcript, dated May 7, 2020.

13.     Attached hereto as Exhibit 12 is a true and correct copy of Spectrum's Special Call transcript, dated July 27, 2020.

14.     Attached hereto as Exhibit 13 is a true and correct copy of Spectrum's Q3 2020 Earnings Call transcript, dated November 4, 2020.

15.     Attached hereto as Exhibit 14 is a true and correct copy of Spectrum's Special Call transcript, dated December 22, 2020.

16.     Attached hereto as Exhibit 15 is a true and correct copy of Spectrum's Q4 2020 Earnings Call transcript, dated March 30, 2021.

17.     Attached hereto as Exhibit 16 is a true and correct copy of Spectrum's Q1 2021 Earnings Call transcript, dated May 13, 2021.

18.     Attached hereto as Exhibit 17 is a true and correct copy of a press release published by Spectrum on November 8, 2018, entitled "Spectrum Pharmaceuticals Reports Third Quarter

2018 Pipeline Update and Financial Results."

19. Attached hereto as Exhibit 18 is a true and correct copy of a press release published by Spectrum on March 15, 2019, entitled "Spectrum Pharmaceuticals Provides BLA Filing Update for ROLONTIS (eflapegrastim)."

20. Attached hereto as Exhibit 19 is a true and correct copy of a press release published by Spectrum on August 8, 2019, entitled "Spectrum Pharmaceuticals Reports Second Quarter 2019 Financial Results and Pipeline Update."

21. Attached hereto as Exhibit 20 is a true and correct copy of a press release published by Spectrum on May 7, 2020, entitled "Spectrum Pharmaceuticals Reports First Quarter 2020 Financial Results and Pipeline Update."

22. Attached hereto as Exhibit 21 is a true and correct copy of a press release published by Spectrum on July 27, 2020, entitled "Spectrum Pharmaceuticals Announces Positive Topline Results in HER2 Exon20 Insertion Mutations from Cohort 2 of the Poziotinib ZENITH20 Trial."

23. Attached hereto as Exhibit 22 is a true and correct copy of a press release published by Spectrum on November 4, 2020, entitled "Spectrum Pharmaceuticals Reports Third Quarter 2020 Financial Results and Corporate Update."

24. Attached hereto as Exhibit 23 is a true and correct copy of a press release published by Spectrum on December 22, 2020, entitled "Spectrum Provides Poziotinib Update after Successful Pre-NDA Meeting with the FDA."

25. Attached hereto as Exhibit 24 is a true and correct copy of a press release published by Spectrum on March 30, 2021, entitled "Spectrum Pharmaceuticals Reports Fourth Quarter 2020 and Full Year 2020 Financial Results and Pipeline Update."

26. Attached hereto as Exhibit 25 is a true and correct copy of a press release published by Spectrum on May 13, 2021, entitled "Spectrum Pharmaceuticals Reports First Quarter 2021 Financial Results and Corporate Update."

27. Attached hereto as Exhibit 26 is a true and correct copy of excerpts from Spectrum's 2017 Form 10-K filed with the U.S. Securities and Exchange Commission ("SEC") on March 7, 2018.

28. Attached hereto as Exhibit 27 is a true and correct copy of excerpts from Spectrum's 2018 Form 10-K filed with the SEC on February 28, 2019.

29. Attached hereto as Exhibit 28 is a true and correct copy of excerpts from Spectrum's 2019 Form 10-K filed with the SEC on March 2, 2020.

30. Attached hereto as Exhibit 29 is a true and correct copy of excerpts from Spectrum's Prospectus Supplement filed with the SEC on July 30, 2020.

31. Attached hereto as Exhibit 30 is a true and correct copy of excerpts from Spectrum's 2020 Form 10-K, filed with the SEC on March 31, 2021.

32. Attached hereto as Exhibit 31 is a true and correct copy of excerpts from Spectrum's Q1 2021 Form 10-Q filed with the SEC on May 13, 2021.

33. Attached hereto as Exhibit 32 is a chart reflecting Exhibit E to the SAC, with two columns to the right indicating which trades were pursuant to Rule 10b5-1 plans and which were made to satisfy tax-withholding obligations, based on the Form 4s contained in Exhibit 33.

34. Attached hereto as Exhibit 33 is a compilation of true and correct copies of one Form 3 and 89 Forms 4 filed with the SEC reflecting the Individual Defendants' stock trading history.

35. Attached hereto as Exhibit 34 is a true and correct copy of excerpts from a Briefing Document concerning the Oncologic Drugs Advisory Committee Meeting published by the U.S. Food and Drug Administration on September 22, 2022.

36. Attached hereto as Exhibit 35 is a true and correct copy of the National Cancer Institute's webpage reflecting the definition of "Open Label Study," last accessed on May 3, 2024.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 13, 2024.

_____
John B. Lawrence

**INDEX OF EXHIBITS**

| Ex. No. | Description |
|---|---|
| 1 | Alleged Materially False and Misleading Statements Chart |
| 2 | Special Call, October 18, 2017 |
| 3 | Q4 2017 Earnings Call, March 6, 2018 |
| 4 | Q1 2018 Earnings Call, May 3, 2018 |
| 5 | Conference Presentation, May 16, 2018 |
| 6 | Q2 2018 Earnings Call, August 9, 2018 |
| 7 | Q3 2018 Earnings Call, November 8, 2018 |
| 8 | Q2 2019 Earnings Call, August 8, 2019 |
| 9 | Conference Presentation, October 2, 2019 |
| 10 | Q3 2019 Earnings Call, November 7, 2019 |
| 11 | Q1 2020 Earnings Call, May 7, 2020 |
| 12 | Special Call, July 27, 2020 |
| 13 | Q3 2020 Earnings Call, November 4, 2020 |
| 14 | Special Call, December 22, 2020 |
| 15 | Q4 2020 Earnings Call, March 30, 2021 |
| 16 | Q1 2021 Earnings Call, May 13, 2021 |
| 17 | Press Release, November 8, 2018 |
| 18 | Press Release, March 15, 2019 |
| 19 | Press Release, August 8, 2019 |
| 20 | Press Release, May 7, 2020 |
| 21 | Press Release, July 27, 2020 |
| 22 | Press Release, November 4, 2020 |
| 23 | Press Release, December 22, 2020 |
| 24 | Press Release, March 30, 2021 |
| 25 | Press Release, May 13, 2021 |

| 26 | Excerpts of Spectrum's 2017 Form 10-K, March 7, 2018 |
|----|------------------------------------------------------|
| 27 | Excerpts of Spectrum's 2018 Form 10-K, February 28, 2019 |
| 28 | Excerpts of Spectrum's 2019 Form 10-K, March 2, 2020 |
| 29 | Spectrum Prospectus Supplement, July 30, 2020 |
| 30 | Excerpts of Spectrum's 2020 Form 10-K, March 31, 2021 |
| 31 | Excerpts of Spectrum's Q1 2021 Form 10-Q, May 13, 2021 |
| 32 | Individual Defendants' Trades (Appendix E) |
| 33 | Thomas Riga's Form 3, December 27, 2017 |
| 33 | Kurt Gustafson's Form 4s |
| 33 | Francois Lebel's Form 4s |
| 33 | Thomas Riga's Form 4s |
| 33 | Joseph Turgeon's Form 4s |
| 34 | FDA Briefing Document, Oncologic Drugs Advisory Committee Meeting, September 22, 2022 |
| 35 | National Cancer Institute (Definition of "open label study") |