# Exhibit 2

# Spectrum Special Call
# October 18, 2017

1

**S&P Global**
Market Intelligence

# Spectrum Pharmaceuticals, Inc.
# NasdaqGS:SPPI
# Special Call
## Wednesday, October 18, 2017 1:30 PM GMT

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

**spglobal.com/marketintelligence**

**Contents**

---

# Table of Contents

Call Participants ................................................................ 3

Presentation ................................................................ 4

Question and Answer ................................................................ 9

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Call Participants

**EXECUTIVES**

**Rajesh C. Shrotriya**
*Former Director*

**Shivpreet Kapoor**
*Vice President of Strategic Planning & Investor Relations*

**ANALYSTS**

**Adnan Butt**

**Edward Patrick White**
*H.C. Wainwright & Co, LLC, Research Division*

**Matthew J. Andrews**
*Jefferies LLC, Research Division*

**Michael George King**
*JMP Securities LLC, Research Division*

**ATTENDEES**

**John Heymach**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

### Operator

Good day, ladies and gentlemen, and welcome to the Spectrum Pharmaceuticals Clinical Update Conference Call. [Operator Instructions] As a reminder, this conference is being recorded.

I would like to introduce your host for today's conference, Shiv Kapoor, Vice President of Strategic Planning and Investor Relations. You may begin.

### Shivpreet Kapoor
*Vice President of Strategic Planning & Investor Relations*

Thanks. Good morning, and thank you all for joining us today to discuss the data on poziotinib that was highlighted at the 18th World Conference on Lung Cancer today on Wednesday, October 18. I hope you've all had a chance to review the press release we issued yesterday. If not, it's available on our website at www.sppirx.com. If you are on the webcast, you should be able to follow our slide presentation. And after our call today, these slides will be available for download.

I would like to remind everyone that during today's call and accompanying slides, we will be making forward-looking statements regarding future events of Spectrum Pharmaceuticals, including statements about the product sales, profits and losses, the safety, efficacy, development, time line and clinical results of our drug products and drug candidates that involve risks and uncertainties that could cause actual results to differ materially. These risks are described in further detail in our reports filed with the Securities and Exchange Commission. These forward-looking statements represent the company's judgment as of the date of this conference call, October 18, 2017, and the company disclaims any intent or obligation to update these forward-looking statements. However, we may choose to update them, and if we do so, we will disseminate the updates to the public.

For copies of today's press release, historical press releases, 10-Ks, 10-Qs and 8-Ks and other SEC filings and other important information, please visit our website.

I would now like to hand the call over to Dr. Raj Shrotriya who is in Japan with Dr. Heymach. Dr. Raj?

### Rajesh C. Shrotriya
*Former Director*

Thank you, Shiv, and thank you, everyone, for joining us this morning in the United States. It is 9:30 p.m. in Yokohama, Japan. We are very pleased to discuss with you interim data on poziotinib from our ongoing Phase II study in advanced metastatic non-small-cell lung cancer. This study is being conducted at MD Anderson Cancer Center. I'm also pleased and honored to have Dr. Heymach with us today to discuss the results of his study and his experience with the drug.

Poziotinib is an oral irreversible tyrosine kinase inhibitor. In some preclinical assays, it has been shown to be nearly 100x more potent than third-generation tyrosine kinase inhibitor like osimertinib for exon 20 insertion.

Dr. Heymach is the Chairman of the Department of Thoracic/Head and Neck Medical Oncology at the University of Texas MD Anderson Cancer Center in Houston, Texas.

While Dr. Heymach is a renowned scholar and leading researcher in lung cancer, I had the opportunity to see his human side during the recent flooding caused by hurricane Harvey. Despite the chaos caused by hurricane, which prevented many doctors from coming to the hospital, Dr. Heymach actually stayed at the hospital to serve his patients for several days and nights. As he said to me, that in times such as these, my patients are more important than even my own family. So I can say that we are very fortunate that a man of his dedication and drive is leading the work on our poziotinib. Dr. Heymach just presented interim data from his ongoing Phase II study at the World Lung Cancer Conference here in Yokohama, Japan.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Without further ado, I would like to hand over the call to Dr. Heymach to go over his study and make some remarks about poziotinib. Dr. Heymach?

**John Heymach**

Okay. Well, thank you, Dr. Raj. So I'm going to be presenting the preclinical and clinical activity of poziotinib as we figure a potent selective inhibitor of EGFR exon 20 mutant lung cancer. The presentation today I had by -- done by my fellow, Yasir Elamin, and the preclinical work here has been led by Dr. Jackie Robichaux in my laboratory. That's for my disclosures.

So now just to review for everybody, EGFR is the most common targetable driver mutation in non-small-cell lung cancer, and we think about EGFR as comprising typically 15% of lung cancer as a whole in North America, closer to 40% in Asia. Among EGFR mutations, about 80% of them are what we call the classical or standard mutations, which are exon 19 deletions or L858R mutation. The remainder are atypical mutations. And among the atypical mutations, roughly half or about 10% of them are EGFR exon 20 mutations. EGFR exon 20 mutations and the HER2 exon 20 mutations are structurally extremely similar and their binding pockets are virtually identical in their constraints.

When we talk about EGFR exon 20, there's really 2 key components structurally that we're referring to. We have the c-helix part that comprises amino acid 762 to 766 and what we call the loop following the c-helix from 767 up to 776. It's previously been reported by others that exon 20 mutations are resistant to standard EGFR TKIs. By which I mean first, second or third generation with the exception of 763 insertion mutations that do retain some sensitivity.

And as you can see here from the historical data, these are from other studies, the response rate, if you include the 763, is at 8%. The response rate without the 763 is 3%. And if you compare this to standard EGFR mutations, the response rate is 60% to 70% for a standard mutation. So you can see these really are quite resistant.

This next slide is data from MD Anderson. Here we've gone into our large database of more than 5,000 patients and pulled at patients with exon 20 insertions. If you look at the progression-free survival for patients with either exon 20 insertions versus classical mutation, the difference is quite large with a medium PFS of 14 months for classical versus 2 months for the exon 20 insertions.

We're also showing here a waterfall plot, where all but one of our patients had progressive disease as their best response to either erlotinib or afatinib. But one patient who did respond to afatinib had what we call a conservative 768 deletion insertion mutation. By conservative, we mean it wasn't an insertion that increased volume or sterically hindered the pocket. So that happens to be one particular mutation that retained some sensitivity to first-generation drugs.

Now we've constructed all these different mutations in the lab, stably expressed them in Ba/F3 cells and checked the sensitivity to the different inhibitors. Here we're showing a handful of inhibitors that have gone through clinical testing. And here the curves -- if the curves shift to the right, the drugs are more resistant to the particular mutation. To the left, they're more sensitive. And if you look here, the standard L858R mutation versus the exon 20 insertions, you can see the exon 20 insertions are typically 100- to 1,000-fold more resistant to the first- to third-generation inhibitors compared to the classical mutations.

So this really is a pressing problem that is facing our field and we commonly have these patients come in. At this point, we have no standard targeted agents, and we are limited to chemotherapy. I'll also note that EGFR-mutant tumors typically do not respond to immunotherapy because these patients are typically non-smokers, have a low mutation burden. So EGFR-mutant patients have a response rate to immunotherapy of less than 10%, typically about 5% or 6%. So they really have very few therapeutic options.

Now here, we're showing space-filling models based on crystal structures of EGFR. On the left is standard T790M and here we're showing the binding of osimertinib into this pocket. And what you can pay attention to is the space that opened in this pocket for the inhibitor to bind, and you can see where osimertinib fits into the cleft. Osimertinib, like other third-generation inhibitors, irreversibly binds into that pocket. That irreversible binding is due to a covalent linkage at a particular amino acid called C797.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

On the right, you see what an exon 20 insertion looks like. This is one of the most common insertions, the 770 insertion. And in red, we have highlighted all the areas that are increased from exon 20 insertion. As you can see, the insertion, as well as the other shifts, dramatically shrink the pocket and make it much more sterically hindered or constrained. Because of the steric constraints, the standard drugs do not fit well into this pocket.

Now because of a number of patients we had in our clinic with this exon 20 insertion, including the wife of one of my faculty members, we decided we were going to make a wholehearted attempt to now try to target these by making all these mutations in doing large-scale drug screening with all the drugs that had previously been tested for EGFR mutation.

So the next slide shows here the difference between osimertinib and poziotinib and so what [Audio Gap] our drug screening, its limitation for standard drugs, is this area we call the Terminal Group, right, that's labeled as the feet. So if you think of these molecules as sitting into the pocket feet first and then the hand is the part that has to reach out and covalently link to the C797, and you can see osimertinib has big feet, if you look at everything inside that red box. But that the feet are exactly where that steric hindrance happens. So we realized we needed a molecule that would be more flexible. It would have to have the ability to twist to accommodate the pocket, so it had to have some torsional flexibility as well as a smaller Terminal Group, and poziotinib actually fits the bill for this.

Now on the right, we have the screening against an average of the exon 20 cell lines with the standard drugs, including afatinib, osimertinib and the other inhibitors you see, and poziotinib labeled in red. And you can see the poziotinib has 2 to 3 orders of magnitude more potent against exon 20 insertions here, and actually, we cover some point mutations in this average as well as compared to all the drugs that are in clinical testing or development for EGFR.

And so this gives a bit more granular detail here about the changes that happen with exon 20 insertion. So on the left, if you look at the yellow helix as compared to the green helix, this is without the exon 20 insertion or with the exon 20 insertion for this. And you can see that the helix shifts inward and then the loop that's shown in yellow or red shifts downward and these 2 changes essentially squeeze that binding pocket. And so here in that cleft, we've got both afatinib and poziotinib to show how they actually fit and how the constraints prevent afatinib from binding effectively. Our molecular modelers can calculate what we call the free energy by a couple of different calculations, and poziotinib combined into this pocket dramatically more potently with a greater -- more favorable energetics than the next most potent drug, which is afatinib.

So now we're moving into models derived from patients or later from mice. So these are 2 exon 20 insertion cell lines from patients. The first one is a 767 model. It's a relatively conservative change in the pocket. And there, poziotinib is 15x more potent than afatinib, the next most potent drug. And for the second, the 771 alteration, it's more like a 100-fold more potent than afatinib against this human cell line that has exon 20 mutation.

So in this next slide, we're going to show the relative specificity for poziotinib for exon 20 insertions as compared to more standard mutations. So here we've normalized the IC50s for T790M. So its affinity for T790M -- or its IC50 for T790M is graphed as 1. So if the bars go above 1, it means that for that particular mutation, the drug binds less well, the IC50 is worse, it's higher. And if the bar is lower, it means it's more potent. You can see that osimertinib is fivefold or more worse for exon 20 insertions as compared to T790M. Osimertinib here is on the average 24-fold worse. You can see that poziotinib is actually 65-fold better for T790M, more potent for exon 20 insertions than it is for T790M. So poziotinib is the only drug that actually binds exon 20 insertions or alterations better than it binds the standard T790M mutations. Now I'll remind you that the drug was originally tested and developed as a T790M inhibitor. But unbeknownst to the developers, while it's a so-so T790M inhibitor, it's actually a far, far better exon 20 inhibitor.

So here we're showing mouse models. On the left are genetically engineered mouse models with the 770 insertion, the NPG insertion. And here you're looking at tumor volume for these mice. You can see the poziotinib causes dramatic tumor shrinkage whereas poziotinib slightly slows the growth as compared to nothing in this model.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

And on the next 2, we've actually got 2 different patient-derived xenograft models with different insertions. And in both cases, poziotinib very potently inhibited. In the middle model, you can see afatinib causes some stabilization, but only poziotinib causes real tumor regression. So this really we viewed as the strongest preclinical data we have seen for any drug ever for exon 20 insertions or other mutations.

So based on that, we contacted Spectrum, and I'm happy to say that we are able to get a Phase II study for this population going. And so this is a single study center. It's got 2 cohorts, the EGFR exon 20s and the HER2 exon 20s. And we've actually -- whereas we thought it would take about 2 years to enroll the EGFR exon 20s, we've actually enrolled the whole cohort in a couple of months and now had to expand it.

The HER2, because HER2 is not tested as part of a lot of peoples' routine testing, is a little slower in the enrolling, but we are enrolling to the HER2s as well. And we'll be reporting results of the HER2 in the near future. Primary objective of the study was response rate. Secondary objective [Audio Gap] PFS, OS, and you could see eligibility listed here. We did allow patients with brain metastases on the study if they are asymptomatic and clinically stable, without escalating steroids or anticonvulsants.

Next slide. And so here you see the preliminary results now. Because the patients have accrued very rapidly, we only have the first follow-up scan here for these 11 patients. And then for 2 of them, we have the second follow-up scan. One of those we actually have a third follow-up scan for. So out of the first 11 patients that had follow-up scans, partial responses, meaning more than 20% -- more than 30% shrinkage in some of the longest diameters by RECIST criteria was observed in 8 out of the 11 or 73% of the patients. Both patients who've had a confirmatory third scan both showed that they have continued the partial response and actually had additional shrinkage as well.

The 2 patients we enrolled with CNS disease, both had evidence of CNS shrinkage with the CNS metastasis shrinking and the patient with LMD improving symptomatically. We also had a patient treated on compassionate use to a CIND and she also had a partial response as well. We're not counting that patient in this data. So if you count that CIND patient, the response rate would be 75%.

The toxicities are similar to what had previously been reported for poziotinib, and like other EGFR inhibitors, there is rash, diarrhea, paronychia, mucositis. We had, had to dose-reduce 55% of the patients so far or 6 out of the 11 patients to a dose of 12 milligrams, but there's nobody who has come off study because they haven't been able to tolerate the treatment thus far, but we have had to prophylactically manage the diarrhea and the rash. This is something we're accustomed to doing as doctors manage other EGFR inhibitors like afatinib.

Next slide. For reference, I'm once again showing the waterfall plot from our retrospective analysis of erlotinib and afatinib and next with the poziotinib data that you're seeing here. Now some of our patients were previously treated with other EGFR inhibitors, as you can see listed for poziotinib. And around the red box here, we have included a patient that was treated with both afatinib and the AP32788 and responded to neither of those drugs. In fact, had evidence of tumor growth on both of those drugs. And here, by the time of the first scan, this patient has had a robust partial response here as shown in the next slide.

So in conclusion, EGFR exon 20 insertions are resistant to first, second and third generations in sterically hindered binding pocket with the exception of the 763 mutations. You'll note that we haven't actually even put any 763s on the study thus far, although they are. In retrospective studies, exon 20 mutant patients had a median PFS of less than 2 months and response rate historically of 4% if you exclude 763s or 8% if you include 763s.

Poziotinib specifically inhibits exon 20 insertions preferentially over the more standard T790M resistance mutation. This is because of its compound size and flexibility. It's significantly more potent in vitro and in vivo than other available TKIs and causes dramatic tumor regressions in both genetically engineered mouse models and patient-derived xenografts. It demonstrates obvious and clear antitumor activity with an objective response rate of 73% in this preliminary analysis.

And as I mentioned before, because of the rapid enrollment in the study, we've actually now completed enrollment for the initial 30 or we may be at 28 or 29 depending on who's actually signed the consent

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

8

while I was gone. And we're actually expanding the EGFR cohort to 50 at our MD Anderson single site. And an international multicenter study has recently started enrollment as well.

Clearly, we're going to need longer follow-up to be able to give information about the duration of response, but thus far out of these first 11 patients, the longest follow-up is coming up on 7 months and we've only had one progressor, which occurred after 4 months and that patient had a particularly difficult-to-treat mutation and was previously treated, but nobody else has progressed on study out of our original patient so far.

So with that, the final slide is just acknowledging the considerable team that's involved in the preclinical work as well as Spectrum that, of course, funded the clinical study that I'm presenting here today. Thanks for your time, sir.

**Rajesh C. Shrotriya**
*Former Director*

Thank you, Dr. Heymach. We are very excited at Spectrum that patients who have had little or no hope that are now benefiting from your work with poziotinib. We now plan to meet with the FDA and work on an expeditious regulatory strategy for approval of this drug.
With that, let me hand over the call to the operator so we can take a few questions. Operator, please.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Operator**

[Operator Instructions] And our first question comes from the line of Adnan Butt from Guggenheim Securities.

**Adnan Butt**

Very intriguing data. PFS, as you mentioned, is very low historically. Could you make a comment on what survival is like typically for these patients?

**John Heymach**

Yes. So if you take now classical EGFR mutation, the median survival now is in the mid-30s. For this group of patients, now there's very limited data reported for OS, but at least in our experience, it is, in the absence of effective tyrosine kinase, is under 20 months.

**Adnan Butt**

Okay. And Dr. Heymach, I might have missed it, but of the patients, the one patient that progressed, was it a patient that never responded? Or was it a patient that responded and then advanced? And generally how beat up are these patients?

**John Heymach**

Yes. So it's a patient who had a minor response, since she had a particularly -- she had a mutation that we know is a difficult-to-treat one. They are from the in vitro work. So she had minor shrinkage at the first scan. She ended up having peritoneal progression and peritoneum tends to be an area that we think of as having poor perfusion of drugs in there, like bone metastases. So that's an environment -- or brain metastases, where we think there's imperfect drug access. So that's often a difficult-to-treat place when people have peritoneal disease or mental setting, in particular. Now the question is, how beat up patients are? They have significant rash at their 1 month visit typically. So the data that [ Christina Bake ] presented here, she reviewed the earlier reported studies from poziotinib, the Phase I data from Asian population. And there are high rates of grade 3 rash noted there. I think our grade 3 rashes are not as high as what's reported there is my impression that we haven't formally validated. But the patients all can be managed. We haven't had anybody drop off the study because of toxicity. But as I said in our presentation, we have had to dose-reduce people down to 12. And I think 12 milligrams what -- I don't know if anybody want to comment on starting doses for other studies.

**Adnan Butt**

Okay. That's helpful that nobody discontinued. Just the last one for me. So for your expansion cohort that you're planning, is there any treatment available or these are -- the next studies that will be planned are likely to be single-arm studies? Can you comment on that?

**John Heymach**

I'm sorry. Do you mean for our particular study, are we sticking with the single arm...

**Adnan Butt**

Yes. I was asking both for your study. Will you continue along the same protocol format? And then for more advanced studies, do you foresee a comparator? Is there something that can be even used as a comparator for additional studies for -- in this patient population?

**John Heymach**

Yes. I mean our study will continue to be monotherapy, not a randomized study with a comparator because there's no comparator that's shown appreciable activity for this disease. As I mentioned, I think,

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

it wouldn't be ethical to randomize patients to a therapy where the objective response rate is in the range of 4% to 10% there based on the historical data with other TKIs. So the official recommendations for exon 20 mutations are typically not to give these TKIs, unless it happens to be the 763 that happens to be a sensitive one. The larger international study that's opened up will also only be monotherapy, not a randomized study, and that is now open.

**Operator**

And our next question comes from the line of Ed White from H.C. Wainwright.

**Edward Patrick White**
*H.C. Wainwright & Co, LLC, Research Division*

So just on the compassionate use patients, they were mentioned in the abstract but not in your presentation. Are they still continuing on treatment and -- if you have any comment on that? And what's the duration been, so far, for those patients?

**John Heymach**

Yes. So we mentioned 2 compassionate use patients in the abstract. One of them is an EGFR and one is our HER2. They both -- actually, so the EGFR one has now discontinued new -- discontinued from the compassionate use protocol. She was considered too ill to go on the study. She was a PS 3 patient at the time and had massive disease. She initially had a great response, but has since succumbed. The HER2 patient that we mentioned in the abstract, or the second, we mentioned there's 2 compassionate use patients, and she remains on study as well.

**Edward Patrick White**
*H.C. Wainwright & Co, LLC, Research Division*

Okay. That first patient, the EGFR patient, how long was she on this -- on drug?

**John Heymach**

I don't have the number right in front of me, but I'm going to estimate between 4 and 6 months.

**Rajesh C. Shrotriya**
*Former Director*

And Ed, the second question you asked was about the HER2 patient, the very first patient compassionate patient, that patient is now going on 11 months. In fact on -- is going on almost a year. Started November 16 last year.

**John Heymach**

Yes. And she's received palliative therapy for bone metastases during that time, but she remains on treatment.

**Edward Patrick White**
*H.C. Wainwright & Co, LLC, Research Division*

Okay. I'm sorry that was the HER2 patient?

**John Heymach**

That's correct.

**Edward Patrick White**
*H.C. Wainwright & Co, LLC, Research Division*

Okay. Great. And so just on the -- it was great -- I'm glad to see you're expanding the study. Going over the preclinical data that you had and now entering the clinic, is there any expectation to see any difference between the HER2 versus the EGFR? It seems like there -- you might think that these results would be very similar in these 2 patient populations.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**John Heymach**

Yes. What I can tell you is that the pockets are extremely similar, and the other thing is the data that we're showing here, the in vitro data clearly indicates that the mutations further along -- the insertions further along in the loop are more resistant. Now the HER2 mutations, HER2, the numbers are shifted over. They're shifted over to the left. So the location of the HER2 insertions are in the sensitive region. So in other words, if you lined it up with what I've shown you from exon, from EGFR, the location of all the HER2s are in the areas that one would predict would be sensitive based on what I've already shown you today. That -- I don't know if that was a clear explanation, but the -- we have highly sensitive exon 20 mutations from the data we're showing and then some that are slightly less sensitive. The HER -- the place where the HER2s consistently are is the 774 of HER2. That corresponds to around the 768 to 770 of EGFR, and that's a region where they're highly sensitive. Based on just what I've told you, one would predict that they are very sensitive.

**Edward Patrick White**
*H.C. Wainwright & Co, LLC, Research Division*

Okay. And then just on the patients, you had said that 55% of the patients were reduced down to the 12-milligram dose. Are you continuing to see response at the lower dose? Has there been any change in response with the lower dose?

**John Heymach**

Yes. I don't have enough data to address it accurately because we start everybody at 16 and the 2 patients that we've got the -- we do scans based on at 2 months and then at 4 months. And we've got 2 patients that we've got data. One's passed 6 months, one's passed 4 months. One of them had a dose reduction and continued to have shrinkage for the following scan, but that's the only data I have to directly address that. So nobody has lost their response on the follow-up -- on the following scan.

**Edward Patrick White**
*H.C. Wainwright & Co, LLC, Research Division*

Okay. And then just on the CNS finding, I find that very interesting and you were even looking for that, but how did that come about? And is this -- do you think this is significant enough to look at that as another indication?

**John Heymach**

Yes. This really -- the reason we could bring that is because EGFR-mutant patients so commonly get brain metastases. So there is an -- you can see for the classical mutations now, all the excitement about the CNS penetrable EGFR mutation -- EGFR drugs. Osimertinib's got good CNS penetration, but it would also be [ AZ ] and the [ Kadmon ] drug, so it's something we pay a lot of attention to because CNS is so commonly a site for these patients. We just put it in practically because with so many of our patients that have CNS metastases at the time they're presented because a lot of them have been going along just getting chemo or whatever they could to hold on until somebody had an active drug. So just to make it practical to enroll, we allowed patients who had the CNS disease to enroll. We've only got one that had a measurable lesion that hadn't been radiated, and that patient did have evidence of shrinkage. It was subcentimeter, so it doesn't count as a RECIST CNS response, because we didn't want to put patients with larger brain metastases on, and the patients' LMD symptomatically improves. It's hard to measure LMD quantitatively. It really is typically based on either cytology or symptoms.

**Edward Patrick White**
*H.C. Wainwright & Co, LLC, Research Division*

Okay. Great. And then Dr. Raj, maybe just a question for you with the Spectrum Phase II study. And you had mentioned that you're going to be meeting with the FDA. We -- you had originally said that if you saw responses in 3 of the first 10 patients that you would approach the FDA and discuss breakthrough designation. But with this overwhelmingly positive response, could it be now that you approach the FDA

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

and talk about maybe increasing the size of your Phase II and running that as a pivotal Phase II study? Or -- maybe I just want to get your thoughts on how to progress to commercialization.

**Rajesh C. Shrotriya**
*Former Director*

So Ed, you're right. We are, actually, strategizing with Dr. Heymach right here in Japan as to what should be our next action because we are planning to have a meeting with the FDA to discuss not just only breakthrough designation, but also how to get this approved quickly. And something that I have become very sensitized that the current protocol that Dr. Heymach has actually requires that patients must have failed at least one or more treatments. And what I'm learning from him is that these patients, the response to standard chemotherapy is 25% to 30%. Why waste time? These patients have -- they're living a very short life and why not give them -- when a drug like poziotinib may have a response rate of 70%-and-plus range, why don't you give them -- don't waste your time giving chemotherapy and other drugs, give them first-line poziotinib. In order to do that, we have to go to the FDA and Dr. Heymach is willing to come with us. So that's our next step. We want to go to the FDA and talk about first-line use and registration strategy really, in addition to breakthrough designation that has been all along on a strategy. So there's lot to be seen. Stay tuned because right now, we're just beginning. Today's the first time we have seen this exciting data in its full shape and form. And I can tell you the room in which this data was presented was full, and after that Brent and I have been inundated with requests for trials both from the East Coast to the West Coast from various hospitals and various investigators. There's a lot of interest that has now generated because of the difficulty in treating these patients. Up until now, there has been nothing that has been satisfactory, not only targeted therapies or immunotherapy or chemotherapy but also the TKIs. So clearly, this is a very exciting moment for -- not only for us, but for the patients who could benefit from this drug.

**Operator**

And our next question comes from the line of Mike King from JMP Securities.

**Michael George King**
*JMP Securities LLC, Research Division*

I apologize. I got on the call a bit late, so I had a question about the patient background. So for the 11 patients that Dr. Heymach reported on, were they all previously experienced? Or were there some naive patients mixed in with the experienced patients?

**John Heymach**

Yes. So the protocol required that they had to have prior systemic therapy. Now we've just amended it to allow for first-line patients, but that amendment has just gone through. So we're not presenting any data from those. We've just started enrolling a couple of first-line patients now. So all these were previously treated, almost all of them with chemotherapy, one of them had prior immunotherapy. So they had to had either first-line chemotherapy or immunotherapy as standard first-line agents.

**Michael George King**
*JMP Securities LLC, Research Division*

Okay. And generally, they all had just one prior course of chemo?

**John Heymach**

No. Well, a number of them had multiple lines of chemotherapy. So some of these had really failed multiple regimens. You see one of them had already been on afatinib and the ARIAD drug. And if you've been on 2 targeted agents, that is it typically means you've also had multiple lines of chemotherapy before that.

**Michael George King**
*JMP Securities LLC, Research Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Yes. Okay. Great. That color is very helpful. And then I'm just curious if, perhaps, we can talk about the dose reduction and do we know whether 12 milligrams gives you the concentration above a certain threshold? Are we getting -- still hitting an IC90 at 12 versus 16? How much is known about the pharmacology at that dose?

**John Heymach**

Yes. We -- so we don't have PK studies in hours, but inferring from what we've seen from other studies and our predictions preclinically, we believe we're well clear of what's needed for -- to be well above an IC90 for all the mutations we're showing here even at the 12 milligram dose. Now as I said, that's based on some inferences from the early studies. We don't have PKs built in here.

**Michael George King**
*JMP Securities LLC, Research Division*

Okay. Raj, is the company, I assume, going to undertake those studies at some point? Or are they ongoing?

**Rajesh C. Shrotriya**
*Former Director*

So yes. The answer is yes.

**Michael George King**
*JMP Securities LLC, Research Division*

Okay. And then just finally on the side effect management, I'm just wondering where -- was it anticipated that poziotinib would cause these EGFR inhibitor-like side effects and side effects where -- I think I heard Dr. Heymach say that proactively you were managing diarrhea, but I just wonder with regard to rash and some of the other manifestations, whether those are also managed proactively? Or were they managed at the time they manifested?

**John Heymach**

Yes. So this is -- so for people like me that treat nothing but lung cancer, we certainly do this for a living, managing EGFR toxicities. And we had the luxury here of large Phase I data set from poziotinib in the earlier studies. So we were aware what the rates looked like. Part of our standard management algorithms, let's say, for afatinib if it's being given at 40 milligrams or further EGFR inhibitors is, typically, we give patients when they first show up before they have any toxicities, clindamycin gel, doxycycline orally or minocycline, and then guidance about you have steroid creams and other things to use. So we sort of typically lead that -- at MD Anderson, we have a handout, and detailed set of instructions we give all our patients to give EGFR inhibitors. And we typically have them take Imodium at the first sign of diarrhea as an antidiarrheal and then call us. You have x number of episodes of diarrhea, then we increase that. So that's part of our standard management. So we went into this with that standard management here. My -- so I would say the number of times we've had to go above our standard management has been a little bit more than we would with the typical drugs like afatinib and erlotinib that we're giving every day. So -- and I've managed most of these patients myself that we're describing here. So I'd say the rates of dose reduction are higher than what we'd be reducing with afatinib, but still well within the range of what's manageable. It's -- like I said, we manage these every day and the rash typically gets worse over the first month. And then over the second month, it -- the skin sort of acclimates and they hit an equilibrium. So it's really during the first 6 weeks we've got to get the patients through before they hit more of a steady state.

**Operator**

And our next question comes from the line of Matthew Andrews from Jefferies.

**Matthew J. Andrews**
*Jefferies LLC, Research Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

SPECTRUM PHARMACEUTICALS, INC. SPECIAL CALL | OCT 18, 2017

Thanks for taking time to speak to investors on these exciting data. Dr. Heymach, can you talk about what you and your colleagues in the lung cancer arena would see as clinically meaningful in terms of response rate, duration of response and progression-free survival in this population?

**John Heymach**

Sure. Yes. So when we designed the study, we were really looking between 20% to 30% response rate with the rates that we would consider to be exciting. And in fact, the presentation after mine -- or after our groups at World Lung, was by the MGH group. They've enrolled 29 patients to the Hsp90 AUY922, which is considered the most promising drug, I think, over the last couple of years in that space and they had 4 responses out of 29 patients. And the conclusion from that study is this is exciting result. The subset look responsive and we should study this further. So I think that helps set the baseline for what's considered exciting for exon 20 mutant patients. So really, a response rate of 30% we would have considered extremely promising. PFS, we're looking for -- given the background of 2 months or less, I think most of us who consider 4 months to be an intriguing one and 6 to 7 to be one that would -- I think we'd have everybody quite excited.

**Matthew J. Andrews**
*Jefferies LLC, Research Division*

Would you expect a diff based on the EGFR inhibitor response rates and what we've seen in the HER2 subtype? Would you expect a difference in response between those 2 subtypes with poziotinib?

**John Heymach**

Yes. We'll be presenting the HER2 data in detail in the near future. But what I can say from publicly available data about the binding pocket and the location of the mutations is that HER2 mutants would be expected to be similar, if not slightly more sensitive, given the usual location of the, for example, the YVMA 774 mutation.

**Rajesh C. Shrotriya**
*Former Director*

We're running out of time. So if you have any more questions, hurry up. We're running out of time, so go ahead.

**Matthew J. Andrews**
*Jefferies LLC, Research Division*

So, Dr. Heymach, would you expect responses to deepen over time? I know it's still early and it's a very aggressive tumor type.

**John Heymach**

Yes. So typically, we do actually see them deepen after the first scan. And so for example, one of our nonresponders was somebody -- because EGFR-mutant tumors are typically well differentiated adenocarcinomas. They often have the ground-glass opacities. It makes them hard to measure by RECIST criteria. So the numbers we're showing here often underestimate the extent of the response. So we have somebody whose lungs are covered with ground-glass opacities, whose oxygen saturation was in the mid-80s and suddenly after a week on drug went up to the mid-90s. But when you actually measured it by RECIST, it only came out to be a less-than-formal partial response despite the clear benefits. She was one of the patients -- 1 of the 3 that wasn't counted as a response, but clearly had major benefits. So that's an example of somebody whose benefit we'd expect would increase over time

**Matthew J. Andrews**
*Jefferies LLC, Research Division*

And Dr. Raj, just one last one for you. Initially, the multi-center study was to be in 87 patients. Do you expand to increase that -- do you -- have you decided you would increase the size of that study? And do you think that along with the MD Anderson, cohort would be a sufficient package for registration?

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Rajesh C. Shrotriya**
*Former Director*

Well, that is something that we will have to discuss with the FDA, but clearly, we are not planning to expand the study beyond 87, and actually, it was designed with a futility analysis. So at that time, we did not know what response rate to expect. And as Dr. Heymach just mentioned, 30% would have been a very promising response rate. So we've designed the study with 87 patients so that a futility analysis was done. We could have stopped the study earlier. So that is something that remains to be seen and we would like FDA to become our partner in quickly bringing this drug to the patients. And I might add, Mr. King, you asked a question about the diarrhea and rash, so we actually have given this drug to over 200 patients. The initial work was done in breast cancer. So we have a pretty good idea about the toxicity of this drug. In fact, something surprising is that in breast cancer patients, we primarily see diarrhea. And in lung cancer patients, we are seeing primarily rash. And Dr. Heymach and I have been discussing this pharmacology and this is what happens. But clearly, we have now over 200 patients that have been given poziotinib and we feel pretty good about the toxicity profile and how to manage it.

With this, I would like to thank all of our listeners today for your interest in Spectrum, and we look forward to updating you in the near future on our continuing progress. Thank you very much.

**Operator**
Ladies and gentlemen, thank you for your participation in today's conference. This concludes the program, and you may now disconnect. Everyone, have a great day.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Copyright © 2019 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2019 S&P Global Market Intelligence.