# Exhibit 6

## Spectrum Q2 2018 Earnings Call
## August 9, 2018



# Spectrum Pharmaceuticals, Inc.

# NasdaqGS:SPPI

# FQ2 2018 Earnings Call Transcripts

## Thursday, August 09, 2018 8:30 PM GMT

### S&P Global Market Intelligence Estimates

| | -FQ2 2018- | | | -FQ3 2018- | -FY 2018- | -FY 2019- |
|---|---|---|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | CONSENSUS | CONSENSUS |
| EPS (GAAP) | (0.29) | 0.13 | NM | (0.29) | (1.04) | (0.95) |
| Revenue (mm) | 27.58 | 24.17 | ▼(12.36 %) | 27.67 | 109.45 | 113.48 |

Currency: USD
Consensus as of Jun-29-2018 5:45 PM GMT

**Stock Price [USD] vs. Volume [mm] with earnings surprise annotations**



| | CONSENSUS | ACTUAL | SURPRISE |
|---|---|---|---|
| **- EPS (GAAP) -** | | | |
| FQ3 2017 | (0.22) | (0.22) | NM |
| FQ4 2017 | (0.25) | (0.29) | NM |
| FQ1 2018 | (0.35) | (0.16) | NM |
| FQ2 2018 | (0.29) | 0.13 | NM |

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Table of Contents

Call Participants .......................................................................... 3

Presentation .......................................................................... 4

Question and Answer .......................................................................... 8

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

# Call Participants

**EXECUTIVES**

**Joseph W. Turgeon**
*President, CEO & Director*

**Kurt A. Gustafson**
*Executive VP & CFO*

**Thomas J. Riga**
*Executive VP, COO & Chief Commercial Officer*

**ANALYSTS**

**Adnan Shaukat Butt**
*Guggenheim Securities, LLC, Research Division*

**Matthew J. Andrews**
*Jefferies LLC, Research Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Operator**

Good day, ladies and gentlemen, and welcome to the Spectrum Pharmaceuticals Second Quarter 2018 Financial Results Conference Call. [Operator Instructions] Also as a reminder, today's call is being recorded. I'd now like to turn the conference over to Spectrum Pharmaceuticals' Chief Financial Officer, Kurt Gustafson.

**Kurt A. Gustafson**
*Executive VP & CFO*

Thank you, and good afternoon, everyone, on the call today. Thank you for joining us today for Spectrum's Second Quarter 2018 Financial Results Conference Call. Shiv Kapoor is not able to be with us this afternoon, so I'm stepping in. Our press release is available on our website at www.sppirx.com.

Joe Turgeon, our CEO and President, will start the call today and provide an overview. This will be followed by a financial update by myself and a discussion of our operations by our COO, Tom Riga.

These statements are not guarantees of future performance and undue reliance should not be placed on them. Such forward-looking statements necessarily involve known and unknown risks and uncertainties, which may cause actual performance and financial results in future periods to differ materially from any projections of future performance or results expressed or implied by such forward-looking statements.

With that, let me hand the call over to Joe.

**Joseph W. Turgeon**
*President, CEO & Director*

Thank you, Kurt, and hello, everyone. I want to thank you for joining us today. And I really appreciate your interest in Spectrum. This quarter was another very productive one. We continue to aggressively advance multiple clinical studies, which are moving us closer to our ultimate goal of delivering targeted and novel therapies for cancer patients. The second quarter was data rich, with significant data milestones for our lead pipeline candidates, poziotinib and ROLONTIS. Poziotinib had significant milestones, including a publication of data in Nature Medicine and a presentation of data at AACR.

We also released ROLONTIS positive top line data from our second Phase III study, the RECOVER trial and detailed data for the ADVANCE Phase III study. I'm proud of the progress, and what it could mean for cancer patients as well as for the growth of our company.

In the second half of the year, we expect to, again, have noteworthy progress on both poziotinib and ROLONTIS, including clinical data updates and additional regulatory insights. The poziotinib data at World Lung will be presented by the clinical team at MD Anderson on September 24, and the abstract will be available online on September 5. At the conference, MD Anderson will provide an update on the Phase II study, including an even broader data set on EGFR exon 20 insertion mutations, and for the first time, HER2 exon 20 mutation clinical data. These will be important to help further understand the potential of poziotinib in non-small cell lung cancer.

As we look at the full potential of poziotinib as a targeted therapy, we believe that its benefit goes well beyond our current focus and the previously treated lung cancer setting. Our team has developed a comprehensive strategy, and we're working aggressively to broaden our clinical trial footprint. Tom will lay out our thinking and our plan of action as we move forward, it's full steam ahead.

As we look at ROLONTIS, we've seen compelling data this quarter from both our Phase III trials. Our team is currently working on a pre-BLA meeting with the FDA to ensure alignment in preparation for a planned Q4 BLA submission. I'm proud of the progress we're making, and I'm excited about what lies ahead. Our employees are actively working to grow our company with urgency and with focus.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

I'd like to turn it back over to Kurt to go over the financials at this time.

**Kurt A. Gustafson**
*Executive VP & CFO*

Thank you, Joe. The total revenues for the second quarter were $24.2 million, of which $23.8 million were product sales. This quarter, we saw a decline in our EVOMELA sales. This decline was due in part to a shortage of drug that is the part of the stem cell transplant treatment regimen, which reduced the total number of transplants performed in the second quarter.

We also continue to see pricing pressures from the new generic entrants. However, we have maintained a premium price based on our product profile and continue to be the market leader. As I previously mentioned, we're continuing to invest in research and development, and these costs grew to $21.5 million, and this trend is expected to continue.

Our loss from operations was $34.3 million, but due to an unrealized gain on our marketable securities, we reported net income of $13.7 million. We ended the quarter with $174 million in cash and $95 million in marketable securities, for a total of $270 million of available liquidity. Our marketable securities are made up of primarily CASI stock, which was acquired through a licensing transaction. Cash burden in the quarter was $9.1 million.

Our total revenue guidance remains unchanged at $95 million to $115 million for the year. And our cash guidance also remains unchanged as we expect our cash balance to be to sufficient to fund operations into 2020.

With that, let me now hand the call over to Tom to cover operations.

**Thomas J. Riga**
*Executive VP, COO & Chief Commercial Officer*

Hey, thanks, Kurt. The second quarter was a data-rich quarter as we aggressively advanced and gained a positive momentum with our 2 most important late-stage assets: Poziotinib and ROLONTIS. This advancement is a direct result of the talented people at Spectrum who are helping propel the company forward.

Let's jump right into the specifics with poziotinib. Poziotinib is our late-stage pipeline product that is being studied as a targeted therapy where exon 20 insertion mutations are present in a segment of the lung cancer population. The median progression-free survival of currently available TKIs is approximately 2 months, with an overall response rate of less than 10%. Currently available treatments simply aren't good enough.

We are studying this asset in partnership with our outstanding preclinical and clinical team at MD Anderson Cancer Center. Currently, they are conducting a Phase II trial in EGFR and HER2 exon 20 mutations in previously treated non-small cell lung cancer patients. Exciting data from MD Anderson's lung cancer study was published in Nature Medicine in the second quarter.

In September, MD Anderson will lead an oral presentation of updated poziotinib data at the World Conference on Lung Cancer in both EGFR and HER2 patient populations. We're looking forward to the release of the abstract on September 5 and the oral presentation on September 24.

The Spectrum-sponsored multi-center trial is also well underway. We currently have approximately 40 sites up and running with several others in process. And we're pleased with the enrollment in both cohorts.

Additionally, we're in the process of activating sites in Europe that will enhance access for patients around the world and will position us well for our filings outside the United States. Investigators from around the globe have been enthusiastic about participating in the trial and gaining access to poziotinib. We fully expect to enroll the first patient in Europe by the end of the year. The most recent regulatory development of our ongoing Phase II study is that we had an encouraging interaction with the FDA. Based on this

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

6

discussion, we believe this study will qualify as a registrational trial. This meeting was very productive, and we appreciate the agency's partnership and guidance.

Regarding BTD, our belief is steadfast that poziotinib meets the criteria for breakthrough therapy designation. There is a clear unmet medical need, and we believe that poziotinib demonstrates substantial improvement over existing therapies.

As we move forward with our conversations with the FDA, the MD Anderson data will be the backbone of our discussions. We fully expect to gain clarity on this pathway by the end of the year. So here's what we know about poziotinib today. We've seen very strong early data in an area of high unmet medical need. We have alignment with the agency on our Phase II trial, and we have a clear shot at BTD.

Now let's talk about what's next. As we look at the full potential of poziotinib as a targeted therapy, we believe its benefits go well beyond the current focus in the previously treated lung cancer population. Our expanded strategy will focus on 3 key areas. The treatment-naive lung cancer patients in the first line; combination regimens; and the treatment of other solid tumors. Let me get into more detail on each of those.

The first area of expansion is to explore poziotinib as a first-line therapy. We will expand our current Phase II study to include 2 new cohorts in the treatment-naïve lung cancer population. Currently, there are no approved targeted therapies for EGFR or HER2 exon 20 mutations. Chemotherapy remains a standard of care for these patients, with severe side effects and limited efficacy. And with patients with EGFR mutations, they also seem to respond poorly to immunotherapy.

We've been working on this in an accelerated fashion and expect to enroll the first patient by the end of the year.

The second area of expansion is to explore poziotinib in combination with other treatments. We will study poziotinib in combination with other drugs to look to improve outcomes. The focus is to identify synergistic mechanisms with nonoverlapping toxicities. For example, we have initiated a dose finding study in combination with TDM1. While this study is in breast cancer, the overarching goal is to identify the optimal combination dose of these 2 agents.

Additionally, there are several other logical combinations that we are exploring and have the KOL community very excited. You will see the strategy unfold as the year progresses, and we will keep you updated along the way.

The final area of expansion in treatment of other solid tumors. This strategy is grounded in the prevalence data unveiled at AACR in the second quarter. These data demonstrated that HER2 exon 20 mutations are prevalent across solid tumors. MD Anderson will soon be initiating a pan tumor cohort to their existing poziotinib trial. Additionally, we expect to initiate a Spectrum-sponsored pan tumor basket study soon after.

The bottom line here, we have a robust strategy that will uncover poziotinib's full potential, and we're committed to its development.

Now let's talk about ROLONTIS. ROLONTIS is a novel long-acting GCSF, which utilizes proprietary technology and is being studied in the treatment of chemotherapy-induced neutropenia. We had 2 key events for ROLONTIS in the second quarter. First, our second Phase III trial, RECOVER, met its primary efficacy endpoint. Second, detailed ROLONTIS data from the 400 patient ADVANCE trial was presented in Vienna at MASCC. With over 600 patients in our robust Phase III program, we have demonstrated noninferiority for DSN versus pegfilgrastim with a comparable safety profile.

As we look forward, the team is diligently working to prepare for our pre-BLA meeting with the FDA in Q3. This meeting will ensure that we are in alignment with agency as we work to our planned Q4 BLA submission.

So as I step back and take a look at what we've learned about ROLONTIS, this is what I see. We have a novel agent with strong efficacy data, comparable safety and a seasoned team with the marketplace

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

experience to effectively compete in this multibillion dollar market. Our operations are in full swing with positive energy. We are enthusiastic about our business and focused on the success of both poziotinib and ROLONTIS. We look forward to providing you with additional updates as the year progresses.

And I'll now turn the call back over to Joe.

**Joseph W. Turgeon**
*President, CEO & Director*
Thank you, Tom. And with that operator, I'd like you to open the call to questions.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Operator**

[Operator Instructions] Our first question comes from the line of Adnan Butt of Guggenheim Securities.

**Adnan Shaukat Butt**
*Guggenheim Securities, LLC, Research Division*

Nice to see all the progress. Joe, are you able to say in terms of the abstract, what level of details we should expect? Will it be more than 11 patients in the abstract? And is there going to be a difference basically in what's in the abstract versus what's in the presentation?

**Joseph W. Turgeon**
*President, CEO & Director*

Yes. Good question. Couple of things. On the 5th the abstract is coming out, it will be -- there'll be more than the 11 patients. I can tell you that. I think you'll see much more data than you've seen in the past. And your second question is on the 24th, which is we're really excited about, there'll be even more data on the 24th. And I want to stress there'll be both EGFR data and also for the first time clinical data on HER2 patients, too.

**Adnan Shaukat Butt**
*Guggenheim Securities, LLC, Research Division*

Okay. That's helpful, Joe. So whatever is reported on the 5th will be updated on the 24th, so the 2 could be different?

**Joseph W. Turgeon**
*President, CEO & Director*

That's correct. They'll be more robust data on the 24th even.

**Adnan Shaukat Butt**
*Guggenheim Securities, LLC, Research Division*

Okay. And then on the registration path for poziotinib. Presumably, those discussions are focused on the EGFR setup this time. Can you confirm that, and if that's for second-line plus only not for front-line at this time?

**Thomas J. Riga**
*Executive VP, COO & Chief Commercial Officer*

Adnan, it's Tom. I think that our conversations with the agency are pretty broad at this point. So as it relates to breakthrough therapy designation, our initial discussion was in regard to the EGFR population. The comments I made in today's call regarding our Phase II study, as a registration study, has both EGFR and HER2 patients in that study.

**Adnan Shaukat Butt**
*Guggenheim Securities, LLC, Research Division*

But does that mean that both cohorts have to enroll then read out before you're able to file the drug or can you file them independently?

**Thomas J. Riga**
*Executive VP, COO & Chief Commercial Officer*

I'm most thrilled with the discussion with the agency. I don't know that we're going to give much more detail than that, just to keep the conversations with the agency confidential. But we thought the meeting was really positive, and look forward to updating you further.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Adnan Shaukat Butt**
*Guggenheim Securities, LLC, Research Division*

Okay. Last one, then I will get back in line, promise. Presumably, you did agree to a kind of -- some kind of response rate in PFS hurdle. Can you say what is? Is that in line with your prior thinking?

**Thomas J. Riga**
*Executive VP, COO & Chief Commercial Officer*

Yes. It's a great question. I think you start with memory lane of where we are and current available treatments is less than 10%. So obviously this is a patient population that needs a solution because today's solutions simply aren't working. So our conversations with the agency, obviously, do go into the statistics that are expected, and we're very much aligned with the agency. And I'll leave it there.

**Operator**

[Operator Instructions] Our next question comes from the line of Matthew Andrews of Jefferies.

**Matthew J. Andrews**
*Jefferies LLC, Research Division*

Tom and Joe, just related to breakthrough designation. Are you -- is the agency -- have they expressed an interest in seeing any initial data from your Phase II study to support their decision on whether or not to grant it? Or at this point in time, will the MD Anderson data be sufficient for them to get to a position where they could decide whether it's -- qualifies for BTD or not?

**Joseph W. Turgeon**
*President, CEO & Director*

Matt, we fully expect the agency will make a decision based on the MD Anderson data.

**Matthew J. Andrews**
*Jefferies LLC, Research Division*

Okay, great. The -- can you talk about the relative importance of the agreement with MD Anderson dating back to May where you've licensed certain methods of use patents for exon 20 mutation. Why did you do it? What's the relevance of it? And any commentary there would be helpful.

**Thomas J. Riga**
*Executive VP, COO & Chief Commercial Officer*

Matt, I'll take that one. First, the partnership with MD Anderson has been very productive. When we think about our strategy with the drug, we're letting the science drive our investment in our activity in conjunction with the KOL community. So what you've heard today is an expanded strategy, really, in the mutated cancer space, right? When you think about going to the treatment-naïve lung cancer population, logical combinations or even in the pan tumor setting, that the science is taking us there, which I think is the cornerstone of the decisions that we're making. When you think about your question as it relates to the IP agreement. And ultimately, the potential to have expanded IP, specifically in the targeted mutated cancer space, the importance of that agreement is critical because it directly aligns to the scientific direction that we're taking the brand.

**Matthew J. Andrews**
*Jefferies LLC, Research Division*

So currently the composition matter extends to what 2028?

**Joseph W. Turgeon**
*President, CEO & Director*

Correct.

**Thomas J. Riga**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

*Executive VP, COO & Chief Commercial Officer*

It's 2028 plus 2 or 3 depending on which to believe in the development timing.

**Joseph W. Turgeon**
*President, CEO & Director*

Let's call it 2030, and that would be fair.

**Matthew J. Andrews**
*Jefferies LLC, Research Division*

Okay. And then these methods of use patents could be extended to what the late 2030s?

**Thomas J. Riga**
*Executive VP, COO & Chief Commercial Officer*

Yes. If granted, 2037.

**Matthew J. Andrews**
*Jefferies LLC, Research Division*

Okay. And how will we learn more about that, will it be through you or MD Anderson issuing some sort of press release on its website?

**Thomas J. Riga**
*Executive VP, COO & Chief Commercial Officer*

Likely, that would be an aligned decision with MD Anderson. I don't think we've gotten to that point yet.

**Matthew J. Andrews**
*Jefferies LLC, Research Division*

Yes. And then -- just sorry, reverting back to breakthrough designation. At this point in time, is it a matter of the data maturing? Do you have sufficient number of patients where by later this year with maturation you can then go back to the agency to show them the data or I should say, Dr. Heymach and his team?

**Thomas J. Riga**
*Executive VP, COO & Chief Commercial Officer*

Yes. Matt, it's Tom again. So we have established a really good rapport with the agency on this program on a number of levels because of the unmet need and I've been pleased with the level of interaction and how our team is prepared. And we fully expect to have clarity on that pathway by the end of the year. But to get your question directly, following our first kind of preliminary discussion, there was an expectation of more mature data that we would need to supply to the agency to get to kind of the next steps. And we're pretty comfortable that we will know before the end of the year.

**Operator**

I'm showing no further questions at this time. I would like to hand the call back over to Joe Turgeon for any closing remarks.

**Joseph W. Turgeon**
*President, CEO & Director*

Listen, thank you everybody for your questions. I really appreciate all of your interest. We look forward to speaking with you, again, next quarter. Everybody have a great day. Thank you for your interest.

**Operator**
Ladies and gentlemen, thank you for participating in today's conference. This does conclude today's program. You may all disconnect. Everyone, have a great day.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Copyright © 2019 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2019 S&P Global Market Intelligence.