# Exhibit 9

Spectrum Conference Presentation
October 2, 2019

**NewsRoom**

10/2/19 FD (Fair Disclosure) Wire 17:25:00

FD (Fair Disclosure) Wire
Copyright (c) 2019 Thomson Financial and ASC LLC

October 2, 2019

Spectrum Pharmaceuticals Inc at Cantor Fitzgerald Global Healthcare Conference - Final

Presentation

ALETHIA YOUNG, ANALYST, CANTOR FITZGERALD: Hey, everybody. I am Alethia Young; I am one of the biotech analyst here at Cantor. I'm also head of the healthcare research team. Very happy to have Spectrum Pharmaceuticals who I cover. I have Joe Turgeon, President and CEO, to my right. And I have Francois Lebel, who is the Chief Medical Officer. So, we will be doing a fireside chat.

I think you guys are doing a breakout as well which I will announce towards the end. So, you know what, maybe just -- Joe, I'm just going to let you kind of frame (inaudible) the Company and Poziotinib for maybe just one or two minutes, and then we'll kind of go into some of the questions. But just kind of set up the catalyst that's coming down the pike for you guys.

JOE TURGEON, PRESIDENT & CEO, SPECTRUM PHARMACEUTICALS, INC.: Sure. Well, first of all, those of you who knew Spectrum Pharmaceuticals in the past, you may remember it was a company that had seven drugs in the market, all small drugs, declining markets. The name Spectrum connotated a spec pharma company I think for many people. And there was a lot of confusion on who are these guys, what is their identity.

About 1.5 years ago I was asked to become the CEO. The first thing we did is, my staff, is that let's change who we are. We ended up selling the in-line products and brought in $160 million non-dilutive cash up front and we have some bio bucks in the back.

So, we changed who we are, but the thing we had at the time were two late stage assets that potentially can compete in very big markets, important science. And we have a very strong [BD] and we've already added a platform to who we are. So, I hope what you see now is we are a biopharma company, a development company. We've brought in a great CMO and a team and we're moving forward.

Questions and Answers

ALETHIA YOUNG: Great. Thanks for that introduction. So, obviously the Company has their first pivotal in cohort 1, the ZENITH study, ZENITH20 in Poziotinib in non-small cell lung cancer [accentuating] mutations. So, obviously we are going to dig a little into that today. So, I guess one place to start maybe for you (inaudible) slides, how did you guys think about the conversations you had with the FDA to kind of assess what you think the appropriate bar should be for performance over with Poziotinib?

I guess there's a lot of literature out there and there are a lot of therapies that have certainly been tried and sort of are average. So, maybe if you could just talk to us a little bit how you think about the control arm you are comparing against.

**2**

FRANCOIS LEBEL, CHIEF MEDICAL OFFICER, SPECTRUM PHARMACEUTICALS, INC.: Sure. So, lung cancer remains a major challenge. But there is a special subset where we call them mutated lung cancer in a number of protein including EGFR and HER2. And there is a particular kind of mutation, a subset of EGFR, called Exon 20. And currently there is no drug approved at all. So, physicians today, when they see those patients -- and in general, by the way, those patients are usually young women who never smoked in their life. So, that's very odd compared to your usual lung cancer patient.

So, a huge medical need, no drug is approved. And we are in a leading position now in developing a tyrosine kinase inhibitor that has unique ability to work against Exon 20 in vitro in collaboration with M.D. Anderson. As shown Dr. Heymach there, who is the Chief of Thoracic Oncology, showed in a substantial -- in the largest series in the world of Exon 20 patients, has shown a response rate of 43% or so and a tolerable side effect profile in line with other tyrosine kinase inhibitors.

So, that particular data set was discussed with the FDA and in terms of what that represents. And as a result of those discussions, the Company was allowed to proceed to a study that we call Cohort 1.

There's four cohorts and EGFR is the first cohort. That is the one this quarter we will show a high-level result. But we also have an HER2 lung cancer subset called cohort two and both cohorts 1 and 2 are second line drug intervention.

We also have cohort 3 and 4. They are all independent, these cohorts. And cohort 3 and 4 is in first-line therapy. So, that suggests that -- to us anyway, that the FDA thinks positively of that particular therapy or what the promise is -- because normally when you have a new oncology drug you have to show data in late stage patients that have failed multiple other modalities of treatment. And they've allowed us here to go in first line in cohort 3 and 4.

Anyway those -- cohort 3 and 4 are currently recruiting patients. Cohort 1 and 2 are fully accrued. They all have -- you can consider them independent studies that could support a registration. So, that's the way we look at it.

And this current quarter we are going to turn the card on cohort 1, so we obviously look forward to that. And we are in the process of ensuring that all the appropriate data goes to a central imaging lab. And we have set up an independent data review committee who will review the data. And then once we turn the card and know the result, obviously, if we have excellent result we will run through the FDA.

ALETHIA YOUNG: Yes, that is a good segue, running to the FDA. I wanted to kind of talk about the initial agreement you have with them versus what you will have to discuss when you have data. Do you feel confident in the initial agreement being how the second, hopefully, conversation will come? Or do you think there's a possibility that they might need or look for something else and whether [you've got a] provision against that?

JOE TURGEON: Yes, first of all, when we got the approval of the single arm trials, started with two cohorts and now we expanded to four, there are amended notes on all the conference intervals. We haven't made those public, as you know, Alethia, because we just didn't want to tell the world how high they had to jump.

And down the road if others in early stage coming out here, so -- but we do have [limited confidence] intervals. We have all pre-specified endpoints, all the hypothesis and all the data. So, we feel we know how high we have to jump.

ALETHIA YOUNG: And I guess as you think about, obviously your first study was in one site, M.D. Anderson. I mean do you -- I know Takeda had multiple sites, but do you think there's going to be a slippage or a variability as you go for a bigger study with more sites?

FRANCOIS LEBEL: Yes, so that's a good point. Whenever you have a single site study in general the data often is a little better than when you do a multi-centric study. But we made some slight change to the study that should help us (technical difficulty) could go against us. But so the original data done at M.D. Anderson, single site. The images, the scans were read locally and

**3**

when they were would run into toxicity, the way in which they would reduce the amount of drug the patient received were by an increment of 4 mg.

So, currently dose on both studies, you start at 16 mg. And if you run into some toxicity Dr. Heymach would have dropped it by 4 and by 4. We've made some change where we don't drop the doses fast; so we drop the dose by 2 mg. So, that should allow us to keep patient on drug longer and that's the name of the game. The longer the patient is on drug that is when you could derive the benefit.

The other thing that we have done, we have central imaging labs and we also introduced a first read -- Dr. Heymach in the first study was reading the -- looking for a response every eight weeks. We've introduced a first scan at four weeks. So, that should allow us to pick up response at an earlier time and potentially add time on duration of response. It should play in our favor.

The other thing we've done as well is, other than a lower increment of when you drop the dose. Also additionally what we've done is we prophylax every patient for -- against diarrhea. One of the very common side effects when you use a TKI, it's a problem with the class, and actually is an indication that the drug blocks the EGFR receptor. They get rash and they get diarrhea or it impacts the gut. So we are prophylaxing all the patients against diarrhea. Dr. Heymach was not doing that, so that should play in our favor.

And we have developed an algorithm with a number of experts as to how do you manage the rash and how do you maximize the time that the patient is on drug. So, as you can see, there are a few factors that could play against us, but there are very few that could play in our favor.

ALETHIA YOUNG: Which one do you think might be the biggest one that plays in your favor?

FRANCOIS LEBEL: It's hard to say until we see the data. We've not seen the data. I think the first scan should help us picking up a response here. That could be important.

ALETHIA YOUNG: Yes, and I guess based on your Phase 2 data with the I think 5.5 PFS -- do you feel there is a bar that's higher than that that maybe they'd be looking for or that physicians are looking for? Two separate questions.

FRANCOIS LEBEL: Yes. I think the significance -- it's hard to respond to that one. We are going to have to wait for the data so that people understand why is it that I don't know the data. So, the reason, it is an open arm study. So, in theory we could look at the data -- we could've looked at the data.

We decided at the Company that we did not want to look at the data. We wanted to make sure that there's a central imaging lab. They are not influenced by what potentially investigators, etc., would know. And also, we've also put in an independent data review committee, meaning expert lung cancer specialists were going to look at the data before we get to look at the data in the central imaging lab.

So, that will allow us -- for us to -- nobody is looking at the data for six months. The last patient in, the first time that we're going to look at the data will be after six month's follow-up minimum.

What that will allow us to do is that whenever we turn the card and we announce, okay, here is the top level response rate. We at that time would know also that it's somewhat durable response because you will have at least six months of data to look at. As opposed to announce early and then have to retract later that we had great response but wasn't clinically meaningful and didn't last.

JOE TURGEON: If I can just add one thing to that, Alethia. A lot of times in oncology we all think of the six-month magic duration as kind of what you shoot for in oncology. But to be square, we have a pre-specified confidence interval on the ORR

which is the primary endpoint. But it is not in stone what your duration is. That is negotiable depending on what happens, the response rate, what is the unmet medical need.

So, it's not a magic -- we don't have an actual number (inaudible); that will be negotiable and be clear. So obviously they're going to look at your primary endpoint, your efficacy. They are going to look at secondly duration, but it's not, again, in stone. And then thirdly, safety.

And one thing that really I think plays to our favor is the fact that we -- I think we'll have a good handle on safety in that we have over 550 patients now in humans that have had the drug. So, that's a good position to be in from a safety standpoint. So, those are -- that's probably the big three to look at. And there are no approved drugs so they can't -- if their drug gets approved between now and us then obviously they'd want you to have a bar, but there are no approved drugs right now.

ALETHIA YOUNG: That's fair. And the PFS for other Exon 20 mutations where TKIs have been used, isn't like a month or two or something? Not very robust.

FRANCOIS LEBEL: Yes, 1.8.

JOE TURGEON: And response rate is anywhere from 3% to 8%, so it's (inaudible).

ALETHIA YOUNG: Okay, so I mean there's obviously a bar that's very, very low. But it sounds like with the PFS that's a conversation you'll have subsequent to the data itself.

JOE TURGEON: Correct, that will be a discussion with the agency and it is not a hard-core number yet that you have to hit.

FRANCOIS LEBEL: The thing to remember is the primary endpoint, and that's how you get approved, is the response rate -- the overall response rate. The PFS is a secondary endpoint, duration of response a secondary endpoint.

ALETHIA YOUNG: So, I get this question a lot from people is just how are you guys going to communicate the information? There are obviously puts and takes, like maybe saving it for a medical meeting or a presentation or a journal. And then there's also the fact that we're going to want to know the numbers.

JOE TURGEON: Sure, you want to know -- and I get it, you want to know (inaudible), and I don't want to withhold. But here's what I think will happen on first pass. The IDRC that Dr. Lebel talked about will let us know did you hit your endpoint or not, this is ORR. So, one thing I feel very safe to tell you is you're going to hear did we meet our primary endpoint and what that ORR number was.

And what I can tell you is this. All you need is a calculator at that time. You're going to see the end, the final end. You could figure out what the (multiple speakers). So, the bottom line is I [can't] tell you if we'll have duration on when we send out the press release and everything because what happens is the IDRC is only going to look at did you meet your primary endpoint or not.

Immediately we will jump into our sub analysis, our team will do that, of duration, etc. And as you said, our goal is -- as always is to, at a major medical meeting of some kind, present all the data. So, at that time we could. But for sure you're going to know the ORR and did we hit our endpoint.

ALETHIA YOUNG: Okay, and then I guess I've got another set of questions which are like wait, if I do the math, you're probably going to have data in October at some point, even though you said the fourth quarter. But then, obviously listening to guys, there seem to be some puts -- some incremental steps by having another oncologist [adjudicate] as well. Obviously the safety board initially. Is that literally a process that takes months to play out or is it something that's pretty quick once you hit six months and everybody --?

FRANCOIS LEBEL: Yes, so what -- the data, we didn't want any analysis done on efficacy until there's a full six months follow-up on the last patient, right? And then you have to have time to make sure that all the scans are of the central imaging lab. It takes time because we want the radiologist to look at all the scan of each patient.

So for example, if they are missing one -- so that's why it takes time to make sure that all the data that's relevant before they render an opinion, that they really have had a chance to look at all the scans. And then once they conduct that they will do some analysis done by a specialized vendor that does that and then it will get presented to an expert panel.

And the expert panel has the right to go and audit some of the data. They can review the scan themselves. So, you have to allow time for that where they can go and look at the scans, if they want to question the interpretation or whatever. And then once they've done all that, then they have to write their own brief report indicating whether or not we've met a pre-specified (inaudible) call criteria for a successful study. So, all of that takes some time.

ALETHIA YOUNG: I feel like I want it to be like the Grammys and you just open up an envelope and there it is.

FRANCOIS LEBEL: Eventually there will be an envelope, but --.

ALETHIA YOUNG: I know, but like my first step.

JOE TURGEON: Listen, here's my big change. We used to say fourth quarter and then we realized last night, hey, we are in the fourth quarter. So, now my answer is this quarter you're going to see the data. So, I wish I could tell you specifically it's a fair question, but understand why we are trying to do this right. Part of it is out of our control, but I can tell you this quarter you're going to get the answer as we will.

ALETHIA YOUNG: And maybe just talk a little bit about -- you've dumped some cohort expansion I think in the past couple months. And I just want to be clear as to whether that's something that we should be thinking about that will be needed as far as the filing package. Or are there other reasons perhaps for doing that?

JOE TURGEON: Yes, let me start and I'll let Dr. Francois jump in too. First of all, we are following the science, which is a great thing, right? So, there's data that was just published or talked about in a poster at World Lung on two of the new cohorts and why we're going there. I will let Dr. Francois go into that.

But cohort 5, this is interesting, we were getting a lot of requests for compassionate use because there's nothing approved. And that's a lot of work for us, a lot of work for the agency, by the way. For compassionate use it's not just wave a magic wand and send them the drug; there's work involved for both us and the agency, which is no small task.

So, what cohort 5 does -- I want to stress these new three cohorts are not pivotal, they are not for registration. However, Alethia, you hit the nail on the head. This will all be supportive data, though, that could be used in a file -- or to answer questions when you are negotiating for a label, etc.

So yes, that -- cohort 5 is -- from the first four cohorts when they are completely enrolled to now from 1 and 2, they can now enter this trial. We are getting additional scientific data that we could use if we needed to. But I'll let Dr. Francois talk about following the science, why we did 5, 6 and 7.

FRANCOIS LEBEL: So, 4 and 5, the end there will be up to 180 patients. And essentially what happened is that once we fully enrolled cohorts 1 and 2, the EGFR and the HER2 Exon 20 mutation, our investigators were -- and other physicians were requesting drug for their patient with Exon 20. And we had no -- we could not release it except in a compassionate fashion. And when you do that you don't get to access the data.

**6**

So, we decided, let's open a cohort and all those requests, we'll put the patient in there and we will collect additional data. You always want more safety data all the time. And the other thing we wanted is -- whenever you have to decide what's the dose you are going to do your studies on or your pivotal trial in, and in our case we went with 16 mg a day, and there was good -- a dose escalation study.

But a dose escalation study is called a 3x3 design. And we did 0.5 mg a day, up to 24 mg. But when you do that you expose a patient at a certain dose, usually three patients. If they tolerated that well and you go up the ladder to a bigger exposure. But when you do that, whenever they tolerate it you only have three patients at that dose level.

So, given there was a request for additional patients to be put in the study, we said, well, why don't we examine three dose levels so that we can have more data? So, even if we have a positive result at 16, that would be meaning it's effective. And what you don't know at that point, but could you have gone lower and still have the same result. So, cohort 5 will provide us some additional information to answer that question. But that's a question the FDA could ask, for example. So that's cohort 5.

Cohort 6 is an interesting cohort. At the end there will be 30. And as many of you know, in first-line therapy for lung cancer now the most used TKI is (inaudible). However, what they have seen more recently is that there is clinical failure on that TKI.

And with our collaborator, Dr. Heymach at M.D. Anderson, we were able to get our hands on strains that are -- a patient that had failed. And it turns out that the most active drug of the TKIs in that setting was Poziotinib. So, this is in vitro data. So, we decided, well, let's test that in the clinic. So, that is cohort 6.

And then cohort 7, there are a number of rare mutations in Exon 19 and Exon 21 for which they are very, very difficult to treat as well and there is no good drug. And again, in vitro analysis suggested that the most active Poziotinib for many of those disputations was Pozi. So, we decided to go and test that as well. In the end it will be 30 patients there as well.

ALETHIA YOUNG: And so, I'm just going to see if anybody in the room has any questions. And obviously if you on the webcast feel free to shoot me an email. Still zero for zero -- no questions. But anyway, I'm going to carry on with just talking a little bit about competition.

Obviously there is [Rain], there is Takeda, probably others in the future. I guess how do you think about let's say particularly with Takeda, like your profile with Poziotinib versus their drug, 788?

JOE TURGEON: Listen, we keep an eye on that, obviously. The first thing I will say, it's nice to be in a pole position and we certainly are that because we have two fully enrolled trials and -- where others are just getting started. And the pivotal would TAK-788, which you saw, is it looks like it's not started yet, but they are about to start. So, that puts us in a pretty good lead. We'll start with that.

I do think when you look at potential activity with TAK-788 there's a potential drug there, no question. We were anxiously waiting to see data just like everybody else was. And what we saw at ASCO and, by the way, at World Lung was really just a retool of the same.

They talked about food within (inaudible) -- but there was no new data. And what we saw was at best on the early data was no better than what M.D. Anderson showed. That was, to us, positive. Secondly, interesting -- again, this is really early and let's just call it like it is. It is poor science to take two trials that are not the same trial but different --.

ALETHIA YOUNG: But we all do it.

JOE TURGEON: But we do it because you have to. And in lieu of -- and you do this as we do too. Look, if you look at the side effect profile early of the two, they had seemed to have more diarrhea, we had more rash, both within the TKI, so I think that's a fair statement.

One interesting thing we did see was -- and the HemOnc data, when you combine the HER2 and the (inaudible) with 63 in EGFR you only saw a 3% or two patients actually discontinue due to AEs. One thing that did stand out to me on the data there was that you had about a 14% dropout rate, yet they were saying more selective. But that was only on one cell line.

You've got to be careful on the early data, right? Look at ours, the first 11 patients were at 73%. And I think people were expecting a ROS1 type response rate. But now we know this is a nasty mutation and 43% is looking really good now in hindsight. So, that's what we see. We see them as a potential drug.

Now the others are so early. When you look at Rain there's no clinical data really yet. If you look at -- there was preclinical data on a J&J drug, but that's very early. And then I get asked about Daiichi sometimes, but that's only on the HER2 side. That is less than half of the patient population in the HER2 inhibitor. And it was a 55% response rate on 11 patients. However, there was also some -- there was some pneumonitis.

And Daiichi, if you're look at it, they're probably going after the big breast cancer side. I don't even know if they're looking at lung cancer. So, that's everybody in the space right now, so we feel really good about our position.

ALETHIA YOUNG: Have you guys characterized whether you have activity on brain mets, because I don't think 788 did, did they?

FRANCOIS LEBEL: So, in preclinical data, when the blood brain barrier is intact, the drug doesn't seem to penetrate. However, we've had multiple case reports, if you want, anecdotal reports from investigator where there's been some pretty dramatic CNS response. So, in other words the drug in human, when the metastic disease, brain mets, clearly the drug would appear to penetrate because some lesions had disappeared from either parietal lobe, brainstem and leptomeningeal spread. So usually those are very hard to treat.

Right now it is anecdotal. We are going to have to wait to see the data, but we are encouraged by that. And actually, as we have indicated before, we would want to look at other tumor types. And we said in the second half of the year that we would have a basket study. And given these anecdotal reports we have, we definitely would want to be interested in going after and see if we have more activity than we would expect preclinically.

ALETHIA YOUNG: That's interesting. And maybe within two minutes, Rolontis. I think for me, you've learned that a cheaper Neulasta can be sold by someone else besides Amgen, obviously with Coherus and to some degree Mylan. So, just first maybe talk about your experience obviously and background with Neulasta because I do think that's very important and, if the drug is approved, whether you guys will be able to sell it or not.

JOE TURGEON: Yes, this is one of my favorite subjects just because of my background in it. And what you have is a huge market, number one. So, it doesn't require a large market share to change the financial picture of a company like us. You talked about Coherus. I think in actually the first two quarters they announced profitability and just last quarter I just looked at $135 million.

Remember I had seven drugs. We had to spend a lot of money, a lot of time and we can do $100 million in sales. So, you can roll out of bed and do that kind of thing in this tight market. Not going into my strategies, just remember we're the only novel, we are filing a BLA, not a biosimilar. And all the modeling I've done over the past couple years over this always had two to three biosimilars in the mix when we launched. So, that was part of my modeling from the beginning.

**8**

It is a non-inferiority trial under an SPA. You have seen the clinical data. The clinical data are robust. We hit all the endpoints we needed to. We have a lot of experience in this marketplace and I look forward to competing. And again, we don't have to take over the market. I've been known to not take bit bites in my career, so I certainly plan on going and competing and having fun with us and changing our Company financially.

ALETHIA YOUNG: And maybe one last question. Obviously on your product Rolontis here is just where do we stand with the filing? Are we close? I think it's closing by the end of the year.

JOE TURGEON: But now I can say this quarter.

ALETHIA YOUNG: I am holding my breath (multiple speakers).

JOE TURGEON: Listen, I am very, very confident we'll be filing this quarter. The only other thing I'll mention, Alethia, is that we did have a positive meeting with the agency where they walked us through. We wanted to make sure we knew exactly what they wanted in the CMC section.

I think we are going to have everything they want and then some. And we're checking and rechecking to make sure, a lot of experts looking at us. So, I am very confident that -- and when you look at our clinical data, that makes me more confident.

ALETHIA YOUNG: And so, you will be accepted within -- when you re-file at the [two months] again or (multiple speakers) this quarter?

JOE TURGEON: It's 60 days, they can do it before that, but it's after 60 days.

ALETHIA YOUNG: Okay, all right, great. Well Joe, Dr. Francois, enjoyed the conversation as always.

JOE TURGEON: Same here.

FRANCOIS LEBEL: Terrific. Thank you.

ALETHIA YOUNG: Good luck in the fourth quarter.

FRANCOIS LEBEL: Thank you.

JOE TURGEON: I hope our data is better than your Pittsburgh Steelers' record right now (laughter). But they're on the [right track].

ALETHIA YOUNG: Oh, gosh, it's so bad (laughter).

FRANCOIS LEBEL: Thank you.

[Thomson Financial reserves the right to make changes to documents, content, or other information on this web site without obligation to notify any person of such changes.

In the conference calls upon which Event Transcripts are based, companies may make projections or other forward-looking statements regarding a variety of items. Such forward-looking statements are based upon current expectations and involve risks and uncertainties. Actual results may differ materially from those stated in any forward-looking statement based on a number of important factors and risks, which are more specifically identified in the companies' most recent SEC filings. Although the companies may indicate and believe that the assumptions underlying the forward-looking statements are reasonable, any of the

**9**

assumptions could prove inaccurate or incorrect and, therefore, there can be no assurance that the results contemplated in the forward-looking statements will be realized.

THE INFORMATION CONTAINED IN EVENT TRANSCRIPTS IS A TEXTUAL REPRESENTATION OF THE APPLICABLE COMPANY'S CONFERENCE CALL AND WHILE EFFORTS ARE MADE TO PROVIDE AN ACCURATE TRANSCRIPTION, THERE MAY BE MATERIAL ERRORS, OMISSIONS, OR INACCURACIES IN THE REPORTING OF THE SUBSTANCE OF THE CONFERENCE CALLS. IN NO WAY DOES THOMSON FINANCIAL OR THE APPLICABLE COMPANY OR THE APPLICABLE COMPANY ASSUME ANY RESPONSIBILITY FOR ANY INVESTMENT OR OTHER DECISIONS MADE BASED UPON THE INFORMATION PROVIDED ON THIS WEB SITE OR IN ANY EVENT TRANSCRIPT. USERS ARE ADVISED TO REVIEW THE APPLICABLE COMPANY'S CONFERENCE CALL ITSELF AND THE APPLICABLE COMPANY'S SEC FILINGS BEFORE MAKING ANY INVESTMENT OR OTHER DECISIONS.]

[Copyright: Content copyright 2019 Thomson Financial. ALL RIGHTS RESERVED. Electronic format, layout and metadata, copyright 2019 ASC LLC (www.ascllc.net) ALL RIGHTS RESERVED. No license is granted to the user of this material other than for research. User may not reproduce or redistribute the material except for user's personal or internal use and, in such case, only one copy may be printed, nor shall user use any material for commercial purposes or in any fashion that may infringe upon Thomson Financial's or ASC's copyright or other proprietary rights or interests in the material; provided, however, that members of the news media may redistribute limited portions (less than 250 words) of this material without a specific license from Thomson Financial and ASC so long as they provide conspicuous attribution to Thomson Financial and ASC as the originators and copyright holders of such material. This is not a legal transcript for purposes of litigation.]

---- Index References ----

Company: AES CORP (THE); AMGEN INC; Coherus; MD ANDERSON INTERNATIONAL ESPANA SA; MYLAN NV; REFINITIV US LLC; SPECTRUM PHARMACEUTICALS INC; TAKEDA PHARMACEUTICAL CO LTD

Industry: (Cancer Drugs (1CA21); Drug Approval Process (1DR91); Drug Discovery & Development Process (1DR41); Drugs (1DR89); Healthcare (1HE06); Healthcare Practice Specialties (1HE49); Internal Medicine (1IN54); Oncology & Hematology (1ON95); Pharmaceuticals (1PH33); Pharmaceuticals & Biotechnology (1PH13); Pharmaceuticals Research & Development (1PH57); Press Releases (1PR19))

Language: EN

Other Indexing: (ASC LLC) (Heymach; Joseph W. Turgeon; Joseph W. Turgeon; ALETHIA YOUNG; Francois Lebel)

Word Count: 5520

**End of Document**                                                    © 2024 Thomson Reuters. No claim to original U.S. Government Works.

**NewsRoom**

**10**