# Exhibit 12

Spectrum Special Call
July 27, 2020

1

**S&P Global**
Market Intelligence

# Spectrum Pharmaceuticals, Inc.
# NasdaqGS:SPPI
# Special Call

**Monday, July 27, 2020 9:30 PM GMT**

COPYRIGHT © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

**spglobal.com/marketintelligence**

1

2

**Contents**

---

# Table of Contents

Call Participants ................................................................. 3

Presentation ................................................................. 4

Question and Answer ................................................................. 6

COPYRIGHT © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Call Participants

**EXECUTIVES**

**Francois Lebel**
*Executive VP & Chief Medical
Officer*

**Joseph W. Turgeon**
*President, CEO & Director*

**Kurt A. Gustafson**
*Executive VP & CFO*

**Thomas J. Riga**
*Executive VP, COO & Chief
Commercial Officer*

**ANALYSTS**

**Alethia Rene Young**
*Cantor Fitzgerald & Co., Research
Division*

**Edward Patrick White**
*H.C. Wainwright & Co, LLC,
Research Division*

**Maurice Thomas Raycroft**
*Jefferies LLC, Research Division*

**Mayank Mamtani**
*B. Riley FBR, Inc., Research
Division*

**Michael Werner Schmidt**
*Guggenheim Securities, LLC,
Research Division*

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Operator**

Ladies and gentlemen, thank you for standing by, and welcome to the poziotinib update call. [Operator Instructions] Please be advised that today's conference may be recorded. [Operator Instructions]

I would now like to hand the conference over to your speaker today, Kurt Gustafson, Chief Financial Officer. Please go ahead.

**Kurt A. Gustafson**
*Executive VP & CFO*

Thank you, operator, and good afternoon to everyone. Thank you for joining us today for Spectrum Pharmaceuticals' Poziotinib ZENITH20 Cohort 2 Top Line Data Conference Call. This afternoon, we issued a news release on this topic, which is available on our website at www.sppirx.com. Joining me on the call today will be Joe Turgeon, Spectrum's CEO; Dr. Francois Lebel, Spectrum's Chief Medical Officer; and Tom Riga, our Chief Operating Officer.

Before we get started, I'd like to remind everyone to please refer to the notice regarding forward-looking statements included in today's press release. This notice emphasizes the major uncertainties and risks inherent in the forward-looking statements that we will make this afternoon. These statements are not guarantees of future performance and undue reliance should not be placed on them. Such forward-looking statements necessarily involve known and unknown risks and uncertainties, which may cause actual performance and financial results in future periods to differ materially from any projections of future performance or results expressly or implied by such forward-looking statements.

With that, let me hand the call over to Joe Turgeon, our CEO.

**Joseph W. Turgeon**
*President, CEO & Director*

Thank you, Kurt, and I'd like to welcome everyone to the call. I'm really pleased to report that earlier this afternoon, we announced that poziotinib met the prespecified primary end point in cohort 2 of the Phase II ZENITH20 clinical trial. This was the largest global prospective registrational quality study for patients with HER2 exon 20 insertion mutations. The success of this cohort is a significant milestone for patients with this devastating disease, their families, the medical professionals who treat them, and our company. I'd like to thank the investigators and our staff who worked tirelessly to achieve these results.

I'll remind everybody, there is no approved therapy for patients with HER2 exon 20 insertion mutations, and we're looking forward to discussing these results with the FDA and aligning on a regulatory path forward. We anticipate that there will be additional data readouts and updates from our poziotinib program before year's end.

Without further ado, let's get right into the results from cohort 2, and the way I'd like to do that is turn over the call to our Chief Medical Officer, Dr. Francois Lebel. Dr. Francois.

**Francois Lebel**
*Executive VP & Chief Medical Officer*

Good afternoon, everyone, and thank you for being on the call today. The news of a positive outcome in a trial is always gratifying for a drug developer, particularly when we are addressing a true unmet medical need.

Today, we announced that we met the primary end point of objective response rate for cohort 2. The ZENITH20 cohort 2 trial enrolled 90 patients with HER2 exon 20 insertion mutation in non-small cell lung cancer. This is the largest prospective multicenter trial with over 70 participating sites, including U.S., Canada and Europe. Patient received 16-milligram once-daily oral dose of poziotinib given in a 28-day

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

cycle. All of the patients had failed at least 1 line of prior systemic therapy and 60 patients had failed 2 or more prior therapies, including chemotherapy and immunotherapy. The primary end point was objective response rate as defined by RECIST 1.1. Secondary end points included disease control rate, duration of response and progression-free survival.

The results were evaluated independently and confirmed by a central imaging laboratory. The intent-to-treat analysis demonstrated an ORR of 27.8%. Based on the prespecified protocol primary end point, the observed lower bound of 18.9% exceeded the prespecified lower bound of 17% with a 95% confidence interval in this heavily pretreated patient population. As the data cutoff with a median follow-up of 8.3 months, the responses were durable with a median of 5.1 months and with some patients continuing to receive drug after 1 year. Progression-free survival was 5.5 months with a disease control rate of 70%.

The safety profile was, as expected, in line with the type of adverse events seen with other second-generation tyrosine kinase inhibitors and similar to what we saw in cohort 1. Grade 3 treatment-related rashes were reported in 30% of patients and diarrhea in 26%. Notably, pneumonitis was not reported in any of our patients in this cohort. We plan to present additional safety and efficacy data for cohort 2 at an upcoming medical meeting. I'll remind you that cohort 2 was designed to be a registrational study. Based on these results, we are in the process of requesting a meeting with the FDA to review the data and discuss our plans for an NDA submission.

Now I would like to review where we are with the additional cohorts in this front. Top line results for both cohorts 1 and 2 have been reported, and we expect to report the results of cohort 3 later this year. I'll remind you that we have made dosing modification to the other cohorts in the ZENITH20 study. Our expectation is that one of these new dosing paradigms will minimize dose interruption, dose modification and potentially enhance efficacies further. We remain very optimistic about this program and look forward to bringing you additional updates later this year.

With that, let me turn the call back to Joe.

**Joseph W. Turgeon**
*President, CEO & Director*
Thank you, Dr. Francois. And at this point, I'm going to ask the operator to open the call for any questions you may have.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Operator**

[Operator Instructions] Our first question comes from the line of Maury Raycroft with Jefferies.

**Maurice Thomas Raycroft**
*Jefferies LLC, Research Division*

Congrats on the update today. They do look really good. And I guess to start, what are your thoughts on why you're seeing the better efficacy with cohort 2 compared to cohort 1, given that you're using a similar dosing strategy? Can you comment on that? I guess does it mean that this is -- that pozi's a better drug for HER2 versus EGFR? Or what are your thoughts on that?

**Francois Lebel**
*Executive VP & Chief Medical Officer*

Sure. So it's a little early to give you a definitive answer, but as you well know and pointed out, we are dealing with a different receptor target here, EGFR versus HER2. So that certainly could have some impact. But we also think that there's a couple of other things that might have been into play. Analysis is ongoing. And when we present the data at a medical conference, we -- hopefully, we'll be able to answer you in a better fashion. But clearly, as you do a trial, that is an experience. The investigator is always important. They learn how to use the drug better, how to handle adverse events. There could have been a different mix of sites. This is a large study with many, many different sites. And there could also be different comorbidities.

So right now today, we don't know the details, but we're actively looking for those answers, and we hope to be able to definitively make statements at the upcoming conference.

**Maurice Thomas Raycroft**
*Jefferies LLC, Research Division*

Got it. And just to clarify, so the third-party review committee that was used, was that the same committee that was used for cohort 1?

**Francois Lebel**
*Executive VP & Chief Medical Officer*

Yes, it was. So the -- one of the key rules, if you are doing a registrational trial, is that you have to have a central imaging laboratory with very clear education rules as to how they determine the results. And if ever there is discrepancy between radiologists, how they resolve those. So that's exactly what we had here, and it was the same as for cohort 1.

**Maurice Thomas Raycroft**
*Jefferies LLC, Research Division*

Got it. And last question, and then I'll hop back in the queue. Just clarifying the prespecified lower bound of 17% that was determined with FDA already. And then can you provide any more clarity on time lines for next steps for getting this meeting? When do you think that's going to happen, and you could figure out what the next steps are going to be.

**Francois Lebel**
*Executive VP & Chief Medical Officer*

Yes. So given the results and there's no drug approved for this patient population, and there's a true medical need here, so we would anticipate that and potentially request an accelerated approval. We need to discuss this with the FDA. Usually, what happens is once you submit the request like that, things are set in motion within 2 months after your request. So we're in the process of putting things together. And obviously, we want to submit this request as soon as possible.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Operator**

Our next question comes from the line of Ed White with H.C. Wainwright.

**Edward Patrick White**
*H.C. Wainwright & Co, LLC, Research Division*

Congratulations on the data. So just a couple of questions. First of all, so just looking at the -- if this is an accelerated approval submission, would one of the other cohorts that you're running be a confirmatory trial? Or would you have to start a new trial in your opinion?

**Francois Lebel**
*Executive VP & Chief Medical Officer*

Yes. So Ed, very good question. So when you apply for an accelerated pathway, you have to, at that time, provide information as to what kind of confirmatory trial would you propose if ever you need to do them. So we don't know until we discuss things with the FDA, but we will have to prepare a confirmatory trial design to submit at the time of our request for a meeting.

So the outcome of the other trial -- the other cohort, and as you know, we're trying to optimize dosing and try to glean information. But clearly, we want to get to the FDA as soon as possible and discuss the pathway going forward here.

**Edward Patrick White**
*H.C. Wainwright & Co, LLC, Research Division*

Okay. And that's what I was getting to, Francois. I was just wondering if any kind of confirmatory [ study ] would be using the new treatment schemes? Or would it use the same scheme that you used for cohort 2? Can you...

**Francois Lebel**
*Executive VP & Chief Medical Officer*

Yes. So as you know, cohort 2 is second-line patients who have failed prior, at least 1 systemic therapy. We do have a cohort, cohort 4, which is [ inline ] HER2. And we have indicated that we were making some modification there and exploring a BID dosing. So we probably won't have enough information at the time of discussion with the FDA, at least initially. So I can't answer your question today. Hopefully, we'll be able to give you an update in the balance of the year.

**Edward Patrick White**
*H.C. Wainwright & Co, LLC, Research Division*

Okay. And then perhaps 2 last questions. The first one is just on the number of patients that you have -- that you're expecting in cohort 3 or data later this year with the new dosing scheme. And then lastly, just maybe a question for Tom, if he's on, but just wanted to know the commercial preparedness now that you have this excellent data.

**Francois Lebel**
*Executive VP & Chief Medical Officer*

Ed, I'm sorry, I missed your question about cohort 3 there, part of it anyway.

**Edward Patrick White**
*H.C. Wainwright & Co, LLC, Research Division*

Just the number of patients that we can expect to see data on when you said we expect to see data later this year. How many are on the new dosing scheme, and how many would be on the former dosing scheme?

**Francois Lebel**
*Executive VP & Chief Medical Officer*

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

SPECTRUM PHARMACEUTICALS, INC. SPECIAL CALL | JUL 27, 2020

Sure. So cohort 3 is fully enrolled. It is enrolled at 16-milligram once a day. It's cohort 4 where we have modified -- we have essentially half the patients on 16 milligrams, and the later half will be on BID dosing.

**Joseph W. Turgeon**
*President, CEO & Director*

Yes, Ed. Unfortunately, by the time we had the data from cohort 1, cohort 3 was fully enrolled, but we anxiously await to see that data.

**Edward Patrick White**
*H.C. Wainwright & Co, LLC, Research Division*

Okay. Thanks, Joe. I forgot about that. And then just on commercial preparedness because you're ramping up heading into the data from cohort 1, and I'm just wondering if things will ramp down or you're still prepared to launch, and what has to be done?

**Thomas J. Riga**
*Executive VP, COO & Chief Commercial Officer*

Ed, it is Tom. Our PDUFA date for ROLONTIS remains October 24. There is a buzz and enthusiasm around our company that's palpable, and we will be ready commercially. And I think depending on the outcomes here, I think we will have a fully functional commercial organization for ROLONTIS pending approval. And it would be nice to have something else in the bag, but don't want to get ahead of ourselves and just celebrate the positive outcome of this study.

**Joseph W. Turgeon**
*President, CEO & Director*

Yes. Ed, I'll remind you, we held back -- even when we did the sale of the [ inline ] product, we held back a key leadership team. So that was -- we purposely held them back to lead this. So it's really -- we're glad they're here.

**Edward Patrick White**
*H.C. Wainwright & Co, LLC, Research Division*

Great. Thanks, guys, and congratulations again.

**Operator**

Our next question comes from the line of Michael Schmidt with Guggenheim.

**Michael Werner Schmidt**
*Guggenheim Securities, LLC, Research Division*

Congrats on the news here as well for me. Maybe just a follow-up on a prior question to sort of better understand maybe the benchmark for the positive outcome. I think that's something that you've agreed upon with the FDA, at least around the response rate. Is there any kind of a benchmark you should think about for duration of therapy as well, which looks pretty good at the 5 months mark?

**Francois Lebel**
*Executive VP & Chief Medical Officer*

Sure, Mike. So as you probably know, there is no good literature control. There were a large series, though, and the performance in HER2 in second line like what we're having here has been reported as kind of a 10% level. So our response rate here is very good in comparison. Clearly, there's other drug in development. But nonetheless, we think we have completed the agreed trial here. So we feel very good about that. And obviously, it's all subject to discussion with the FDA. But we're there. And also -- and we've stated that before, you have to always hit the lower bound of the confidence interval. And then usually, the FDA wants to see clinical relevance that it's clinically meaningful.

So we think the attributes that we have disclosed here, given there is no therapy for this second-line population, we think we're in good shape there. But it's obviously subject to discussion with the FDA.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

The toxicity profile as well is always part of the equation, and there was no surprise here. We're very consistent with the TKI second-generation class. And we -- our dataset is now over 1,100 patients and everything is consistent. Usually, that's reassuring to regulators in general. So we're quite pleased with that as well, but we need to have a meeting with the FDA.

**Michael Werner Schmidt**
*Guggenheim Securities, LLC, Research Division*

Sounds good. And then maybe sort of a commercial question. How widely diagnosed are HER2 exon 20 positive non-small cell lung cancer patients today? And maybe talk a little bit about screening or testing rates for that genetic alteration, and what you might be doing to increase awareness and testing.

**Francois Lebel**
*Executive VP & Chief Medical Officer*

Joe, [indiscernible]. All right.

**Thomas J. Riga**
*Executive VP, COO & Chief Commercial Officer*

Hey, Mike -- I'll take that one, Francois. Mike, appreciate the question. I think it's -- in lung cancer, it's certainly much more readily available in the EGFR space. But I think as testing improves and as we see by our study here, I think more and more clinicians will be doing the testing necessary to see what the mutational profile is, especially if there is a solution for this specific mutation. I think historically, without a solution, they're reluctant to do the testing. So I think as we progress here, we would expect that rate to increase.

**Joseph W. Turgeon**
*President, CEO & Director*

Got it. And as you want -- you're asking about movement in Europe, for example, now they've moved in the initial panels in non-small cell lung cancer. They do look at both EGFR and HER2, as an example.

**Michael Werner Schmidt**
*Guggenheim Securities, LLC, Research Division*

Yes. Okay. Great. And then maybe just -- I don't know if you can maybe comment just on the competitive landscape, how -- with this resolve in hand now, how you feel positioned competitively with maybe another drug or to looking at similar patient population?

**Joseph W. Turgeon**
*President, CEO & Director*

Yes. Go ahead, Francois.

**Francois Lebel**
*Executive VP & Chief Medical Officer*

Sure, I can take this. Yes. So we think we're in good shape in terms of where we are and the progression of how you develop a package for eventual submission. As you know, the Daiichi conjugate has presented data at ASCO. It's a different patient population that they've examined, and we have -- we -- and therefore, we don't think the results are entirely comparable. There are clearly differentiating factors. So they studied patients with no prior HER2 therapy. We added substantial number of patients who has failed prior HER2 therapy, and their toxicity profile is -- it's quite different. For example, they have some pneumonitis at a rate that is significantly higher. I mean it's not a direct comparison, but nonetheless, they reported higher rates than we've seen.

And I guess the other drug that possibly is of interest in the HER2 space was pyrotinib. So they had shown a nice study in China with good response rate. However, I think a study -- smaller study in HER2 in multisites in the U.S. showed a response rate that was 13%. So obviously, we're keeping an eye on those 2 and others, but we think we're in a good position right now.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Joseph W. Turgeon**
*President, CEO & Director*

Yes. And I'll remind you also, Michael, that another thing that's noteworthy is we have over 1,000 patient exposures now with poziotinib. That's a lot of data.

**Michael Werner Schmidt**
*Guggenheim Securities, LLC, Research Division*

Congrats on the news today.

**Operator**

Our next question comes from the line of Mayank Mamtani with B. Riley FBR.

**Mayank Mamtani**
*B. Riley FBR, Inc., Research Division*

Many congrats on the update. Just a couple quickly. On the safety front, if I may, a question that was asked from an efficacy standpoint. But if you could comment on why relative to cohort 1, the percent of rash and diarrhea is almost half. I was just looking at the cohort 1 data that you presented. So just curious like is it anything to do with the baseline? What was the prior number of treatments of previous TKIs? Could you just maybe comment on that? And I guess the second part to that was, any dose interruptions or reductions you might have noted on this cohort 2, as you could quantitatively or qualitatively comment on that?

**Francois Lebel**
*Executive VP & Chief Medical Officer*

Sure. So first of all, the data is quite consistent. So the toxicity we have seen is very similar in cohort 1 and cohort 2. There are different ways of cutting the data. But -- and we're still obviously analyzing our results, but you should think about it as very similar in terms of what 16-milligram once-a-day did in terms of exposure. There could have been a slight difference in how patients were -- the dose was modified, et cetera. We're in the process of analyzing that, and we will provide you much more detail at an appropriate medical meeting. So for today, I think the fair statement is to say cohort 1 and 2 on the toxicity profile were very similar.

**Mayank Mamtani**
*B. Riley FBR, Inc., Research Division*

And then just to clarify also on the dose interruptions and reductions, pretty consistent also?

**Francois Lebel**
*Executive VP & Chief Medical Officer*

That's right. They're consistent. Without getting you detailed numbers right now, assume they're quite consistent.

**Mayank Mamtani**
*B. Riley FBR, Inc., Research Division*

Okay. And then on the clinical trial site overlap between cohort 1 and 2, what -- can you just comment on that, just the investigators that were involved?

**Francois Lebel**
*Executive VP & Chief Medical Officer*

So you mean in terms about the participant, the investigator?

**Mayank Mamtani**
*B. Riley FBR, Inc., Research Division*

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Yes.

**Francois Lebel**
*Executive VP & Chief Medical Officer*

Yes. So basically, what -- the difference is mostly that we added more sites. So they were essentially the same sites in U.S. and Canada, maybe a few more sites in the U.S. And we -- by the time cohort 1 got fully enrolled, we had not had all our European site up and running. So there has been additional European site. But it's -- overall, it's pretty much similar types of sites. It's not the exact same number, but pretty close.

**Mayank Mamtani**
*B. Riley FBR, Inc., Research Division*

Okay. And then just thinking about cohort 3, anything that -- from a cohort 1 versus cohort 3 standpoint, beyond obviously the patient population being first line, any other considerations you think about would be helpful, if you want to -- if you can highlight that.

**Francois Lebel**
*Executive VP & Chief Medical Officer*

Sure. Well, we used to be asked that question after cohort 1, is cohort -- does cohort 2 or 3 have any chance? And now you -- we kept saying, well, they're independent cohorts, and they might behave differently. And certainly, it looks like they have right now. So cohort 3 could behave differently. The bar is a little higher, simply because it's first line. And as you know, in the literature, the bar is a little higher, but it's very hard to predict. I think we're going to have to wait. It's only going to be a few months until we are able to provide you that piece of information.

**Operator**

Our last question comes from the line of Alethia Young with Cantor.

**Alethia Rene Young**
*Cantor Fitzgerald & Co., Research Division*

Congrats on this. This is good news. A couple of questions from me, so bear with me here. I guess just everybody's going to ask it in different ways. But how do you think the FDA thinks about like a trial in a different population, mind you, that you didn't get the result you wanted to see on prespecified, then you have this result. I mean are there any kind of examples or precedent that you could think about that kind of help us kind of frame how a conversation like that may go?

**Francois Lebel**
*Executive VP & Chief Medical Officer*

Yes. Well, obviously, we cannot ignore cohort 1. We -- but we think there is enough difference on the surface, obviously, different target here. And as I've indicated, without repeating myself, I've indicated, there's a number of other potential confounding factors here that we're in the process of analyzing. So we think that once we look at those and provide that data to the FDA, we should be able to establish that these were different targets, and they were independent. The FDA originally, certainly, had agreed that each of the 4 cohorts were independent, and that the outcome of one was not predicting the outcome of another. So we hope that stance will be kept.

**Alethia Rene Young**
*Cantor Fitzgerald & Co., Research Division*

Okay. And then maybe another question I'm curious about here is looking back at the prior data from cohort 1, and it's like the duration of response is actually better in that group, but your response rate is better here. And so I guess -- and then I look at the baseline, I mean, you had probably 30% that were -- 32% that were smokers and maybe 43%, they were in the first -- had 1 line of prior therapy. I mean

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

are you -- do you think there are things like that, that may drive a difference in response, but then kind of maybe normalize or have some differing effects on durability?

**Francois Lebel**
*Executive VP & Chief Medical Officer*

Yes. I don't know. I mean that's what we have to analyze. I would not think so. But in general, what drives -- when you look across the literature pertaining to HER2 and EGFR mutation, it's more about the -- it used to be believed that it was about the cellular type and most of these patients are adenocarcinomas. And obviously, the field has evolved to the point where you're really looking at the mutational profile, the type of mutation. I'd like to remind you that some of -- these are strict insertion mutation, be relatively easier to treat. Point mutation were excluded, they were not part of this. So the results really stand on their own here.

So we're in the process of looking at other comorbidities. I don't think there will be a full explanation. I think at the end, it's going to be a different target. Potentially, the investigators' growing experience, you often see that in various studies as they get more familiar with a drug. And there could be things pertaining to how the drug was interrupted or dose modified, and we have not completed those analysis. And if that turns out to be the case, that's very much in line with what we're doing in cohort 5. In other words, we expect or predict that some of these dosing maneuvers might have been very important.

**Alethia Rene Young**
*Cantor Fitzgerald & Co., Research Division*

Yes. That's actually really interesting. I guess I was kind of trying to get a better grasp on that as well, like that. Can you give more color on how you would think about like 1 dose interruption versus the other? Is it maybe that people just interrupted less frequently? Or there was like different drugs used? Like is there any way to think about that between cohort 1 and cohort 2, broadly, I mean, I know it's early?

**Francois Lebel**
*Executive VP & Chief Medical Officer*

Yes. I think we have -- I'm not sure the dose interruption guidance, if you want, at the time that cohort 2 was enrolling, we had -- we -- at the time we did the last amendment, we indicated to our investigator that we thought that minimizing dose interruption was pretty important. But I think at that time, cohort 2 was already fully enrolled. So I don't think that was a factor.

Now dose modification, meaning did they keep the patient on 16-milligram or brought them down? And if they brought them down, at what rate did they do with and when did they do it? So that's the kind of analysis that we're doing right now. We'll have that information at a medical meeting. And as you know, there's one that we're trying to target here is ESMO, which is going to be in September, but I'm not promising you ESMO. I'm just saying, we're trying to see if we could get it.

**Alethia Rene Young**
*Cantor Fitzgerald & Co., Research Division*

Okay. Yes, I was curious at what medical meeting. And then on the comorbidity side, like how could we broadly even think about like what the comorbidities might be?

**Francois Lebel**
*Executive VP & Chief Medical Officer*

Well, the comorbidities, they're not classical risk factor for lung cancer per se. But for example, if there were differences in diabetes rate or that kind of thing, if you get a rash and you would have maybe in a diabetic with vascular problem maybe, I'm speculating at this time. We're just going to look at those comorbidities. I'm not saying that they're necessarily going to explain anything at this point.

**Alethia Rene Young**
*Cantor Fitzgerald & Co., Research Division*

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

That's fair. And then maybe one last one. I mean broadly speaking, were the statistics the same between these 2 studies? Or were kind of like the specification is slightly different?

**Francois Lebel**
*Executive VP & Chief Medical Officer*

No. I think they were the same. You're using what's called a Clopper-Pearson method. You're looking at your 95 confidence interval around the binomial distribution. And I think it was the same statistical tests that were used for both cohorts. I don't think that's the explanation.

**Joseph W. Turgeon**
*President, CEO & Director*

Yes. Alethia, I'll add 3 things. Great questions as always. The unmet need is real. It continues. And it's funny. When you have over 70 sites, to some of your questions, obviously, some sites will put 1 in any trial, there are only 1 or 2 patients, where others will do 10, 15 or more patients, and they get pretty good at managing that. So that's still -- that varies when you have so many sites. And then finally, I can tell you this, and you see this by the continued enrollment, investigator interest remained and remains high with this drug with the activity that is demonstrated. So we're happy with that and the huge unmet need here.

**Operator**

Thank you. This concludes today's question-and-answer session. I would now like to turn the call back to Joe Turgeon for closing remarks.

**Joseph W. Turgeon**
*President, CEO & Director*

Thank you, operator. I'd like to thank everybody for being on the call. It's exciting time, so we were happy to report this data, and we look forward to, at a medical meeting, giving you all the complete data in the future. And remember, there will be other potential readouts this year. We look forward to that, and we have a PDUFA date to remind you about this fall. So thank you, everybody, for being on the call. I appreciate your questions. And if you have any other questions, feel free to call us. Appreciate everything. Thank you, operator. That will conclude the call.

**Operator**
Ladies and gentlemen, this concludes today's conference call. Thank you for your participation. You may now disconnect.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Copyright © 2020 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2020 S&P Global Market Intelligence.