# Exhibit 26

# Spectrum 2017 Form 10-K Excerpts

Document

10-K 1 sppi-201710xk.htm 10-K
Table of Contents

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

_____

# Form 10-K

_____

☒    **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the fiscal year ended December 31, 2017**

☐    **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**Commission File Number: 001-35006**



_____

# SPECTRUM PHARMACEUTICALS, INC.

**(Exact Name of Registrant as Specified in its Charter)**

_____

| **Delaware** | **93-0979187** |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |

**11500 South Eastern Avenue, Suite 240**
**Henderson, Nevada 89052**
**(Address of principal executive offices)**

**(702) 835-6300**
**(Registrant's telephone number, including area code)**

**Securities registered pursuant to Section 12(b) of the Act:**

| **Title of Each Class** | **Name of Each Exchange on Which Registered** |
|---|---|
| Common Stock, $0.001 par value | The NASDAQ Global Select |
| Rights to Purchase Series B Junior Participating Preferred Stock | |

**Securities registered pursuant to Section 12(g) of the Act:**
**None**

_____

Document

Table of Contents

specific CMS guidance on a topic. As a result, we are required to apply our reasonable judgment to certain aspects of calculating ASP data. If our submitted ASP data are incorrect, we may become subject to substantial fines and penalties or other government enforcement actions, which could have a material adverse impact on our business and results of operations.

***Clinical trials may fail to demonstrate the safety and efficacy of our drug products, which could prevent or significantly delay obtaining regulatory approval.***

Prior to receiving approval to commercialize any of our drug products, we must demonstrate with substantial evidence from well-controlled clinical trials, and to the satisfaction of the FDA, and other regulatory authorities in the U.S. and other countries, that each of the products is both safe and effective. For each drug product, we will need to demonstrate its efficacy and monitor its safety throughout the process. If such development is unsuccessful, our business and reputation would be harmed and our stock price would be adversely affected.

We are currently conducting multiple clinical trials for our products. Specifically, we are currently in a Phase 2 breast cancer trial for POZIOTINIB, a pivotal Phase 3 study (ADVANCE Study, or SPI-GCF-301) with respect to ROLONTIS and a Phase 3 study involving QAPZOLA. We are also conducting various clinical trials and studies involving FOLOTYN, BELEODAQ and MARQIBO. Each of our clinical trials requires investment of substantial financial resources and time and the commencement and completion of these clinical trials may be delayed by various factors, including scheduling conflicts with participating clinicians and clinical institutions, difficulties in identifying and enrolling patients who meet trial eligibility criteria, failure of patients to complete the clinical trial, delays in accumulating the required number of clinical events for data analyses, delay or failure to obtain the required approval to conduct a clinical trial at a prospective site, and shortages of available drug supply.

All of our drug products are prone to the risks of failure inherent in drug development. Clinical trials of new drug products sufficient to obtain regulatory marketing approval are expensive, uncertain, and take years to complete. We may not be able to successfully complete clinical testing within the time frame we have planned, or at all. Moreover, the outcome of a clinical trial is often uncertain. We may experience numerous unforeseen events during, or as a result of, the clinical trial process that could delay or prevent us from receiving regulatory approval or commercializing our drug products. In this regard, reports of adverse events or concerns involving any of our products could interrupt, delay or halt clinical trials of such products or could result in our inability to obtain regulatory approvals for such products. In addition, the results of pre-clinical studies and early-stage clinical trials of our drug products do not necessarily predict the results of later-stage clinical trials. Later-stage clinical trials may fail to demonstrate that a drug product is safe and effective despite having progressed through initial clinical testing. Even if we believe the data collected from clinical trials of our drug products is promising, data are susceptible to varying interpretations, and such data may not be sufficient to support approval by the FDA or any other U.S. or foreign regulatory approval. Pre-clinical and clinical data can be interpreted in different ways.

Accordingly, FDA officials could interpret such data in different ways than we or our partners do which could delay, limit or prevent regulatory approval. The FDA, other regulatory authorities, our institutional review boards, our contract research organizations, or we may suspend or terminate our clinical trials for our drug products. Any failure or significant delay in completing clinical trials for our drug products, or in receiving regulatory approval for the sale of any drugs resulting from our drug products, may severely harm our business and reputation. Even if we receive FDA and other regulatory approvals, our drug products may later exhibit adverse effects that may limit or prevent their widespread use, may cause the FDA to revoke, suspend or limit their approval, or may force us to withdraw products derived from those drug products from the market. Furthermore, there is the risk that additional post-marketing requirements may be imposed by the FDA in the future on our products.

Moreover, the commencement and completion of clinical trials may be delayed by many factors that are beyond our control, including:

- delays obtaining regulatory approval to commence a trial;

- delays in reaching agreement on acceptable terms with contract research organizations, or CROs, and clinical trial sites;

- delays in obtaining institutional review board, or IRB, approval at each site;

- slower than anticipated patient enrollment or our inability to recruit and enroll patients to participate in clinical trials for various reasons;

- our inability to retain patients who have initiated a clinical trial;

21

**3**

Document

Table of Contents

Simultaneously with the sale of the 2018 Convertible Notes, we entered into "bought call" and "sold warrant" transactions with Royal Bank of Canada, collectively referred to as the Conversion Hedge. We recorded the Conversion Hedge on a net cost basis of $13.1 million, as a reduction to "additional paid-in capital" in our accompanying Consolidated Balance Sheets. Under applicable GAAP, the Conversion Hedge transaction has not been (and is not expected to be) marked-to-market through earnings or comprehensive income.

In December 2016, we completed two open market purchases of our 2018 Convertible Notes, aggregating 9,963 note units (equivalent to $10.0 million principal value) for $9.0 million. We recognized an aggregate loss of $25 thousand on the retirement of these 2018 Convertible Notes (based on their carrying value under GAAP), which was included in "other income (expense), net" on the Consolidated Statements of Operations for the year ended December 31, 2016.

In connection with such note purchases, we unwound a portion of our previously sold warrants and previously purchased call options that were part of our Conversion Hedge (see *Note 15* to the accompanying Consolidated Financial Statements) for aggregate net proceeds of $21 thousand, with a corresponding net increase to "additional paid-in capital" in the Consolidated Balance Sheets as of December 31, 2016.

In October 2017, we completed an open market purchase of our 2018 Convertible Notes, aggregating 69,472 note units (equivalent to $69.5 million principal value) for $27.3 million in cash and 5.4 million newly-issued shares of our common stock, then worth $73 million. We recognized a loss of $0.8 million on the retirement of these 2018 Convertible Notes (based on its carrying value under GAAP), which is included in "other (expense) income, net" on the Consolidated Statements of Operations for the year ended December 31, 2017.

In connection with such note purchases, we also unwound a portion of the previously sold warrants and previously purchased call options that were part of our Conversion Hedge for aggregate net proceeds of $5.8 million. We recorded a corresponding net increase to "additional paid-in capital" in the Consolidated Balance Sheets as of December 31, 2017.

### *Sale of Common Stock Under ATM Agreements*

In December 2015 and August 2017, we entered into collective at-market-issuance sales agreements with FBR Capital Markets & Co., MLV & Co. LLC, and H.C. Wainwright & Co., LLC. These agreements allow us to raise aggregate gross proceeds through these brokers of up to $250 million from the sale of our common stock on the public market under our shelf registration statement on Form S-3 (declared effective by the SEC on February 3, 2016; File No. 333-208760).

Through December 31, 2017, we have raised aggregate gross net proceeds of $202.1 million through these at-market sales, of which $128.3 million was raised during the year ended December 31, 2017. As of December 31, 2017, approximately $43.9 million remained available for sale under the agreement we entered into in August 2017. We expect to use these proceeds to continue to develop our product pipeline and to provide additional capital structure flexibility.

### Future Capital Requirements

We believe that the future growth of our business will depend on our ability to successfully develop and acquire new drugs for the treatment of cancer and successfully bring these drugs to market.

The timing and amount of our future capital requirements will depend on many factors, including:

- the number of 2018 Convertible Notes outstanding as of December 15, 2018;
- the need for additional capital to fund future development programs;
- the need for additional capital to fund strategic acquisitions;
- the need for additional capital to fund licensing arrangements;
- our requirement for additional information technology infrastructure and systems; and
- adverse outcomes from potential litigation and the cost to defend such litigation.

We believe that our $228 million in aggregate cash and cash equivalents, and marketable securities as of December 31, 2017 will allow us to fund our current and planned operations for at least the next twelve months. We may, however, require additional liquidity as we continue to execute our business strategy, in order to pay off our 2018 Convertible Notes and in connection with opportunistic acquisitions or licensing arrangements. We anticipate that to the extent that we require additional liquidity, it will be funded through additional equity or debt financings securities (see *Note 7* to the accompanying Consolidated Financial Statements). We cannot assure you that we will be able to obtain this additional liquidity on terms favorable to us or our current stockholders and convertible senior note holders, or at all. Additionally, our liquidity and our ability to fund our

https://www.sec.gov/Archives/edgar/data/831547/000083154718000015/sppi-201710xk.htm[5/1/2024 6:51:33 PM]

**4**

Document

Table of Contents

**SPECTRUM PHARMACEUTICALS, INC.**

**CONSOLIDATED STATEMENTS OF CASH FLOWS**
**(In thousands)**

| | Year Ended December 31, | | |
| --- | --- | --- | --- |
| | **2017** | **2016** | **2015** |
| **Cash Flows From Operating Activities:** | | | |
| Net loss | (91,248) | (69,770) | (52,642) |
| Adjustments to reconcile net loss to net cash (used in) provided by operating activities: | | | |
| Depreciation and amortization | 27,972 | 26,492 | 31,869 |
| Stock-based compensation | 15,139 | 13,670 | 13,941 |
| Accretion of debt discount, recorded to interest expense on 2018 Convertible Notes (*Note 15*) | 4,890 | 5,710 | 5,250 |
| Amortization of deferred financing costs, recorded to interest expense on 2018 Convertible Notes (*Note 15*) | 567 | 696 | 662 |
| Bad debt (recovery) expense | (17) | 57 | — |
| Unrealized foreign currency exchange gain | (23) | (153) | (157) |
| Loss on 2018 Convertible Note purchase (*Note 15*) | 845 | 25 | — |
| Change in cash surrender value of corporate owned life insurance | (418) | (137) | — |
| Income tax recognition on unrealized gain on available-for-sale securities | (9,651) | (2,217) | — |
| Impairment of intangible assets (*Note 3(g)*) | — | — | 7,160 |
| Change in fair value of contingent consideration related to the Talon and EVOMELA acquisitions (*Note 10*) | 4,957 | 649 | (676) |
| Research and development expense recognized for the value of common stock issued in connection with QAPZOLA (*Note 17(b)(x)*) and ROLONTIS (*Note 17(b)(xiii)*) milestone achievements | — | 2,419 | — |
| Changes in operating assets and liabilities: | | | |
| Accounts receivable, net | 7,694 | (9,494) | 40,245 |
| Other receivables | 3,663 | 6,895 | (7,017) |
| Inventories | 4,318 | (5,800) | 1,863 |
| Prepaid expenses | (6,137) | (423) | (446) |
| Other assets | 1,573 | (2,043) | (1,731) |
| Accounts payable and other accrued obligations | 5,518 | (4,033) | (28,298) |
| Accrued payroll and benefits | 280 | 790 | (233) |
| FOLOTYN development liability | (744) | (1,556) | (1,100) |
| Acquisition-related contingent obligations | — | (1,300) | — |
| Deferred revenue | 593 | (2,985) | (3,511) |
| Deferred tax liabilities | (5,237) | (104) | 210 |
| Other long-term liabilities | (3,389) | 2,153 | 1,355 |
| **Net cash (used in) provided by operating activities** | (38,855) | (40,459) | 6,744 |
| **Cash Flows From Investing Activities:** | | | |
| Purchases of property and equipment | (465) | (78) | (223) |
| Payment for corporate-owned life insurance premiums | (601) | (601) | — |
| Purchase of equity securities (*Note 11*) | (15) | — | — |
| Proceeds from sale of available-for-sale securities | — | — | 3,061 |
| **Net cash (used in) provided by investing activities** | (1,081) | (679) | 2,838 |
| **Cash Flows From Financing Activities:** | | | |
| Proceeds from exercise of stock options | 5,477 | 203 | 1,482 |
| Proceeds from sale of stock under employee stock purchase plan | 1,010 | 668 | 627 |
| Purchase and retirement of restricted stock to satisfy employees' tax liability at vesting | (4,331) | (1,397) | (638) |
| Payment of contingent consideration related to EVOMELA acquisition (*Note 10(b)*) | — | (4,700) | — |

Document

| | | | |
|---|---|---|---|
| Proceeds from common shares sold under an at-market-issuance sales agreement (*Note 7*) | 128,272 | 73,869 | — |
| Purchase of 2018 Convertible Notes (*Note 15*) | (27,500) | (9,014) | — |
| Purchase of warrants related to the conversion hedge of 2018 Convertible Notes (*Note 15*) | (27,189) | (330) | — |
| Proceeds from sale of call options related to the conversion hedge of 2018 Convertible Notes (*Note 15*) | 32,982 | 351 | — |
| Dividends paid upon conversion of Series E Convertible Voting Preferred Stock (*Note 7*) | — | (6) | — |
| **Net cash provided by financing activities** | 108,721 | 59,644 | 1,471 |
| Effect of exchange rates on cash and equivalents | 316 | (25) | (1,254) |
| Net increase in cash and cash equivalents | 69,101 | 18,481 | 9,799 |
| Cash and cash equivalents — beginning of year | 158,222 | 139,741 | 129,942 |
| Cash and cash equivalents — end of year | $ 227,323 | $ 158,222 | $ 139,741 |
| **Supplemental Disclosure of Cash Flow Information:** | | | |
| Cash paid for income taxes | $ 17 | $ 11 | $ 335 |
| Cash paid for interest | $ 2,692 | $ 3,300 | $ 3,300 |

See accompanying notes to these consolidated financial statements.

F-7

Document

**Notes to Consolidated Financial Statements**
**(all tabular amounts presented in thousands, except share, per share, per unit, and number of years)**

### 401(k) Plan – Stock Matching Contribution

We issued shares of common stock to our employees in connection with our 401(k) program, partially matching our employees' annual 401(k) contributions, as summarized below:

| | Year Ended December 31, | | |
| --- | --- | --- | --- |
| | **2017** | **2016** | **2015** |
| Shares of common stock issued | 102,874 | 172,650 | 179,865 |
| Match contribution value* | $ 912 | $ 953 | $ 1,124 |

* Represents our stock price on the date of the common stock issuance *multiplied* by the number of shares of common stock issued. During January and February 2017 the 401(k) match was made with cash instead of shares of common stock.

### 7. STOCKHOLDERS' EQUITY

#### Authorized Stock

On December 13, 2010, we filed the Certificate of Designation of Rights, Preferences and Privileges of Series B Junior Participating Preferred Stock with the Delaware Secretary of State which authorized 1.5 million shares to be designated as Series B Junior Participating Preferred Stock. On June 13, 2011, our stockholders approved an amendment to our Certificate of Incorporation to increase the authorized number of shares of our common stock from 100 million shares to 175 million shares. The amendment was filed with the Delaware Secretary of State on June 24, 2011. As of December 31, 2017, we also had five million shares of preferred stock authorized, of which 1.5 million shares were designated as Series B Junior Participating Preferred Stock and 2,000 shares were designated as Series E Convertible Voting Preferred Stock.

#### Stockholder Rights Agreement

On November 29, 2010, our Board of Directors approved a stockholder rights agreement (the "Stockholder Rights Agreement"), effective December 13, 2010. A stockholder rights agreement is designed to deter coercive, unfair, or inadequate takeovers and other abusive tactics that might be used in an attempt to gain control of our company. A stockholder rights agreement will not prevent takeovers at a full and fair price, but rather is designed to deter coercive takeover tactics and to encourage anyone attempting to acquire our company to first negotiate with our Board of Directors.

Under the terms of the Stockholder Rights Agreement, and subject to the exception noted below, the rights to purchase units of our Senior B Junior Participating Preferred Stock become exercisable upon the earlier of 10 days after a person or group of affiliated or associated persons has acquired 15% (or 20% in the case of a designated holder) or more of the outstanding shares of our common stock or 10 business days after a tender offer has commenced that would result in a person or group beneficially owning 15% (or 20% in the case of a designated holder) or more of our outstanding common stock. Five days after the rights become exercisable, each right, other than rights held by the person or group of affiliated persons whose acquisition of more than 15% of our outstanding common stock caused the rights to become exercisable (subject to the exception noted below), will entitle its holder to buy, in lieu of shares of Series B Junior Participating Preferred Stock, a number of shares of our common stock having a market value of two times the exercise price of the rights. After the rights become exercisable, if we are a party to certain merger or business combination transactions or transfers 50% or more of our assets or earnings power (as defined in the Stockholder Rights Agreement), each right will entitle its holder to buy a number of shares of common stock of the acquiring or surviving entity having a market value of twice the exercise price of the right. These rights could delay or discourage someone from acquiring our company, even if doing so would potentially benefit our stockholders.

In October 2017, we amended the Stockholder Rights Agreement to treat BlackRock Inc. and its affiliates as a "designated holder" and to our knowledge we currently have no stockholders who own 15% or more of the outstanding shares of our common stock other than BlackRock Inc. who reported beneficial ownership of approximately 15.9% as of December 31, 2017.

The Stockholder Rights Agreement expires by its terms on December 13, 2020.

#### Series E Preferred Stock

F-25

Document

**Notes to Consolidated Financial Statements**
**(all tabular amounts presented in thousands, except share, per share, per unit, and number of years)**

In September 2003, we received gross cash proceeds of $20 million in exchange for the issuance of 2,000 shares of our Series E Convertible Voting Preferred Stock, convertible into four million shares of common stock. As of December 31, 2017 and 2016, no shares of Series E Preferred Stock were outstanding.

In June 2016, our then 20 outstanding shares of Series E convertible voting preferred stock were converted (at the election of the preferred stockholders) into an aggregate of 40,000 common shares and a $6 thousand dividend in arrears was paid upon this conversion.

### Common Stock Issuable

As of December 31, 2017, 15.9 million shares of our common stock were issuable upon conversion, or exercise of rights granted (regardless of whether in or out-of-the-money), as summarized below:

| | |
|---|---:|
| 2018 Convertible Notes | 3,854,959 |
| Exercise of vested employee stock options (unvested of 2,241,699 - see *Note 6)* | 11,615,514 |
| Exercise of vested warrants | 445,000 |
| Total common shares issuable | 15,915,473 |

### Warrant Activity

We typically issue warrants to purchase shares of our common stock to investors as part of a financing transaction or in connection with services rendered by placement agents or consultants. Our outstanding warrants expire on varying dates through December 2020. A summary of warrant activity is as follows:

| | Number of Shares | | Weighted Average Exercise Price |
|---|---:|---|---:|
| Outstanding — December 31, 2014 | 445,000 | $ | 6.39 |
| Granted | — | | — |
| Outstanding — December 31, 2015 | 445,000 | $ | 6.78 |
| Granted | — | | — |
| Outstanding — December 31, 2016 | 445,000 | $ | 6.78 |
| Granted | — | | — |
| Outstanding — December 31, 2017 | 445,000 | $ | 6.78 |
| Exercisable — December 31, 2017 | 445,000 | $ | 6.78 |

### Sale of Common Stock Under ATM Agreements

In December 2015, we entered into a collective at-market-issuance sales agreement with FBR Capital Markets & Co., MLV & Co. LLC, and H.C. Wainwright & Co., LLC. ("December 2015 ATM Agreement"). The December 2015 ATM Agreement allowed us to raise gross proceeds of up to $100 million from the sale of our common stock through these brokers under our shelf registration statement on Form S-3 (declared effective by the SEC on February 3, 2016; File No. 333-208760) (the "Registration Statement"). As of July 31, 2017, we fully utilized this ATM facility.

In August 2017, we entered into a collective at-market-issuance sales agreement with H.C. Wainwright & Co., LLC., FBR Capital Markets & Co., and MLV & Co. LLC (the "August 2017 ATM Agreement"). The August 2017 ATM Agreement allows us to raise gross proceeds of up to $150 million from the sale of our common stock through these brokers under the Registration Statement. As of December 31, 2017, approximately $43.9 million remained available for sale under this ATM facility.

We sold and issued shares of our common stock under both the December 2015 and August 2017 ATM Agreements, summarized as follows:

F-26

Document

**Notes to Consolidated Financial Statements**
**(all tabular amounts presented in thousands, except share, per share, per unit, and number of years)**

| | No. of Common Shares Issued | | Proceeds Received (Net of Broker Commissions and Fees ) |
|---|---|---|---|
| Common shares issued pursuant to the December 2015 ATM Agreement during the year ended December 31, 2016 | 10,890,915 | $ | 73,869 |
| Common shares issued pursuant to the December 2015 ATM Agreement between July 1, 2017 and July 31, 2017 | 3,243,882 | $ | 23,745 |
| Common shares issued pursuant to the August 2017 ATM Agreement between August 1, 2017 and December 31, 2017 | 10,314,250 | $ | 104,527 |

**8. NET LOSS PER SHARE**

Net loss per share was computed by dividing net loss by the weighted average number of common shares outstanding for the years ended December 31, 2017, 2016, and 2015:

| | Year Ended December 31, | | |
|---|---|---|---|
| | 2017 | 2016 | 2015 |
| Net loss | $ (91,248) | $ (69,770) | $ (52,642) |
| Weighted average shares—basic | 85,115,592 | 72,824,070 | 64,882,417 |
| Net loss per share—basic | $ (1.07) | $ (0.96) | $ (0.81) |
| Weighted average shares—diluted | 85,115,592 | 72,824,070 | 64,882,417 |
| Net loss per share—diluted | $ (1.07) | $ (0.96) | $ (0.81) |

The below outstanding securities were excluded from the above calculation of net loss per share because their impact under the "treasury stock method" and "if-converted method" would have been anti-dilutive due to our net loss per share for the years ended December 31, 2017, 2016, and 2015, as summarized below:

| | Year Ended December 31, | | |
|---|---|---|---|
| | 2017 | 2016 | 2015 |
| 2018 Convertible Notes | 3,854,959 | 10,454,799 | 11,401,284 |
| Common stock options | 3,668,662 | 1,294,594 | 1,441,086 |
| Restricted stock awards | 1,562,918 | 2,147,157 | 2,173,615 |
| Common stock warrants | 138,277 | — | 9,357 |
| Preferred stock* | — | — | 40,000 |
| Total | 9,224,816 | 13,896,550 | 15,065,342 |

* In June 2016, our then 20 outstanding shares of Series E convertible voting preferred stock were converted (at the election of the preferred stockholders) into an aggregate of 40,000 common shares (see *Note 7* - Series E Preferred Stock).

**9. FAIR VALUE MEASUREMENTS**

The table below summarizes certain asset and liability fair values that are included within our accompanying Consolidated Balance Sheets, and their designations among the three fair value measurement categories (see *Note 2(xiii)*):

F-27