# Exhibit 31

# Spectrum Q1 2021 Form 10-Q Excerpts

sppi-20210331

Table of Contents

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
### WASHINGTON, D.C. 20549

## FORM 10-Q

**QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the quarterly period ended March 31, 2021**

**TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the transition period from _____ to _____

**Commission File Number: 001-35006**



# SPECTRUM PHARMACEUTICALS INC

**(Exact name of registrant as specified in its charter)**

| Delaware | 93-0979187 |
|---|---|
| **(State or other jurisdiction of incorporation or organization)** | **(I.R.S. Employer Identification No.)** |

| **11500 South Eastern Avenue** | **Suite 240** | **Henderson** | **Nevada** | **89052** |
|---|---|---|---|---|
| **(Address of principal executive offices)** | | | | **(Zip Code)** |

**(702) 835-6300**

**(Registrant's telephone number, including area code)**

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Common Stock, $0.001 par value | SPPI | The NASDAQ Global Select Market |

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.    Yes        No

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the Registrant was required to submit such files).    Yes        No

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth

sppi-20210331

company" in Rule 12b-2 of the Exchange Act.

Large accelerated filer                                                    Accelerated filer
Non-accelerated filer                                                    Smaller reporting company
                                                                          Emerging growth company

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act.

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act).    Yes        No

As of May 10, 2021, 161,520,572 shares of the registrant's common stock were outstanding.

2

**3**

sppi-20210331

Table of Contents

**Item 2.**

**Management's Discussion and Analysis of Financial Condition and Results of Operations**

**Cautionary Note Regarding Forward-Looking Statements**

This Quarterly Report on Form 10-Q contains certain forward-looking statements within the meaning of Section 27A of the Securities Act of 1933, as amended (the "Securities Act"), and Section 21E of the Securities Exchange Act of 1934, as amended (the "Exchange Act"), in reliance upon the safe harbor provisions of the Private Securities Litigation Reform Act of 1995. Forward-looking statements include, without limitation, statements regarding our future product development and commercialization activities and costs, the revenue potential (licensing, royalty and sales) of our products and product candidates, the impact of the novel coronavirus ("COVID-19") global pandemic on our business, the success, safety and efficacy of our drug products, revenues and revenue assumptions, clinical studies, including designs and implementation, development and commercialization timelines, product acquisitions, accounting principles, litigation expenses, liquidity and capital resources and trends, and other statements containing forward-looking words, such as, "believes," "may," "could," "would," "will," "expects," "intends," "estimates," "anticipates," "plans," "seeks," "continues," or the negative thereof or variation thereon or similar terminology (although not all forward-looking statements contain these words). Such forward-looking statements are based on the reasonable beliefs of our management as well as assumptions made by and information currently available to our management. All forward-looking statements included in this Form 10-Q speak only as of the date of this Form 10-Q and readers should not put undue reliance on these forward-looking statements. Forward-looking statements are inherently subject to risks and uncertainties, some of which cannot be predicted or quantified; therefore, our actual results may differ materially from those described in any forward-looking statements. Factors that might cause such a difference include, but are not limited to, those discussed in our periodic reports filed with the U.S. Securities and Exchange Commission (the "SEC"), including our Annual Report on Form 10-K for the fiscal year ended December 31, 2020, as well as those discussed elsewhere in this Quarterly Report on Form 10-Q, and the following factors, among others:

- our ability to successfully develop, obtain regulatory approval, and market our products;

- the approval, or timing of approval, of our products or new indications for our products by the U.S. Food and Drug Administration (the "FDA") and other international regulatory agencies;

- the overall impact of COVID-19 on our business, including on the timing of the completion of the FDA's review of our Biologics License Application ("BLA") of ROLONTIS;

- actions by the FDA and other regulatory agencies, including international agencies;

- the timing and/or results of pending or future clinical trials, and our reliance on contract research organizations;

- our ability to maintain sufficient cash resources to fund our business operations;

- our history of net losses;

- our ability to enter into strategic alliances with partners for manufacturing, development and commercialization;

- our competitors' progress with their drug development programs, which could adversely impact the perceived or actual value of our in-development drugs;

- the ability of our manufacturing partners to meet our product demands and timelines;

- our ability to identify and acquire new product candidates and to successfully integrate those product candidates into our operations;

- our ability to protect our intellectual property rights;

- the impact of legislative or regulatory reform on the pricing for pharmaceutical products;

- the impact of any litigation to which we are, or may become a party;

- our ability, and that of our suppliers, development partners, and manufacturing partners, to comply with laws, regulations and standards that govern or affect the pharmaceutical and biotechnology industries; and

- our ability to maintain the services of our key executives and other personnel.

25