# Exhibit 32

# Individual Defendants' Trades (Appendix E)

**INDIVIDUAL DEFENDANTS' TRADES[1]**

| Gustafson, Kurt A. | | | | | |
|---|---|---|---|---|---|
| Transaction Date | Price | Shares Sold | Proceeds | Rule 10b5-1 Trading Plan | Tax Withholding Obligation |
| 3/22/2018 | $18.13 | 2,640 | $47,863 | ✓ | ✓ |
| 3/26/2018 | $17.38 | 1,300 | $22,594 | ✓ | ✓ |
| 3/28/2018 | $16.35 | 4,350 | $71,123 | ✓ | ✓ |
| 1/11/2019 | $10.87 | 33,692 | $366,232 | ✓ | ✓ |
| 1/16/2019 | $10.44 | 3,207 | $33,481 | ✓ | ✓ |
| 3/25/2019 | $9.46 | 3,797 | $35,920 | ✓ | ✓ |
| 3/26/2019 | $9.90 | 926 | $9,167 | ✓ | ✓ |
| 3/29/2019 | $10.65 | 5,974 | $63,623 | ✓ | ✓ |
| 4/1/2019 | $10.73 | 3,000 | $32,190 | | ✓ |
| 4/1/2019 | $10.81 | 1,642 | $17,750 | ✓ | ✓ |
| 1/16/2020 | $3.37 | 2,522 | $8,499 | ✓ | ✓ |
| 1/17/2020 | $3.33 | 1,621 | $5,398 | ✓ | ✓ |
| 2/19/2020 | $2.77 | 4,733 | $13,110 | ✓ | ✓ |
| 2/20/2020 | $2.85 | 3,333 | $9,499 | ✓ | ✓ |
| 3/31/2020 | $2.31 | 4,326 | $9,993 | ✓ | ✓ |
| 4/1/2020 | $2.23 | 3,135 | $6,991 | ✓ | ✓ |
| 12/14/2020 | $5.00 | 25,696 | $128,480 | ✓ | |
| 1/19/2021 | $3.81 | 2,582 | $9,837 | ✓ | ✓ |
| 1/20/2021 | $4.31 | 1,944 | $8,379 | ✓ | ✓ |
| 2/19/2021 | $3.64 | 4,672 | $17,006 | ✓ | ✓ |
| 2/22/2021 | $3.73 | 4,000 | $14,920 | ✓ | ✓ |
| 3/15/2021 | $3.63 | 20,365 | $73,925 | ✓ | ✓ |

---

[1] The information listed here (other than the two columns on the right) is a copy of the information in Appendix E to the SAC. Defendants have added the two columns to the right indicating which trades were pursuant to Rule 10b5-1 plans and which were made to satisfy tax-withholding obligations, based on the Form 4s contained in Exhibit 33.

| Transaction Date | Price | Shares Sold | Proceeds | Rule 10b5-1 Trading Plan | Tax Withholding Obligation |
|---|---|---|---|---|---|
| 3/16/2021 | $3.69 | 16,318 | $60,213 | ✓ | ✓ |
| **Total** | | **155,775** | **$1,066,194** | | |

| Lebel, Francois | | | | | |
|---|---|---|---|---|---|
| Transaction Date | Price | Shares Sold | Proceeds | Rule 10b5-1 Trading Plan | Tax Withholding Obligation |
| 11/6/2019 | $8.16 | 6,963 | $56,818 | ✓ | ✓ |
| 4/2/2020 | $2.17 | 1,228 | $2,665 | ✓ | ✓ |
| 4/3/2020 | $2.18 | 854 | $1,862 | ✓ | ✓ |
| 6/22/2020 | $3.16 | 5,474 | $17,298 | ✓ | ✓ |
| 6/23/2020 | $3.35 | 4,167 | $13,959 | ✓ | ✓ |
| 11/6/2020 | $3.50 | 7,025 | $24,588 | ✓ | ✓ |
| 11/9/2020 | $3.56 | 5,000 | $17,800 | ✓ | ✓ |
| 3/15/2021 | $3.63 | 22,631 | $82,151 | ✓ | ✓ |
| 3/16/2021 | $3.69 | 18,828 | $69,475 | ✓ | ✓ |
| 4/5/2021 | $3.31 | 1,125 | $3,724 | ✓ | ✓ |
| 4/6/2021 | $3.24 | 1,025 | $3,321 | ✓ | ✓ |
| 6/22/2021 | $4.09 | 5,821 | $23,808 | ✓ | ✓ |
| 6/23/2021 | $4.00 | 5,000 | $20,000 | ✓ | ✓ |
| **Total** | | **85,141** | **$337,468** | | |

| Riga, Thomas J. | | | | | |
|---|---|---|---|---|---|
| Transaction Date | Price | Shares Sold | Proceeds | Rule 10b5-1 Trading Plan | Tax Withholding Obligation |
| 3/26/2018 | $17.41 | 220 | $3,830 | ✓ | ✓ |
| 4/2/2018 | $15.58 | 1,948 | $30,350 | ✓ | ✓ |
| 4/16/2018 | $18.60 | 3,900 | $72,540 | ✓ | ✓ |
| 4/17/2018 | $19.07 | 1,840 | $35,089 | ✓ | ✓ |
| 5/14/2018 | $18.10 | 3,290 | $59,549 | ✓ | ✓ |
| 6/25/2018 | $18.76 | 235 | $4,409 | ✓ | ✓ |

| Transaction Date | Price | Shares Sold | Proceeds | Rule 10b5-1 Trading Plan | Tax Withholding Obligation |
|---|---|---|---|---|---|
| 1/16/2019 | $10.44 | 10,499 | $109,610 | ✓ | ✓ |
| 2/20/2019 | $11.47 | 2,285 | $26,209 | ✓ | ✓ |
| 4/2/2019 | $10.57 | 1,882 | $19,893 | ✓ | ✓ |
| 4/11/2019 | $10.75 | 16,493 | $177,300 | ✓ | |
| 5/14/2019 | $8.82 | 2,388 | $21,062 | ✓ | ✓ |
| 1/16/2020 | $3.37 | 11,381 | $38,354 | ✓ | ✓ |
| 1/17/2020 | $3.26 | 5,000 | $16,300 | ✓ | ✓ |
| 2/19/2020 | $2.77 | 5,085 | $14,085 | ✓ | ✓ |
| 2/20/2020 | $2.85 | 2,500 | $7,125 | ✓ | ✓ |
| 3/31/2020 | $2.31 | 1,854 | $4,283 | ✓ | ✓ |
| 4/1/2020 | $2.23 | 938 | $2,092 | ✓ | ✓ |
| 5/13/2020 | $3.25 | 2,086 | $6,780 | ✓ | ✓ |
| 5/14/2020 | $3.06 | 1,125 | $3,443 | ✓ | ✓ |
| 1/19/2021 | $4.00 | 64,626 | $258,504 | ✓ | |
| 1/19/2021 | $3.81 | 11,657 | $44,413 | ✓ | ✓ |
| 1/20/2021 | $4.31 | 10,000 | $43,100 | ✓ | ✓ |
| 2/19/2021 | $3.64 | 5,018 | $18,266 | ✓ | ✓ |
| 2/22/2021 | $3.73 | 5,000 | $18,650 | ✓ | ✓ |
| 3/15/2021 | $3.63 | 23,291 | $84,546 | ✓ | ✓ |
| 3/16/2021 | $3.69 | 18,828 | $69,475 | ✓ | ✓ |
| 5/13/2021 | $3.09 | 3,402 | $10,512 | ✓ | ✓ |
| 5/14/2021 | $3.07 | 2,250 | $6,908 | ✓ | ✓ |
| **Total** | | **219,021** | **$1,206,675** | | |

| Turgeon, Joseph W. | | | | | |
|---|---|---|---|---|---|
| Transaction Date | Price | Shares Sold | Proceeds | Rule 10b5-1 Trading Plan | Tax Withholding Obligation |
| 3/22/2018 | $18.17 | 3,100 | $56,327 | ✓ | ✓ |
| 3/28/2018 | $16.40 | 4,810 | $78,884 | ✓ | ✓ |

**4**

| | | | | | |
|---|---|---|---|---|---|
| 4/17/2018 | $19.00 | 11,565 | $219,735 | ✓ | ✓ |
| 1/11/2019 | $10.87 | 36,311 | $394,701 | ✓ | ✓ |
| 1/16/2019 | $10.44 | 5,091 | $53,150 | ✓ | ✓ |
| 3/25/2019 | $9.46 | 5,315 | $50,280 | ✓ | ✓ |
| 3/29/2019 | $10.65 | 6,307 | $67,170 | ✓ | ✓ |
| 5/16/2019 | $8.53 | 22,702 | $193,648 | ✓ | |
| 6/6/2019 | $7.95 | 18,240 | $145,008 | ✓ | |
| 1/16/2020 | $3.37 | 3,753 | $12,648 | ✓ | ✓ |
| 1/17/2020 | $3.33 | 1,944 | $6,474 | ✓ | ✓ |
| 2/19/2020 | $2.77 | 6,262 | $17,346 | ✓ | ✓ |
| 2/20/2020 | $2.85 | 3,750 | $10,688 | ✓ | ✓ |
| 3/31/2020 | $2.31 | 4,059 | $9,376 | ✓ | ✓ |
| 4/1/2020 | $2.23 | 2,502 | $5,579 | ✓ | ✓ |
| 11/18/2020 | $4.13 | 162,473 | $671,013 | ✓ | ✓ |
| 12/16/2020 | $4.70 | 150,899 | $709,225 | ✓ | ✓ |
| 1/19/2021 | $3.81 | 3,844 | $14,646 | ✓ | ✓ |
| 1/20/2021 | $4.31 | 3,889 | $16,762 | ✓ | ✓ |
| 2/19/2021 | $3.64 | 7,257 | $26,415 | ✓ | ✓ |
| 2/22/2021 | $3.73 | 7,500 | $27,975 | ✓ | ✓ |
| 3/15/2021 | $3.63 | 40,091 | $145,530 | ✓ | ✓ |
| 3/16/2021 | $3.69 | 28,243 | $104,217 | ✓ | ✓ |
| **Total** | | **539,907** | **$3,036,796** | | |

**5**