# Exhibit 34

# FDA Briefing Document

**FDA Briefing Document**

Oncologic Drugs Advisory Committee Meeting

September 22, 2022

NDA 215643

Drug name: Poziotinib

Applicant: Spectrum Pharmaceuticals, Inc.

DISCLAIMER STATEMENT

The attached package contains background information prepared by the Food and Drug Administration (FDA) for the panel members of the Advisory Committee. The FDA background package often contains assessments and/or conclusions and recommendations written by individual FDA reviewers. Such conclusions and recommendations do not necessarily represent the final position of the individual reviewers, nor do they necessarily represent the final position of the Review Division or Office. We have brought the assessment of the benefit:risk profile of poziotinib to this Advisory Committee in order to gain the Committee's insights and opinions, and the background package may not include all issues relevant to the final regulatory recommendation and instead is intended to focus on issues identified by the Agency for discussion by the Advisory Committee. The FDA will not issue a final determination on the issues at hand until input from the Advisory Committee process has been considered and all reviews have been finalized. The final determination may be affected by issues not discussed at the Advisory Committee meeting.

| | |
|---|---|
| 11/09/2020 | A Type B Pre-NDA meeting was held to discuss the adequacy of the safety and efficacy results from Cohort 2 of ZENITH to support an NDA submission for poziotinib. FDA agreed to the filing of an NDA.<br><br>**The Applicant proposed a randomized, confirmatory trial to be conducted in the first-line setting comparing poziotinib as a single agent to platinum-based chemotherapy in patients with previously untreated HER2 exon 20 insertion mutant NSCLC. FDA expressed concerns given the lack of evidence for poziotinib's activity in this setting.** The Applicant stated that they would provide FDA with data from treatment naïve patients enrolled in ZENITH20 Cohort 4 which would inform the design of the proposed trial. |
| 02/11/2021 | Fast track designation was granted for poziotinib for the treatment of patients with previously treated locally advanced or metastatic NSCLC whose tumors harbor HER2 exon 20 insertion mutations. |
| 07/16/2021 | A Type C guidance meeting was held to discuss data from treatment-naïve patients enrolled in Cohort 4 of ZENITH20, whether data from Cohort 5 of ZENITH20 could be provided in the NDA submission to support a BID dosing schedule, and design elements for the proposed confirmatory trial. The Applicant proposed a randomized trial of poziotinib versus docetaxel in patients with previously treated HER2 exon 20 insertion mutation positive NSCLC. FDA agreed with the inclusion of data from Cohort 5 in the NDA and recommended that the Applicant pool all available clinical pharmacokinetic, pharmacodynamic, safety and efficacy data from completed trials and perform integrated dose-response and exposure-response analyses to support clinical dose selection based on an optimum biologic dosage and schedule. |
| 10/01/2021 | Spectrum submitted the first portion of the rolling submission for NDA 215643. |
| 11/24/2021 | The final components of the NDA containing clinical data were submitted. |
| 12/13/2021 | A Type B Pre-phase 3 meeting was held discuss the proposed poziotinib dosing and design of the confirmatory trial, Study SPI-POZ-301. The Applicant proposed a dosage regimen of 16 mg QD for 2 weeks followed by 8 mg BID or 6 mg BID.<br><br>FDA stated that additional data is needed to determine whether the poziotinib dose is optimized for further evaluation in Study SPI-POZ-301. Specifically, FDA indicated that the Applicant should evaluate the 6 mg BID dose in one or more confirmatory trials, potentially conducted as a run-in phase. However, the Applicant and FDA agreed that the 8 mg BID regimen as the starting dosage was preferable in the confirmatory trial compared to the Applicant's proposal. |

**3**