# Exhibit 35

National Cancer Institute
Definition of "open label study"

1



Document title: Definition of open label study - NCI Dictionary of Cancer Terms - NCI
Capture URL: https://www.cancer.gov/publications/dictionaries/cancer-terms/def/open-label-study
Capture timestamp (UTC): Fri, 03 May 2024 23:31:10 GMT