CAMPBELL & WILLIAMS
J. COLBY WILLIAMS (5549)
710 South Seventh Street, Suite A
Las Vegas, Nevada  89101
Telephone:  702/382-5222
702/382-0540 (fax)
jcw@cwlawlv.com

Local Counsel for Lead Plaintiff
International Trading Group, Inc.

ROBBINS GELLER RUDMAN
   & DOWD LLP
RYAN A. LLORENS
JEFFREY J. STEIN
JOHN M. KELLEY
JESSICA E. ROBERTSON
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
ryanl@rgrdlaw.com
jstein@rgrdlaw.com
jkelley@rgrdlaw.com
jrobertson@rgrdlaw.com

Lead Counsel for Lead Plaintiff
International Trading Group, Inc.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOSE CHUNG LUO, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>SPECTRUM PHARMACEUTICALS, INC., et al.,<br><br>Defendants. | No. 2:21-cv-01612-CDS-BNW<br><br>CLASS ACTION<br><br>DECLARATION OF JEFFREY J. STEIN IN SUPPORT OF LEAD PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THE SECOND AMENDED CONSOLIDATED CLASS ACTION COMPLAINT |

4862-6138-8491.v2

I, JEFFREY J. STEIN, declare as follows:

1.     I am a partner at the law firm of Robbins Geller Rudman & Dowd LLP, counsel of record for Lead Plaintiff International Trading Group, Inc. in the above-entitled action.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.     I submit this Declaration, together with the attached exhibits, in support of Lead Plaintiff's Opposition to Defendants' Motion to Dismiss the Second Amended Consolidated Class Action Complaint.

Attached are true and correct copies of the following exhibits:

| EXHIBIT INDEX | |
|---|---|
| **Exhibit** | **Description** |
| A. | Spectrum Pharmaceuticals Inc, Q2 2019 Earnings Call Transcript, dated August 8, 2019. |
| B. | Securities and Exchange Commission General Instructions Regarding Forms 4. |

I declare under penalty of perjury that the foregoing is true and correct.  Executed on June 27, 2024, at San Diego, California.

s/ Jeffrey J. Stein
JEFFREY J. STEIN

- 1 -

4862-6138-8491.v2