CAMPBELL & WILLIAMS
J. COLBY WILLIAMS (5549)
710 South Seventh Street, Suite A
Las Vegas, Nevada  89101
Telephone:  702/382-5222
702/382-0540 (fax)
jcw@cwlawlv.com

Local Counsel for Lead Plaintiff
International Trading Group, Inc.

ROBBINS GELLER RUDMAN
   & DOWD LLP
RYAN A. LLORENS
JEFFREY J. STEIN
JOHN M. KELLEY
JESSICA E. ROBERTSON
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
ryanl@rgrdlaw.com
jstein@rgrdlaw.com
jkelley@rgrdlaw.com
jrobertson@rgrdlaw.com

Lead Counsel for Lead Plaintiff
International Trading Group, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOSE CHUNG LUO, Individually and on Behalf of All Others Similarly Situated,<br><br>                              Plaintiff,<br><br>      vs.<br><br>SPECTRUM PHARMACEUTICALS, INC., et al.,<br><br>                              Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 2:21-cv-01612-CDS-BNW<br><br>CLASS ACTION<br><br>DECLARATION OF JEFFREY J. STEIN IN SUPPORT OF LEAD PLAINTIFF'S MOTION TO STRIKE CERTAIN EXHIBITS IMPROPERLY OFFERED IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS |

4892-6572-9996.v1

I, JEFFREY J. STEIN, declare as follows:

1.      I am an attorney duly licensed to practice before all of the courts of the State of California and have been admitted to practice *pro hac vice* before this Court.  I am a member of the law firm of Robbins Geller Rudman & Dowd LLP ("Robbins Geller"), counsel of record for Lead Plaintiff International Trading Group, Inc. ("Plaintiff") in the above-entitled action.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      I submit this declaration in support of Plaintiff's concurrently filed Motion to Strike Certain Exhibits Improperly Offered in Support of Defendants' Motion to Dismiss.

3.      I met and conferred with Defendants' counsel, including John B. Lawrence of Baker Botts L.L.P., before Defendants filed an Unopposed Motion to Exceed Page Limit seeking 11 additional pages for their Motion to Dismiss, for a total of 35 pages.

4.      On June 12, 2024, I met and conferred with Defendants' counsel, including John B. Lawrence of Baker Botts L.L.P., to discuss Plaintiff's concerns regarding the propriety of Exhibit 1.

5.      During the meet and confer, and in an attempt to resolve Exhibit 1's deficiencies, I proposed that Defendants resubmit Exhibit 1 without the "Basis for Dismissal" column.  Defendants rejected the proposal.

6.      On June 26, 2024, I met and conferred with Defendants' counsel, including John B. Lawrence of Baker Botts L.L.P., to discuss Plaintiff's concerns regarding the propriety of Exhibit 32.  Jessica Robertson of Robbins Geller was also on the call.

7.      During the meet and confer, again in an effort to resolve any disputes without seeking assistance from the Court, Jessica Robertson and I described Plaintiff's concerns regarding Exhibit 32.  Defendants again refused to modify their filing.

- 1 -

4892-6572-9996.v1

8.     This motion is made for a proper purpose and supported by good cause, as set forth above.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on June 27, 2024, at San Diego, California.

s/ Jeffrey J. Stein
JEFFREY J. STEIN

- 2 -

4892-6572-9996.v1