UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOSE CHUNG LUO, Individually and on Behalf of All Others Similarly Situated, ) ) ) | No. 2:21-cv-01612-CDS-BNW |
| Plaintiff, ) ) | CLASS ACTION |
| vs. ) ) | [PROPOSED] ORDER GRANTING LEAD PLAINTIFF'S MOTION TO STRIKE CERTAIN EXHIBITS IMPROPERLY |
| SPECTRUM PHARMACEUTICALS, INC., et al., ) ) ) | OFFERED IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS |
| Defendants. ) ) | |

4866-1053-8956.v1

THIS MATTER comes before the Court on Lead Plaintiff's Motion to Strike Certain Exhibits Improperly Offered in Support of Defendants' Motion to Dismiss (the "Motion to Strike"). Having reviewed the Motion to Strike and finding good cause therein,

IT IS HEREBY ORDERED AS FOLLOWS:

1.    The Motion to Strike is GRANTED.

2.    The following materials, along with all references to and assertions based upon these materials, are hereby stricken from the record:

(a)    Exhibit 1 to the Declaration of John B. Lawrence in Support of Defendants' Motion to Dismiss the Second Amended Consolidated Class Action Complaint (ECF 100-1); and

(b)    Exhibit 32 to the Declaration of John B. Lawrence in Support of Defendants' Motion to Dismiss the Second Amended Consolidated Class Action Complaint (ECF 100-32).

3.    The aforementioned materials will not be taken into consideration in ruling on the Motion to Dismiss.

IT IS SO ORDERED.

DATED: _____    _____
                                       THE HONORABLE CRISTINA D. SILVA
                                       UNITED STATES DISTRICT JUDGE

- 1 -

4866-1053-8956.v1