Jordan T. Smith, Esq., Bar No. 12097
JTS@pisanellibice.com
PISANELLI BICE PLLC
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101
Telephone:  702.214.2100
Facsimile:   702.214.2101

*Counsel for Defendant*
*Spectrum Pharmaceuticals, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOSE CHUNG LUO, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>SPECTRUM PHARMACEUTICALS, INC., JOSEPH W. TURGEON, KURT A. GUSTAFSON, FRANCOIS J. LEBEL, M.D., and THOMAS J. RIGA,<br><br>Defendants. | CASE NO. 2:21-cv-01612-CDS-BNW<br><br>**DECLARATION OF JOHN B. LAWRENCE IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE** |

I, John B. Lawrence, hereby declare and state as follows:

1.     I am a partner at the law firm of Baker Botts L.L.P., and counsel of record for Defendants Spectrum Pharmaceuticals, Inc. ("Spectrum"), Joseph W. Turgeon, Kurt A. Gustafson, Francois J. Lebel, M.D., and Thomas J. Riga (collectively, "Defendants") in the above-captioned action. I am licensed to practice law in the States of Texas and New York. I submit this declaration in support of Defendants' Opposition to Plaintiff's Motion to Strike, filed concurrently herewith.

2.     Attached hereto as Exhibit A is a true and correct copy of Defendants' Statements Challenged in Plaintiffs' First Amended Complaint and Relevant Cautionary Language, Appendix A to Declaration of Kevin M. McDonough in Support of Defendants' Motion to Dismiss the First Amended Complaint, *Studen v. Funko, Inc.*, No. 2:23-cv-00824-JLR (W.D. Wash. Dec. 15, 2023), ECF 40-1.

1

3.      Attached hereto as Exhibit B is a true and correct copy of IonQ MTD Challenged Statement Chart, Exhibit 54 to Declaration of Caitlin B. Munley in Support of Defendants' Motion to Dismiss the Consolidated Amended Complaint, *Leacock v. IonQ, Inc.*, No. 8:22-cv-01306-DLB (D. Md. Feb. 7, 2023), ECF 75-57.

4.      Attached hereto as Exhibit C is a true and correct copy of Chart of Alleged Misstatements & Bases for Dismissal, Exhibit A to Memorandum of Law in Support of Defendants' Joint Motion to Dismiss the Amended Complaint, *Teamsters Loc. 237 Welfare Fund v. ServiceMaster Glob. Holdings, Inc.*, No. 2:20-cv-02553-STA-tmp (W.D. Tenn. Aug. 12, 2021), ECF 63-2.

5.      Attached hereto as Exhibit D is a true and correct copy of Alleged Misleading Statements in Consolidated Complaint, Exhibit A to Declaration of Sylvia R. Ewald in Support of Defendants' Motion to Dismiss and Request for Judicial Notice, *Hadian v. Fate Therapeutics, Inc.*, No. 3:23-cv-00111-RBM-AHG (S.D. Cal. Sept. 22, 2023), ECF 38-5.

6.      Attached hereto as Exhibit E is a true and correct copy of Statements Alleged to be Fraudulent, Appendix A to Defendants' Motion to Dismiss Plaintiff's § 10(b) Supplemental Class Action Complaint, *Edwards v. McDermott Int'l, Inc.*, No. 4:18-cv-04330 (S.D. Tex. Nov. 23, 2021), ECF 222-1.

7.      Attached hereto as Exhibit F is a true and correct copy of Matrix of Challenged Statements and Pleading Defects, Appendix A to Memorandum of Law in Support of Motion by Defendants to Dismiss the Second Amended Complaint, *Fogel v. Wal-Mart de México SAB de CV*, No. 1:13-cv-02282-KPF (S.D.N.Y. May 6, 2016), ECF 98-1.

8.      Attached hereto as Exhibit G is a true and correct copy of Alleged Omissions and Misleading Statements and Why They Are Not Actionable, Exhibit 2 to Declaration of Deborah S. Birnbach in Support of Defendants' Motion to Dismiss the Amended Class Action Complaint, *Mahoney v. Found. Med., Inc.*, No. 1:17-cv-11394-LTS (D. Mass. Feb. 20, 2018), ECF 28-1.

9.    Attached hereto as Exhibit H is a true and correct copy of Reasons Why Alleged Misrepresentations in Amended Complaint Are Not Actionable, Exhibit A to Memorandum in Support of Defendants' Motion to Dismiss Amended Class Action Complaint, *Garden City Emps.' Ret. Sys. v. Anixter Int'l, Inc.*, No. 1:09-cv-05641 (N.D. Ill. Feb. 19, 2010), ECF 44-3.

10.    Attached hereto as Exhibit I is a true and correct copy of Chart of Challenged Statements, Appendix A to Declaration of Heather M. Speers in Support of Immunovant Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint, *Pitman v. Immunovant, Inc.*, No. 1:21-cv-00918-KAM-VMS (E.D.N.Y. June 30, 2023), ECF 89-1.

11.    Attached hereto as Exhibit J is a true and correct copy of Allegedly Actionable Statements, Exhibit B to Defendants' Reply Memorandum in Support of Their Motion to Dismiss the Amended Complaint, *Michigan Carpenters' Pension Fund v. Rayonier Advanced Materials, Inc.*, No. 3:18-cv-00771-MMH-JK (M.D. Fla. Mar. 29, 2019), ECF 85-2.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 11, 2024.


                                        */s/ John B. Lawrence*
                                        John B. Lawrence

3