# Exhibit A

Defendants' Statements Challenged in Plaintiffs' First Amended Complaint and Relevant Cautionary Language

*Studen v. Funko, Inc.*, No. 2:23-cv-00824-JLR (W.D. Wash. Dec. 15, 2023), ECF 40-1

**Appendix A**
**Defendants' Statements Challenged in Plaintiffs' First Amended Complaint and Relevant Cautionary Language[1]**

| No. | FAC ¶, Date & Source | Challenged Statement(s)[2] + Relevant Cautionary Language for Forward-Looking Statements[3] | Reason(s) Not Actionable |
|---|---|---|---|
| | | **March 3, 2022 Statements:** | |
| 1. | ¶ 114<br><br>3/3/2022<br><br>Ex. 13, 2021 Form 10-K, at 27. | "**Our success depends, in part, on our ability to successfully manage our inventories**.<br>We must maintain sufficient inventory levels to operate our business successfully, but we must also avoid accumulating excess inventory, which increases working capital needs and lowers gross margin. We obtain substantially all of our inventory from third-party manufacturers located outside the United States and must typically order products well in advance of the time these products will be offered for sale to our customers. As a result, it may be difficult to respond to changes in consumer preferences and market conditions, which, for pop culture products, can change rapidly. If we do not accurately anticipate the popularity of certain products, then we may not have sufficient inventory to meet demand. Alternatively, if demand or future sales do not reach forecasted levels, we could have excess inventory that we may need to hold for a long period of time, write down, sell at prices lower than expected or discard. For example, inventories at the end of the fourth quarter 2021 increased 178% over the prior year period, primarily from longer transit times due to the COVID-19 pandemic's impact on the global supply chain, resulting in a significant amount of inventory being 'in transit' as of December 31, 2021. If, as a result of longer transit times, consumer preferences have shifted by the time we receive inventory, demand for our products and our results of operations could be adversely affected. If we are not successful in managing our inventory, our business, financial condition and results of operations could be adversely affected.<br><br>We may also be negatively affected by changes in retailers' inventory policies and practices. As a result of the desire of retailers to more closely manage inventory levels, there is a growing trend to make purchases on a 'just-in-time' basis. This requires us to more closely anticipate demand and could require us to carry additional inventory. Policies and practices of individual retailers may adversely affect us as well, including those relating to access to and time on shelf space, price demands, payment terms and favoring | Not False or Misleading *See* § I.A.4.<br><br>Forward-looking Statement *See* § I.A.1. |

[1] The statements and sources above are drawn from Plaintiffs' First Amended Complaint, filed October 19, 2023.  *See* Dkt. 38 (the "FAC") and cited as "¶_."

[2] Unless otherwise specified, text that has been bolded and italicized matches the emphasis given to the language in the FAC.  Blue text denotes surrounding context that is omitted from the FAC.

[3] The absence of cautionary language in this Appendix is not an admission that Funko did not have relevant risk and other disclosures related to the challenged statements. Defendants have listed cautionary language only for forward-looking statements as identified in the FAC and herein.

| No. | FAC ¶, Date & Source | Challenged Statement(s)[2] + Relevant Cautionary Language for Forward-Looking Statements[3] | Reason(s) Not Actionable |
|---|---|---|---|
| | | the products of our competitors. Our retail customers make no binding long-term commitments to us regarding purchase volumes and make all purchases by delivering purchase orders. Any retailer can therefore freely reduce its overall purchase of our products, including the number and variety of our products that it carries, and reduce the shelf space allotted for our products. ***If demand or future sales do not reach forecasted levels, we could have excess inventory that we may need to hold for a long period of time, write down, sell at prices lower than expected or discard***. For example, in the fourth quarter of 2019, we wrote-down $16.8 million of inventory due to our decision to dispose of slower moving inventory to increase operational capacity which contributed to the Company's net loss for the period. If we are not successful in managing our inventory, our business, financial condition and results of operations could be adversely affected." | |
| | | **Identified as forward-looking:**  "All statements contained in this Annual Report on Form 10-K other than statements of historical fact, including statements regarding our future operating results and financial position, the expected impact of the COVID-19 pandemic on our business, results of operations and financial condition, our business strategy and plans, potential acquisitions, market growth and trends, demand for our products, anticipated future expenses and payments and our objectives for future operations, are forward-looking statements."  Ex. 13, 2021 Form 10-K at 2. | |
| | | **Cautionary language:** | |
| | | "These forward-looking statements are subject to a number of risks, uncertainties, and assumptions, including the important factors described in this Annual Report on Form 10-K under Part II. Item 1A. 'Risk Factors,' and in our other filings with the Securities and Exchange Commission ('SEC'), that may cause our actual results, performance or achievements to differ materially and adversely from those expressed or implied by the forward-looking statements."  *Id.* | |
| 2. | ¶ 116  3/3/2022 | "For 2022, we anticipate revenue growth of between 20% and 25% and adjusted EPS of $1.75 to $1.91, with adjusted EBITDA margin relatively in line with fiscal 2021, reflecting onetime project spend that Jen will describe in detail as well as freight headwinds that we are now expecting to remain in place for most of the year. Despite external factors that are largely out of our control, ***we've proven our ability to deliver in difficult environments, and I'm very confident we are well positioned to meet our objectives for the full year***." | Not False or Misleading *See* § I.A.4.  Forward-Looking Statement *See* § I.A.1. |

| No. | FAC ¶, Date & Source | Challenged Statement(s)[2] + Relevant Cautionary Language for Forward-Looking Statements[3] | Reason(s) Not Actionable |
|---|---|---|---|
| | Ex. 2, 4Q 2021 Earnings Call Tr., at 6-7.<br><br>Speaker: Perlmutter | **Identified as forward-looking:** "Before we begin, I'd like to remind everyone that during the course of this conference call, management will discuss forecasts, targets and other forward-looking statements regarding the company and its financial results." Ex. 2, 4Q 2021 Earnings Call Tr. at 4.<br><br>**Cautionary language:**<br><br>"While these statements represent our best current judgment about future results and performance as of today, our actual results are subject to many risks and uncertainties that could cause actual results to differ materially from what we expect. In addition to any risks that we highlight during the call, important factors that may affect our future results are described in our most recent SEC reports and today's earnings press release." *Id.*<br><br>**Risk Factors from 4Q 2021 Form 10-K Incorporated by Reference:**<br><br>"Our future growth, profitability and cash flows depend upon our ability to successfully execute our business strategy, which is dependent upon a number of factors . . . .  There can be no assurance that we can successfully execute our business strategy in the manner or time period that we expect . . . .  Further, achieving these objectives will require investments which may result in short-term costs without generating any current sales or countervailing cost savings and, therefore, may be dilutive to our earnings, at least in the short term. . . .  The failure to realize the anticipated benefits from our business strategy could have a material adverse effect on our prospects, business, financial condition and results of operations." Ex. 13, 2021 Form 10 K  at 20.<br><br>"If we fail to manage our growth effectively, our financial performance may suffer. . . . To manage domestic and international growth of our operations and personnel, we have invested in the development of a new enterprise resource planning system, additional platforms to support our direct-to-consumer experience, and capital build out of new leased warehouse and office spaces. . . . if we fail to scale our operations or manage our growth successfully, our business, financial condition and operating results could be adversely affected." *Id.* at 24.<br><br>"Our current gross margin may not be sustainable, and our gross margin may decrease over time.  A decrease in gross margin can be the result of numerous factors, including, but not limited to: . . .  increases in raw materials, labor or other manufacturing- and inventory-related costs; increases in transportation costs, including the cost of fuel, and increased shipping costs to meet customer demand; . . . and overall execution of our business strategy and operating plan.  If any of these factors, or other factors unknown to us | Puffery<br>*See* § I.A.3.<br><br>Opinion<br>*See* § I.A.2. |

3

| No. | FAC ¶, Date & Source | Challenged Statement(s)[2] + Relevant Cautionary Language for Forward-Looking Statements[3] | Reason(s) Not Actionable |
|---|---|---|---|
| | | at this time, occur, then our gross margin could be adversely affected, which could have a material adverse effect on our business, financial condition and results of operations." *Id.* at 25.<br><br>"Our success depends, in part, on our ability to successfully manage our inventories. . . For example, inventories at the end of the fourth quarter 2021 increased 178% over the prior year period, primarily from longer transit times due to the COVID-19 pandemic's impact on the global supply chain, resulting in a significant amount of inventory being 'in transit' as of December 31, 2021." *Id.* at 27.<br><br>"[I]n the fourth quarter of 2019, we wrote-down $16.8 million of inventory due to our decision to dispose of slower moving inventory to increase operational capacity which contributed to the Company's net loss for the period.  If we are not successful in managing our inventory, our business, financial condition and results of operations could be adversely affected." *Id.*<br><br>"Failure to successfully operate our information systems and implement new technology effectively could disrupt our business or reduce our sales profitability. . . . We are also in process of upgrading our enterprise resource planning software globally, beginning in the United States. If the potential upgrades are not successful or result in delays, our business could be disrupted or harmed." *Id.* at 40. | |
| 3. | ¶ 115<br><br>3/3/2022<br><br>Ex. 3, 4Q 2021 Form 8-K, at 8.<br><br>Speaker: Fall Jung (quoted in Form 8-K) | "'Due to the timing of several cost items in 2022, we've provided additional commentary describing our expectations for quarterly margin profile for the year, ' said Jennifer Fall Jung, Chief Financial Officer.<br>'Our gross margin is heavily influenced by the current inflationary freight environment. Our guidance for the year assumes freight rates will remain elevated at least through the first half of the year. As a result, we expect first half gross margins to face a similar headwind to the second half of 2021.'<br>'SG&A as a percent of sales is also expected to be ***slightly higher in the first half of the year*** due to the timing of project costs associated with the consolidation and relocation of our U.S.-based distribution centers and our ERP implementation.'"<br><br>**Identified as forward-looking:**  "All statements contained in this press release that do not relate to matters of historical fact should be considered forward-looking statements, including statements regarding our anticipated financial results, the underlying trends in our business, supply chain constraints, the anticipated impact of COVID-19 on our business, our potential for growth and our strategy." Ex. 3, 4Q 2021 Form 8-K at 9. | Not False or Misleading *See* § I.A.4.<br><br>Forward-Looking Statement *See* § I.A.1.<br><br>Opinion *See* § I.A.2. |

| No. | FAC ¶, Date & Source | Challenged Statement(s)[2] + Relevant Cautionary Language for Forward-Looking Statements[3] | Reason(s) Not Actionable |
|---|---|---|---|
| | | **Cautionary language:** "These forward-looking statements are based on management's current expectations. These statements are neither promises nor guarantees, but involve known and unknown risks, uncertainties and other important factors that may cause our actual results, performance or achievements to be materially different from any future results, performance or achievements expressed or implied by the forward-looking statements . . ." *Id.* **Risk Factors from 4Q 2021 Form 10-K Incorporated by Reference:** *See* Statement No. 2. | |
| 4. | ¶ 117 3/3/2022 Ex. 2, 4Q 2021 Earnings Call Tr., at 8. Speaker: Fall Jung | "Before I provide guidance for the year, I'll briefly describe what we expect from freight rates in 2022. Our guidance now assumes that the cost of freight will remain at near record highs for the year, with a potential for only modest relief in the second half of the year. If rates do begin to normalize in the second half, we expect new rates will remain well above pre-pandemic levels. While we believe we have been prudent in our assumption regarding the new normal, in terms of freight expense, a continuation or escalation of the current level of supply chain disruption throughout the second half would put additional pressure on gross margin beyond what our guidance currently contemplates. With that, for full year 2022, we expect net sales growth of 20% to 25%, with the first quarter revenue growth rate expected to be in the mid-40% range. We expect our adjusted EBITDA margin to be relatively in line with 2021 [14.6%], reflecting a significant freight inflation headwinds as well as *approximately 80 basis points of pressure due to onetime product spend from the consolidation and relocation of our distribution centers and our new ERP system*." **Identified as forward-looking:** *See* Statement No. 2. **Cautionary language:** *See* Statement No. 2. | Not False or Misleading *See* § I.A.4. Forward-Looking Statement *See* § I.A.1. Opinion *See* § I.A.2. |
| 5. | ¶ 118 3/3/2022 | "[Q.:] Okay. And just for one more in. You gave 80 basis points of pressure from – it seems like more of a transitory DC and ERP implementation and transition. Any context on when that 80 basis points is concentrated? Is it first half, second half? Anything we should be mindful of? [Fall Jung:] *Yes. Yes, first half, for sure. [W]e will probably launch in the beginning[,] early* the *Q3 for the ERP, but the distribution center move will happen in the first half*." | Not False or Misleading *See* § I.A.4. |

| No. | FAC ¶, Date & Source | Challenged Statement(s)[2] + Relevant Cautionary Language for Forward-Looking Statements[3] | Reason(s) Not Actionable |
|---|---|---|---|
| | Ex. 2, 4Q 2021 Earnings Call Tr., at 9.  Speaker: Fall Jung | **Identified as forward-looking:** *See* Statement No. 2.  **Cautionary language:** *See* Statement No. 2. | Forward-Looking Statement *See* § I.A.1.  Opinion *See* § I.A.2. |
| | | **May 5, 2022 Statements** | |
| 6. | ¶ 123  5/5/2022  Ex. 16, 1Q 2022 Form 10-Q, at 42-43. | **"Our success depends, in part, on our ability to successfully manage our inventories**. We must maintain sufficient inventory levels to operate our business successfully, but we must also avoid accumulating excess inventory, which increases working capital needs and lowers gross margin. We obtain substantially all of our inventory from third-party manufacturers located outside the United States and must typically order products well in advance of the time these products will be offered for sale to our customers. As a result, it may be difficult to respond to changes in consumer preferences and market conditions, which, for pop culture products, can change rapidly. If we do not accurately anticipate the popularity of certain products, then we may not have sufficient inventory to meet demand. Alternatively, if demand or future sales do not reach forecasted levels, we could have excess inventory that we may need to hold for a long period of time, write down, sell at prices lower than expected or discard. For example, inventories at the end of the first quarter 2022 increased 161% over the prior year period, primarily from longer transit times due to the COVID-19 pandemic's impact on the global supply chain, resulting in a significant amount of inventory being 'in transit' as of March 31, 2022. If, as a result of longer transit times, consumer preferences have shifted by the time we receive inventory, demand for our products and our results of operations could be adversely affected. If we are not successful in managing our inventory, our business, financial condition and results of operations could be adversely affected. We may also be negatively affected by changes in retailers' inventory policies and practices. As a result of the desire of retailers to more closely manage inventory levels, there is a growing trend to make purchases on a 'just-in-time' basis. This requires us to more closely anticipate demand and could require us to carry additional inventory. Policies and practices of individual retailers may adversely affect us as well, including those relating to access to and time on shelf space, price demands, payment terms and favoring the products of our competitors. Our retail customers make no binding long-term commitments to us regarding purchase volumes and make all purchases by delivering purchase orders. Any retailer can therefore freely reduce its overall purchase of our products, including the number and variety of our products that it carries, and | Not False or Misleading *See* § I.A.4.  Forward-Looking Statement *See* § I.A.1. |

| No. | FAC ¶, Date & Source | Challenged Statement(s)[2] + Relevant Cautionary Language for Forward-Looking Statements[3] | Reason(s) Not Actionable |
|---|---|---|---|
| | | Reduce the shelf space allotted for our products. *If demand or future sales do not reach forecasted levels, we could have excess inventory that we may need to hold for a long period of time, write down, sell at prices lower than expected or discard*. For example, in the fourth quarter of 2019, we wrote-down $16.8 million of inventory due to our decision to dispose of slower moving inventory to increase operational capacity which contributed to the Company's net loss for the period. If we are not successful in managing our inventory, our business, financial condition and results of operations could be adversely affected." <br><br> **Identified as forward-looking:** "All statements contained in this Quarterly Report on Form 10-Q other than statements of historical fact, including statements regarding our future operating results and financial position, the expected impact of the COVID-19 pandemic on our business, results of operations and financial condition, our business strategy and plans, potential acquisitions, market growth and trends, demand for our products, anticipated future expenses and payments and our objectives for future operations, are forward-looking statements."  Ex. 16, 1Q 2022 Form 10-Q, at 1. <br><br> **Cautionary language:** "These forward-looking statements are subject to a number of risks, uncertainties, and assumptions, including the important factors described in this Quarterly Report on Form 10-Q under Part II. Item 1A. 'Risk Factors,' and in our other filings with the Securities and Exchange Commission, that may cause our actual results, performance or achievements to differ materially and adversely from those expressed or implied by the forward-looking statements."  *Id.*. | |
| 7. | ¶ 122 <br><br> 5/5/2022 <br><br> Ex. 16, 1Q 2022 Form 10-Q, at 57. | "*Failure to successfully operate our information systems and implement new technology effectively could disrupt our business or reduce our sales or profitability.* | Not False or Misleading *See* § I.A.4. <br><br> Forward-Looking Statement *See* § I.A.1. |

| No. | FAC ¶, Date & Source | Challenged Statement(s)[2] + Relevant Cautionary Language for Forward-Looking Statements[3] | Reason(s) Not Actionable |
|---|---|---|---|
| | | We rely extensively on various information technology systems and software applications, including our enterprise resource planning software, to manage many aspects of our business, including product development, management of our supply chain, sale and delivery of our products, financial reporting and various other processes and transactions. We are critically dependent on the integrity, security and consistent operations of these systems and related back-up systems. These systems are subject to damage or interruption from power outages, computer and telecommunications failures, usage errors by our employees, software bugs or misconfigurations, cybersecurity attacks, computer viruses, malware and other security breaches, as well as catastrophic events such as hurricanes, fires, floods, earthquakes, tornadoes, acts of war or terrorism, and global pandemics. The efficient operation and successful growth of our business depends on these information systems, including our ability to operate and upgrade them effectively and to select and implement adequate disaster recovery systems successfully. *The failure of these information systems to perform as designed, our failure to operate them effectively, or a security breach or disruption in operation of our information systems could disrupt our business*, require significant capital investments to remediate a problem or subject us to liability. We are also in process of upgrading our enterprise resource planning software globally, beginning in the United States. *If the potential upgrades are not successful or result in delays, our business could be disrupted or harmed.*"<br><br>**Identified as forward-looking:**  *See* Statement No. 6.<br><br>**Cautionary language:**  *See* Statement No. 6. | |
| 8. | ¶ 120<br><br>5/5/2022<br><br>Ex. 14, 1Q 2022 Form 8-K, at 8. | "Adjusted EBITDA margin of approximately 14.6% at the midpoint of our revenue range. This reflects ongoing transocean freight inflation, as well as *approximately 80 bps of headwind from one-time project spend associated with the consolidation and relocation of our U.S.-based distribution center and the implementation of our new ERP system*."<br><br>**Identified as forward-looking:**  "All statements contained in this press release that do not relate to matters of historical fact should be considered forward-looking statements, including statements regarding our anticipated financial results, the underlying trends in our business including supply chain constraints and inflationary trends, our potential for growth, our strategic growth priorities, our expected liquidity and our strategy."  Ex. 14, 1Q 2022 Form 8-K, at 9. | Not False or Misleading *See* § I.A.4.<br><br>Forward-looking statement *See* § I.A.1.<br><br>Opinion *See* § I.A.2. |

**Cautionary language:**

"These forward-looking statements are based on management's current expectations. These statements are neither promises nor guarantees, but involve known and unknown risks, uncertainties and other important factors that may cause our actual results, performance or achievements to be materially different from any future results, performance or achievements expressed or implied by the forward-looking statements . . ." *Id.*

**Risk Factors from 1Q 2022 Form 10-Q Incorporated by Reference:**

"Our future growth, profitability and cash flows depend upon our ability to successfully execute our business strategy, which is dependent upon a number of factors . . . .  There can be no assurance that we can successfully execute our business strategy in the manner or time period that we expect. . . . Further, achieving these objectives will require investments which may result in short-term costs without generating any current sales or countervailing cost savings and, therefore, may be dilutive to our earnings, at least in the short term. . . .  The failure to realize the anticipated benefits from our business strategy could have a material adverse effect on our prospects, business, financial condition and results of operations."  Ex. 16, 1Q 2022 Form 10-Q  at 34.

"If we fail to manage our growth effectively, our financial performance may suffer. . . . To manage domestic and international growth of our operations. . . we have invested in the development of a new enterprise resource planning system . . . and capital build out of new leased warehouse and office spaces.  We will need to continue to improve our product development, supply chain, financial and management controls and our reporting processes and procedures to support our infrastructure and new business initiatives.  These additional investments will increase our operating costs. . . Moreover, if we fail to scale our operations or manage our growth successfully, our business, financial condition and operating results could be adversely affected."  *Id*. at 39.

"We also have multiple distribution centers in the U.S. . . . Our success depends in part on our ability to manage our growth effectively.  To manage domestic and international growth of our operations . . . we have invested in the . . . capital build out of a new leased warehouse. . . . if we fail to scale our operations or manage our growth successfully, our business, financial condition and operating results could be adversely affected."  *Id.*

"Our current gross margin may not be sustainable, and our gross margin may decrease over time.  A decrease in gross margin can be the result of numerous factors, including, but not limited to . . . increases in raw materials, labor or other manufacturing- and inventory-related costs; increases in transportation costs, including the cost of fuel, and increased shipping costs to meet customer demand; . . . and overall execution of our business strategy and operating plan. If any of these factors, or other factors unknown to us

9

| No. | FAC ¶, Date & Source | Challenged Statement(s)[2] + Relevant Cautionary Language for Forward-Looking Statements[3] | Reason(s) Not Actionable |
|---|---|---|---|
| | | at this time, occur, then our gross margin could be adversely affected, which could have a material adverse effect on our business, financial condition and results of operations." *Id.* at 39-40.<br><br>"We are also in the process of upgrading our enterprise resource planning software globally, beginning in the United States.  If the potential upgrades are not successful or result in delays, our business could be disrupted or harmed." *Id.* at 57. | |
| 9. | ¶ 121<br><br>5/5/2022<br><br>Ex. 14, 1Q 2022 Form 8-K, at 8. | "In the second quarter of 2022, the Company anticipates the following results:<br>• Gross margin lower sequentially, as we continue to face inflationary freight pressure;<br>• SG&A as percent of net sales to increase sequentially, reflecting ***one-time project spend on our distribution center relocation, and ERP implementation***; and<br>• [l]ower gross margin and higher SG&A as a percent of sales, which are expected to reduce adjusted EBITDA margin sequentially ***before recovering in the second half of this year***."<br><br>**Identified as forward-looking:**  *See* Statement No. 8.<br><br>**Cautionary language:**  *See* Statement No. 8. | Not False or Misleading *See* § I.A.4.<br><br>Forward-looking statement *See* I.A.1.<br><br>Opinion *See* § I.A.2. |
| 10. | ¶ 124<br><br>5/5/2022<br><br>Ex. 4, 1Q 2022 Earnings Call Tr., at 8.<br><br>Speaker: Fall Jung | "Inventory at quarter end totaled $162 million, down sequentially from last quarter, but still reflecting an elevated rate of inventory in transit at 40% as transaction freight times remains well above pre-pandemic durations. As we shared on our last earning call, our guidance assumes that the cost of freight will remain at near-record highs for most of the year with the potential for only modest relief in the second half of the year remaining well above pre-pandemic levels.<br><br>With that context, we are raising our full year net sales target to $1.275 billion to $1.325 billion. ***[W]e remain on track to deliver full year adjusted EBITDA margins consistent with 2021.*** This target reflects the ongoing freight inflation headwinds as well as ***approximately 80 basis points of pressure due to onetime project spend from the consolidation and relocation of our distribution centers and the implementation of our ERP system.*** We expect adjusted net income of $98.6 million to $103.8 million based on a blended tax rate of 25% and adjusted earnings per diluted share of $1.80 to $1.90 based on weighted average diluted share count of 54.6 million." | Not False or Misleading *See* § I.A.4.<br><br>Forward-looking statement *See* § I.A.1.<br><br>Opinion *See* § I.A.2. |

| No. | FAC ¶, Date & Source | Challenged Statement(s)² + Relevant Cautionary Language for Forward-Looking Statements³ | Reason(s) Not Actionable |
|---|---|---|---|
| | | **Identified as forward-looking:** "Before we begin, I'd like to remind everyone that during the course of this conference call, management will discuss forecasts, targets and other forward-looking statements regarding the company and its financial results." Ex. 4, 1Q 2022 Earnings Call Tr., at 4.<br><br>**Cautionary language:**<br><br>"While these statements represent our best current judgment about future results and performance as of today, our actual results are subject to many risks and uncertainties that could cause actual results to differ materially from what we expect.  In addition to any risks that we highlight during the call, important factors that may affect our future results are described in our most recent SEC reports and today's earnings press release." *Id*. at 4.<br><br>**Risk Factors from 1Q 2022 Form 10-Q Incorporated by Reference:**<br><br>*See* Statement No. 8.<br><br>"Our success depends, in part, on our ability to successfully manage our inventories. . . For example, inventories at the end of the first quarter 2022 increased 161% over the prior year period, primarily from longer transit times due to the COVID-19 pandemic's impact on the global supply chain, resulting in a significant amount of inventory being 'in transit' as of March 31, 2022."  Ex. 16, 1Q 2022 Form 10-Q at 42.<br><br>"[I]n the fourth quarter of 2019, we wrote-down $16.8 million of inventory due to our decision to dispose of slower moving inventory to increase operational capacity which contributed to the Company's net loss for the period.  If we are not successful in managing our inventory, our business, financial condition and results of operations could be adversely affected." *Id. a*t 43. | |
| 11. | ¶ 125<br><br>5/5/2022 | "**[Q.:]** All right. That's great. And then, Jen, one for you is just on your remarks around the onetime project spend for ERP and DC (inaudible) can you just help us think through the total amount that you anticipate spending? And then anything more by cadence by quarter would be really helpful.<br><br>**[Fall Jung:]** Yes. Thanks for the question. So yes, we reported out that *was about 80 basis points on the year, all of which will happen in the first half of the year. It's about 2 points of pressure just in Q2 on adjusted EBITDA. So we're launching – or we did launch the new DC in April, and the ERP is set to come out at the end of the quarter.* | Not False or Misleading<br>*See* § I.A.4. |

| No. | FAC ¶, Date & Source | Challenged Statement(s)[2] + Relevant Cautionary Language for Forward-Looking Statements[3] | Reason(s) Not Actionable |
|---|---|---|---|
|  | Ex. 4, 1Q 2022 Earnings Call Tr., at 9.<br><br>Speaker: Fall Jung | *[Q.:]* Okay. So anything trickling into the back half? Or should we assume that it's pretty much done after Q2?<br>***[Fall Jung:] Yes. It's really the pressure['] all in the first half of the year, specifically Q2.***"<br><br>**Identified as forward-looking:** *See* Statement No. 10.<br><br>**Cautionary language:** *See* Statement No. 10. | Forward-Looking Statement *See* § I.A.1.<br><br>Opinion *See* § I.A.2. |
| 12. | ¶ 126<br><br>5/5/2022<br><br>Ex. 4, 1Q 2022 Earnings Call Tr., at 10.<br><br>Speaker: Fall Jung | "Yes. Great. This is Jen. So we feel really good about our guidance, guiding to $1.275 billion to $1.325 billion, 24% to 29% growth rate. So we feel really confident about our ability to deliver on that for the full year. And as you look at the margin rate, yes, we will see more pressure on gross margin in the second quarter. There was a little bit of a benefit from just some timing shifts in Q1. So that's why we do feel that margins will go down in the second quarter sequentially quarter-over-quarter.<br><br>But then as we get into Q3 and Q4, there's – we haven't necessarily changed a ton of input on Q3 and Q4. We did have freight remaining fairly high. But we do think there'll be a little bit of relief in Q4. So unfortunately, it's a bit of a hockey stick on the margin front, the way it looks. ***But Q2 is where we're seeing the pressure from the net SG&A perspective on the investments*** as well as on pressure from freight."<br><br>**Identified as forward-looking:** *See* Statement No. 10.<br><br>**Cautionary language:** *See* Statement No. 10. | Not False or Misleading *See* § I.A.4.<br><br>Forward-looking statement *See* § I.A.1.<br><br>Opinion *See* § I.A.2. |
| | | **August 4, 2022 Statements** | |
| 13. | ¶ 128<br><br>8/4/2022<br><br>Ex. 17, 2Q 2022 Form | **"Our success depends, in part, on our ability to successfully manage our inventories**.<br>We must maintain sufficient inventory levels to operate our business successfully, but we must also avoid accumulating excess inventory, which increases working capital needs and lowers gross margin. We obtain substantially all of our inventory from third-party manufacturers located outside the United States and must typically order products well in advance of the time these products will be offered for sale to our customers. As a result, it may be difficult to respond to changes in consumer preferences and market conditions, which, for pop culture products, can change rapidly. If we do not accurately anticipate the popularity of certain products, then we may not have sufficient inventory to meet demand. Alternatively, if demand or future sales do not reach forecasted levels, we could have excess inventory that we may need to hold for a long period of time, write down, sell at prices lower than expected or | Not False or Misleading *See* § I.A.4.<br><br>Forward-Looking Statement *See* § I.A.1. |

12

| No. | FAC ¶, Date & Source | Challenged Statement(s)[2] + Relevant Cautionary Language for Forward-Looking Statements[3] | Reason(s) Not Actionable |
|---|---|---|---|
| | 10-Q, at 49-50. | discard. For example, inventories as of June 30, 2022 increased 170.9% over the prior year period, primarily from longer transit times due to the COVID-19 pandemic's impact on the global supply chain, resulting in a significant amount of inventory being 'in transit.' If, as a result of longer transit times or the impact of other market conditions, demand for our products or consumer preferences have shifted by the time we receive inventory, we may have excess inventory. If we are not successful in managing our inventory, our business, financial condition and results of operations could be adversely affected. | |
| | | We may also be negatively affected by changes in retailers' inventory policies and practices. As a result of the desire of retailers to more closely manage inventory levels, there is a growing trend to make purchases on a 'just-in-time' basis. This requires us to more closely anticipate demand and could require us to carry additional inventory. Policies and practices of individual retailers may adversely affect us as well, including those relating to access to and time on shelf space, price demands, payment terms and favoring the products of our competitors. Our retail customers make no binding long-term commitments to us regarding purchase volumes and make all purchases by delivering purchase orders. Any retailer can therefore freely reduce its overall purchase of our products, including the number and variety of our products that it carries, and reduce the shelf space allotted for our products. | |
| | | We have recently experienced canceled orders and if demand or future sales do not reach forecasted levels, **we could have excess inventory that we may need to hold for a long period of time, write down, sell at prices lower than expected or discard**. For example, in the fourth quarter of 2019, we wrote-down $16.8 million of inventory due to our decision to dispose of slower moving inventory to increase operational capacity which contributed to the Company's net loss for the period. **If we are not successful in managing our inventory, our business, financial condition and results of operations could be adversely affected**." | |
| | | **Identified as forward-looking:** "All statements contained in this Quarterly Report on Form 10-Q other than statements of historical fact, including statements regarding our future operating results and financial position, the expected impact of the COVID-19 pandemic on our business, results of operations and financial condition, our business strategy and plans, potential acquisitions, market growth and trends, demand for our products, anticipated future expenses and payments and our objectives for future operations, are forward-looking statements." Ex. 17, 2Q 2022 Form 10-Q, at 1. | |
| | | **Cautionary language:** "These forward-looking statements are subject to a number of risks, uncertainties, and assumptions, including the important factors described in this Quarterly Report on Form 10-Q under Part II. Item 1A. 'Risk Factors,' and in our other filings with the Securities and Exchange Commission, that may cause our actual results, performance or achievements to differ materially and adversely from those expressed or implied by the forward-looking statements." *Id.* at 1. | |

| No. | FAC ¶, Date & Source | Challenged Statement(s)[2] + Relevant Cautionary Language for Forward-Looking Statements[3] | Reason(s) Not Actionable |
|---|---|---|---|
| 14. | ¶ 129<br><br>8/4/2022<br><br>Ex. 17, 2Q 2022 Form 10-Q, at 64. | "Failure to successfully operate [its] information systems and implement new technology effectively could disrupt our business or reduce [its] sales or profitability~,~.<br><br>We rely extensively on various information technology systems and software applications, including our enterprise resource planning software, to manage many aspects of our business, including product development, management of our supply chain, sale and delivery of our products, financial reporting and various other processes and transactions. We are critically dependent on the integrity, security and consistent operations of these systems and related back-up systems. These systems are subject to damage or interruption from power outages, computer and telecommunications failures, usage errors by our employees, software bugs or misconfigurations, cybersecurity attacks, computer viruses, malware and other security breaches, as well as catastrophic events such as hurricanes, fires, floods, earthquakes, tornadoes, acts of war or terrorism, and global pandemics. The efficient operation and successful growth of our business depends on these information systems, including our ability to operate and upgrade them effectively and to select and implement adequate disaster recovery systems successfully. ***The failure of these information systems to perform as designed, our failure to operate them effectively, or a security breach or disruption in operation of our information systems could disrupt our business***, require significant capital investments to remediate a problem or subject us to liability. We are also in process of upgrading our enterprise resource planning software globally, beginning in the United States. In August 2022, we announced that we are delaying the remaining steps for implementation of our enterprise resource planning software to 2023. ***If the potential upgrades are not successful or result in further delays, our business could be disrupted or harmed***.<br><br>In addition, we have recently implemented, and expect to continue to invest in and implement, modifications and upgrades to our information technology systems and procedures to support our growth and the development of our e-commerce business. These modifications and upgrades could require substantial investment and may not improve our profitability at a level that outweighs their costs, or at all. In addition, the process of implementing any new technology systems involves inherent costs and risks, including potential delays and system failures, the potential disruption of our internal control structure, the diversion of management's time and attention, and the need to re-train or hire new employees, any of which could disrupt our business operations and have a material adverse effect on our business, financial condition and results of operations."<br><br>**Identified as forward-looking:** *See* Statement No. 13.<br><br>**Cautionary language:** *See* Statement No. 13. | Not False or Misleading<br>*See* § I.A.4.<br><br>Forward-Looking Statement<br>*See* § I.A.1. |

14

| No. | FAC ¶, Date & Source | Challenged Statement(s)[2] + Relevant Cautionary Language for Forward-Looking Statements[3] | Reason(s) Not Actionable |
|---|---|---|---|
| 15. | ¶ 130<br><br>8/4/2022<br><br>Ex. 17, 2Q 2022 Form 10-Q, at 28. | "Selling, general, and administrative expenses were $161.1 million for the six months ended June 30, 2022, an increase of 51.8%, compared to $106.1 million for the six months ended June 30, 2021. The increase was driven primarily by a $29.6 million increase to personnel and related costs (including salary and related taxes/benefits, commissions, equity-based compensation and variable warehouse labor and third party logistics expenses), a $9.8 million increase in professional fees, which included one-time transaction expenses for the consolidation of the Washington state based warehouses and distributions centers and move to Arizona, a $4.8 million increase in rent, facility and warehouse support as the new Buckeye warehouse and distribution facility began operations, a $4.3 million increase in advertising and marketing costs and a $2.8 million increase in administrative costs, primarily related to increased credit card fees and provisional allowance for bad debt expense. We expect personnel and related costs to remain elevated through at least the end of 2022 to support the **final transitions** of our U.S. distribution warehouses, **additional personnel to support strategic initiatives and overall business growth** and due to additional inflationary pressures to increase wages, commissions and benefits expenses. We also expect elevated costs related to our enterprise resource planning ('ERP') implementation **as we expect to finalize the remaining steps in early 2023**. Selling, general and administrative expenses were 25.8% and 25.0% of net sales for the six months ended June 30, 2022 and 2021, respectively."<br><br>**Identified as forward-looking:** *See* Statement No. 13.<br><br>**Cautionary language:**<br><br>*See* Statement No. 13.<br><br>"Discussion and analysis of our financial condition and results of operations are based on our unaudited condensed consolidated financial statements which have been prepared in accordance with U.S. GAAP. The preparation of these financial statements requires us to make estimates and judgments that affect the reported amounts of assets and liabilities and related disclosures of contingent assets and liabilities, revenue and expenses at the date of the unaudited condensed consolidated financial statements. We base our estimates on historical experience and on various other assumptions in accordance with U.S. GAAP that we believe to be reasonable under the circumstances. Actual results may differ from these estimates under different assumptions or conditions." Ex. 17, 2Q 2022 Form 10-Q at 38.<br><br>"Our future growth, profitability and cash flows depend upon our ability to successfully execute our business strategy, which is dependent upon a number of factors . . . .  There can be no assurance that we can successfully execute our business strategy in the manner or time period that we expect . . . .  Further, achieving these objectives will require investments which may result in | Not False or Misleading *See* § I.A.4.<br><br>Forward-Looking Statement *See* § I.A.1.<br><br>Opinion *See* § I.A.2. |

| No. | FAC ¶, Date & Source | Challenged Statement(s)[2] + Relevant Cautionary Language for Forward-Looking Statements[3] | Reason(s) Not Actionable |
|---|---|---|---|
| | | short-term costs without generating any current sales or countervailing cost savings and, therefore, may be dilutive to our earnings, at least in the short term. . . .  The failure to realize the anticipated benefits from our business strategy could have a material adverse effect on our prospects, business, financial condition and results of operations." *Id.* at 41.<br><br>"We also have multiple distribution centers in the U.S. . . . Our success depends in part on our ability to manage our growth effectively.  To manage domestic and international growth of our operations . . . we have invested in the . . . capital build out of a new leased warehouse. . . . if we fail to scale our operations or manage our growth successfully, our business, financial condition and operating results could be adversely affected." *Id.* at 46.<br><br>"Our current gross margin may not be sustainable, and our gross margin may decrease over time.  A decrease in gross margin can be the result of numerous factors, including, but not limited to: . . . increases in raw materials, labor or other manufacturing- and inventory-related costs; increases in transportation costs, including the cost of fuel, and increased shipping costs to meet customer demand; . . . and overall execution of our business strategy and operating plan.  If any of these factors, or other factors unknown to us at this time, occur, then our gross margin could be adversely affected, which could have a material adverse effect on our business, financial condition and results of operations." *Id.* at 46-47.<br><br>"Our success depends, in part, on our ability to successfully manage our inventories. . . . For example, inventories as of June 30, 2022 increased 170.9% over the prior year period, primarily from longer transit times due to the COVID-19 pandemic's impact on the global supply chain, resulting in a significant amount of inventory being 'in transit.'" *Id.* at 49.<br><br>"[I]n the fourth quarter of 2019, we wrote-down $16.8 million of inventory due to our decision to dispose of slower moving inventory to increase operational capacity which contributed to the Company's net loss for the period.  If we are not successful in managing our inventory, our business, financial condition and results of operations could be adversely affected" *Id.* at 50.<br><br>"We are also in process of upgrading our enterprise resource planning software globally, beginning in the United States. In August 2022, we announced that we are delaying the remaining steps for implementation of our enterprise resource planning software to 2023. If the potential upgrades are not successful or result in further delays, our business could be disrupted or harmed." *Id.* at 64. | |

| No. | FAC ¶, Date & Source | Challenged Statement(s)[2] + Relevant Cautionary Language for Forward-Looking Statements[3] | Reason(s) Not Actionable |
|---|---|---|---|
| 16. | ¶ 131<br><br>8/4/2022<br><br>Ex. 17, 2Q 2022 Form 10-Q, Exs. 31.1, 31.2. | Sarbanes-Oxley Certification | Not False or Misleading<br>*See* § I.A.4. |
| 17. | ¶ 132<br><br>8/4/2022<br><br>Ex. 5, 2Q 2022 Form 8-K, at 7. | "Inventories at the end of the second quarter of 2022 totaled $234.0 million, ***up 170.9% compared to a year ago, reflecting receipt of delayed inventory*** as pandemic-related supply chain disruptions began to improve toward the end of the quarter." | Not False or Misleading<br>*See* § I.A.4. |
| 18. | ¶ 133<br><br>8/4/2022<br><br>Ex. 6, 2Q 2022 Earnings Call Tr., at 6-7.<br><br>Speaker: Fall Jung | "SG&A for the quarter was $83 million or 26% of net sales. In Q2, we saw elevated expenses related to the relocation of our distribution center from Everett to Buckeye, Arizona as well as our ERP project. Regarding our ERP, we recently made the difficult decision to delay the remaining steps until 2023. There were a number of factors that contributed to this decision, but ***ultimately, we did not want to impair the momentum that we have today*** by shifting to a platform that we felt wasn't yet fully ready to support our business. We plan to have more details for you around our 2023 implementation plans on our Q3 call in November." | Not False or Misleading<br>*See* § I.A.4.<br><br>Opinion<br>*See* § I.A.2. |

17

| No. | FAC ¶, Date & Source | Challenged Statement(s)[2] + Relevant Cautionary Language for Forward-Looking Statements[3] | Reason(s) Not Actionable |
|---|---|---|---|
| 19. | ¶ 134<br><br>8/4/2022<br><br>Ex. 6, 2Q 2022 Earnings Call Tr., at 7<br><br>Speaker: Fall Jung | "Inventory at quarter end totaled $234 million as shipping delays began to subside. While our inventory levels are up year-over-year, *we believe that inventory is generally high quality and leave us well positioned to meet our consumer demand and support our strong second half growth forecast*."<br><br>**Identified as forward-looking:** "Before we begin, I'd like to remind everyone that during the course of this conference call, management will discuss forecasts, targets and other forward-looking statements regarding the company and its financial results." Ex.6, 2Q 2022 Earnings Call Tr., at 4.<br><br>**Cautionary language:**<br><br>"While these statements represent our best current judgment about future results and performance as of today, our actual results are subject to many risks and uncertainties that could cause actual results to differ materially from what we expect. In addition to any risks that we highlight during the call, important factors that may affect our future results are described in our most recent SEC reports and today's earnings press release." *Id.* at 4.<br><br>**Risk Factors from 2Q 2022 Form 10-Q Incorporated by Reference**<br><br>"Our success depends, in part, on our ability to successfully manage our inventories. . . . For example, inventories as of June 30, 2022 increased 170.9% over the prior year period, primarily from longer transit times due to the COVID-19 pandemic's impact on the global supply chain, resulting in a significant amount of inventory being 'in transit.'" Ex. 17, 2Q 2022 Form 10-Q, at 49.<br><br>"[I]n the fourth quarter of 2019, we wrote-down $16.8 million of inventory due to our decision to dispose of slower moving inventory to increase operational capacity which contributed to the Company's net loss for the period. If we are not successful in managing our inventory, our business, financial condition and results of operations could be adversely affected." *Id.* at 50. | Not False or Misleading *See* § I.A.4.<br><br>Forward-Looking Statement *See* § I.A.1.<br><br>Opinion *See* § I.A.2.<br><br>Puffery *See* § I.A.3. |
| 20. | ¶ 135<br><br>8/4/2022<br><br>Ex. 6, 2Q 2022 | "**[Q.:]** We have 2 questions for you. Jen, the first is on inventory. Just to give you a chance to talk a little bit more about where the inventory resides, how much of it is related to the DC relocation? How much might be in transit? If you could just dimensionalize inventory for us, that would be appreciated.<br><br>**[Fall Jung:]** Great. Yes, inventory, so what we actually ended up, as you know, in Q4, had a lot of delays that rolled into Q1 just due to the congestion within the supply chain. And you're seeing a little bit of that in Q2 as well. *Although as we're now looking into the back half of the year, we feel the inventory is in a really good healthy position, and we're poised to deliver on our back half results.* | Not False or Misleading *See* § I.A.4. |

18

| No. | FAC ¶, Date & Source | Challenged Statement(s)[2] + Relevant Cautionary Language for Forward-Looking Statements[3] | Reason(s) Not Actionable |
|---|---|---|---|
| | Earnings Call Tr., at 8.<br><br>Speaker: Fall Jung | ***It was really about just managing through the congestion that we saw so far***. Knowing that, we're seeing those transit times come down and delivery dates to be more on time than they had earlier in the year. ***So there is a large portion of the in-transit, but we're working to get that into the DC and get that out to our customers***."<br><br>**Identified as forward-looking:**  *See* Statement No. 19.<br><br>**Cautionary language:**  *See* Statement Nos. 15, 19. | Forward-Looking Statement<br>*See* § I.A.1.<br><br>Opinion<br>*See* § I.A.2.<br><br>Puffery<br>*See* § I.A.3. |
| 21. | ¶ 136<br><br>8/4/2022<br><br>Ex. 6, 2Q 2022 Earnings Call Tr., at 9.<br><br>Speaker: Fall Jung | **"[Q.:]** And also on the cost side, you've talked about pushing out this ERP initiative into 2023. Does that mean there's going to be less associated SG&A costs associated with that in 2022?<br>**[Fall Jung:]** No, and that's actually a great question. There'll be puts and takes about 2022. We will still continue to work on these initiatives throughout the year. So the run rate will continue. But there's other offsetting factors to that. ***So we don't see it as a major headwind in 2022 so far, but we feel good we made the right decision for the business to not have business interruption as we go into the holiday season***."<br><br>**Identified as forward-looking:**  *See* Statement No. 19.<br><br>**Cautionary language:**  *See* Statement No. 19.<br><br>**Risk Factors from 2Q 2022 Form 10-Q Incorporated by Reference:** *See* Statement No. 15. | Not False or Misleading<br>*See* § I.A.4.<br><br>Forward-Looking Statement<br>*See* § I.A.1.<br><br>Opinion<br>*See* § I.A.2. |
| 22. | ¶ 137<br><br>8/4/2022<br><br>Ex. 6, 2Q 2022 | "[Q.:] Okay. And then I'm just kind on curious about your cash flow. I mean you had a really, really high level<br>of free cash flow during the pandemic in 2020, and then 2021 was still strong, but down. I'm just kind of wondering, in 2022, do you have any sense for whether like your cash flow can be up or down year-over-year[,]? I'm just concerned if you developed this trend of declining cash flow, and how that might look?<br>[Fall Jung:] Yes, that's a great question.  What you're seeing underneath the covers there [are] a couple high [uses] of cash, whether it be ***the distribution center, that was a major feat to get that up and running***.  We had a lot of cash associated with moving the inventory between our distribution centers in Everett down to Buckeye as well as continuing to focus on the ERP this year as well. | Not False or Misleading<br>*See* § I.A.4. |

19

| No. | FAC ¶, Date & Source | Challenged Statement(s)[2] + Relevant Cautionary Language for Forward-Looking Statements[3] | Reason(s) Not Actionable |
|---|---|---|---|
| | Earnings Call Tr., at 9. Speaker: Fall Jung | So we saw a lot of uses of cash, and then we had the inventory that came in all at once as you got in Q4 inventory, Q1 inventory. *And so (inaudible)* [indiscernible] *inventory and some of the uses of cash is what you're seeing*. But what we have done because we do anticipate it coming back up in the back half of the year, just maybe a point in time. We've worked with our banks, and we did have an accordion within our debt agreement. So we've managed to leverage that, and that's in our queue. So you'll see that, and you'll see additional cash come on to the balance sheet." | |
| | | **September 13, 2022 Analyst/Investor Day Statements** | |
| 23. | ¶ 139 9/13/2022 Ex. 7, Analyst/ Investor Day Tr, at 8. Speaker: Perlmutter | "And then last, but certainly not least, is the ***unlock of technology to help us get where we're going faster and better. And that's some of the investments that we've made this year***, and that we're always keeping a look at, keeping our eye on. What are the next investments we need to do to ensure our success and ensure this growth." <br><br> **Identified as forward-looking:** "All statements other than statements of historical facts contained in this presentation, including statements regarding our future financial targets, results of operations and financial position, industry dynamics, our mission, growth opportunities, business strategy and plans, our objectives for future operations, including expanding into new product categories and expanding our direct-to-consumer business, and the underlying trends in our business, including supply chain constraints, inflation and other macroeconomic trends, are forward-looking statements." Ex. 15, Sept. 13, 2022, Investors Day Presentation, at 2. <br><br> **Cautionary language:** <br><br> "The forward-looking statements in this presentation are only predictions. We have based these forward-looking statements largely on our current expectations and projections about future events and financial trends that we believe may affect our business, financial condition and results of operations. Forward-looking statements involve known and unknown risks, uncertainties and other important factors that may cause our actual results, performance or achievements to be materially different from any future results performance or achievements expressed or implied by the forward-looking statements . . . and the important factors discussed under the caption "Risk Factors" in our Quarterly Report on Form 10-Q for the quarter ended June 30, 2022 . . . " *Id.* <br><br> **Risk Factors from 2Q 2022 Form 10-Q Incorporated by Reference:** <br><br> "We are also in process of upgrading our enterprise resource planning software globally, beginning in the United States. In August 2022, we announced that we are delaying the remaining steps for implementation of our enterprise resource planning software to | Not False or Misleading *See* § I.A.4. <br><br> Forward-Looking Statement *See* § I.A.1. <br><br> Opinion *See* § I.A.2. <br><br> Puffery *See* § I.A.3. |

20

| No. | FAC ¶, Date & Source | Challenged Statement(s)[2] + Relevant Cautionary Language for Forward-Looking Statements[3] | Reason(s) Not Actionable |
|---|---|---|---|
| | | 2023. If the potential upgrades are not successful or result in further delays, our business could be disrupted or harmed."  Ex. 17, 2Q 2022 Form 10-Q, at 64. | |
| 24. | ¶ 140<br><br>9/13/2022<br><br>Ex. 7, Analyst/ Investor Day Tr., at 22-23.<br><br>Speaker: Fall Jung | "[Ben Avenia-Tapper, Director of Investor Relations:] SG&A as a percentage of revenue has increased a bit over the past few years. How does that trend reverse? And what's the biggest source of operating leverage for you?<br><br>[Fall Jung:] Yes. ***What you saw for the first half of the year so far in this year is really the investments that we've made in the ERP as well as in the distribution center***. So we've been making investments for the future, and those have been coming in on the P&L. But as we look forward, we did talk about operating leverage to get to our adjusted EBITDA margin of 20%. We feel we have a good path to get there."<br><br>**Identified as forward-looking:**  *See* Statement No. 23.<br><br>**Cautionary language:**  *See* Statement No. 23.<br><br>**Risk Factors from 2Q 2022 Form 10-Q Incorporated by Reference:**<br><br>"We also have multiple distribution centers in the U.S. . . .  Our success depends in part on our ability to manage our growth effectively.  To manage domestic and international growth of our operations . . . we have invested in the . . . capital build out of a new leased warehouse.  . . . if we fail to scale our operations or manage our growth successfully, our business, financial condition and operating results could be adversely affected."  Ex. 17, 2Q 2022 Form 10-Q, at 46. | Not False or Misleading *See* § I.A.4.<br><br>Forward-Looking Statement *See* § I.A.1.<br><br>Opinion *See* § I.A.2. |

| No. | FAC ¶, Date & Source | Challenged Statement(s)² + Relevant Cautionary Language for Forward-Looking Statements³ | Reason(s) Not Actionable |
|---|---|---|---|
| 25. | ¶ 141<br><br>9/13/2022<br><br>Ex. 7, Analyst/ Investor Day Tr., at 28.<br><br>Speaker: Fall Jung | "[Ben Avenia-Tapper, Director of Investor Relations:] And a follow-up to that.  Can you help us quantify how much investment is needed for that internal growth, or how much internal investment is needed for the growth?<br><br>[Fall Jung:] For the most part, from a capital perspective, we have been pretty – I think you're talking about the core business growth. We've been pretty diligent about our capital. It has really been to support our tools and molds and to continue to expand our product categories. ***Obviously, down the road, we'll eventually need probably more distribution capabilities to continue support the growth, but that's more of a future down the road within the 5-year plan, but not directly related within the next, call it, 12 months or so***."<br><br>**Identified as forward-looking:**  *See* Statement No. 23.<br><br>**Cautionary language:**  *See* Statement No. 23.<br><br>**Risk Factors from 2Q 2022 Form 10-Q Incorporated by Reference:**<br><br>"Our success depends, in part, on our ability to successfully manage our inventories. . . . For example, inventories as of June 30, 2022 increased 170.9% over the prior year period, primarily from longer transit times due to the COVID-19 pandemic's impact on the global supply chain, resulting in a significant amount of inventory being 'in transit.'"  Ex. 17, 2Q 2022 Form 10-Q, at 49.<br><br>"[I]f demand or future sales do not reach forecasted levels, we could have excess inventory that we may need to hold for a long period of time, write down, sell at prices lower than expected or discard.  For example, in the fourth quarter of 2019, we wrote-down $16.8 million of inventory due to our decision to dispose of slower moving inventory to increase operational capacity which contributed to the Company's net loss for the period.  If we are not successful in managing our inventory, our business, financial condition and results of operations could be adversely affected."  *Id.* at 50. | Not False or Misleading *See* § I.A.4.<br><br>Forward-Looking Statement *See* § I.A.1.<br><br>Opinion *See* § I.A.2. |
| | | **November 3, 2022 Statements** | |
| 26. | ¶ 143<br><br>11/3/2022 | **"Our success depends, in part, on our ability to successfully manage our inventories**.<br>We must maintain sufficient inventory levels to operate our business successfully, but we must also avoid accumulating excess inventory, which increases working capital needs and lowers gross margin. We obtain substantially all of our inventory from third-party manufacturers located outside the United States and must typically order products well in advance of the time these products will be offered for sale to our customers. As a result, it may be difficult to respond to changes in consumer preferences and market conditions, which, for pop culture products, can change rapidly. If we do not accurately anticipate the popularity of certain products, | Not False or Misleading *See* § I.A.4. |

| No. | FAC ¶, Date & Source | Challenged Statement(s)[2] + Relevant Cautionary Language for Forward-Looking Statements[3] | Reason(s) Not Actionable |
|---|---|---|---|
| | Ex. 18, 3Q 2022 Form 10-Q, at 46. | then we may not have sufficient inventory to meet demand. Alternatively, if demand or future sales do not reach forecasted levels, we could have excess inventory that we may need to hold for a long period of time, write down, sell at prices lower than expected or discard. <br><br> For example, inventories as of September 30, 2022 increased 89% over the prior year period, primarily from the timing of receipt of inventory and challenges of processing through our new consolidated U.S. distribution center. We also continue to see elevated levels of inventory in transit and elevated freight costs as global supply chains are impacted as a result of COVID-19 pandemic and other factors. If market conditions, demand for our products or consumer preferences shift prior to the sales of the inventory, we may have excess inventory that we may need to hold for a long period of time, write down, and/or sell at prices lower than expected or discard. <br><br> We may also be negatively affected by changes in retailers' inventory policies and practices, including as a result of macroeconomic factors. As a result of the desire of retailers to more closely manage inventory levels, we are required to more closely anticipate demand and this could require us to carry additional inventory. Policies and practices of individual retailers may adversely affect us as well, including those relating to access to and time on shelf space, price demands, payment terms and favoring the products of our competitors. Our retail customers make no binding long-term commitments to us regarding purchase volumes and make all purchases by delivering purchase orders. Any retailer can therefore freely reduce its overall purchase of our products, including the number and variety of our products that it carries, and reduce the shelf space allotted for our products. **We have recently experienced canceled orders and if demand or future sales do not reach forecasted levels, we could have excess inventory that we may need to hold for a long period of time, write down, sell at prices lower than expected or discard**. For example, in the fourth quarter of 2019, we wrote-down $16.8 million of inventory due to our decision to dispose of slower moving inventory to increase operational capacity which contributed to the Company's net loss for the period. **If we are not successful in managing our inventory, our business, financial condition and results of operations could be adversely affected**." <br><br> **Identified as forward-looking:** "All statements contained in this Quarterly Report on Form 10-Q other than statements of historical fact, including statements regarding our future operating results and financial position, the expected impact of the COVID-19 pandemic on our business, results of operations and financial condition, our business strategy and plans, potential acquisitions, market growth and trends, demand for our products, anticipated future expenses and payments and our objectives for future operations, are forward-looking statements."  Ex. 18, 3Q 2022 Form 10-Q, at 1. <br><br> **Cautionary language:** "These forward-looking statements are subject to a number of risks, uncertainties, and assumptions, including the important factors described in this Quarterly Report on Form 10-Q under Part II. Item 1A. 'Risk Factors,' and in our other filings | Forward-Looking Statement *See* § I.A.1. |

23

| No. | FAC ¶, Date & Source | Challenged Statement(s)[2] + Relevant Cautionary Language for Forward-Looking Statements[3] | Reason(s) Not Actionable |
|---|---|---|---|
| | | with the Securities and Exchange Commission, that may cause our actual results, performance or achievements to differ materially and adversely from those expressed or implied by the forward-looking statements." *Id*. at 1. | |
| 27. | ¶ 144<br><br>11/3/2022<br><br>Ex. 9, 3Q 2022 Earnings Call Tr., at 7. | "Turning to the balance sheet. We ended the quarter with $150 million in total liquidity, roughly double our second quarter position. This comprises $125 million under our revolver and $25 million of cash. We ended the quarter with total debt of $250 million, up 41 % compared to Q3 of last year as we access our revolver to support the near-term infrastructure investments and offset our increased working capital needs stemming from our inventory timing. Inventory at quarter end totaled $266 million. Inventory levels remain higher than the prior year, which was a particularly tight inventory environment due to port delays and supply chain congestion. ***We believe that our inventory is generally high quality***, we will continue to work through our inventory levels and expect to make sequential progress."<br><br>**Identified as forward-looking:** "Before we begin, I'd like to remind everyone that during the course of this conference call, management will discuss forecasts, targets and other forward-looking statements regarding the company and its financial results." Ex. 9, 3Q 2022 Earnings Call Tr., at 4.<br><br>**Cautionary language:**<br><br>"While these statements represent our best current judgment about future results and performance as of today, our actual results are subject to many risks and uncertainties that could cause actual results to differ materially from what we expect. In addition to any risks that we highlight during the call, important factors that may affect our future results are described in our most recent SEC reports and today's earnings press release." *Id*. at 4.<br><br>**Risk Factors from 3Q 2022 Form 10-Q Incorporated by Reference:**<br><br>"Our future growth, profitability and cash flows depend upon our ability to successfully execute our business strategy, which is dependent upon a number of factors . . . .  There can be no assurance that we can successfully execute our business strategy in the manner or time period that we expect . . . .  Further, achieving these objectives will require investments which may result in short-term costs without generating any current sales or countervailing cost savings and, therefore, may be dilutive to our earnings, at least in the short term.  . . . The failure to realize the anticipated benefits from our business strategy could have a material adverse effect on our prospects, business, financial condition and results of operations."  Ex. 18, 3Q 2022 Form 10-Q at 42. | Not False or Misleading *See* § I.A.4.<br><br>Opinion *See* § I.A.2.<br><br>Forward-Looking Statement *See* § I.A.1.<br><br>Puffery *See* § I.A.3. |

24

| No. | FAC ¶, Date & Source | Challenged Statement(s)² + Relevant Cautionary Language for Forward-Looking Statements³ | Reason(s) Not Actionable |
|---|---|---|---|
| | | "Our success depends, in part, on our ability to successfully manage our inventories. . . . For example, inventories as of September 30, 2022 increased 89% over the prior year period, primarily from the timing of receipt of inventory and challenges of processing through our new consolidated U.S. distribution center. We also continue to see elevated levels of inventory in transit and elevated freight costs as global supply chains are impacted as a result of COVID-19 pandemic and other factors. If market conditions, demand for our products or consumer preferences shift prior to the sales of the inventory, we may have excess inventory that we may need to hold for a long period of time, write down, and/or sell at prices lower than expected or discard." *Id*. at 46.<br><br>"[I]n the fourth quarter of 2019, we wrote-down $16.8 million of inventory due to our decision to dispose of slower moving inventory to increase operational capacity which contributed to the Company's net loss for the period. If we are not successful in managing our inventory, our business, financial condition and results of operations could be adversely affected." *Id*.<br><br>"Our current gross margin may not be sustainable, and our gross margin may decrease over time. A decrease in gross margin can be the result of numerous factors, including, but not limited to . . . increases in raw materials, labor or other manufacturing- and inventory-related costs; increases in transportation costs, including the cost of fuel, and increased shipping costs to meet customer demand; . . . and overall execution of our business strategy and operating plan. If any of these factors, or other factors unknown to us at this time, occur, then our gross margin could be adversely affected, which could have a material adverse effect on our business, financial condition and results of operations." *Id*. at 48-49. | |
| 28. | ¶ 145<br><br>11/3/2022<br><br>Ex. 9, 3Q 2022 Earnings Call Tr., at 8.<br><br>Speaker: Fall Jung | "[Q.:] I guess maybe starting on the top line, 3Q was strong. I think at the midpoint, the guide implies 4Q down, call it, 5%, given where -- is that related to destocking and the macro? And I guess, given where your inventory levels are -- are you anticipating destocking continues into '23? And are you -- do you think you're going to have to take any actions on any of your owned inventory -- and how does that change how you're thinking about -- or does it change how you're thinking about growing the top line double digit?<br><br>[Perlmutter:] Yes. So thank you for the question. Good to speak with you. I'll kick it off and then I can hand it over to Jen. Yes, we are very happy with our top line growth in Q3. We definitely feel that we've outperformed the market and have been pushing hard in what's been an uncertain consumer market. I would say our largest sort of hurdle in the back half is really about our wholesale partners, what they're doing at retail. I think we've heard from the broader marketplace that some of our retail partners are pulling back, they're tightening up their inventory, which is -- which kind of -- which was reflected in our [indiscernible] . The signs that we're seeing on the Funko brand now and in the second -- in the back half are cost, right? | Not False or Misleading *See* § I.A.4.<br><br>Opinion *See* § I.A.2.<br><br>Puffery *See* § I.A.3. |

25

| No. | FAC ¶, Date & Source | Challenged Statement(s)[2] + Relevant Cautionary Language for Forward-Looking Statements[3] | Reason(s) Not Actionable |
|---|---|---|---|
| | | If we go to our dot-com direct-to-consumer side, where people are spending more money and putting and buying more items than ever before. So that's a really positive sign that we're seeing. Yes, there are outside pressures that we're dealing with that have had an effect on inventory, and we are always looking at the health of our inventories, and deciding if we need to [ action ] it or not. I'll let Jen comment on that, if she's got anything to add.<br><br>[Fall Jung:] Yes. Thanks, Megan. I speak with you. As we think about our inventory, yes, it is up year-over-year.  Remember, last year was a pretty tight inventory environment because we were dealing with the supply chain challenges. So there is a little bit of nuance in the number underneath the covers. That being said, we are constantly looking at the quality of our inventory, and *we think it generally is very healthy right now*. And in the event where we have seen a pullback a little bit in Q4, *we have been making the right edits to our inventory,* whether it be cutting receipts or pushing receipts out to make sure that we are managing this and managing it down towards the end of the year. Definitely an area to focus thrust." | |

26