# Exhibit C

Chart of Alleged Misstatements & Bases for Dismissal

*Teamsters Loc. 237 Welfare Fund v. ServiceMaster Glob. Holdings, Inc.*, No. 2:20-cv-02553-STA-tmp (W.D. Tenn. Aug. 12, 2021), ECF 63-2

*In re ServiceMaster Global Holdings, Inc. Sec. Litig.*, No. 2:20-cv-02553-STA-tmp
**Chart of Alleged Misstatements & Bases for Dismissal**

| Paragraph(s) of Amended Complaint | Filing/Source | Alleged Misstatement | Basis (or Bases) for Dismissal |
|---|---|---|---|
| 80 | February 26, 2019 Press Release. (Ex. J.) | "'Our primary goal in 2018 was to transform our Terminix business and unlock the potential to drive sustainable revenue growth. We are pleased to report that our focused efforts throughout 2018 and strategic initiatives resulted in record revenue at Terminix in the fourth quarter and full year 2018,' said ServiceMaster Chief Executive Officer Nik Varty. 'Improvements in pest sales, driven by enhanced marketing initiatives, and stronger start and completion rates drove organic growth of 5 percent during the quarter, including over 7 percent in residential pest for a second consecutive quarter.'" | Inactionable statement of corporate optimism or puffery; failure to allege facts showing falsity. |
| 81 | February 26, 2019 Conference Call with Investors. (Ex. H.) | "We made tremendous progress on the core business in 2018, while taking on an increased workload to deliver on the spin, which was a major commitment to our shareholders. Revenue growth at Terminix is at levels we haven't seen in over a decade, and new unit sales are at an all-time high. With 5% organic growth in the quarter, we are approaching industry-level growth rates and have direct line of sight to 30% incremental margins." | Inactionable statement of corporate optimism or puffery; failure to allege facts showing falsity. |
| 81 | February 26, 2019 Conference Call with Investors. (Ex. H.) | "We are focused on improving profitability in the Terminix business, but we are approaching the next steps in a strategic, disciplined manner. We have gone through a period of time in | Inactionable statement of corporate optimism |

|  |  | our company history where the emphasis was on short-term cost cutting and it led to sharp declines in customer service levels and, ultimately, a declining growth rate. We are taking the necessary steps to create a long-term sustainable business model that will convert consistent growth, both organically and through acquisitions, to the bottom line. By focusing on our mission of creating cleaner, healthier, safer environments for our customers at home, work and play, we can deliver on our future commitments just as we have done in 2018, and I am confident that executing on our strategic goals in 2019 will lead to significant shareholder value." | or puffery; forward-looking statement protected under PSLRA's safe harbor provision. |
| 81 | February 26, 2019 Conference Call with Investors. (Ex. H.) | "I am confident that executing on our strategic goals in 2019 will lead to significant shareholder value." | Inactionable statement of corporate optimism or puffery; forward-looking statement protected under PSLRA's safe harbor provision; inactionable statement of opinion. |
| 83 | 2018 Form 10-K. (Ex. B.) | "Approximately 80 percent of Terminix revenue comes from customers who enter into contracts with the option to renew annually. Typically, termite services require an initial inspection and the installation of a protective liquid barrier or bait stations surrounding the home. The protection plan contracts provide a guarantee for the repair of new damage resulting from termite infestation. After the first year, a customer has the option to renew the contract at a significantly reduced cost that extends the guarantee. | Failure to allege facts showing falsity. |

| | | Consequently, revenue generated from a renewal customer is less then [sic] revenue generated from a first-year termite customer." | |
|---|---|---|---|
| 83 | 2018 Form 10-K. (Ex. B.) | "We believe that the strength of the Terminix brand, along with our history of providing a high level of consistent service, allows us to enjoy a competitive advantage in attracting, retaining and growing our customer base. We believe our investments in systems and processes, such as routing and scheduling optimization, robust reporting capabilities and mobile customer management solutions, enable us to deliver a higher level of customer service when compared to smaller regional and local competitors." | Inactionable statement of corporate optimism or puffery; inactionable statement of opinion. |
| 83 | 2018 Form 10-K. (Ex. B.) | "Our focus on attracting and retaining customers begins with our associates in the field, who interact with our customers every day. Our associates bring a strong level of passion and commitment to the Terminix brand, as evidenced by the 9-year and 8-year average tenure of our branch managers and technicians, respectively. Our field organization is supported by dedicated customer service and customer care center personnel." | Inactionable statement of corporate optimism or puffery; inactionable statement of opinion; failure to allege facts showing falsity. |
| 83 | 2018 Form 10-K. (Ex. B.) | "Our culture of continuous improvement drives an intense focus on the quality of the services delivered, which we believe produces high levels of customer satisfaction and, ultimately, customer retention and referrals." | Inactionable statement of corporate optimism or puffery; inactionable statement of opinion. |

| 84 | May 7, 2019 Press Release | "'Our solid performance in the quarter reflects the consistent progress we are making on executing our strategic initiatives,' said ServiceMaster Chief Executive Officer Nik Varty. 'In our pest control core, organic growth of 3 percent in the quarter included 4 percent growth in residential pest and 2 percent in termite and home services, despite the impact of unseasonably cold weather and flooding on our operations and lead flow. We see positive trends in commercial pest with customer retention reaching three-year highs, driven by continued improvement in customer service as we leverage the best practices of Copesan and enhance the customer experience we deliver. ServiceMaster Brands grew revenue organically 5 percent in the first quarter. Our focus on high-growth market verticals is paying dividends with healthcare cleaning and disinfection up 7 percent and commercial restoration up 35 percent in the quarter. Strategic M&A also continues to be a growth driver, with 11 pest control acquisitions in the quarter.'" | Inactionable statement of corporate optimism or puffery; failure to allege facts showing falsity. |
| --- | --- | --- | --- |
| 85 | May 7, 2019 Conference Call with Investors and Analysts. (Ex. I.) | "Underlying all of these initiatives is reimagining the customer experience. Excellent customer service, easy to talk about but incredibly difficult to consistently deliver. My job as a leader of ServiceMaster is to empower our customer-facing employees with the training, tools and motivation needed to deliver consistently excellent customer service at every touch point." | Inactionable statement of corporate optimism or puffery. |
| 85 | May 7, 2019 Conference Call with Investors and Analysts. (Ex. I.) | "We are creating a culture obsessed with service delivery. And while that mindset will take time to permeate throughout our organization, we are already making great strides." | Inactionable statement of corporate optimism or puffery; forward-looking statement protected under |

4

| | | | PSLRA's safe harbor provision. |
|---|---|---|---|
| 86 | May 7, 2019 Conference Call with Investors and Analysts. (Ex. I.) | "Sure. Thanks, Seth. And I think the latter explanation you gave is really the best answer. The market can support relatively modest price increases year in, year out, and we typically have done that historically, and we did that this year as well. So if you think about – we bill out for these termite services, the increases per customer relatively small and could be absorbed fairly easily. So [a] pretty typical thing for us." | Inactionable statement of opinion. |
| 87 | May 7, 2019 Conference Call with Investors and Analysts. (Ex. I.) | "I mean what we're seeing right now is based on our new – renewed efforts to focus heavier on preventive rather than just curative is starting to pay dividends. It's just an initial rollout of our bundled offerings. So this will take some time to take traction, but already our customers are appreciating in our pilot programs sort of what's happening. I'm also even more excited for the future where we're driving these clean sheet designs, and termite was the first program we picked up on where we're completely redefining, how we do business with our customers and completely reimagining the journey and touchpoints that we have. So I see a lot of good – and all of this new stuff that we're going to drive is only going to work if our service levels start creeping up. And seeing the NPS score month after month after month improving and also finally starting to see the cancellations turnaround is a very positive sign for our termite business." | Inactionable statement of corporate optimism or puffery; inactionable statement of opinion; forward-looking statement protected under PSLRA's safe harbor provision. |
| 89 | August 6, 2019 Press Release | "Our relentless efforts on improving customer service and focus on employee performance capabilities enabled us to deliver strong organic revenue growth at Terminix, including the best organic growth we have seen in more than three | Inactionable statement of corporate optimism or puffery; |

| | | | |
|---|---|---|---|
| | | years in our commercial pest service line. Improvements in customer retention and price realization drove growth across revenue channels, which more than offset the impact of unseasonable weather conditions." | inactionable statement of opinion. |
| 90 | August 6, 2019 Conference Call with Investors and Analysts | "Our focus on customer service is continuing to strengthen our core, and Slide 6 provides an example of progress we are making across our businesses. Residential. Starting in Terminix Residential, our focus on the fundamentals is resulting in a measurable, better customer experience built on significant improvements in the basic blocking and tackling of our route-based business. For example, missed appointments were down over 50% in the quarter versus [the] prior year. We are also making progress against our goal of speaking with customers before and after every service visit, allowing us to clearly explain the value of our services and set expectations for upcoming visits. We are also making meaningful improvement in the most important aspect of our business, our safety culture, with preventable accidents and injuries down 15% in the quarter. Returning our teammates home safely is our top priority every day. We have been able to make these strides while also improving labor productivity by $2 million year-over-year to enhance overtime management and a targeted initiative to move many hourly technicians to a production-based pay plan.<br><br>These initiatives helped drive a 4% reduction in Q2 year-over-year cancel rates in termite and residential pest control. We're also encouraged to see external confirmation of improving customer satisfaction through positive independent survey results over the last few months, one of which recently reported 91% customer satisfaction rate for Terminix, highest in the industry. While that kind of feedback is gratifying, | Inactionable statement of corporate optimism or puffery; failure to allege facts showing falsity. |

6

| | | | |
|---|---|---|---|
| | | we're not letting up. We know there is still considerable work ahead of us as we challenge ourselves against strong prior year growth numbers in the back half of this year." | |
| 94 | February 26, 2019 Press Release. (Ex. J.) | "In its release, ServiceMaster provided 2019 adjusted EBITDA guidance of $435 to $445 million." | Forward-looking statement protected under PSLRA's safe harbor provision. |
| 94 | February 26, 2019 Conference Call with Investors. (Ex. H.) | "During the call, Defendant DiLucente stated that among the 'other cost drivers in the quarter' was a '$2 million . . . damage claims expense increase, predominantly related to activity in a section of the Gulf Coast.'" | Inactionable statement of opinion; failure to allege facts showing falsity. |
| 96 | 2018 Form 10-K. (Ex. B.) | "The preparation of the consolidated financial statements requires management to make certain estimates and assumptions required under GAAP which may differ from actual results. The more significant areas requiring the use of management estimates relate to revenue recognition; the allowance for uncollectible receivables; accruals for self-insured retention limits related to medical, workers' compensation, auto and general liability insurance claims; accruals for termite damage claims; the possible outcome of outstanding litigation; accruals for income tax liabilities as well as deferred tax accounts; the deferral and amortization of customer acquisition costs; share based compensation; useful lives for depreciation and amortization expense; the valuation of marketable securities, including the valuation of retained shares of Frontdoor common stock; and the valuation of tangible and intangible assets. In 2018, there were no changes in the significant areas that require estimates or in the | Inactionable statement of opinion; failure to allege facts showing falsity. |

| | | underlying methodologies used in determining the amounts of these associated estimates, other than the valuation of our retained shares of Frontdoor common stock." | |
|---|---|---|---|
| 97, 99, 103 | 2018 Form 10-K. (Ex. B.); Form 10-Q for 1Q19. (Ex. C.); Form 10-Q for 2Q19. (Ex. D.) | "Termite damage claim accruals in the Terminix business are recorded based on both the historical rates of claims incurred within a contract year and the cost per claim. Current activity could differ causing a change in estimates. We have certain liabilities with respect to existing or potential claims, lawsuits, and other proceedings. We accrue for these liabilities when it is probable that future costs will be incurred and such costs can be reasonably estimated. Any resulting adjustments, which could be material, are recorded in the period the adjustments are identified." | Inactionable statement of opinion; failure to allege facts showing falsity. |
| 100 | August 6, 2019 Conference Call with Investors and Analysts | "There was $2 million in increased damage claims expense primarily due to activity in the Gulf Coast region. We also had $4 million in dis-synergies in the quarter. Excluding the impact of $6 million of dis-synergies and SalesForce's investments in the quarter, the incremental margins for Terminix were approximately 5%." | Inactionable statement of opinion; failure to allege facts showing falsity. |
| 101 | August 6, 2019 Conference Call with Investors and Analysts | "Defendant DiLucente additionally stated that the Company had 'increased the bottom end of [its] free cash flow guidance and now expect[ed] to convert adjusted EBITDA to free cash between 55% and 60%.'" | Inactionable statement of opinion; failure to allege facts showing falsity; forward-looking statement protected under PSLRA's safe harbor provision. |

8

| 102 | August 6, 2019 Conference Call with Investors and Analysts | "Yes. We definitely have more margin improvement in the second half of the year in Terminix. I don't think there's a meaningful change in ServiceMaster Brands. And so that's – so Terminix is definitely the driver. And we have really consistently said that all along . . . we were going to see lower incremental margins in the first 2 quarters and we're going to slow – trend up particularly in the third and fourth quarter. So that's the main driver for that trend in the second half." | Inactionable statement of opinion; failure to allege facts showing falsity. |