# Exhibit D

Alleged Misleading Statements in
Consolidated Complaint

*Hadian v. Fate Therapeutics, Inc.*, No. 3:23-cv-00111-
RBM-AHG (S.D. Cal. Sept. 22, 2023), ECF 38-5

**Alleged Misleading Statements in Consolidated Complaint**

| AC ¶ | Source and Date | Alleged Misleading Statement[1] | Alleged Reason Statement is Misleading | Why Statement Is Not Actionable | | | |
|---|---|---|---|---|---|---|---|
| | | | | Not Misleading | Puffery | Forward-Looking | Opinion |
| 31 | Q2 2020 Earnings Call (August 5, 2020) (Ex. E at 7) | We are also leveraging our unique ability to build multiplexed engineered cell products of increasing complexity using already established clonal master engineered iPSC lines with our collaboration partners, including under our newly formed collaboration with Janssen, which brings together Janssen's deep domain expertise in oncology and our industry-leading iPS cell product platform. We have successfully launched this collaboration with strong momentum. | *See* AC ¶ 32.[2] | ✓ | ✓ | ✓ | ✓ |
| 33 | Q4 2020 Earnings Call (February 24, 2021) (Ex. G at 6) | We also continue to innovate and optimize our manufacturing process, including under our collaborations with Ono and Janssen. | *See* AC ¶ 32. | ✓ | ✓ | ✓ | ✓ |

[1] This column includes direct quotes from Fate's public disclosures that Plaintiff claims to be allegedly misleading statements in the Amended Consolidated Class Action Complaint for Violations of the Securities Law (ECF No. 31, the "AC"). All emphases from the AC have been omitted.

[2] "Defendants failed to disclose that Fate's process development group was experiencing difficulties attempting to replicate iPSCs that had been developed by the Company's R&D group, and it was the process development group's job to produce a larger number of cells intended for use in a clinical setting. These difficulties led to Fate being unable to demonstrate to Janssen that the Company would be able to create a sufficient number of cells for use in a clinical setting with the same efficacy results previously observed by Fate's research and development group in, for example, solid-tumor steroid assays." AC ¶ 32.

**EXHIBIT A**
**Page 32**

| AC ¶ | Source and Date | Alleged Misleading Statement[1] | Alleged Reason Statement is Misleading | Why Statement Is Not Actionable | | | |
|---|---|---|---|---|---|---|---|
| | | | | Not Misleading | Puffery | Forward-Looking | Opinion |
| 35 | Q4 2020 Earnings Call (February 24, 2021) (Ex. G at 11–12) | And our collaborations, including our Ono collaboration and our Janssen collaboration, do involve the development of iPS-derived CAR T cell candidates. So I would say that, while, for instance, our NK cell pipeline is more mature, I would not take that as an indication that we were -- we are significantly betting on an NK cell approach over a T cell approach. We are absolutely developing both cell types aggressively. | *See* AC ¶ 32. | ✓ | ✓ | | ✓ |
| 38 | Q3 2021 Earnings Call (November 4, 2021) (Ex. J at 16–17) | [Analyst Question:] Okay. All right. And then if I could just ask, since you recognized some revenue that's attributable to the Janssen collaboration, maybe you can talk a little bit about where you are there and what we should be thinking about as potentially next public disclosure on that program?<br><br>[Response:] Yes. So I mean the Janssen collaboration has continued to go very well. And obviously, as you can tell from the revenue that continues to increase, we continue to increase the resources under the collaboration. I think we've disclosed in the past that the collaboration started with 2 antigen targets, 1 in hematologic malignancies, 1 in solid tumors. A third antigen target has now been added to the collaboration, and Janssen reserves the right to add a fourth target to the collaboration. | *See* AC ¶ 32. | ✓ | ✓ | ✓ | ✓ |

**EXHIBIT A**
**Page 33**

| AC ¶ | Source and Date | Alleged Misleading Statement[1] | Alleged Reason Statement is Misleading | Why Statement Is Not Actionable | | | |
|---|---|---|---|---|---|---|---|
| | | | | Not Misleading | Puffery | Forward-Looking | Opinion |
| | | So collaboration is moving forward, we're really pleased with it. I think we'll be able to get a – give a little bit of visibility on the first product candidate at the solid tumor day, although we may not be able to disclose the target quite yet. | | | | | |
| 40 | Investor Call (November 15, 2021) (Ex. K at 9) | In addition to our wholly-owned solid tumor programs, we are collaborating with Janssen and Ono to develop multiplex engineered IPS-derived CAR NK and CAR-T cell product candidates for solid tumors. While I can't disclose how – much about these programs today, under our Janssen collaboration, we are incorporating novel Janssen binding domains into our multiplex ITC drug NK cell and T cell backbones.<br><br>On the left-hand side, the potency and specificity of our first Janssen collaboration product candidate is highlighted in a solid tumor steroid assay, where steroids of antigen-bearing cancer cells are effectively eliminated at lower effective target ratio. | *See* AC ¶ 32. | ✓ | | ✓ | |
| 42 | Investor Call (November 15, 2021) (Ex. K at 9) | Collaboration programs with both Janssen and Ono are proceeding well through preclinical development with the aim of IND submissions over the course of the next 18 months. | *See* AC ¶ 32. | ✓ | ✓ | ✓ | ✓ |

**EXHIBIT A**
**Page 34**

| AC ¶ | Source and Date | Alleged Misleading Statement[1] | Alleged Reason Statement is Misleading | Why Statement Is Not Actionable | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | Not Misleading | Puffery | Forward-Looking | Opinion |
| 45 | Guggenheim Oncology Days (February 9, 2022) (Ex. L at 6) | [Analyst Question:] Okay, very interesting. So we'll keep an eye on that. And I just want to slip one more in. You obviously have a fairly substantial collaboration with J&J, in particular. Just curious how things are moving along there. [Response:] Good. I expect that in the next couple months, we will nominate our second and third IND candidates under the J&J collaboration. | *See* AC ¶ 32. *See* AC ¶ 46.[3] | ✓ | ✓ | ✓ | ✓ |
| 47 | Q4 2021 Earnings Call (February 28, 2022) (Ex. N at 7) | In addition, we are also developing multiplexed-engineered CAR NK and CAR T-cell product candidates for solid tumors, alongside our 2 partners, Janssen and Ono. | *See* AC ¶¶ 32, 46. | ✓ | | ✓ | |
| 50 | 2021 Form 10-K (February 28, 2022) (Ex. M at 6) | Cell-based cancer immunotherapies undergoing clinical investigation today most often rely on the use of autologous, or a patient's own, cells. The requirement to source, engineer, expand and deliver cells patient-by-patient is logistically complex, resource intensive and expensive, and can result in significant batch-to-batch variability in product identity, purity and potency as well as in manufacturing failures. Significant | *See* AC ¶¶ 32, 46. | ✓ | ✓ | ✓ | ✓ |

[3] "[D]uring 4Q21, Janssen declined to proceed on the FT562 program because that product candidate did not demonstrate efficacy against solid tumors. Further, Fate would not be filing an IND for FT562 with the FDA because Janssen's declination effectively killed the project." AC ¶ 46.

**EXHIBIT A**
**Page 35**

| AC ¶ | Source and Date | Alleged Misleading Statement[1] | Alleged Reason Statement is Misleading | Why Statement Is Not Actionable | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | Not Misleading | Puffery | Forward-Looking | Opinion |
| | | hurdles remain to ensure that cell-based cancer immunotherapies can be consistently manufactured and reliably delivered, in a cost-effective manner and at the scale necessary, to support broad patient access and wide-spread commercialization.<br><br>Rather than rely on the use of a patient's own cells, we seek to use clonal master iPSC lines to manufacture, develop and commercialize first-in-class cellular immunotherapies. We believe our approach has the potential to improve cell product consistency and potency, reduce manufacturing costs, shorten time to treatment and reach more patients. | | | | | |
| 52 | 2021 Form 10-K (February 28, 2022)<br><br>(Ex. M at 47) | Because we expect to continue to rely on our current corporate collaborators and to enter into new collaborations in the future, the development and commercialization of any of our product candidates could be substantially delayed, and our ability to receive future funding could be substantially impaired if one or more of our current or future collaborators:<br><br>• [. . . .]<br>• fails to select a product candidate for advancement into preclinical development, clinical development, or subsequent clinical development into a marketed product; [. . . .] | *See* AC ¶ 46. | ✓ | | ✓ | ✓ |

**EXHIBIT A**
**Page 36**

| AC ¶ | Source and Date | Alleged Misleading Statement[1] | Alleged Reason Statement is Misleading | Why Statement Is Not Actionable | | | |
|------|-----------------|--------------------------------|----------------------------------------|------------------|---------|------------------|---------|
| | | | | Not Misleading | Puffery | Forward-Looking | Opinion |
| 54 | Barclays Global Healthcare Conference (March 16, 2022) (Ex. O at 7–8) | We do benefit from 2 collaborations. We did the ONO collaboration in 2018. That continues to go very well. You'll probably hear more about that starting in 2023, and then Janssen, just to remind everyone, it's a pretty big collaboration for us. We have 4 different targets, solid and liquid tumors, can be NK or T cells. Those programs are going very, very well. J&J has already selected the first 3 targets. We have – we're not able to disclose those yet, and they're working on the fourth target, and we've been accelerating that work. So that collaboration is 2 years in. It's going really, really well. And we expect to file at least the first IND for the [first] program for J&J by the end of the year. It's important from an innovation perspective. We really value our partners. We could choose to do more such collaborations, but I also think what's on the table are potentially larger strategic collaborations. We're at that point where at the end of the Phase I study, where we have a derisked profile for lymphoma and then to myeloma that aligns really well with what larger biopharma companies look more on what they do well, right? We can take it through Phase I. They can be a great partner to help broaden the development program move very, very quickly and then commercializing the footprint that a very small up-and-coming company like ours cannot do. So I think there's | *See* AC ¶¶ 32, 46. | ✓ | ✓ | ✓ | ✓ |

**EXHIBIT A**
**Page 37**

| AC ¶ | Source and Date | Alleged Misleading Statement[1] | Alleged Reason Statement is Misleading | Why Statement Is Not Actionable | | | |
|---|---|---|---|---|---|---|---|
| | | | | Not Misleading | Puffery | Forward-Looking | Opinion |
| | | multiple levers to consider around that. The collaborations are on the forefront of our minds, and we're constantly talking to existing parties and trying to see what might be possible. | | | | | |
| 56 | Q1 2022 Earnings Call (May 4, 2022) (Ex. Q at 6) | Turning to our collaborations with Janssen and Ono. We continue to show strong momentum in bringing multiplexed-engineered iPS-derived CAR NK and CAR T cell product candidates to patients for the treatment of hematologic malignancies and solid tumors. Under our collaboration with Janssen, we have now initiated IND-enabling activities for 2 iPS-derived CAR NK cell collaboration candidates. And we are actively working together with Janssen to prepare and submit IND applications for both of these candidates.<br><br>For each of these collaboration candidates, Janssen maintains the option subject to its payment of an option fee prior to IND submission to initiate worldwide clinical development. We maintain the right in the U.S. alongside Janssen to co-commercialize and share equally in profits and losses of each collaboration candidate. As a reminder, under our collaboration, Janssen has the right to designate and contribute novel binding domains targeting up to 4 tumor-associated antigens. Janssen has now designated and contributed novel binding domains targeting 3 antigens. And we have now successfully | *See* AC ¶¶ 32, 46. | ✓ | ✓ | ✓ | ✓ |

**EXHIBIT A**
**Page 38**

| AC ¶ | Source and Date | Alleged Misleading Statement[1] | Alleged Reason Statement is Misleading | Why Statement Is Not Actionable | | | |
|---|---|---|---|---|---|---|---|
| | | | | Not Misleading | Puffery | Forward-Looking | Opinion |
| | | achieved preclinical milestones for collaboration candidates targeting all 3 antigens. | | | | | |
| 58 | Q2 2022 Earnings Call (August 3, 2022) (Ex. S at 6) | We maintain an opt-in right to co-commercialize and share equally in profits and losses of collaboration products in the U.S. under each antigen program. In May, Janssen exercised its option on a first antigen program, triggering a $10 million payment to fee, and we have now advanced a second antigen program to the stage of option exercise decision. We are currently working with Janssen to prepare and submit 2 IND applications: one for each of these 2 antigen programs for off-the-shelf iPS-derived CAR NK cell collaboration products. | *See* AC ¶¶ 32, 46. | ✓ | | ✓ | |
| 60 | Morgan Stanley Global Healthcare Conference (September 12, 2022) (Ex. T at 8) | Obviously, the third channel of conversation is around the clinical data that we're generating. And then importantly, we have a collaboration with J&J and in that collaboration with J&J, we have 4 targets that are under that collaboration. 2 are in hematologic malignancies, 2 are in solid tumors. With the J&J, the 2 hematologic malignancy candidates, we expect to file an IND this year on the first one and early next year on the second one. | *See* AC ¶¶ 32, 46. | ✓ | ✓ | ✓ | ✓ |
| 62 | Q3 2022 Earnings Call | The second CAR T-cell product candidate, FT862, is partnered with Janssen and targets KLK2, an antigen with prostate-restricted | *See* AC ¶¶ 32, 46. | ✓ | ✓ | ✓ | ✓ |

**EXHIBIT A**
**Page 39**

| AC ¶ | Source and Date | Alleged Misleading Statement[1] | Alleged Reason Statement is Misleading | Why Statement Is Not Actionable | | | |
|---|---|---|---|---|---|---|---|
| | | | | Not Misleading | Puffery | Forward -Looking | Opinion |
| | (November 3, 2022[4]) (Ex. V at 5) | expression that is maintained during prostate cancer progression. Preclinical data generated under our collaboration with Janssen demonstrated that multiplexed-engineered iPS-derived CAR T-cells targeting KLK2 have the potential to effectively infiltrate tumor mass and eliminate tumor cells in a highly selective manner and to prolong survival in xenograft models of prostate cancer. As a reminder, Janssen funds all preclinical development of the FT862 program, and has the right to exercise an exclusive option to conduct worldwide clinical development and commercialization, and we maintain the right to co-commercialize and share equally in profits and losses of FT862 in the US. | | | | | |

[4] The AC erroneously identifies this call as having taken place on November 2, 2022. *See* AC ¶¶ 62–63.

**EXHIBIT A**
**Page 40**