# Exhibit F

Matrix of Challenged Statements and Pleading Defects

*Fogel v. Wal-Mart de México SAB de CV*, No. 1:13-cv-02282-KPF (S.D.N.Y. May 6, 2016), ECF 98-1

**APPENDIX A:  MATRIX OF CHALLENGED STATEMENTS AND PLEADING DEFECTS**

| | SAC ¶ | Date | Speaker | Statement | Additional Defenses Warranting Dismissal of Rule 10b-5(b) Claim[1] | | | | | | | Pgs. of MTD[2] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Barred by SOL | Barred by Statute of Repose | No Scienter | Puffery | Inactionable Misstatement or Omission | No Duty To Correct | Not "In Connection With" ADR Purchase | |
| | | | | **Pre-Class Period Statements** | | | | | | | | |
| 1. | 189 | ~April 2005 | Wal-Mex Vega | 2004 Wal-Mex Annual Report<br><br>A. "For [Wal-Mex], honesty and integrity continue being absolutely non-negotiable core values"**[3]<br><br>B. Audit Committee letter ("In addition to the Mexican Securities Market Law, we have taken into account the recommendations set forth in the Corporate Best Practices Code and in the Ethics Code for Wal-Mart in performance of our duties.")<br><br>C. Audit Committee letter (actions to ensure integrity of financial reporting) | X (B, C) | X | X | X (A, B) | X (No Duty To Disclose; 9(b)) | | | 15-30 |

[1] For the reasons set forth in Defendants' Motion to Dismiss the Second Amended Complaint at pages 37-39, Plaintiff also fails to plead a claim under Section 20(a) against Wal-Mart, Vega, or Rank or a claim against any Defendant under or Rule 10b-5(a) or (c).

[2] Page numbers within this column correspond to pages in the memorandum of law in support of Defendant's motion to dismiss, filed concurrently herewith.

[3] ** identifies statements contained in the Original Complaint filed April 5, 2013.

Case 1:13-cv-02282-KPF   Document 98-1   Filed 05/06/16   Page 2 of 9

| | SAC ¶ | Date | Speaker | Statement | Additional Defenses Warranting Dismissal of Rule 10b-5(b) Claim | | | | | | | Pgs. of MTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Barred by SOL | Barred by Statute of Repose | No Scienter | Puffery | Inactionable Misstatement or Omission | No Duty To Correct | Not "In Connection With" ADR Purchase | |
| | | | | **Pre-Class Period Statements** | | | | | | | | |
| 2. | 190, 201 | ~April 2006 | Wal-Mex Vega | 2005 Wal-Mex Annual Report<br><br>A. "always mindful of the highest ethical standards"\*\*[4]<br><br>B. Audit Committee letter ("[I]n addition to the Mexican Securities Market Law, we have taken into account the recommendations set forth in the Corporate Best Practices Code and in the Ethics Code for Wal-Mart de Mexico.")<br><br>C. Audit Committee letter (actions to ensure integrity of financial reporting) | X (B, C) | X | X | X (A, B) | X (No Duty To Disclose; 9(b)) | | | 15-30 |
| 3. | 191, 204 | ~April 2007 | Wal-Mex Vega | 2006 Wal-Mex Annual Report<br><br>A. "For [Wal-Mex], honesty and integrity continue being absolutely non-negotiable core values"<br><br>B. Audit Committee letter ("In carrying out our work, we have adhered not only to the | X (B, C) | X | X | X (A, B) | X (No Duty To Disclose; 9(b)) | | | 15-30 |

---

[4] The Original Complaint quoted this language from the 2005 Wal-Mex Annual Report but attributed it to only Eduardo Solorzano.  OC ¶ 12.

2

Case 1:13-cv-02282-KPF  Document 98-1  Filed 05/06/16  Page 3 of 9

| | SAC ¶ | Date | Speaker | Statement | Additional Defenses Warranting Dismissal of Rule 10b-5(b) Claim | | | | | | | Pgs. of MTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Barred by SOL | Barred by Statute of Repose | No Scienter | Puffery | Inactionable Misstatement or Omission | No Duty To Correct | Not "In Connection With" ADR Purchase | |
| | | | | Mexican Securities Market Law but also to the recommendations contained in the Company's Code for Better Corporate Practices and the Ethics Code.")<br><br>C.  Audit Committee letter (actions to ensure integrity of financial reporting) | | | | | | | | |
| 4. | 192, 206 | ~April 2008 | Wal-Mex<br><br>Vega | 2007 Wal-Mex Annual Report<br><br>A.  "in general all the activities performed by our Company follow the best practices of good corporate governance"<br><br>B.  Audit and Corp. Practices Committees letter ("In carrying our work, we have adhered not only to the Mexican Securities Market Law but also to the recommendations contained in the Company's Code for Better Corporate Practices and the Code of Ethics.")<br><br>C.  Audit and Corp. Practices Committees letter (actions to ensure integrity of financial | X (B, C) | X | X | X (A, B) | X (No Duty To Disclose; 9(b)) | | | 15-30 |

3

Case 1:13-cv-02282-KPF   Document 98-1   Filed 05/06/16   Page 4 of 9

| | SAC ¶ | Date | Speaker | Statement | **Additional Defenses Warranting Dismissal of Rule 10b-5(b) Claim** | | | | | | | Pgs. of MTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Barred by SOL | Barred by Statute of Repose | No Scienter | Puffery | Inactionable Misstatement or Omission | No Duty To Correct | Not "In Connection With" ADR Purchase | |
| | | | | reporting) | | | | | | | | |
| **5.** | 193, 208 | ~April 2009 | Wal-Mex Vega | 2008 Wal-Mex Annual Report<br><br>A. "For [Wal-Mex], honesty and integrity continue being non-negotiable core values"**<br><br>B. Audit and Corp. Practices Committees letter ("In carrying out our duties, we have adhered not only to the Mexican Securities Market law but also to the recommendations contained in the Company's Code for Better Corporate Practices and the Code of Ethics.")<br><br>C. Audit and Corp. Practices Committees letter (actions to ensure integrity of financial reporting) | X (B, C) | X | X | X (A, B) | X (No Duty To Disclose; 9(b)) | | | 15-30 |
| **6.** | 194, 210 | ~April 2010 | Wal-Mex Vega Rank | 2009 Wal-Mex Annual Report<br><br>A. "For [Wal-Mex], honesty and integrity continue being non-negotiable core values"**<br><br>B. "The following are some of the primary points covered in our Code of Ethics" | X (C, D) | X | X | X (A, C) | X (No Duty To Disclose; 9(b)) | | | 10-30 |

4

Case 1:13-cv-02282-KPF   Document 98-1   Filed 05/06/16   Page 5 of 9

Case 1:13-cv-02282-KPF    Document 98-1    Filed 05/06/16    Page 6 of 9

| SAC ¶ | Date | Speaker | Statement | Additional Defenses Warranting Dismissal of Rule 10b-5(b) Claim | | | | | | | Pgs. of MTD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Barred by SOL | Barred by Statute of Repose | No Scienter | Puffery | Inactionable Misstatement or Omission | No Duty To Correct | Not "In Connection With" ADR Purchase | |
| | | | C. Audit and Corp. Practices Committees letter ("In carrying out our work, we have adhered not only to the Mexican Securities Market law but also to the recommendations contained in the Company's Code for Better Corporate Practices and the Code of Ethics.") | | | | | | | | |
| | | | D. Audit and Corp. Practices Committees letter (actions to ensure integrity of financial reporting) | | | | | | | | |
| 7. | 195, 212 | ~April 2011 | Wal-Mex<br><br>Vega<br><br>Rank | 2010 Wal-Mex Annual Report<br><br>A. "For [Wal-Mex], honesty and integrity continue being non-negotiable core values"**<br><br>B. "The following are some of the primary points covered in our Code of Ethics"**<br><br>C. Audit and Corp. Practices Committees letter ("In the performance of our duties, we have maintained strict compliance not only with the Mexican Securities Market Law, but we have also | X (C, D) | | X | X (A, C) | X (9(b)) | | | 10-30 |

| | SAC ¶ | Date | Speaker | Statement | Additional Defenses Warranting Dismissal of Rule 10b-5(b) Claim | | | | | | | Pgs. of MTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Barred by SOL | Barred by Statute of Repose | No Scienter | Puffery | Inactionable Misstatement or Omission | No Duty To Correct | Not "In Connection With" ADR Purchase | |
| | | | | considered the recommendations contained in the Company's Code for Corporate Best Practices and the Code of Ethics.")<br><br>D. Audit and Corp. Practices Committees letter (actions to ensure integrity of financial reporting) | | | | | | | | |
| | **Class Period Statements (Alleged Class Period Is December 8, 2011 – April 24, 2012)** | | | | | | | | | | | |
| 8. | 214, 224 | 12/8/11 | Wal-Mart | Wal-Mart 3Q 2012 Form 10-Q ("During fiscal 2012, the Company began conducting a voluntary internal review of its policies . . . . As a result of information obtained during that review and from other sources, the Company has begun an internal investigation") | X | | X | | | X | X | 11-15, 22-24, 33-38 |
| 9. | 227 | 12/9/11 | Wal-Mex Rank | Press Release titled "[Wal-Mex] is Part of the PIC Sustainable MSE Index" ("[Wal-Mex] is committed to act with integrity and in full compliance of the law") | X | | X | X | X (No Duty To Disclose; 9(b)) | | | 10-16, 18-30 |
| 10. | 229 | 1/9/12 | Wal-Mex | Press Release titled "[Wal-Mex] Reached Record Sales in 2011" | X | | X | | X (No Duty To | | | 10-16, 18-22, |

6

Case 1:13-cv-02282-KPF   Document 98-1   Filed 05/06/16   Page 7 of 9

Case 1:13-cv-02282-KPF   Document 98-1   Filed 05/06/16   Page 8 of 9

| # | SAC ¶ | Date | Speaker | Statement | Additional Defenses Warranting Dismissal of Rule 10b-5(b) Claim | | | | | | | Pgs. of MTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Barred by SOL | Barred by Statute of Repose | No Scienter | Puffery | Inactionable Misstatement or Omission | No Duty To Correct | Not "In Connection With" ADR Purchase | |
| | | | Rank | (Sales and comp store sales for 2011) | | | | | Disclose; 9(b)) | | | 26-33 |
| 11. | 233 | 2/8/12 | Wal-Mex | Press Release titled "[Wal-Mex] Reports January 2012 Sales" (Sales and comp store sales for January 2012) | X | | X | | X (No Duty To Disclose; 9(b)) | | | 15-16, 22-24, 26-33 |
| 12. | 235 | 2/20/12 | Wal-Mex Vega | Audit and Corp. Practices Committees Letter<br><br>A. "In the performance of our duties, we have maintained strict compliance not only with the Mexican Securities Market Law, but we have also considered the recommendations contained in the Company's Code for Corporate Best Practices and Code of Ethics."**<br><br>B. Actions to ensure integrity of financial reporting | X (B) | | X | X (A) | X (9(b)) | | | 15-16, 18-29 |
| 13. | 238 | 2/20/12 | Wal-Mex Rank | Press Release titled "[Wal-Mex] Reports Results for the Fourth Quarter 2011" (Sales for Q4 2011) | X | | X | | X (No Duty To Disclose; 9(b)) | | | 10-16, 18-24, 26-33 |
| 14. | 240 | 3/7/12 | Wal-Mex | Press Release titled "[Wal-Mex] Reports February 2012 Sales" (Sales and comp store sales in | X | | X | | X (No Duty To | | | 15-16, 22-24, |

7

Case 1:13-cv-02282-KPF  Document 98-1  Filed 05/06/16  Page 9 of 9

| | SAC ¶ | Date | Speaker | Statement | Additional Defenses Warranting Dismissal of Rule 10b-5(b) Claim | | | | | | | Pgs. of MTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Barred by SOL | Barred by Statute of Repose | No Scienter | Puffery | Inactionable Misstatement or Omission | No Duty To Correct | Not "In Connection With" ADR Purchase | |
| | | | | February 2012) | | | | | Disclose; 9(b)) | | | 26-33 |
| 15. | 242 | 4/10/12 | Wal-Mex | Press Release titled "[Wal-Mex] Reports March 2012 Sales" (Sales and comp store sales for March 2012) | X | | X | | X (No Duty To Disclose; 9(b)) | | | 15-16, 22-24, 26-33 |
| 16. | 196, 244 | 4/18/12 | Wal-Mex Vega Rank | 2011 Wal-Mex Annual Report[5] A. "The following are some of the primary points covered in our Code of Ethics" | | | X | | X (9(b)) | | | 18-24, 26-29 |

---

[5] The Original Complaint challenged an excerpt of Mr. Vega's February 20, 2012 letter, row 12 above, and noted that it was included in Wal-Mex's 2011 Annual Report.  OC ¶ 22. Statements in the 2011 Wal-Mex Annual Report that are also in Mr. Vega's February 20, 2012 letter (*i.e.*, the Audit and Corp. Practices Committees letter) are subject to the defenses listed in row 12 above.