# Exhibit H

Reasons Why Alleged Misrepresentations in Amended
Complaint Are Not Actionable

*Garden City Emps.' Ret. Sys. v. Anixter Int'l, Inc.*,
No. 1:09-cv-05641 (N.D. Ill. Feb. 19, 2010), ECF 44-3

*Garden City Employees' Retirement System v. Anixter Int'l*
**No. 1:09-cv-05641**

## Exhibit A:

**Reasons Why Alleged Misrepresentations in Amended Complaint Are Not Actionable**

NOTES:

(1)     The alleged misrepresentations in Paragraphs 1-45 of the Amended Complaint are excerpts of statements quoted in longer form in Paragraphs 46-85.  For the sake of clarity and to avoid redundancy, the alleged misrepresentations are identified here only in their longer form.

(2)     Certain arguments detailed in the motion to dismiss are applicable to the Amended Complaint as a whole, and thus apply to every alleged misrepresentation.  Those arguments are:  no alleged misstatement is pleaded with the specificity required by the PSLRA (*see* Part I.A.); scienter is not pleaded in accordance with the PSLRA (Part I.E); and loss causation is not pleaded (Part I.F.)  Those arguments apply to each alleged misrepresentation, but are not restated below.

(3)     All bold and italic font and ellipses are from the Amended Complaint.

| No. | Alleged Misrepresentation | Cited | Reasons Why Statement Is Not Actionable |
|---|---|---|---|
| 1 | "We are very pleased with the strong financial results in the quarter and the year.  Our success in expanding our product and supply chain offering, along with an intense focus on broadening and diversifying our global customer base, drove record sales, operating margins and net income in 2007.  ***We enter 2008 confident in our ability to continue executing on our growth strategies including further expanding our customer base as well as growing with our existing customers.***"<br><br>**[Jan. 29, '08 Press Release, pg. 1]** | ¶ 46 | No falsity is alleged (see Part I.B)<br><br>Forward-looking statement protected by PSLRA safe harbor (see Part I.C.3)<br><br>Immaterial puffery (see Part I.G) |
| 2 | "Sales growth in the quarter was again fairly broad based.  The breadth and diversity of the end markets we serve, along with our unique ability to provide global support to those customers, continues to drive new customer acquisition and expand our role with existing customers.  ***At the same time, we have continued to experience strong growth from our strategic initiatives in the security and OEM markets….***"<br><br>**[Jan. 29, '08 Press Release, pg. 2]** | ¶ 47 | No falsity is alleged (see Part I.B)<br><br>Immaterial puffery (see Part I.G) |

| No. | Alleged Misrepresentation | Cited | Reasons Why Statement Is Not Actionable |
|---|---|---|---|
| 3 | "…During the quarter we also continued to experience very solid new order flow in North America.  **We enter 2008 with a solid backlog of orders and a healthy pipeline of potential new projects….**"<br><br>**[Jan. 29, '08 Press Release, pg. 2]** | ¶ 47 | No falsity is alleged (see Part I.B)<br><br>Immaterial puffery (see Part I.G) |
| 4 | "…Taking out exchange rate differences and sales from acquisitions, overall sales in Europe were flat as compared to unusually strong sales results in the year ago quarter.  We continue to be encouraged by our growing presence in Europe and, similar to North America*, we enter 2008 with a solid backlog and healthy pipeline of potential new projects and customers.*"<br><br>**[Jan. 29, '08 Press Release, pg. 2]** | ¶ 47 | No falsity is alleged (see Part I.B)<br><br>Immaterial puffery (see Part I.G) |
| 5 | "The record sales and earnings performance in 2007 was the result of many of the same underlying trends that generated record performance over the past couple of years, especially as relates to expansion of our customer base.  *While 2008 begins with a well publicized, less certain overall economic environment than 2007, recent activity levels suggest the end markets we serve have remained strong and we are comfortable they will continue to present opportunities for growth in the coming year.*  As we look to the start of a new year, we remain focused on building on our strategic initiatives of growing our security and OEM supply businesses, initiating an industrial automation network sales effort, adding to our supply chain services offering, enlarging the geographic presence of our electrical wire & cable business, and expanding our product offering.  *We believe that if we continue to successfully execute our strategic initiatives to grow our product and service offerings and expand our customer base, we can drive solid sales and earnings growth in 2008.*''<br><br>**[Jan. 29, '08 Press Release, pg. 3]** | ¶ 48 | No falsity is alleged (see Part I.B)<br><br>Forward-looking statement protected by PSLRA safe harbor (see Part I.C.3)<br><br>Immaterial puffery (see Part I.G) |

| No. | Alleged Misrepresentation | Cited | Reasons Why Statement Is Not Actionable |
|---|---|---|---|
| 6 | "[T]his was an interesting quarter in terms of the disconnect between the broader markets negative economic news and the fact that our business performed so strongly in the period. *This disconnect continues into 2008 as early indications of our 2008 business activity continue to support a continuation of recent solid trends for our business despite the economic uncertainties in other parts of the economy.*"<br><br>**[Jan. 29, '08 Earnings Call Transcript, pg. 2]** | ¶ 49 | No falsity is alleged (see Part I.B)<br><br>Forward-looking statement protected by PSLRA safe harbor (see Part I.C.3)<br><br>Immaterial puffery (see Part I.G) |
| 7 | "*Overall in the market demand remain [sic] healthy across all markets*.  Larger project demand generally *remained robust* and we continue to have good success with our strategic initiatives….<br><br>…*Day to day demand from both new and existing customers also remain strong.*"<br><br>**[Jan. 29, '08 Earnings Call Transcript, pg. 2]** | ¶ 49 | No falsity is alleged (see Part I.B)<br><br>Immaterial puffery (see Part I.G) |
| 8 | "Excluding acquisitions and foreign exchange effects, year on year sales in Europe were flat compared to the unusually strong sales reported in the year ago fourth quarter. . . .<br><br>As a result, we were presented with a challenging year on year comparison in Europe. *Our business activity levels in Europe remain strong* although they are not experienced in the same exceptional rates of acceleration that they were in the second half of 2006.  As a result, the return to more traditional holiday related sales trends at the end of 2007 has produced the less favorable year on year comparison. *We remain optimistic, however, that an increasing base of global account projects, continued progress in expanding geographic scope of our electrical wiring and cable business and the growth of our mid eastern market presence will add to growth in Europe in the coming quarters.*"<br><br>**[Jan. 29, '08 Earnings Call Transcript, pgs. 2-3]** | ¶ 50 | No falsity is alleged (see Part I.B)<br><br>Forward-looking statement protected by PSLRA safe harbor (see Part I.C.3)<br><br>Immaterial puffery (see Part I.G) |

| No. | Alleged Misrepresentation | Cited | Reasons Why Statement Is Not Actionable |
|---|---|---|---|
| 9 | "So I think the breadth of our products and the breadth of our customers as well as our industries we served as well as the geographic coverage we provide, continued to fuel good growth and profitability. *As we go into 2008 we really haven't seen any changes in these trends. Activity levels are still good as it relates to product, customer, services, new customer opportunities.*" <br><br> **[Jan. 29, '08 Earnings Call Transcript, pg. 5]** | ¶ 51 | No falsity is alleged (see Part I.B) <br><br> Immaterial puffery (see Part I.G) |
| 10 | "[ANALYST:] … A little bit of noise in Europe from the fourth quarter last year and I was looking back at previous growth here and I think its been running right around high single digits, low double-digits. *When you step back and look at the underlying growth, do you see that level of growth in that let's say nine to 11% range continuing ahead here in Europe* and then Asia Pacific, Latin America[?]  A little slower growth, we have seen some strong quarters in the past and I guess it jumps around but you see the same kind of, I guess, underlying growth and at least over the next several quarters in the emerging countries as you have been seeing over the last year[?] <br><br> DENNIS LETHAM:  You know, as I said in the call, *we have not seen anything really as we go into the next year changing.  So, to answer your questions about Europe, we are still comfortable driving the kind of growth we have driven.*  We just had a, you know, - last year fourth quarter there was some stuff losing to the third quarter and bunch of project fixing up (indiscernible).  Now, I think you will see continuing in the emerging markets, you see very, very strong growth and you know, you have a little tick down, slow tick down percentage wise because the numbers get bigger.  Yes, probably. *But you're going to still see well, well above, I believe the overall growth rate coming out of those emerging markets*." <br><br> **[Jan. 29, '08 Earnings Call Transcript, pg. 11]** | ¶ 52 | No falsity is alleged (see Part I.B) <br><br> Forward-looking statement protected by PSLRA safe harbor (see Part I.C.3) |

| No. | Alleged Misrepresentation | Cited | Reasons Why Statement Is Not Actionable |
|---|---|---|---|
| 11 | "The factors driving the Company's strong organic growth [in 2007] were consistent with those the Company has seen during the past couple of years.  The Company experienced solid growth in larger project business, as it relates to data center builds in the enterprise cabling market and particularly within the energy/natural resources customers in the electrical and electronic wire and cable market. ***The Company also continues to experience strong growth in security and OEM supply sales.***"<br><br>**[Feb. 21, '08 Form 10-K, pg. 17]** | ¶ 55 | No falsity is alleged (see Part I.B)<br><br>Immaterial puffery (see Part I.G) |
| 12 | "(2) Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which susch statements were made, not misleading with respect to period covered by this report.<br><br>"(3) Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report.<br><br>*** <br><br>"(2) The information contained in the Report fairly presents, in all material respects, the financial condition and results of operations of the Company."<br><br>**[Feb. 21, '08 Form 10-K]** | ¶ 56 | No falsity is alleged (see Part I.B) |

| No. | Alleged Misrepresentation | Cited | Reasons Why Statement Is Not Actionable |
|---|---|---|---|
| 13 | "We are very pleased to report double digit increases in sales, operating profits and earnings per diluted share over the prior year quarter. The multiple end markets we serve, the diversity of industries in which our customers operate and the broad geographies over which our business is conducted *have given us the ability to sustain overall growth despite certain economic concerns*. We believe the diversity and depth of our business will continue to work to our shareholders' benefit *regardless of broader economic conditions*."<br><br>**[Apr. 22, '08 Press Release, pg. 1]** | ¶ 61 | No falsity is alleged (see Part I.B)<br><br>Forward-looking statement protected by PSLRA safe harbor (see Part I.C.3)<br><br>Immaterial puffery (see Part I.G) |
| 14 | "While there were a number of customer-specific situations where spending was reduced in response to slower economic conditions, *we do not believe this represents a broader trend*. Overall, we are encouraged by the fact that our backlog grew slightly during the first quarter and activity levels show the prospect for continued year-on-year sales growth. It should be noted that in 2007 we experienced unusually strong 14 percent consecutive quarter growth between the first and second quarter that was more than twice historical seasonal patterns and leaves us with a difficult year-on-year comparison for the upcoming second quarter. *Nonetheless, we expect to report not only consecutive quarter sales growth in the second quarter, but also year-on-year sales growth over the very strong second quarter of 2007*."<br><br>"We remain focused on building on our strategic initiatives including growing our security and OEM supply businesses, initiating an industrial automation network sales effort, adding to our supply chain services offering, enlarging the geographic presence of our electrical wire & cable business, and expanding our product offering. Short-term macro-economic conditions may slow our organic sales growth from the rates of the past couple of years, which when combined with the investment in these initiatives may limit near-term earnings growth. *We believe, however, that continued focus, investment and successful execution on these strategies will drive full-year and longer-term growth and profitability of the business*."<br><br>**[Apr. 22, '08 Press Release, pg. 3]** | ¶ 62 | No falsity is alleged (see Part I.B)<br><br>Forward-looking statement protected by PSLRA safe harbor (see Part I.C.3) |

| No. | Alleged Misrepresentation | Cited | Reasons Why Statement Is Not Actionable |
|---|---|---|---|
| 15 | "After more than two years in which sales growth was consistently broad based over the various customer end markets and geographies we serve, the first quarter of 2008 exhibited more divergent growth rates. Also, as compared to the year ago first quarter, the first quarter of 2008 reflects an unfavorable impact from holidays due to the timing of the New Year and Easter. ***Importantly, we continued to make significant progress on our major initiatives during the quarter, including growing in new markets.***"<br><br>**[Apr. 22, '08 Press Release, pg. 2]** | ¶ 63 | No falsity is alleged (see Part I.B)<br><br>Immaterial puffery (see Part I.G) |
| 16 | "While sales were up 11 percent, organic growth was 7 percent. ***As compared to the first quarter of last year, gross margins experienced some pressure in the electrical wire & cable market on a global basis and in the OEM supply market in Europe.*** At the same time, we have continued to invest in people to drive our initiatives of expanding our security business, the global reach of the electrical wire & cable business and our initial efforts in the factory automation market. ***Some of the factors pressuring gross margins in the first quarter are being mitigated through pricing actions. When combined with seasonal pick-ups in sales volumes, which should improve operating leverage, we anticipate higher operating margins during the year.***"<br><br>**[Apr. 22, '08 Press Release, pg. 2]** | ¶ 63 | No falsity is alleged (see Part I.B)<br><br>Forward-looking statement protected by PSLRA safe harbor (see Part I.C.3) |
| 17 | "…***In Europe, operating margins in the most recent quarter were 4.1 percent as compared to 4.6 percent in the year ago quarter. This decline in operating margins is largely within the OEM supply business. The lower OEM supply operating margins reflect a combination of lower gross margins***, costs associated with the closing of one facility, increased costs associated with preparations for business IT system conversions starting in 2009 and costs for development of expanded Asian product sourcing capabilities."<br><br>**[Apr. 22, '08 Press Release, pg. 2]** | ¶ 63 | No falsity is alleged (see Part I.B) |

| No. | Alleged Misrepresentation | Cited | Reasons Why Statement Is Not Actionable |
|---|---|---|---|
| 18 | "Over the past two or three quarters, our shareholders and the analysts who followed us have asked a lot of questions regarding the slowing economy and the extent to which it directly impacts our performance. In response to those questions, we have pointed to the diversity and depth of the end markets we serve, the various vertical markets in which our customers operate. ***The geographic diversity of our business model and various company driven initiatives as factors mitigating some of the effects of a slowing economy.***<br><br>"Details of our first quarter results highlight how the diversity of our business and the success of our growth initiatives ***did in fact mitigate the effects of the current economic slowdown*** to a sufficient degree to once again allow us to report double digit growth in sales, operating income and diluted earnings per share as well as improved operating margins versus the year ago quarter."<br><br>**[Apr. 22, '08 Earnings Call Transcript, pg. 1]** | ¶ 64 | No falsity is alleged (see Part I.B)<br><br>Forward-looking statement protected by PSLRA safe harbor (see Part I.C.3) |
| 19 | "After adjusting for acquisitions and exchange rate differences, we still achieved a ***healthy 7% organic sales growth*** as compared to the year-ago first quarter.  Adjust for holidays, the organic growth was 8% which is in line with the lower end of our 8% to 12% organic growth target range."<br><br>**[Apr. 22, '08 Earnings Call Transcript, pg. 2]** | ¶ 64 | No falsity is alleged (see Part I.B) |

| No. | Alleged Misrepresentation | Cited | Reasons Why Statement Is Not Actionable |
|---|---|---|---|
| 20 | "***The decline in gross margins was based in two areas.  The electrical wire and cable business in North America and the OEM supply business in Europe***.  In the electrical wire and cable business in North America, as I noted earlier, we encountered pricing issues in some of the products that are more commodity-like where certain manufacturers who had excess production capacity were taking pricing actions inconsistent with the underlying commodity price trends.  In the European OEM supply business, lower gross margins reflect timing issues with the pass-through of rising commodity prices. ***On the positive side, we've experienced recent improvements in both of these situations over the last several weeks and as a result, we believe that this gross margin pressure, seen in the first quarter will abate in the coming months***." <br><br>**[Apr. 22, '08 Earnings Call Transcript, pg. 3]** | ¶ 64 | No falsity is alleged (see Part I.B) <br><br>Forward-looking statement protected by PSLRA safe harbor (see Part I.C.3) |
| 21 | "I really want to start by saying that we're pleased with our results for the first quarter in an environment that included economic uncertainty and significant disruption in the credit markets… <br><br>" In North America and Europe the enterprise growth was affected by a challenging comparison to very strong project volume in the first quarter of 2007.  Last year, we saw more project spending from financial retail and technology customers than we have experienced this year. ***Their reduced spending is due in part to softer corporate spending but more significantly relates to specific project plans of individual customers.  However, the day to day sales activity along with new customer growth was helping for the quarter and bookings trended up in the past several weeks***." <br><br>**[Apr. 22, '08 Earnings Call Transcript, pg. 5]** | ¶ 65 | No falsity is alleged (see Part I.B) |

9

| No. | Alleged Misrepresentation | Cited | Reasons Why Statement Is Not Actionable |
|---|---|---|---|
| 22 | "Turning to the OEM supply business, we saw positive trends in the first quarter in both Europe and North America. Growth came from both new customer contracts as well as adding more products to existing customer programs. ***While some customers have reduced their production schedules, this was offset by growth with other customers and added products….*** There continue to be opportunities to expand the OEM supply business through adding more customers in existing geographic areas as well as expanding our coverage to other countries or regions of the world where we're not yet present….

"In ***closing, while there continues to be concern about the condition of the U.S. economy, we're seeing growth in our daily booking rates across all of the businesses and geographies.*** Even with the slower economic growth, we experienced in the first quarter, we were able to make investments in our growth initiatives, maintain good operating expense control and gain operating leverage in the business. ***Our backlogs remain healthy*** and as customers focus on total cost and working capital reductions, our supply chain services will continue to gain traction. We think that as our customers look for ways to become more efficient, the combination of our global geographic presence, supply chain services and high quality product offering will enable us to continue to gain market share. We expect that the second quarter will show a continuation of the trend of sequential quarterly growth as well as growth over 2007."

**[Apr. 22, '08 Earnings Call Transcript, pg. 6]** | ¶ 65 | No falsity is alleged (see Part I.B)

Forward-looking statement protected by PSLRA safe harbor (see Part I.C.3)

Immaterial puffery (see Part I.G) |

| No. | Alleged Misrepresentation | Cited | Reasons Why Statement Is Not Actionable |
|---|---|---|---|
| 23 | "[ANALYST]: …I think one of the key concerns that people are having today is that the potential that Anixter is being squeezed between OEMs and customers and I just wanted to clarify on your discussion about price increases.  Are you saying that the situation is that the OEMs are not passing through pricing, therefore, you're not passing through pricing?  Or is it more that the OEMs are passing through pricing but you're not able to[?]<br><br>"BOB ECK:  No.  I think, David, the answer is that because there was some over capacity based on the slowdown in manufacturing of building wire which is a market that we do not generally participate in, that excess capacity was then directed toward other products and the factories.  The result was that there was greater supply of those products so the manufacturers weren't pushing through the commodity costs but likewise, there was more volume in the market generally of those products that we participate in so that created a little bit of a margin squeeze for us.  ***But as Dennis and I both noted, what we're seeing already in the trends in the second quarter is that we've really pushed through that issue and we're seeing margins up already***.<br><br>"…I think part of this is if you look at the first quarter, like we said, you lost a couple of days at the beginning of the quarter….  You had the building wire market because the housing starts are down.  So, the manufacturers were in a position where they didn't raise prices as quickly as they normally do.  And there was excess capacity.  ***What we've seen happen toward the end of last quarter and the beginning of this quarter is pricing increases coming through, demand picking back up and you're kind of back into a normal cycle that happens with commodities.  We didn't see that in January and February.  Short term anomaly quite frankly.  Very quickly fixing itself***."<br><br>**[Apr. 22, '08 Earnings Call Transcript [pgs. 7-8]** | ¶ 66 | No falsity is alleged (see Part I.B)<br><br>Forward-looking statement protected by PSLRA safe harbor (see Part I.C.3) |

| No. | Alleged Misrepresentation | Cited | Reasons Why Statement Is Not Actionable |
|-----|---------------------------|-------|------------------------------------------|
| 24 | "[ANALYST:]  Wanted to drill down a little bit on the comments you made about daily bookings picking up in the enterprise and -- in the enterprise products.  And I think that -- I guess they were certainly down during the first quarter.  Is that a bit of a repeat of sort of summer credit crises when you had a glitch in bookings then it came back?  Does it feel like that?  What was the trend on the daily bookings during the quarter?  If you could put some color on that.<br><br>"DENNIS LETHAM: *I think what we're seeing, Ted, is more of a seasonal pattern impact here.  Than it is anything about the credit market issue.*  The pickup we're seeing in booking activity reflects what we would consider to be kind of normal, sequential, month to month quarter one to quarter two type of activity unfolding that *gives us reason to be optimistic about the pattern for the next quarter or two as opposed to assuming that there's some broader economic issue that is driving against the growth numbers.*<br><br>"[ANALYST:]  Would I be correct in thinking that the -- the daily bookings or the enterprise space did deteriorate sharply, maybe more so than normal during the first quarter[?]<br><br>"BOB ECK:  No, you know what.  Ted?  I wouldn't say that.  I think what we saw was a leveling out in our booking level in the first quarter.  We didn't see the type of growth that we normally might have expected and now I think as Dennis says, *we're back seeing more of the sequential growth pattern that we would expect from Q1 to Q2.*"<br><br>**[Apr. 22, '08 Earnings Call Transcript, pg. 8]** | ¶ 67 | No falsity is alleged (see Part I.B)<br><br>Forward-looking statement protected by PSLRA safe harbor (see Part I.C.3)<br><br>Immaterial puffery (see Part I.G) |

| No. | Alleged Misrepresentation | Cited | Reasons Why Statement Is Not Actionable |
|---|---|---|---|
| 25 | "[ANALYST:] …In the comments on the quarter, you talked about divergence between customers and product lines and then sort of in your wrap-up, you're talking about all geographies and all product lines showing better bookings.  Is there a difference here between the conditions in the quarter and the conditions now looking forward?  Or is that -- is there some inconsistency there?  I guess I wanted to have that reconciled.<br><br>"BOB ECK:  *I think what we're really trying to say is there [is] an improvement in conditions.  That's exactly [what] we're saying.*"<br><br>**[Apr. 22, '08 Earnings Call Transcript, pg. 9]** | ¶ 67 | No falsity is alleged (see Part I.B)<br><br>Forward-looking statement protected by PSLRA safe harbor (see Part I.C.3) |
| 26 | "Given that the second quarter year-on-year comparisons were difficult because of the exceptional growth in the prior year, especially on larger projects, we are encouraged by the higher than historical trend line growth in consecutive quarter sales from the first to second quarter of this year as well as the growth we realized over the unusually strong second quarter of 2007.  *While we continue to see select customer situations where sales are softer, we have not observed any broad-based negative trends in the various end markets and geographical regions where we have a business presence.  We believe the overall market conditions, as they currently exist, should allow for consecutive quarter sales growth from the second to third quarter of this year.*  If we achieve a modest level of consecutive quarter growth *it will move our third quarter year-on-year growth rates closer to our longer-term target of 8 to 12 percent yearly growth*."<br><br>**[July 22, '08 Press Release [pg. 3]** | ¶ 74 | No falsity is alleged (see Part I.C.1)<br><br>No falsity is alleged (see Part I.C.2)<br><br>Forward-looking statements protected by PSLRA safe harbor (see Part I.C.3) |

| No. | Alleged Misrepresentation | Cited | Reasons Why Statement Is Not Actionable |
|---|---|---|---|
| 27 | "Going forward through the next few quarters, we will remain focused on building on our strategic initiatives, which include growing our security and OEM Supply businesses, initiating a factory automation network sales effort, adding to our supply chain services offering, enlarging the geographic presence of our electrical wire & cable business, and expanding our product offering. *We are confident that continued focus on these investments and successful execution on these strategies will help drive full-year and longer-term growth of the business.* At the same time we believe the breadth of the end markets we serve, the diversity of the vertical markets our customers operate in and the broad geographical scope of our business will continue to provide excellent opportunities for growth."<br><br>**[July 22, '08 Press Release [pgs. 3-4]** | ¶ 74 | No falsity is alleged (see Part I.C.2)<br><br>Forward-looking statement protected by PSLRA safe harbor (see Part I.C.3)<br><br>Immaterial puffery (see Part I.G) |
| 28 | "We are pleased with the 10 percent increase in sales from the first to the second quarter of this year, which despite continuing macroeconomic uncertainty, exceeded longer-term seasonal trends. Also, while the second quarter year-on-year sales growth was modest due to the difficult comparison to last year's exceptionally strong second quarter, it was, however, stronger than we anticipated. *The multiple end markets we serve, the diversity of vertical end markets that our customers operate in and the breadth of geographies in which we conduct our business continue to support the company's ongoing revenue and earnings growth.*"<br><br>**[July 22, '08 Press Release, pg. 1]** | ¶ 75 | No falsity is alleged (see Part I.C.1)<br><br>Immaterial puffery (see Part I.G) |

| No. | Alleged Misrepresentation | Cited | Reasons Why Statement Is Not Actionable |
|---|---|---|---|
| 29 | "As compared to the second quarter of last year, *gross margins declined from 24.0 percent to 23.8 percent due to lower supplier volume growth incentives and continued pressure from rising steel and specialty metal prices in our OEM Supply business.* At the same time, we have continued to invest in people to drive our initiatives of expanding our security business, the global reach of the electrical wire & cable business, our initial efforts in the factory automation market and expansion of our business in emerging markets. *Despite the slight drop in gross margins and continued investment in growth initiatives, we were able to achieve a modest improvement in operating margins due to the increased operating leverage coming from growth in sales and sound expense management.*"<br><br>"…In Europe, operating margins in the most recent quarter were 5.3 percent as compared to 4.6 percent in the year ago quarter. This improvement in European operating margins reflects good sales growth and expense controls, *which offset the gross margin pressures in the OEM Supply business.*"<br><br>**[July 22, '08 Press Release, pg. 3]** | ¶ 75 | No falsity is alleged (see Part I.C.1) |
| 30 | "Turning to gross margins. We report second-quarter gross margins of 23.8% versus 24% in the year-ago quarter. During the recent quarter, *we continued to experience some price pressure from rising steel prices in our OEM supply business and the effects of lower supplier volume incentives that resulted from lower year-on-year sales growth rates, particularly in the enterprise cabling market….*"<br><br>**[July 22, '08 Earnings Call Transcript, pg. 3]** | ¶ 76 | No falsity is alleged (see Part I.C.1) |

| No. | Alleged Misrepresentation | Cited | Reasons Why Statement Is Not Actionable |
|---|---|---|---|
| 31 | "Turning now to OEM supply business, we continue to feel some margin pressure from steel price increases.  While *we have succeeded in negotiating price increases with our customers*, which will begin to impact margins in the third quarter, those increases tend to lag the continued run up in steel prices….<br><br>"*At the same time, we experienced very strong growth in Europe from new customers as well as adding new products with existing customers….*We are very pleased with the confidence these customers have in us and are now doing business in multiple countries with several of these new customers.  We have believed all along that we can build a unique global partner for multi-national customers and we are beginning to see that strategy drive benefits for our customers and ourselves.<br><br>**[July 22, '08 Earnings Call Transcript, pg. 6]** | ¶ 77 | No falsity is alleged (see Part I.C.1)<br><br>Immaterial puffery (see Part I.G) |
| 32 | "*In closing, while there are continuing concerns about weakness in our economy, we are seeing good growth across our businesses and around the world.*  We have continued to invest in the initiative that will carry us forward in the coming years while appropriately managing operating expenses, enabling us to continue to gain operating leverage in the business.  The drive toward globalization, new technologies, and relentless management of supply chain costs are all trends that we believe we are well-positioned to participate in with our customers.  *We expect the third quarter will again show sequential growth over the second quarter as well as over prior year.*"<br><br>**[July 22, '08 Earnings Call Transcript [pgs. 6-7]** | ¶ 77 | No falsity is alleged (see Part I.C.1)<br><br>No falsity is alleged (see Part I.C.2)<br><br>Forward-looking statements protected by PSLRA safe harbor (see Part I.C.3) |

| No. | Alleged Misrepresentation | Cited | Reasons Why Statement Is Not Actionable |
|---|---|---|---|
| 33 | "[ANALYST:] …[I]s quote activity I guess it's holding kind of steady the way its been for awhile?<br><br>***<br><br>"BOB ECK:  *Yes, quote activity, what we see on our project boards are holding reasonably steady.  We have got a lot of strength in wire cable, particularly with the EPC companies, with energy-related projects, with resources and we are seeing good quote activity, continued steady quote activity in the enterprise business.  We are not seeing big downward trends anyplace.  So we are comfortable with the backlog and the projects board at this point.*"<br><br>"DENNIS LETHAM:  To repeat a point Bob made earlier, *we have seen good quote activity in the OEM supply business and some good realization with some significant new contract activity over the last several months.*"<br><br>**[July 22, '08 Earnings Call Transcript [pgs. 10-11]** | ¶ 78 | No falsity is alleged (see Part I.C.1)<br><br>Immaterial puffery (see Part I.G) |

17

| No. | Alleged Misrepresentation | Cited | Reasons Why Statement Is Not Actionable |
|---|---|---|---|
| 34 | "[ANALYST:] I've got a couple of questions.  First, you are showing very good growth in Europe.  Can you describe the growth from the economy in Europe versus Anixter's strong performace?  Are you seeing slowing end markets there?  It didn't sound like it from the comentary.  I was just curious if you could comment about the direction of the economy in Europe versus your high growth to start with.<br><br>"BOB ECK:  Yes, I think it really crosses three business units and a lot of variables.  If you looked at the OEM supply business first, what we have seen, and this has been typical of what we have seen in our OEM supply business around the world, ***there are individual customers who may have slowing activity, and we have seen some of that in the European business.  On the other hand, we have other customers who, either because they are taking share in the markets or are in a more rapidly growing market, tend to pick up***.<br><br>"So I think if you looked at OEM supply, there is the UK market is beginning to slow a touch because there tends to be some talk about some macroeconomic factors there.  ***It is being offset by growth with other customers and other geographies.***<br><br>**[July 22, '08 Earnings Call Transcript, pg. 12]** | ¶ 79 | No falsity is alleged (see Part I.C.1)<br><br>Forward-looking statement protected by PSLRA safe harbor (see Part I.C.3) |

18

| No. | Alleged Misrepresentation | Cited | Reasons Why Statement Is Not Actionable |
|---|---|---|---|
| 35 | "DENNIS LETHAM:  I think on that point, Bob, it is important like in the second quarter we did see some softness in the UK market year-on-year on electrical wire and cable that our growth initiatives overall helped us overcome in electrical wire and cable in Europe.

"BOB ECK: Absolutely.  Again, we saw growth in the enterprise business, which came both from the security investment as well, again, as investment in continental Europe, where we have struggled in the past and *we've seen good pickup there*, which is offsetting slowness in the UK, which is trying to recover from big project spend last year.

"DENNIS LETHAM:  I think in general [if] you look at Europe we would probably mirror what you read in the press in that the UK has been softer for us this year than it was a year ago.  *But the continent has held together pretty well which when combined with our specific growth initiatives has left us with decent growth coming out of Europe.*"

**[July 22, '08 Earnings Call Transcript, pg. 12]** | ¶ 79 | No falsity is alleged (see Part I.C.1)

Immaterial puffery (see Part I.G) |

19

| No. | Alleged Misrepresentation | Cited | Reasons Why Statement Is Not Actionable |
|---|---|---|---|
| 36 | "[ANALYST:] … In the discussions you have right now with some of your largest cyclical companies let's say in your industrial markets, are they still indicating a reasonably good level of activity and optimism looking out past the next month, four to six weeks?<br><br>"BOB ECK: *I think that is a very customer specific question*. Some customers are challenged right now. Like I mentioned in the consumer discretionary space, some of those customers are challenged right now and are looking at tighter production runs and tighter spending. *Other customers are doing really quite well. I think there are specific customers in retail that are spending a lot of money, there are specific customers in energy that are spending a lot of money, there are customers alternative in energy that are spending money. So its hard to draw one broad answer. Again, we operate in so many geographies and across so many customer verticals that where one type of customer or segment is soft, other segments are strong*."<br><br>**[July 22, '08 Earnings Call Transcript, pg. 14]** | ¶ 80 | No falsity is alleged (see Part I.C.1)<br><br>Immaterial puffery (see Part I.G) |
| 37 | "…[o]ur continued commitment to our buyback program *reflects our strong confidence in both the company's near and long-term prospects* and our belief that Anixter shares represent a compelling value at current prices…. The repurchase of 4.8% of our outstanding shares since the first of the year *reflects our confidence in both the near and long-term outlook for our business*."<br><br>**[July 22, '08 Earnings Call Transcript, pg. 4]** | ¶ 81 | No falsity is alleged (see Part I.C.1)<br><br>No falsity is alleged (see Part I.C.2)<br><br>Forward-looking statements protected by PSLRA safe harbor (see Part I.C.3)<br><br>Immaterial puffery (see Part I.G) |

20

| No. | Alleged Misrepresentation | Cited | Reasons Why Statement Is Not Actionable |
|---|---|---|---|
| 38 | "The Company's consecutive quarter sales growth from the first to second quarter of 2008 of 9.9% was generated *despite the macroeconomic uncertainty that existed during the quarter*. The 2007 consecutive quarter growth from the first to second quarter was 13.8% which was well above that historical trend line. *Importantly, the Company continued to make significant progress on its major initiatives during the quarter, which include growing the Company's security and OEM supply sales*, initiating a factory automation network sales effort, adding to the supply chain services offering, enlarging the geographic presence of the electrical wire and cable business, expanding the Company's product offering and continuing to expand business in the Emerging Markets."<br><br>**[July 31, '08 Form 10-Q, pg. 14]** | ¶ 83 | No falsity is alleged (see Part I.C.1) |
| 39 | "*Gross Margins*:  Gross margins decreased in the second quarter of 2008 to 23.8% from 24.0% in the corresponding period in 2007 mainly due to pricing pressure from rising steel and specialty metal prices in the Company's OEM supply business and the effects of lower supplier volume incentives that resulted from lower year-on-year sales growth rates."<br><br>**[July 31, '08 Form 10-Q, pg. 15]** | ¶ 83 | No falsity is alleged (see Part I.C.1) |
| 40 | "In the OEM supply market, sales increased 4.8%, or $5.7 million, with strong sales growth to aerospace and defense customers offsetting continuing weakness with *certain customers* in the industrial portion of this market who have experienced production slowdowns that have negatively impacted the Company's sales."<br><br>**[July 31, '08 Form 10-Q, pg. 16]** | ¶ 83 | No falsity is alleged (see Part I.C.1) |

| No. | Alleged Misrepresentation | Cited | Reasons Why Statement Is Not Actionable |
|---|---|---|---|
| 41 | "*Europe Results of Operations* … Gross margins in the second quarter of 2008 were 25.7% compared to 26.1% in the corresponding period in 2007.  The decline in gross margins is primarily due to lower gross margins in the OEM supply market versus the prior year due to pricing pressure from rising steel and specialty metal prices in the Company's OEM supply business."<br><br>**[July 31, '08 Form 10-Q, pg. 17]** | ¶ 83 | No falsity is alleged (see Part I.C.1) |
| 42 | "The improvement in European operating profit *reflects good sales growth and expense controls*, which offset gross margin pressure in the OEM supply market."<br><br>**[July 31, '08 Form 10-Q, pg. 18]** | ¶ 83 | No falsity is alleged (see Part I.C.1)<br><br>Immaterial puffery (see Part I.G) |
| 43 | "(2) Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;<br><br>"(3) Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;<br><br>***<br><br>"(2) The information contained in the Report fairly presents, in all material respects, the financial condition and results of operations of the Company."<br><br>**[July 31, '08 Form 10-Q]** | ¶ 85 | No falsity is alleged (see Part I.C.1) |