# Exhibit J

Allegedly Actionable Statements

*Michigan Carpenters' Pension Fund v. Rayonier Advanced Materials, Inc.*, No. 3:18-cv-00771-MMH-JK (M.D. Fla. Mar. 29, 2019), ECF 85-2

## ALLEGEDLY ACTIONABLE STATEMENTS

| Who Statements Are Allegedly Attributable To | Statement Excerpts In Context *(Am. Comp. and/or source reference)* | Reasons Why Statements Are Not Actionable |
|---|---|---|
| **June 18, 2014 RYAM Information Statement** | | |
| 1. Paul G. Boynton, Chairman, President and CEO of RYAM ("Boynton") | "In July 2013, [RYAM] restarted the converted production line [from the $385 million CSE] and began the qualification process for the line's production with its customers. …  As cellulose specialties demand grows over the next several years.  *[RYAM] expects to increase its sales of cellulose specialties and complete its transition to a dedicated cellulose specialties supplier."*  (Am. Comp. ¶ 100; Mot. Ex. 1 at 10, 58). | • Forward-looking statement protected by safe harbor<br><br>• Opinion |
| 2. Boynton | "[RYAM] just completed 2014 price negotiations with its customers. Because of the market conditions noted above [including weakening end markets, increased competition and oversupply, RYAM] *expects* 2014 sales volumes of cellulose specialties of approximately 520,000 to 540,000 metric tons. … *Overall, this is an increase of approximately 30,000 to 50,000 metric tons above 2013."*  (Am. Comp. ¶ 100; Mot. Ex. 1 at 68). | • Forward-looking statement protected by safe harbor<br><br>• Opinion |
| 3. Boynton | "As demand for cellulose specialties grows, [RYAM] *expects* to increase sales of cellulose specialties and complete the transition to become a dedicated cellulose specialties and complete the transition to become a dedicated cellulose specialties supplier by 2017/2018. As production of cellulose specialties increases, *[RYAM] anticipates an increase in total sales and operating income, assuming 2013 price levels, as higher prices received on the additional cellulose specialties volume more than offset expected cost increases and the net reduction in overall production capacity."* (Am. Comp. ¶ 100; Mot. Ex. 1 at 67-68). | • Forward-looking statement protected by safe harbor<br><br>• Opinion |
| 4. Boynton | "[RYAM] has customers in more than 35 countries across five continents and delivers its products to more than 79 posts around the world and, as a result, [RYAM] has developed strategic competence in handling global logistics and distribution.  [RYAM's] *five largest customers, who account for approximately 70% of sales*, are all either well known global diversified specialty chemical companies or state owned enterprises. (Am. Comp. ¶ 101; Mot. Ex. 1 at 11). | • Failure to show falsity |
| 5. Boynton | "The quality and consistency of [RYAM's] cellulose specialties and its premier research and development capabilities create a *significant competitive advantage* resulting in a premium price (a price greater than competitors) for [RYAM's] products and driving strong profitability." (Am. Comp. ¶ 102; Mot. Ex. 1 at 10). | • Opinion<br><br>• Puffery |

| Who Statements Are Allegedly Attributable To | Statement Excerpts In Context *(Am. Comp. and/or source reference)* | Reasons Why Statements Are Not Actionable |
|---|---|---|
| 6.   Boynton | "In addition to SpinCo's recently completed cellulose specialties expansion project, which added approximately 190,000 metric tons of cellulose specialties capacity, *a few competitors* have announced expansions of their capacity." (Am. Comp. ¶ 103; Mot. Ex. 1 at 62). | • Fails to show falsity |
| **July 30, 2014 RYAM Press Release** | | |
| 7.   Boynton | "As the market remains in transition, we will continue to focus on operational excellence and build stronger partnerships with our customers. *Going forward, as the market grows, our newly converted line positions us well to grow with future demand and diversify without additional investment*." (Am. Comp. ¶ 113; Mot. Ex. 7 at 2). | • Forward-looking statement protected by safe harbor<br><br>• Opinion<br><br>• Puffery |
| **July 30, 2014 RYAM Conference Call** | | |
| 8.   Boynton | "Yes, I think it is still—we still feel very good about it. Again, we've said this, and we've even said at the time, the near-term is going to be a little bit plus or minus here. But the midterm, the longer term, *we feel there's a great opportunity to place this [CSE] volume out there*. And again, that guidance was based on 2013 margins essentially and obviously, those will change a bit over time.<br><br>But we still feel very confident that the market is growing in that 2% to 3% range, that's up to 50,000 tons per year. There's [a] limited number of players to serve that market. And some point, and whether it's using our numbers [or] using folks who track the market like Hawkins Wright, *we believe that our capacity and others capacity will be absorbed into the market place. And we will achieve this—the EBITDA growth that we have put out there as part of our CSE expansion*." (Am. Comp. ¶ 114; Mot. Ex. 6 at 13). | • Forward-looking statement protected by safe harbor<br><br>• Opinion<br><br>• Puffery |
| 9.   Boynton | "So, I can't give you any specifics on the pricing side of things going forward. All I can say is using the 2013 analysis that we provided, *we feel good that that [CSE] volume will get placed out there and will have an attractive term turn on that investment for our shareholders.*" (Am. Comp. ¶ 115; Mot. Ex. 7 at 14). | • Forward-looking statement protected by safe harbor<br><br>• Opinion<br><br>• Puffery |

| Who Statements Are Allegedly Attributable To | Statement Excerpts In Context *(Am. Comp. and/or source reference)* | Reasons Why Statements Are Not Actionable |
|---|---|---|
| 10. Benson Woo, RYAM's Former CFO ("Woo") | "Now, let's look at the impact from sales volume.  While Q2 2014 cellulose specialty sales volumes were consistent with first quarter of this year versus 2013 for the second quarter and year to date, 2014 volumes were unfavorably impacted by $7 million and $21 million respectively, due to ***the timing of customer shipments resulting from the Jesup plants' planned extended outage***.  As we have stated previously, we expect 2014 sales volumes to be ***back half loaded***.  You can refer to the appendix for historical sales volumes." (Am. Comp. ¶ 116; Mot. Ex. 7 at 3). | • Fails to show falsity |
| **August 5, 2014 RYAM Form 10-Q** | | |
| 11. Unknown | Unspecified statement.   Omission allegedly relates to the impact of "increased supply and competitive pressures on the Company's Specialties business, including the Company's ongoing contractual dispute with its largest customer, Eastman, over the Company's Specialties pricing and Eastman's ability to purchase Specialties from competitors of the Company charging lower prices."  (Am. Comp. ¶ 118). | • Fails to satisfy PSLRA pleading requirements |
| 12. Unknown | Unspecified statement.  Omission allegedly relates to RYAM's projection that "the production of Specialties would gradually increase manufacturing up to the full additional capacity resulting from the CSE (an additional 190,000 metric tons)."  (Am. Comp. ¶ 119.) | • Fails to satisfy PSLRA pleading requirements |
| **September 9, 2014 KeyBanc Capital Markets<br>Basic Materials & Packaging Conference** | | |
| 13. Boynton | "What we have that is ***very unique in the market***—there's two main processes used to purify a tree fiber.  There's what's called a kraft process, which we have in Jesup, Georgia, which is not unlike Buckeye.  It's not unlike the Sateri in Brazil.  And there's the sulfite process that we have in Fernandina Beach, Florida, which is similar to what Borregaard has, Sappi Saiccor has, Tembec has, Neucel, Cosmo.  That's a sulfite process." (Am. Comp. ¶ 123; Mot. Ex. 14 at 5). | • Opinion<br>• Puffery |
| 14. Boynton | "But we are the only company that has both kraft and sulfite.  We're the only company that can use inputs from both hardwood and softwood. And our ability to mix and match those combinations gives us the ability to make every product in this spectrum.  And with that, we've got a very significant R&D effort.  We've got a very significant technical support team for our customers.  We can mimic almost all of their processes in our labs.  We've got a very international group of scientists sitting in Jesup, Georgia, supporting this business. ***And it's a really nice, unique edge that we have.***" (Am. Comp. ¶ 123; Mot. Ex. 14 at 5). | • Opinion<br>• Puffery |

| Who Statements Are Allegedly Attributable To | Statement Excerpts In Context *(Am. Comp. and/or source reference)* | Reasons Why Statements Are Not Actionable |
|---|---|---|
| 15. Boynton | "And again, this part is really what we look at as what we have to protect quite a bit. We don't patent anything we do, we don't disclose anything we do, we lock up our people and our processes fairly securely. You don't usually leave [RYAM] to go work for a competitor. You just can't do that, because this has got to be—remain protected. It doesn't mean that the information is not out there somewhere, it doesn't mean other people can't do it, but *we just have some very unique things that we can do. And again, it gives us an edge in the market."* (Am. Comp. ¶ 123; Mot. Ex. 14 at 5). | • Opinion<br><br>• Puffery |
| 16. Boynton | "The market is somewhat **protected** in a way that you really have to understand your customers. So, if you look at what are the **barriers of entry** here? Number one is customer intimacy. You've got to know the customer and you've got to know not just the customer and what they're looking for, and not just what they are looking for, what they are looking for in a particular line on a particular process with that particular material what you're going to send them." (Am. Comp. ¶ 123; Mot. Ex. 14 at 5). | • Opinion<br><br>• Fails to show falsity |
| 17. Boynton | [cont. from above] "…So it's really hard to have that customer intimacy. So if you know what they are looking for, though, because you have that invitation to get really close to a customer, then you got to know how to make it.<br><br>And that's all of this. And this is all available in a textbook. Everything we do is textbook available, but there's a lot of art to this science. There's 85 years of trial and error in this, and we do things very uniquely than others. *And with that, almost across the board, we have a nice premium for our product relative to the competition.* It doesn't mean it's a premium that's always going to be there. It doesn't mean that it's a premium that is foolproof, but we have got a nice position in the marketplace." (Am. Comp. ¶ 123; Mot. Ex. 14 at 5). | • Opinion<br><br>• Fails to show falsity |
| **October 29, 2014 RYAM Conference Call** | | |
| 18. Boynton | "*We are also working to actively extend contracts with existing customers as those opportunities present themselves. For example, as we recently reported in an 8-K filing, we have extended a contract with a significant long-term customer. We are pleased to add another year onto an already multiyear contract* [from the end of 2014 to the end of 2015]." (Am. Comp. ¶ 129; 10/29/14 RYAM Conf. Call at 4). | • Forward-looking statement protected by safe harbor<br><br>• Opinion<br><br>• Fails to show falsity |

| Who Statements Are Allegedly Attributable To | Statement Excerpts In Context *(Am. Comp. and/or source reference)* | Reasons Why Statements Are Not Actionable |
|---|---|---|
| 19. Boynton | Analyst: "Can you give a sense as to which—with respect to that contract that got renewed, as to why it was renewed only for one year as opposed to, let's say, three years, which I believe the last contract was renewed for?"<br><br>Boynton: "This is pretty typical. We often renew—extend contracts for a year at a time, couple years at a time. We've had contracts in the past that were three years that turned into five year-, six year-, seven-year contracts. This is ***nothing out of the ordinary.*** It just happens to be the circumstances of this particular contract." (Am. Comp. ¶ 129; 10/29/14 RYAM Conf. Call at 4-5). | • Opinion<br><br>• Fails to show falsity |
| 20. Boynton | ***"Our discussions [with customers] are good, they're healthy, they're ongoing. I really have no more flavor to add to it at this point."*** (Am. Comp. ¶ 130; 10/29/14 RYAM Conf. Call at 7). | • Opinion<br><br>• Fails to show falsity |
| 21. Boynton | Analyst [With respect to losing or gaining share of Specialties acetate business to competitors]: "[D]o you have a view on whether you're maintaining share or losing share or gaining share?"<br><br>Boynton: "We haven't broken it down by share or updated that in any specific way. But for the year, we said our sales, CS sales, will be comparable to the prior year. We are pretty ***steady-state*** at this point in time. And if we go out there and adjust anything, we'll adjust it in the coming periods. Overall, I'd say the view should be pretty ***steady-state*** on our business." (Am. Comp. ¶ 130; 10/29/14 RYAM Conf. Call at 11). | • Opinion<br><br>• Fails to show falsity |
| **November 4, 2014 RYAM Form 10-Q** | | |
| 22. Unknown | Unspecified statement.  Omission allegedly relates to "the impact of oversupply and increased competition on [RYAM's] Specialties business, including the Company's ongoing  contractual dispute with its largest customer, Eastman, over the Company's Specialties pricing and Eastman's ability to purchase Specialties from competitors of the Company charging lower prices." (Am. Comp. ¶ 132). | • Fails to satisfy PSLRA pleading requirements |

| Who Statements Are Allegedly Attributable To | Statement Excerpts In Context *(Am. Comp. and/or source reference)* | Reasons Why Statements Are Not Actionable |
|---|---|---|
| | **January 28, 2015 RYAM Conference Call** | |
| 23. Boynton | "But again, *we feel confident in the CS volume being out there, and* basically as I noted before, that *we've actually increased our share of volume at each of our top 10 customers.* So again, hopefully that helps you reconcile again 2014 to 2015." (Am. Comp. ¶ 141; 1/28/15 RYAM Conf. Call at 7). | • Forward-looking statement protected by safe harbor<br><br>• Opinion<br><br>• Puffery<br><br>• Fails to show falsity |
| 24. Boynton | "[T]here's not a single answer to that. Every customer is different. We've got different things with different customers.<br><br>Overall, and consistent with what we said before, we said look, our pricing, it's an annual discussion on price. It's based on supply and demand in the market. …<br><br>It's about where our costs are at. It's about where our customers' costs are at. And it's about global currencies.<br><br>And so all that in, we come up with working with our customers a price that we think works for them and for us. So *there's not a set pattern, formula, pricing floor, whatever, for anybody.* It's all different for each of the customers. But it really—the basis for it is around those four factors." (Am. Comp. ¶ 142; 1/28/15 RYAM Conf. Call at 16-17). | • Fails to show falsity |
| 25. Boynton | *"We don't know where our competitors are priced at, so I can't say specifically if we're maintaining or not maintaining it* [with respect to value premium]. But I do believe that we get an advantage in the total value that we bring, and that's what we've always brought to the equation is how our product runs, the quality we provide our customers, their ability to sell that onto their customers.<br><br>So there's a lot of beyond price that we offer, and I think all of our customers respect that. Of course, that's always going to be challenged in discussions we are going to have around that." (Am. Comp. ¶ 142; 1/28/15 RYAM Conf. Call at 17-18). | • Opinion<br><br>• Fails to show falsity |

| Who Statements Are Allegedly Attributable To | Statement Excerpts In Context *(Am. Comp. and/or source reference)* | Reasons Why Statements Are Not Actionable |
|---|---|---|
| **February 27, 2015 RYAM Form 10-K** | | |
| 26. Boynton/Frank Ruperto, RYAM's CFO ("Ruperto") | "The Company had *sales to four significant customers which represented over 10 percent of total sales for the three years ended December 31 [, 2014]."* (Am. Comp. ¶ 143; Mot Ex. 10 at F-12). | • Fails to show falsity |
| 27. Unknown | Unspecified statement.  Omission allegedly relates to "the impacts of supply, demand, and competition on the Company's Specialties business with such customers, including the Company's ongoing contractual dispute with its largest customer, Eastman, over the Company's Specialties pricing and Eastman's ability to purchase Specialties from competitors of the Company charging lower prices."  (Am. Comp. ¶ 143). | • Fails to satisfy PSLRA pleading requirements |
| 28. Boynton/Ruperto | "The quality and consistency of our cellulose specialties and research and development capabilities create a *significant competitive advantage, resulting in a premium price for our products."* (Am. Comp. ¶ 144; Mot. Ex. 10 at 4). | • Opinion<br><br>• Puffery<br><br>• Fails to show falsity |
| **May 1, 2015 RYAM Conference Call** | | |
| 29. Ruperto | "Commodity volumes for the first quarter increased 12,000 tons to 58,000 tons over the fourth quarter due to strong production at the end of 2014 and our planned increase of commodity sales. *It is important to note that most of our estimated full-year 2015 cellulose specialty sales volume is contracted. Therefore, while the timing of our cellulose specialty sales may be impacted by seasonal order patterns and inventory destocking, our full-year sales volume is largely known and expected to be comparable to 2014 and 2013 levels as previously guided."* (Am. Comp. ¶ 149; 5/1/15 RYAM Conf. Call at 2). | • Forward-looking statement protected by statutory safe harbor<br><br>• Opinion<br><br>• Fails to show falsity |
| **May 1, 2015 RYAM Form 10-Q** | | |
| 30. Unknown | Unspecified statement.  Omission allegedly relates to the "impact of oversupply and increased competition on the Company's Specialties business, including the Company's ongoing contractual dispute with its largest customer, Eastman, over the Company's Specialties pricing and Eastman's ability to purchase Specialties from competitors of the company charging lower prices."  (Am. Comp. ¶ 150). | • Fails to satisfy PSLRA pleading requirements |

| Who Statements Are Allegedly Attributable To | Statement Excerpts In Context *(Am. Comp. and/or source reference)* | Reasons Why Statements Are Not Actionable |
|---|---|---|
|  | **July 30, 2015 RYAM Press Release**<br>**Announcing "Strategic Repositioning"** | |
| 31. Boynton | "In response to **the persistent imbalance of supply and demand in the cellulose specialties market,** the Company will reconfigure its asset base to modify its 190,000 ton C-line at the Jesup plant for the permanent production of commodity products, specifically fluff and viscose. Certain assets that were installed on the C-line during the cellulose specialties expansion will be repositioned to the A-line to replace less efficient equipment. Upon completion in the first quarter of 2016, the Company's overall cellulose specialties capacity will be reduced by 190,000 tons, or 28 percent, while its annual fluff and viscose production capacity will increase by approximately 11 percent to 245,000 tons annually. **The Company's strategic repositioning is expected to reduce costs by approximately $14 million annually**, in part driven by a reduction of 43 manufacturing positions, and requires a one-time, non-cash write-off of $28 million related to abandoned assets." (Am. Comp. at ¶ 153; 7/30/15 RYAM Press Release at 1). | • Forward-looking statement protected by statutory safe harbor<br><br>• Opinion<br><br>• Fails to show falsity |
|  | **July 30, 2015 RYAM Conference Call** | |
| 32. Boynton | "[RYAM] believe[s] that the growth in the cellulose specialties end markets will be **lower than previously anticipated**…On the supply side, cellulose specialties capacity has increased as a result of our 2013 expansion, the expansion of others, and improvement in product quality from certain competitors. The combination of slow demand growth and increased available supply has created a **supply/demand imbalance** and negatively impacted our cellulose specialty prices, declining by 14% **over the last two years."** (Am Comp. ¶ 155; 7/30/15 RYAM Conf. Call at 4). | • Forward-looking statement protected by statutory safe harbor<br><br>• Opinion<br><br>• Fails to show falsity |
| 33. Boynton | In discussing new pricing negotiations Boynton confirmed that they take place **"in the third and fourth quarter, principally in the fourth quarter."** (Am Comp. ¶ 156; 7/30/15 RYAM Conf. Call at 10). | • Fails to show falsity |
|  | **August 6, 2015 RYAM Form 10-Q** | |
| 34. Unknown | Unspecified statement.  Omission allegedly relates to the impact of "oversupply and increased competition on the Company's Specialties business, including the Company's ongoing contractual dispute with its largest customer, Eastman, over the Company's Specialties pricing and Eastman's ability to purchase Specialties from competitors of the Company charging lower prices." (Am. Comp. ¶ 157). | • Fails to satisfy PSLRA pleading requirements |

8