## INDEX OF EXHIBITS TO STIPULATION OF SETTLEMENT

| DOCUMENT | EXHIBIT |
|---|:---:|
| [Proposed] Order Preliminarily Approving Settlement and Providing for Notice | A |
| Notice of Pendency and Proposed Settlement of Class Action | A-1 |
| Proof of Claim and Release | A-2 |
| Summary Notice of Pendency and Proposed Settlement of Class Action | A-3 |
| Postcard Notice | A-4 |
| [Proposed] Final Judgment and Order of Dismissal with Prejudice | B |