# EXHIBIT A-4

**<u>LEGAL NOTICE</u>**

*Luo v. Spectrum Pharmaceuticals, Inc., et al.*,
No. 2:21-cv-01612-CDS-BNW
c/o Verita Global
P.O. Box 301171
Los Angeles, CA  90030-1171

www.SpectrumPharmaceuticalsSecuritiesSettlement.com

Court-Ordered Legal Notice
(Forwarding Service Requested)

This notice contains important information about a securities class action settlement.

You may be entitled to a payment.  This notice may affect your legal rights.

Please read this notice carefully.


**[INCLUDE BARCODE FOR WEBSITE]**

- 1 -

4922-5038-8276.v2

THIS POSTCARD PROVIDES ONLY LIMITED INFORMATION ABOUT THE SETTLEMENT.
VISIT WWW.SPECTRUMPHARMACEUTICALSSECURITIESSETTLEMENT.COM OR CALL 1-____-___-_____ FOR MORE INFORMATION.

If you purchased or otherwise acquired Spectrum Pharmaceuticals, Inc. ("Spectrum") common stock between March 7, 2018, and August 5, 2021, inclusive, you could be entitled to a payment from a proposed settlement ("Settlement") reached in the above-captioned action ("Litigation").  Your rights may be affected by this Litigation and the Settlement.  A hearing will be held on _____, 2025, at __:__ .m., at the United States District Court, District of Nevada, Lloyd D. George Federal Courthouse, 333 Las Vegas Boulevard South, Las Vegas, NV 89101 ("Settlement Hearing"), before the Honorable Cristina D. Silva, to determine whether the proposed Settlement of the Litigation against Defendants Spectrum, Joseph W. Turgeon, Kurt A. Gustafson, Francois J. Lebel, and Thomas J. Riga for $15.95 million in cash and the Plan of Allocation should be approved as fair, reasonable, and adequate; whether the Litigation should be dismissed with prejudice against Defendants, as set forth in the Stipulation of Settlement ("Stipulation") filed with the Court; and whether Lead Counsel's application for an award of attorneys' fees of up to 30% of the Settlement Amount, and expenses not to exceed $200,000, plus interest on both amounts, and an award to Lead Plaintiff, should be granted.

If approved, the Settlement will resolve a putative class action lawsuit alleging that, in violation of the U.S. federal securities laws, the Defendants misled investors by making materially false and misleading statements and failing to disclose material information, which caused Spectrum's stock to trade at artificially inflated prices until the nature of the alleged wrongdoing was revealed, causing Spectrum's stock price to fall.  Defendants deny the allegations and any liability or wrongdoing of any kind.  For a full description of the proposed Settlement and your rights, and to make a claim, you may obtain the Stipulation, long-form Notice of Pendency and Proposed Settlement of Class Action ("Notice"), and the Proof of Claim and Release form ("Claim Form") by visiting the website: www.SpectrumPharmaceuticalsSecuritiesSettlement.com ("Website") or you may request copies of the documents from the Claims Administrator by: (i) mail: *Spectrum Pharmaceuticals Securities Settlement*, c/o Verita Global, P.O. Box 301171, Los Angeles, CA  90030-1171, or (ii) toll-free call: 1-____-___-_____.

To qualify for a payment from the Settlement, you must submit a valid Claim Form, with supporting documentation, postmarked or submitted online no later than _____, 2025.  Your *pro rata* share of the Settlement will depend on the number of valid claims, and the number, size, and timing of your transactions in Spectrum common stock.  The estimated average distribution per share of Spectrum common stock is approximately $0.06, before deducting any Court-approved fees and expenses.  Your actual share of the Settlement will be determined pursuant to the proposed Plan of Allocation set forth in the Notice, or other plan approved by the Court.

You will be bound by any judgment or order entered in the Litigation, regardless of whether you submit a Claim Form, unless you exclude yourself from the Class.  If you exclude yourself from the Class, you cannot get money from this Settlement.  If you are a Class Member and do

- 2 -

4922-5038-8276.v2

not exclude yourself from the Class, you may object to the proposed Settlement, Plan of Allocation, and/or request for award of attorneys' fees and expenses and award to Lead Plaintiff no later than _____, 2025.  The long-form Notice and the Website explain how to exclude yourself from the Class or how to object.

Lead Plaintiff and the Class are represented by Lead Counsel:  Ellen Gusikoff Stewart, Robbins Geller Rudman & Dowd LLP, 655 West Broadway, Suite 1900, San Diego, CA 92101, 800-449-4900, settlementinfo@rgrdlaw.com.  You may, but do not have to, attend the Settlement Hearing to be heard.  The Court reserves the right to hold the Settlement Hearing telephonically or by other virtual means and/or change its date and/or time.  Please check the Website for updates.