# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Jose Chung Luo, et al., | Case No. 2:21-cv-001612-CDS-BNW |
| Plaintiffs | **Order Setting Hearing on Motion for Preliminary Approval of Proposed Class Action Settlement** |
| v. | |
| Spectrum Pharmaceuticals, Inc., et al., | [ECF No. 130] |
| Defendants | |

Lead plaintiff International Trading Group, Inc. filed an unopposed motion for preliminary approval of settlement. ECF No. 130. Under Federal Rule of Civil Procedure 23, if a proposal would bind class members, "the court may approve it only after a hearing and only on finding that it is fair, reasonable, and adequate after considering" a number of factors. Fed. R. Civ. P. 23(e)(2). Generally, the approval of class action settlements under Rule 23(e) occurs in two stages. In the first stage, "the court preliminarily approves the settlement pending a fairness hearing, temporarily certifies a settlement class, and authorizes notice to the class." *Ontiveros v. Zamora*, 2014 WL 3057506, at *2 (E.D. Cal. July 7, 2014). Because that phase focuses on assessing whether the proposed settlement merits preliminary approval, which would lay the groundwork for a future fairness hearing, the parties are ordered to appear for a hearing on plaintiffs' unopposed motion for preliminary approval of settlement on June 11, 2025, at 10:00 a.m. in LV Courtroom 6B.

Dated: May 22, 2025

_____
Cristina D. Silva
United States District Judge