UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOSE CHUNG LUO, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>SPECTRUM PHARMACEUTICALS, INC., et al.,<br><br>Defendants. | No. 2:21-cv-01612-CDS-BNW<br><br>CLASS ACTION<br><br>**DECLARATION OF JOHN B. LAWRENCE** |

I, John B. Lawrence declare the following pursuant to 28 U.S.C. § 1746:

1.      I am an attorney with the law firm of Baker Botts L.L.P., which is counsel of record for Defendants Spectrum Pharmaceuticals, Inc., Joseph W. Turgeon, Kurt A. Gustafson, Dr. Francois J. Lebel, and Thomas J. Riga in the above-captioned case.

2.      I am legally competent to make this declaration. I have personal knowledge and am familiar with the matters stated in this declaration, and all of the facts and statements contained herein are true and correct.

3.      On May 19, 2025, on behalf of all Defendants I sent or caused to be sent 57 notices of the proposed settlement of the above-captioned case, pursuant to 28 U.S.C. § 1715(b) ("CAFA Notices"). The CAFA Notices were sent by certified mail to 54 officials (the Attorneys General of the United States, 47 states, the District of Columbia, and the United States Territories). Per the direction of the Offices of the Attorneys General of Connecticut, Nevada, and New York, I sent the CAFA Notices to those Attorneys General via email. The CAFA Notice Service List is attached hereto as **Attachment 1**.

4.      The CAFA Notices each included a cover letter that provided notice of the proposed settlement of the above-captioned case. A true and correct copy of the cover letter sent to the Attorney General of the United States is attached hereto as **Attachment 2**. The cover letters sent to the other recipients differed only in address information.

- 1 -

5.    The CAFA Notices also each included enclosed documents (contained on a USB flash drive enclosed with the 54 CAFA Notices sent by certified mail, and included as email attachments to the 3 CAFA Notices sent by email) consisting of the following:

a.    The live complaint, which is the Second Amended Consolidated Class Action Complaint (filed March 29, 2024), as well as all prior complaints filed in this matter: the Class Action Complaint (filed August 31, 2021) and the Amended Consolidated Class Action Complaint (filed September 26, 2022).

b.    The parties' Stipulation of Settlement, a Proposed Order Preliminarily Approving Settlement and Providing for Notice (Exhibit A), a Notice of Pendency and Proposed Settlement of Class Action (Exhibit A-1), a Proof of Claim and Release (Exhibit A-2), a Summary Notice of Pendency and Proposed Settlement of Class Action (Exhibit A-3), a Postcard Notice (Exhibit A-4), a Proposed Final Judgment and Order of Dismissal with Prejudice (Exhibit B), and the Plaintiff's Unopposed Motion for Preliminary Approval of Settlement (all filed May 9, 2025).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 4, 2025.

John B. Lawrence

# Attachment 1

ATTACHMENT 1
CAFA Notice Service List - 05/19/2025

| | Name | Title | Address |
|---|---|---|---|
| 1. | The Honorable Pamela J. Bondi | Attorney General of the United States | U.S. Department of Justice 950 Pennsylvania Avenue NW Washington, DC 20530 |
| 2. | The Honorable Steve Marshall | Alabama Attorney General | 501 Washington Avenue P.O. Box 300152 Montgomery, AL 36130-0152 |
| 3. | The Honorable Treg Taylor | Alaska Attorney General | 1031 W. 4th Avenue, Suite 200 Anchorage, AK 99501-1994 |
| 4. | The Honorable Gwen Tauiliili-Langkilde | American Samoa Attorney General | GHC Reid Bldg above Sook's Sushi P.O. Box 7 Pago Pago, AS 96799 |
| 5. | The Honorable Kris Mayes | Arizona Attorney General | 400 West Congress South Bldg., Ste 315 Tucson, AZ 85701-1367 |
| 6. | The Honorable Tim Griffin | Arkansas Attorney General | 323 Center St., Suite 200 Little Rock, AR 72201-2610 |
| 7. | The Honorable Rob Bonta | California Attorney General | 1300 I Street, Ste. 1740 Sacramento, CA 95814-2919 |
| 8. | The Honorable Phil Weiser | Colorado Attorney General | Ralph L. Carr Colorado Judicial Center 1300 Broadway, 10th Floor Denver, CO 80203 |
| 9. | The Honorable William Tong | Connecticut Attorney General | **Via Email AG.CAFA@CT.GOV** 165 Capitol Avenue Hartford, CT 06106 |
| 10. | The Honorable Kathy Jennings | Delaware Attorney General | Carvel State Office Bldg. 820 N. French St. Wilmington, DE 19801 |
| 11. | The Honorable Brian Schwalb | District of Columbia Attorney General | 400 6th St., NW Washington, DC 20001 |

1

ATTACHMENT 1
CAFA Notice Service List - 05/19/2025

|  | Name | Title | Address |
|---|---|---|---|
| 12. | The Honorable James Uthmeier | Florida Attorney General | The Capitol, PL-01 Tallahassee, FL 32399-1050 |
| 13. | The Honorable Chris Carr | Georgia Attorney General | 40 Capitol Square, SW Atlanta, GA 30334-1300 |
| 14. | The Honorable Douglas Moylan | Guam Attorney General | Office of the Attorney General, ITC Building 590 S. Marine Corps Drive, Ste. 706 Tamuning, Guam 96913 |
| 15. | The Honorable Anne E. Lopez | Hawaii Attorney General | 425 Queen Street Honolulu, HI 96813 |
| 16. | The Honorable RaúI Labrador | Idaho Attorney General | 700 W. Jefferson Street, Suite 210 Boise, ID 83720-1000 |
| 17. | The Honorable Kwame Raoul | Illinois Attorney General | 500 South Second Street Springfield, IL 62701 |
| 18. | The Honorable Todd Rokita | Indiana Attorney General | Indiana Government Center South – 5th Floor 302 West Washington Street Indianapolis, IN 46204 |
| 19. | The Honorable Brenna Bird | Iowa Attorney General | Hoover State Office Bldg. 1305 E. Walnut Des Moines, IA 50319 |
| 20. | The Honorable Kris Kobach | Kansas Attorney General | 120 S.W. 10th Ave., 2nd Floor Topeka, KS 66612-1597 |
| 21. | The Honorable Russell Coleman | Kentucky Attorney General | 700 Capital Avenue, Ste. 118 Frankfort, KT 40601-3449 |
| 22. | The Honorable Liz Murrill | Louisiana Attorney General | 1885 North Third Street Baton Rouge, LA 70802 |

ATTACHMENT 1
CAFA Notice Service List - 05/19/2025

|  | Name | Title | Address |
|---|---|---|---|
| 23. | The Honorable Aaron Frey | Maine Attorney General | 6 State House Station E Augusta, ME 04333 |
| 24. | The Honorable Anthony G. Brown | Maryland Attorney General | 200 St. Paul Street Baltimore, MD 21202-2202 |
| 25. | The Honorable Andrea J. Campbell | Massachusetts Attorney General | 1 Ashburton Place, 20th FL Boston, MA 02108 |
| 26. | The Honorable Dana Nessel | Michigan Attorney General | G. Mennen Williams Bldg. 525 W. Ottawa Street P.O. Box 30212 Lansing, MI 48909-0212 |
| 27. | The Honorable Keith Ellison | Minnesota Attorney General | 445 Minnesota Street Suite 600 Saint Paul, MN 55101-2131 |
| 28. | The Honorable Lynn Fitch | Mississippi Attorney General | Department of Justice P.O. Box 220 Jackson, MS 39205 |
| 29. | The Honorable Andrew Bailey | Missouri Attorney General | Supreme Ct. Building 207 W. High St. Jefferson City, MO 65101 |
| 30. | The Honorable Austin Knudsen | Montana Attorney General | Justice Bldg. 215 N. Sanders Helena, MT 59620-1401 |
| 31. | The Honorable Mike Hilgers | Nebraska Attorney General | State Capitol, RM 2115 P.O. Box 98920 Lincoln, NE 68508 |
| 32. | The Honorable Aaron D. Ford | Nevada Attorney General | **Via Email** **NVAGCAFAnotices@ag.nv.gov** c/o CAFA Coordinator Office of the Nevada AG Bureau of Consumer Protection 100 N. Carson Street Carson City, NV 89701 |

3

ATTACHMENT 1
CAFA Notice Service List - 05/19/2025

| | Name | Title | Address |
|---|---|---|---|
| 33. | The Honorable John Formella | New Hampshire Attorney General | 1 Granite Place South Concord, NH 03301 |
| 34. | The Honorable Matthew J. Platkin | New Jersey Attorney General | Hughes Justice Complex 25 Market Street Trenton, NJ 08625 |
| 35. | The Honorable Raul Torrez | New Mexico Attorney General | P.O. Drawer 1508 Santa Fe, MN 87504-1508 |
| 36. | The Honorable Letitia A. James | New York Attorney General | **Via Email CAFA.Notices@ag.ny.gov** Office of the New York State Attorney General Dept. of Law – The Capitol, 2nd Floor Albany, NY 12224-0341 |
| 37. | The Honorable Jeff Jackson | North Carolina Attorney General | Attorney General Office 114 West Edenton Street Raleigh, NC 27603 |
| 38. | The Honorable Drew Wrigley | North Dakota Attorney General | State Capitol 600 E. Boulevard Ave. Bismarck, ND 58505-0040 |
| 39. | The Honorable Edward Manibusan | Northern Mariana Islands Attorney General | Administration Building P.O. Box 10007 Saipan, MP 96950-8907 |
| 40. | The Honorable Dave Yost | Ohio Attorney General | State Office Tower 30 E. Broad Street, 14th Floor Columbus, OH 43215 |
| 41. | The Honorable Gentner Drummond | Oklahoma Attorney General | 313 NE 21st Street Oklahoma City, OK 73105 |
| 42. | The Honorable Dan Rayfield | Oregon Attorney General | Justice Bldg. 1162 Court St., NE Salem, OR 97301-4096 |

4

ATTACHMENT 1
CAFA Notice Service List - 05/19/2025

|  | Name | Title | Address |
|---|---|---|---|
| 43. | The Honorable Dave Sunday | Pennsylvania Attorney General | Strawberry Square, 16th Floor Harrisburg, PA 17120 |
| 44. | The Honorable Janet Parra-Mercado | Puerto Rico Attorney General | P.O. Box 9020192 San Juan, Puerto Rico 00902-0192 |
| 45. | The Honorable Peter F. Neronha | Rhode Island Attorney General | 150 S. Main St. Providence, RI 02903 |
| 46. | The Honorable Alan Wilson | South Carolina Attorney General | Rembert C. Dennis Office Bldg. P.O. Box 11549 Columbia, SC 29211-1549 |
| 47. | The Honorable Marty Jackley | South Dakota Attorney General | 1302 East Highway 14, Suite 1 Pierre, SD 57501-8501 |
| 48. | The Honorable Jonathan Skrmetti | Tennessee Attorney General | P.O. Box 20207 Nashville, TN 37202-0207 |
| 49. | The Honorable Ken Paxton | Texas Attorney General | Capitol Station P.O. Box 12548 Austin, TX 78711-2548 |
| 50. | The Honorable Gordon C. Rhea | U.S. Virgin Islands Attorney General | Office of Attorney General 3438 Kronprindsens Gade GERS Building, 2nd Floor St. Thomas, VI 00802 |
| 51. | The Honorable Derek Brown | Utah Attorney General | Utah State Capitol Complex 350 N. State Street, Suite 230 Salt Lake City, UT 84114-2320 |
| 52. | The Honorable Charity R. Clark | Vermont Attorney General | 109 State Street Montpelier, VT 05609-1001 |
| 53. | The Honorable Jason Miyares | Virginia Attorney General | 202 North Ninth Street Richmond, VA 23219 |
| 54. | The Honorable Nick Brown | Washington Attorney General | 1125 Washington St. SE P.O. Box 40100 Olympia, WA 98504-0100 |

ATTACHMENT 1
CAFA Notice Service List - 05/19/2025

|     | Name | Title | Address |
|-----|------|-------|---------|
| 55. | The Honorable John B. McCuskey | West Virginia Attorney General | State Capitol Complex, Bldg. 1, Rm E-26<br>1900 Kanawha Blvd. E.<br>Charleston, WV 25305 |
| 56. | The Honorable Josh Kaul | Wisconsin Attorney General | 17 West Main Street<br>Madison, WI 53703 |
| 57. | The Honorable Bridget Hill | Wyoming Attorney General | 109 State Capitol<br>200 W. 24th Street<br>Cheyenne, WY 82002 |

6

# Attachment 2

**BAKER BOTTS** L.L.P.

2001 ROSS AVENUE
SUITE 900
DALLAS, TEXAS
75201-2980

TEL  +1 214.953.6500
FAX +1 214.953.6503
BakerBotts.com

AUSTIN
BRUSSELS
**DALLAS**
DUBAI
HOUSTON
LONDON

NEW YORK
PALO ALTO
RIYADH
SINGAPORE
SAN FRANCISCO
WASHINGTON

May 19, 2025

**VIA CERTIFIED MAIL**

The Honorable Pamela J. Bondi
Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530

John B. Lawrence
TEL: 2149536873
FAX: 2146614873
john.lawrence@bakerbotts.com

Re:    Notice Pursuant to 28 U.S.C. § 1715 of Proposed Settlement in *Luo v. Spectrum Pharmaceuticals, Inc., et al.*, Case No. 2:21-cv-01612-CDS-BNW in the United States District Court for the District of Nevada

Dear Attorney General Bondi,

Spectrum Pharmaceuticals, Inc., Joseph W. Turgeon, Kurt A. Gustafson, Francois J. Lebel, and Thomas J. Riga (collectively, "Defendants") notify you, pursuant to the Class Action Fairness Act of 2005, 28 U.S.C. §§ 1711–1715, that Defendants and Lead Plaintiff International Trading Group, Inc. ("Plaintiff"), on behalf of itself and all others similarly situated, have filed with the Court a proposed settlement of this class action.  Defendants deny any wrongdoing or liability whatsoever but have decided to settle this action recognizing that there is uncertainty and risk in any complex litigation and that further litigation would be protracted and expensive.   The following documents, which are contained on the enclosed USB flash drive, more fully describe the matter and settlement:

1.  The live complaint, which is the Second Amended Consolidated Class Action Complaint (filed March 29, 2024), as well as all prior complaints filed in this matter: the Class Action Complaint (filed August 31, 2021) and the Amended Consolidated Class Action Complaint (filed September 26, 2022).

2.  The parties' Stipulation of Settlement, a Proposed Order Preliminarily Approving Settlement and Providing for Notice (Exhibit A), a Notice of Pendency and Proposed Settlement of Class Action (Exhibit A-1), a Proof of Claim and Release (Exhibit A-2), a Summary Notice of Pendency and Proposed Settlement of Class Action (Exhibit A-3), a Postcard Notice (Exhibit A-4), a Proposed Final Judgment and Order of Dismissal with Prejudice (Exhibit B), and the Plaintiff's Unopposed Motion for Preliminary Approval of Settlement (all filed May 9, 2025).

If you are unable to access any of the documents on the enclosed USB flash drive, or if you prefer to receive paper copies of these documents, please contact me.

This notice and the enclosed materials satisfy Defendants' notification obligations pursuant to the Class Action Fairness Act with respect to this action.  The enclosed complaints satisfy 28 U.S.C. § 1715(b)(1), and the enclosed settlement documents filed May 9, 2025, contain the materials satisfying §§ 1715(b)(3)–(5).  No judicial hearing has been scheduled at this time.  *See*

**BAKER BOTTS** LLP

*id.* § 1715(b)(2).  There are currently no other written judicial opinions related to the materials described in §§ 1715(b)(3)-(6), nor has any final judgment or notice of dismissal been filed at this time.  *See id.* §§ 1715(b)(6), (8).

Because the settlement class has not yet been certified and potential class members have not yet submitted claim forms, it is not feasible for Defendants to provide:  (a) the names of class members who reside in each state; (b) a reasonable estimate of the number of class members residing in each state; or (c) a reasonable estimate of the proportionate share of the claims of class members residing in each state to the entire settlement.  *See id.* § 1715(b)(7).  Class members who properly submit valid claim forms will receive a recovery as described in the enclosed Stipulation of Settlement.

I submit this notice on behalf of Defendants.  If you have any questions about it, the lawsuit, or the enclosed materials, please do not hesitate to contact me.

Sincerely,

John B. Lawrence
*Attorney for Defendants Spectrum Pharmaceuticals, Inc., Joseph W. Turgeon, Kurt A. Gustafson, Francois J. Lebel, and Thomas J. Riga*

Enclosures