UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Jose Chung Luo, Individually and on behalf of all others similarly situated,<br><br>Plaintiffs<br><br>v.<br><br>Spectrum Pharmaceuticals, Inc., et al.,<br><br>Defendants | Case No. 2:21-cv-01612-CDS-BNW<br><br>**Order Approving Plan Allocation**<br><br><br>[ECF No. 139] |

After consideration of Lead Plaintiff's motion for final approval of the settlement and approval of the Plan of Allocation (ECF No. 139), all papers filed, all proceedings herein, and otherwise being fully informed of the matters:

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. For purposes of this order, the terms used herein have the same meanings as set forth in the Stipulation of Settlement dated May 9, 2025. Stip. of settlement, ECF No. 131.

2. Pursuant to Federal Rule of Civil Procedure 23, this court hereby finds and concludes that due and adequate notice was directed to Persons who are Class Members advising them of the Plan of Allocation and of their right to object thereto, and a full and fair opportunity was accorded to such Persons and entities who are Class Members to be heard with respect to the Plan of Allocation.

3. The court hereby finds and concludes that the formula for the calculation of the claims of Authorized Claimants, which is set forth in the Joint Notice of Pending Class Action settlement (the "Notice") (ECF No. 129), and order preliminary approving the settlement (ECF No. 138) made available to Class Members, provided a fair and reasonable basis upon which to allocate the proceeds of the Net Settlement Fund provided by the Settlement among eligible

Class Members, with due consideration having been given to administrative convenience and necessity.

4. The court hereby finds and concludes that the Plan of Allocation, as set forth in the Notice, is, in all respects, fair and reasonable in accordance with Rule 23(e) of the Federal Rules of Civil Procedure, and the court hereby approves the Plan of Allocation.

Dated: October 27, 2025

_____
Cristina D. Silva
United States District Judge